RECEIVED
2005 MAY 27 A 10:30

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 1:05 CV 503 -T |
| PEMCO WORLD AIR SERVICES, INC., | ) |
|  | ) **DEMAND FOR JURY TRIAL** |
| Defendants. | ) |

## COMPLAINT

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331 and §1343, 28 U.S.C. §2201 and §2202, and 42 U.S.C. §12101, et seq., Title I of the Americans with Disabilities Act of 1990; 42 U.S.C. sec. 2000(e) et seq. and 42 U.S.C. sec. 1981 et seq. as amended. The jurisdiction of this Court is invoked to secure protection for and redress the deprivation of rights secured by 42 U.S.C. §12101, et seq.; 42 U.S.C. sec. 2000(e) et seq. and 42 U.S.C. sec. 1981 et seq. as amended.

2. Plaintiff is a Asian-American citizen of Philipino descent of the United States and over the age of nineteen (19) years. Plaintiff is a qualified individual with a disability.

3. Defendant is a corporation licensed to do business in Alabama. The

Defendant has had fifteen (15) or more employees at all times relevant to this action.

4. Venue is properly laid in the United States District Court, Middle District, Southern Division as the acts complained of by Plaintiff were committed or occurred within this district and state.

5. At all relevant times, the Defendant was and is an "employer" as defined in 42 U.S.C. §12101 et seq.; 42 U.S.C. sec. 2000(e) et seq. and 42 U.S.C. sec. 1981 et seq. as amended.

6. Plaintiff filed a timely charge of discrimination based on disability with the United States Equal Employment Opportunity Commission ("E.E.O.C.") on December 1, 2004.

7. Plaintiff was mailed a "Notice of Right to Sue" from the U. S. Department of Justice on February 25, 2005.

8. The complaint in this matter was timely filed with this court within ninety (90) days from the receipt of the Right to Sue Letter.

9. Plaintiff is a member of a protected group: he is an Asian-American male of Philipino descent and is a qualified individual with a disability.

10. The Defendant, by and through its agents and representatives, failed to accommodate his disability.

11. Plaintiff Wilfredo Camacho was hired by the Defendant in or around

October 2003 as an aircraft mechanic. Plaintiff has been subjected to disparate terms and conditions of employment since he was hired by the Defendant. This disparate treatment includes, but is not limited to, job assignments, being monitored more closely than other similarly situated employees, unfavorable working conditions and not being given the proper safety equipment necessary for the performance of his job. As a result of working under these conditions, Plaintiff developed a skin condition which required medical care. Plaintiff notified his employer of the condition and requested accommodations, which were refused. Similarly situated employees outside Plaintiff's protected class have been accommodated in the past. On or about November 18, 2004, Plaintiff's employment was terminated.

WHEREFORE PREMISES considered, Plaintiff prays for the following:

a.)  Award liquidated damages to Plaintiff on account of Defendants willful violation of 42 U.S.C. §12101, et seq., Title I of the American with Disabilities Act of 1991.

b.)  Reinstatement, backpay, frontpay, lost wages, benefits, pension and retirement plans, costs of filing this action, attorneys' fees, compensatory damages and punitive damages under 42 U.S.C. sec. 12101et seq.; 42 U.S.C. sec. 2000(e) et seq. and 42 U.S.C. sec. 1981 et seq. as amended.

c.)  Order such and further relief as this court may deem just and proper,

including injunctive relief.

_____
Kenneth F. Gray, Jr.
ASB-0475-R65K

_____
Bret M. Gray
ASB-3837-G54B

OF COUNSEL:
GRIFFIN & ASSOCIATES
2100 River Haven Drive
Suite 1
Hoover, Alabama 35244
(205) 402-7476

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY FOR ALL THE ISSUES AND DEMANDS IN THIS CASE.**

_____
OF COUNSEL

**PLAINTIFF'S ADDRESS:**

c/o GRIFFIN & ASSOCIATES
2100 River Haven Drive
Suite 1
Hoover, Alabama 35244

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:**

Pemco World Air Services, Inc.
c/o Doris K. Sewell
1943 50th Street North
Birmingham, AL 35212