| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Neal Barnett*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Leah Barnett  C. Date of Delivery 6/6/05 |
| 1. Article Addressed to:<br>Pemco World Air Services, Inc<br>c/o Doris K. Sewell<br>1943 50th Street North<br>Birmingham AL 35212<br><br>05CV503 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number 7000 0520 0014 0929 6405<br>(Transfer from service label) | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |