IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-503-T |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES PLANNING MEETING

1.      Pursuant to Fed. R. Civ. P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

>  Kenneth F. Gray for plaintiff;
>  Bret M. Gray for plaintiff;
>  Jeffrey A. Lee, for defendant;
>  John B. Holmes, III for defendant.

2.      **Pre-Discovery Disclosures.**  The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1), within twenty-one (21) days of the entry of the Court's Scheduling Order.

3.      **Discovery Plan.**  The parties jointly propose to the court the following discovery plan: Discovery will be needed on the following subjects: (a) plaintiff's claims that he was discriminated against by defendant because of his race and disability and any other allegations made under the Charge of Discrimination and Complaint in this case; and (b) defendants' defenses.

All discovery commenced in time to be completed by February 28, 2006.

Maximum of 30 interrogatories by each party to any other party.  Responses due 30 days after service.

Maximum of 30 requests for production by each party to any other party.  Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party.  Responses due 30 days after service.

1

Maximum of 10 depositions by plaintiff and 10 by defendants.

Each deposition limited to maximum of 8 hours, unless extended by agreement of the parties.

To the extent applicable, reports from retained experts under Rule 26(a)(2) due from the plaintiff by December 15, 2005, and from the defendants by January 16, 2005.

Supplementations due within 14 days after any party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4. **Other Items.**

The parties are of the opinion that a conference with the Court, unless the Court would prefer to have such a conference in chambers, by telephone, or otherwise, will not be needed prior to the entry of the Scheduling Order.

Any motions to amend the pleadings or to join additional parties should be filed within forty-five (45) days of the entry of the Court's Scheduling Order.

All potentially dispositive motions should be filed no later than April 14, 2006.

Settlement may be enhanced by the use of mediation.

The parties request a pretrial hearing in June 2006.

Final lists of witnesses, exhibits, and deposition excerpts under Rule 26(a)(3) shall be due from the plaintiff and the defendants thirty (30) days prior to trial.

The parties shall have ten (10) days after service of final lists of witnesses, exhibits, and deposition excerpts to make objections under Rule 26(a)(3).

Requested voir dire questions, proposed jury instructions, and motions in limine (fully briefed) shall be filed fourteen (14) days prior to trial.

The case should be ready for trial in Dothan in **July 2006**, and at this time is expected to take approximately three days to try.

Respectfully submitted this 20th day of July, 2005.

\_\_/s/ Kenneth F. Gray_____
Kenneth F. Gray, Esq.
Bret M. Gray, Esq.
Griffin & Associates
Attorneys for Plaintiff Wilfredo Camacho
2100 River Haven Drive
Suite 1
Hoover, AL 35244


\_\_/s/ John B. Holmes, III_____
John B. Holmes, III, Esq.
Jeffrey A. Lee, Esq.
Maynard, Cooper & Gale, P.C.
Attorneys for Defendant Pemco World Air Services, Inc.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203