IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO,       ) | |
| ) | |
|   Plaintiff,       ) | |
| ) | CIVIL ACTION NO. |
| v.       ) | 1:05cv503-MHT |
| ) | |
| PEMCO WORLD AIR SERVICES,   ) | |
| INC.,       ) | |
| ) | |
|   Defendant.       ) | |

## ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 7) is modified in the following respects:

(1) The pretrial is reset for August 4, 2006, and the trial is reset for term of court beginning on September 11, 2006, with all deadlines expressly tied to these two dates adjusted accordingly.

(2) All other deadlines are unchanged.

DONE, this the 21st day of February, 2006.

                      /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE