**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

February 28, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Wilfredo Camacho vs. Pemco World Air Services, Inc.**

**Case Number: 1:05cv503-MHT**

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 2/27/06 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 9 filed electronically by counsel which did not contain his electronic signatures.**

**The corrected pdf document is attached to this Notice.**