IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILFREDO CAMACHO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:05-cv-503-T |
| **PEMCO WORLD AIR SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW counsel for the Plaintiff, Mr. Kenneth F. Gray and Mr. Bret M. Gray, and hereby respectfully requests this Honorable Court allow counsel for Plaintiff to withdraw their representation of Plaintiff and as grounds states the following:

1. Plaintiff's current counsel, Mr. Kenneth F. Gray and Mr. Bret M. Gray, have been informed by the Plaintiff that he no longer wants them to represent him on this case and that he wishes to seek other representation.

2. If this motion is granted, Plaintiff would request this Honorable Court allow him time to find other counsel in this matter for a period deemed appropriate by the court.

s/Kenneth F. Gray, Jr.
Kenneth F. Gray, Jr.
AL Bar No.: ASB-0475-R65K

        s/Bret M. Gray
        Bret M. Gray
        AL Bar No.: ASB-3837-G54B

**OF COUNSEL:**
GRIFFIN & ASSOCIATES
2100 River Haven Drive
Suite 1
Hoover, AL 35244
(205) 402-7476

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing was served upon all counsel via electronic transmission this the 24th day of February, 2006. In addition, a copy was served via First Class U.S. Mail, postage prepaid and properly addressed, this the24th day of February, 2006 on the Plaintiff at the following address:

Mr. Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, Florida 32221

        s/Kenneth F. Gray, Jr.
        Kenneth F. Gray, Jr.