IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO,           )<br>                             )<br>    Plaintiff,             )<br>                             )         CIVIL ACTION NO.<br>    v.                       )           1:05cv503-MHT<br>                             )<br>PEMCO WORLD AIR SERVICES,    )<br>INC.,                        )<br>                             )<br>    Defendant.               ) | |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 9) is granted.

(2) Plaintiff is allowed until March 17, 2006, to obtain new counsel. If plaintiff does not obtain new counsel by said date, the court will assume that plaintiff will represent himself.

DONE, this the 7th day of March, 2006.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE