IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv503-MHT |
| ) | |
| PEMCO WORLD AIR SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that order entered on March 7, 2006 (Doc. No. 11), is vacated. Whether the motion to withdraw (Doc. No. 9) should be granted is pending before the magistrate judge.

DONE, this the 7th day of March, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE