IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV503-MHT |
| | ) | |
| PEMCO WORLD AIR SERVICES, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Based upon the discussion among counsel and the court during a telephone conference, and for good cause, it is

ORDERED that counsel and the parties shall appear for a status conference on 10 March 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.[1]

DONE this 25th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] This case is assigned to District Judge Myron H. Judge Thompson; the status conference will be conducted by Judge McPherson at the court's request.