IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV503-MHT |
| ) | |
| PEMCO WORLD AIR SERVICES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that counsel and the parties shall appear for a telephone status conference on 22 March 2006 at 10:00 a.m. Chambers will arrange for the telephone conference.

DONE this 15th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE