IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEMCO WORLD AIR SERVICES, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:05CV503-MHT |

**ORDER**

The order entered 15 March 2006 (Doc. # 14) setting a telephone status conference for 22 March 2006 was entered in error. The conference, which will take place as scheduled, is to be in person, not by telephone. Therefore, it is hereby

ORDERED that the order referenced above is VACATED. It is further

ORDERED that the parties shall appear for a status conference on 22 March 2006 at 10 a.m. in Courtroom 5A, Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama.[1] The plaintiff is advised that he must attend and may not appear solely through counsel.

DONE this 16th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] This case is assigned to District Judge Myron H. Thompson; the status conference will be conducted by Judge McPherson at the court's request.