IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv503-MHT |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

In light of the fact that this case did not settle, it is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 9) is granted.

(2) Plaintiff is allowed until April 17, 2006, to obtain new counsel. If plaintiff does not obtain new counsel by said date, the court will assume that plaintiff will represent himself.

DONE, this the 24th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE