IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-503-T |
| ) | |
| PEMCO WORLD AIR ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND DISCOVERY AND CONTINUE TRIAL DATE**

COMES NOW Defendant, Pemco World Air Services, Inc. ("Defendant"), and moves this Court for an extension of the discovery deadline, dispositive motion deadline and a continuance of the trial date in the above-styled case. As grounds for this motion, Defendant states as follows:

1. On May 31, 2005, Plaintiff filed a discrimination and wrongful termination claim against Defendant.

2. In September 2005, both Plaintiff and Defendant served written discovery requests on the other party. Shortly thereafter, Plaintiff and Defendant entered into settlement negotiations and suspended discovery in hopes of bringing this matter to a close. That dialogue continued for several months. Throughout that time, counsel for Defendant believed this matter would resolve itself.

3. On February 24, 2006, counsel for Plaintiff filed a Motion to Withdraw. A hearing on said motion was initially scheduled before United States Magistrate Judge Vanzetta Penn McPherson for March 10, 2006. On March 9, 2006, the hearing was rescheduled due to

Mr. Camacho's inability to attend.

4. A rescheduled hearing was eventually held before Magistrate Judge McPherson on March 22, 2006. Minutes of that hearing were filed under seal with this Court.

5. On March 24, 2006, this Court entered an Order granting Plaintiff's counsel's Motion to Withdraw and allowing Plaintiff until April 17, 2006 to obtain new counsel.

6. The trial is currently set for the week of September 11, 2006. The discovery cutoff was originally set for February 28, 2006 in the Uniform Scheduling Order. The deadline for dispositive motions is currently set for July 13, 2006.

7. Until now, discovery has been suspended by agreement. Following the March 22, 2006 hearing before Magistrate Judge McPherson, it is clear discovery should resume in order for this case to be ready for trial.

8. No party will be prejudiced by the granting of an extension in this case, as each party needs to conduct additional discovery and take depositions.

9. This is the first requested extension of the discovery deadline and continuance of trial in this case.

10. Defendant believes that the parties need until September 1, 2006 to complete discovery and until January, 2007 (the next earliest trial docket in Dothan) to prepare for trial.

11. Defendant requests that this Court grant an extension of the discovery deadline, the current trial setting, and any corresponding deadlines.

12. Alternatively, Defendant requests that this Court grant an extension of the discovery deadline to correspond with the current September 11, 2006 trial setting.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant respectfully requests that this Honorable Court grant the parties an extension of the discovery deadline and

continuance of the current trial setting and that the Court extend any other deadlines that correspond with the trial setting.

                              Respectfully submitted,

                              /s/ *John B. Holmes, III*
                              John B. Holmes, III
                              One of the Attorneys for Defendant
                              Pemco World Air Services, Inc.

OF COUNSEL:

Maynard, Cooper & Gale, P. C.
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served by U. S. Mail, properly addressed and postage prepaid to:

        Wilfredo Camacho
        1608 Saddlebrook Lane
        Jacksonville, FL 32221

this 7th day of April, 2006.

                              /s/ *John B. Holmes, III*
                              OF COUNSEL