IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


WILFREDO CAMACHO,               )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )      1:05cv503-MHT
                                )
PEMCO WORLD AIR SERVICES,       )
INC.,                           )
                                )
     Defendant.                 )

ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 18) is granted as set forth in this order.

(2) The uniform scheduling order (Doc. No. 7) is modified in the following respects:

(A) The deadline for completing discovery is extended to July 13, 2006.

(B) All other deadlines are unchanged.

DONE, this the 10th day of April, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE