IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 APR 13 A 9: 54

| | |
|---|---|
| WILFREDO CAMACHO | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05-cv-503-T |
| PEMCO WORLD AIR SERVICES, INC. | ) |
| Defendant. | ) |

## MOTION TO EXTEND TIME TO OBTAIN NEW LEGAL COUNSEL

COMES NOW Plaintiff, Wilfredo Camacho ("Plaintiff"), and moves this Honorable Court for an extension of time to obtain new legal counsel. As grounds for this motion, Plaintiff states as follows:

1. Plaintiff's legal counsel filed a Motion to Withdraw on February 24, 2006, and on March 24, 2006, this Honorable Court entered an ORDER signed by the Honorable Judge Myron H. Thompson, UNITED STATES DISTRICT JUDGE granting Plaintiff's legal counsel Motion to Withdraw.

2. Plaintiff needed legal counsel to be represented and guided. Attorneys that the Plaintiff have contacted needed more time to study, analyze, meet in person, to discuss and decide as to whether they will accept the case or not.

3. That the Defendant filed a MOTION TO EXTEND DISCOVERY AND CONTINUE TRIAL DATE on April 07, 2006 to this Honorable Court.

4. That the Plaintiff also needs more time to search and meet with prospective legal counsel that is licensed and authorize to do business in the Montgomery, Alabama area as Plaintiff is residing permanently in Jacksonville, Florida.

5. No party will be prejudiced by the granting of Motion to Extend Time to Obtain Legal Counsel as the Defendant have their own legal counsel.

6. Plaintiff requests that this Honorable Court grant the Motion to Extend Time to Obtain Legal Counsel.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court grant this Motion to Extend Time to Obtain Legal Counsel in line with the Defendant's filling of the MOTION TO EXTEND DISCOVERY AND CONTINUE TRIAL DATE.

Respectfully submitted,

Wilfredo Camacho
Plaintiff
1608 Saddlebrook Lane
Jacksonvill, Florida 32221

CERTIFICATE OF SERVICE

Page 2 of 3

I hereby certify that a copy of the foregoing was served by certified U.S. Mail, properly addressed and postage prepaid to:

Maynard, Cooper, & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2602

This 11th day of April, 2006

_____
Wilfredo Camacho
Plaintiff

Page 3 of 3