IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO,  )<br>                      )<br>   Plaintiff,       )<br>                      )         CIVIL ACTION NO.<br>   v.                 )         1:05cv503-MHT<br>                      )<br>PEMCO WORLD AIR SERVICES,  )<br>INC.,                 )<br>                      )<br>   Defendant.         ) | |

### ORDER

It is ORDERED that the motion to extend time (Doc. No. 20) is denied.  The court has denied the motion to the extent that plaintiff seeks to stay further proceedings in this case.  It is now time that this case move forward and, in this respect, plaintiff must represent himself.  In the meantime, however, plaintiff may still continue to pursue legal representation.

DONE, this the 17th day of April, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE