IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, )<br>)<br>    Plaintiff, )<br>) | <br><br><br>CIVIL ACTION NO. |
| v. ) | 1:05cv503-MHT |
| )<br>PEMCO WORLD AIR SERVICES, )<br>INC., )<br>) | |
|    Defendant. ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Vanzetta Penn McPherson for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 21st day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE