IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV503-MHT |
| | ) | |
| PEMCO WORLD AIR SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 21 April 2006, the court referred this case to the undersigned judge (Doc. # 22). The referral was triggered chiefly by the withdrawal of the plaintiff's attorneys, leaving him to prosecute his claims pro se. A scheduling order has been entered (Doc. # 7) and modified (Doc. # 8). Thus, deadlines for the jury trial, pretrial, dispositive motions and discovery have been set.

The motions deadline, i.e., 14 March 2006, has expired, but on 10 April 2006, the court entered an order extending the deadline for completing discovery to 13 July 2006 (Doc. # 19). The court, however, declined to continue other deadlines or stay the proceedings (See Doc. # 21). There are no pending dispositive motions.

Although the deadline for advising the court of the desirability for mediation has expired, the court REMINDS the parties that the case can still be mediated. If mediation is a viable option, the parties are DIRECTED to advise the court promptly.

DONE this 27th day of April, 2006.

                                          /s/ Vanzetta Penn McPherson
                                        VANZETTA PENN MCPHERSON
                                        UNITED STATES MAGISTRATE JUDGE