IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-503-T |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXTEND DEADLINE
FOR FILING DISPOSITIVE MOTIONS**

COMES NOW Defendant, Pemco World Air Services, Inc. ("Defendant"), and moves this Court for an extension of the dispositive motion deadline in the above-styled case. As grounds for this motion, Defendant states as follows:

1. On May 31, 2005, Plaintiff filed a discrimination and wrongful termination claim against Defendant.

2. In September 2005, both Plaintiff and Defendant served written discovery requests on the other party. Shortly thereafter, Plaintiff and Defendant entered into settlement negotiations and suspended discovery in hopes of bringing this matter to a close. That dialogue continued for several months. Throughout that time, counsel for Defendant believed this matter would resolve itself.

3. On February 24, 2006, counsel for Plaintiff filed a Motion to Withdraw. A hearing on said motion was held before United States Magistrate Judge Vanzetta Penn McPherson on March 22, 2006.

4. On March 24, 2006, this Court entered an Order granting Plaintiff's counsel's Motion to Withdraw and allowing Plaintiff until April 17, 2006 to obtain new counsel.

5. On April 11, 2006 Plaintiff filed a Motion to Extend time to Obtain New Legal Counsel, which the Court denied on April 17, 2006.

6. Defendant's counsel wrote Plaintiff on April 14, 2006 enclosing a Notice of Deposition and requesting Plaintiff to contact Defendant's counsel with dates that Plaintiff would be available for his deposition to be taken. A true and correct copy of said correspondence is attached hereto as Exhibit A.

7. Defendant's counsel did not hear a response from Plaintiff and again wrote Plaintiff on April 24, 2006 requesting Plaintiff contact Defendant's counsel with available dates for his deposition. A true and correct copy of said correspondence is attached hereto as Exhibit B.

8. On April 28, 2006, Plaintiff wrote Defendant's counsel stating that "the best time for deposition is on June 19, 2006…." A true and correct copy of said correspondence is attached hereto as Exhibit C.

9. On May 1, 2006, Defendant's counsel spoke to Plaintiff via telephone to inquire as to Plaintiff's availability for deposition prior to June 19, 2006. Plaintiff told Defendant's counsel he was not available until then. The parties have scheduled Plaintiff's deposition for Thursday, June 22, 2006, the first mutually-convenient date.

10. The trial is currently set for the week of September 11, 2006. The discovery cutoff was originally set for February 28, 2006 in the Uniform Scheduling Order and has since been changed to July 13, 2006. The deadline for dispositive motions is currently set for May 5, 2006.

11.     Defendant respectfully requests that this Court extend the deadline for dispositive motions to August 3, 2006 or until such time to allow sufficient discovery to be conducted and allow for the Court's consideration prior to the current trial setting.

12.     No party will be prejudiced by the granting of an extension of the dispositive motion deadline in this case, as each party needs to conduct additional discovery and take depositions.

**WHEREFORE, THE PREMISES CONSIDERED**, Defendant respectfully requests that this Honorable Court grant the parties an extension for filing of dispositive motions, and for such other and further extensions as the Court deems just and proper.

Respectfully submitted,

 /s/ *John B. Holmes, III*
John B. Holmes, III
One of the Attorneys for Defendant
Pemco World Air Services, Inc.

OF COUNSEL:

Maynard, Cooper & Gale, P. C.
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by U. S. Mail, properly addressed and postage prepaid to:

    Wilfredo Camacho
    1608 Saddlebrook Lane
    Jacksonville, FL 32221

this 4th day of May, 2006.

                                        /s/ *John B. Holmes, III*
                                        OF COUNSEL