

**John B. Holmes, III**
DIRECT 205.254.1107
EMAIL jholmes@maynardcooper.com

April 14, 2006

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221-5600

Re:   *Wilfredo Camacho v. Pemco World Air Services, Inc.*

Dear Mr. Camacho:

Enclosed please find an undated notice of your deposition for your lawsuit against Pemco. Please contact me at your earliest convenience to discuss your availability for your deposition in the next two weeks.

Thank you for prompt attention to this matter.

Sincerely,

John B. Holmes, III

JBH/pmj
Enclosure

cc:   Jeffrey A. Lee, Esq. *(w/ Encl.)*

**EXHIBIT A**