

**MAYNARD COOPER**
**& GALE PC**
ATTORNEYS AT LAW

**John B. Holmes, III**
DIRECT 205.254.1107
EMAIL jholmes@maynardcooper.com

April 24, 2006

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221-5600

    Re:    *Wilfredo Camacho v. Pemco World Air Services, Inc.*

Dear Mr. Camacho:

As previously requested in my letter to you dated April 14, 2005, I need you to contact me at your earliest convenience to discuss your availability for your deposition.

Thank you for prompt attention to this matter.

                            Sincerely,

                            John B. Holmes, III

JBH/pmj

cc:    Jeffrey A. Lee, Esq.

**EXHIBIT B**