April 28, 2006

Maynard, Cooper, & Gale PC
1901 Sixth Ave. North
2400 Am South/Amsouth Harbert Plaza
Birmingham, Alabama 35203-2618

Re: Deposition Date

Dear Atty. John B. Holmes III:

As per your request, the best time to meet for deposition is on June 19, 2006 on the stated place (please give direction as I'm coming from Jacksonville, Florida)!

Thanks,

Sincerely,

Wilfredo D. Camacho
1608 Saddlebrook Lane
Jacksonville, Florida 32221
(Tel. (904) 781-1334

**EXHIBIT C**