IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV503-MHT |
| ) | |
| PEMCO WORLD AIR SERVICES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After affirming the litigation deadlines in this case, including the deadline for filing dispositive motions, on 21 April 2006, the court referred this case to the undersigned judge for disposition or recommendation (Doc. # 22). On 4 May 2006, the defendant filed a Motion for Extension of Deadline for Filing Dispositive Motions (Doc. # 24). Although the defendant attempted as early as 14 April 2006 to schedule the plaintiff's deposition (See Doc. # 24, Exh. 1), the plaintiff has stated that he is not available for deposition until 19 June 2006. This is totally unacceptable, especially in a civil lawsuit filed almost one year ago on 27 May 2005.

Accordingly, it is ORDERED as follows:

1. The plaintiff and the defendant's counsel shall appear before the court for a status conference and discovery conference on 15 May 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    2.    The plaintiff and the defendant's counsel are DIRECTED to appear at the conference prepared to discuss and decide upon all incremental discovery deadlines and issues, including (a) the identities of all persons whose depositions are planned, (b) the date for responding to all discovery requests, and (c) the dates for all depositions to be conducted, including the plaintiff's. In that connection, the plaintiff and the defendant's counsel are DIRECTED to bring with them to the conference their calendars (or a representation of their schedules) through December 2006.

    3.    The parties are CAUTIONED that

- re-assignment of this case to the undersigned judge should not be construed as a basis for protracting the litigation or duplicating proceedings already conducted;

- generally, in the absence of an order, the court is not bound by the parties' own decisions to stay discovery, even when it is in pursuit of settlement;

- the parties are expected to cooperate to expedite the pre-litigation procedure to facilitate adherence to the original schedule

Finally, the plaintiff is CAUTIONED that, because he initiated this lawsuit in this district, the court expects him to be available for reasonable requests by the defendants for discovery and by this court for court appearances and other proceedings. That the plaintiff resides outside of this district and outside of Alabama will be - and has been - considered by this court in setting proceedings, the plaintiff's non-residency is not a basis for protracting

discovery. The plaintiff's proposed date of availability, i.e., 19 June 2006, is more than 60 days beyond defendant's initial inquiry; and the court expects the plaintiff to make himself available for deposition well before the end of May.

The court will discuss with the parties - and specifically set - all other interim deadlines at the conference.

DONE this 8th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE