# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION

HON. VANZETTA P MCPHERSON, JUDGE   AT   MONTGOMERY, ALABAMA

DATE COMMENCED:   5/15/06   AT

DATE COMPLETED:   5/15/06   AT   Digital Recorded : 2:01 - 2:32

WILFREDO CAMACHO

    Plaintiff

VS.   CASE NO.   1:05cv503-MHT

PEMCO WORLD AIR SERVICES, INC
    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| PRO SE | | John Barksdale Holmes, III |

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY:   COURT REPORTER:

( X ) OTHER PROCEEDINGS:   ***STATUS CONFERENCE and DISCOVERY CONFERENCE***

| Description | 1:05cv503-MHT  Wilfredo Camacho vs. Pemco World Air Services, Inc.  STATUS CONFERENCE and DISCOVERY CONFERENCE | |
|---|---|---|
| **Date** | 5/15/2006 | **Location** Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2:01:30 PM | Court | Convenes |
| 2:02:29 PM | Defendant | No Ruling on Motion for Extension of Time for Filing Dispositive Motions |
| 2:03:41 PM | Court | Request the deposition of Plaintiff 5/19/06 at 10:00 a.m. in Jury Assembly Room at the Federal Courthouse; COURT TO ISSUE ORDER |
| 2:05:20 PM | Defendant | Subpoenas Issued; Medical Provider may need to be deposed within 60 days and will need 30 days thereafter for filing Motion for Summary Judgment |
| 2:09:03 PM | Court | 9/11/06 Trial Date; Case may need to be continued again |
| 2:12:11 PM | Court | Gives Overview of things discussed to plaintiff due to his lack of understanding proceedings; Gives plaintiff some instructions regarding discovery; Once defendant has reviewed the medical records, file Motion for Summary Judgment if needed; May file motion to continue trial if needed at that time |
| 2:31:19 PM | Court | Plaintiff needs to review previous interrogatories to prepare for deposition |
| 2:32:54 PM | | RECESS |