IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV503-MHT |
| | ) | |
| PEMCO WORLD AIR SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based on the representations made at a discovery status conference on 15 May 2006 by the defendant's counsel and the plaintiff, and for good cause, it is ORDERED as follows:

1. The plaintiff shall appear for deposition by the defendant on Friday, 19 May 2006 at 9:45 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The defendant will take the plaintiff's deposition in the jury assembly room adjacent to the courtroom.

2. Before appearing for the deposition, the plaintiff shall review the interrogatories (questions) and requests for production of documents provided to him (and previously served upon his former attorney) to prepare for the deposition.

3. Before appearing for the deposition, the plaintiff shall bring with him to the deposition the documents requested by the defendant.

On this date, the court has entered a companion order extending the deadline for filing dispositive motions. This deadline applies to the defendant as well as the plaintiff. As the court explained at the discovery conference, the plaintiff may propound discovery to the defendant before the deadline of 13 July 2006. The plaintiff is again encouraged to consult the court's web page, www.almd.uscourts.gov, for further information and assistance in his self-representation.

    DONE this 16th day of May, 2006.

                                                 /s/ Vanzetta Penn McPherson
                                                 VANZETTA PENN MCPHERSON
                                                 UNITED STATES MAGISTRATE JUDGE