IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV503-MHT |
| ) | |
| PEMCO WORLD AIR SERVICES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause, including the proceedings at the discovery status conference conducted on 15 May 2006, it is

ORDERED that the defendant's Motion for Extension of Time to file dispositive motions, filed on 4 May 2006 (Doc. # 24), is hereby GRANTED. The parties shall file their dispositive motions on or before 21 July 2006. The court will re-visit the setting of the trial date at the appropriate time.

DONE this 16th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE