IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 JUL 17 A 9: 54

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WILFREDO CAMACHO,                )
                                 )
        Plaintiff                )
                                 )
V                                )    Case No. 1:05-cv-503-T
                                 )
                                 )
PEMCO WORLD AIR                  )
   SERVICES, INC.                )
                                 )
        Defendant,               )

## PLAINTIFF's COMPUTATION

COMES NOW Plaintiff WILFREDO CAMACHO, Hereby submit to the HONORABLE COURT AND to the Defendant, PEMCO WORLD AIR SERVICES, INC, the Plaintiff's computation and with this computation, it does not include other computations which I have no means of computing and other awards attributable to this case or entitlements from various agencies i.e. TITLE VII OF CIVIL RIGHTS ACT OF 1964, 1981, 1981A, 706(g), 707, ADA, IMMIGRATION etc.; frontpay, back pay, lost wages, benefits, pension, retirement, compensatory, primitive, injunctures, and such and further relief that this HONORABLE COURT may deem just and proper, to wit

Page 1

1) Pecuniary Losses:

1) Backpay:
   Average weekly pay $904.63 × 78 weeks      $ 70,561.14
   (Jan '05 - July 2006 = 18 mths or 78 weeks)

2) Benefit:
   MEDICAL (COBRA RATE) $852/mth. × 18 mths.   15,336 -
   DENTAL (COBRA RATE) 27/mth. × 18 mths.   486 -

3) Interest above at simple interest rate of 4%

4) Pension   ( I don't know how to compute)

5) Retirement (     Same    )

6) Front Pay:
   Average weekly Pay $904.63 × 1040 weeks   904,815.2
   (Aug. 2006 - Aug. 2026 = 20 yrs until
   retirable age of 67. currently 48 yrs old)
   MEDICAL $852 × 240 mths (20 yrs.)   204,480
   DENTAL 27 × 240 mths. "   6,480 -

7) OTHER EXPENSES (OUT-OF-POCKET EXPENSES)
   A) Filling & Recording Fees   $255 -
   B) Atty. Fees (expenses in 3 installment   1,500 -
      1st being paid pr MFCU check 345)   631.50
   C) COURT REPORTER (BY FREEDOM REPORTING)   827.71
   D) GAS   241.29
   E) FOOD   373.74
   F) SUPPLIES, POSTAGE, PHOTO, Telephone   1,550 -
   G) MISCELLANEOUS   50 -   5,429.2
   H) RELOCATION BENEFIT $50/day @ 30 days IN CONJUNCTION WITH THIS CASE
8) FUTURE HOSPITALIZATION/MEDICAL NEEDS   300,000 -
   (CAPS for 500 or more employees)

2) COMPENSATORY

3) PUNITIVE

4) INJUNCTURE

5) AND OTHER ENTITLEMENTS Page 2

Plaintiff WILFREDO CAMACHO request your good office to provide the ff: names, phone numbers, etc.

1) Dr. Sewell
2) Dr. Tamburin
3) Mr. Dewayne Music
4) Mr. Carl Briody
5) Miss Corrie, the supply (sorry can't remember lastname
6) Mr. Jim Battcher
7) Miss Gerri Baulk
8) Mr. Danny Dossett
9) Mr. Wood
10) Mr. Jerry (sorry can't remember last name) under Mr. Watson's crew
11) Mr. Lamm (under Mr. Watson's crew)
12) Mr. John Dewayne (under Mr. Watson's crew)
13) Mr. David (sorry, can't remember last name, under Mr. Music's crew)
14) Mr. Jim Jones
15) Crew lead of PT/shift under our crew
16) Mr. ALLAN (sorry, can't remember the last name- from tool crib)
17) Mr. Malik Sadiqamed
18) Mr. Adams (who transferred to dayshift on another hangar - Military project)
19) Mr. Gary Cooper,
20) Financial statements for the last 20 yrs. - balance sheet, INCOME AND LOSS STATEMENT, SALES AND RECEIPTS, DEPOSITS of PARENT AND SUBSIDIARIES COMPANIES

WILFREDO CAMACHO
Plaintiff
1608 SADDLEBROOK LANE
JACKSONVILLE FLORIDA 32221
TEL (904) 781-1224

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record by deposit thereof in the United States mail postage prepaid and properly addressed as follows: this 13 July 2006

MAYNARD COOPER & GALE, P.C.
2400 Am South/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

WILFREDO CAMACHO
Plaintiff

Page 4