July 13, 2006

Maynard Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

Attn.: Atty. John D. Holmes

Dear Atty. John D. Holmes:

Herewith is the computation that I was not able to provide during my deposition last May 19, 2006. There are five (5) pages including this page. Thank you.

Sincerely,

Wilfredo Camacho
Plaintiff
1608 Saddlebrook Lane
Jacksonville, Florida 32221
Tel. (904) 781-1224