**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **Wilfredo Camacho** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| **Pemco World Air Services, Inc.** | ) | **1: 05CV503-T** |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Pemco World Air Services, Inc. ("Pemco" or "Defendant"), by and through it's undersigned counsel, hereby move, pursuant to Rule 56 of the *Federal Rules of Civil Procedure* for an Order of summary judgment with respect to all claims asserted in this action by Plaintiff Wilfredo Camacho ("Camacho"). In support of this motion, Defendant states as follows:

1. This motion is based upon the statement of undisputed material facts and the legal arguments set forth in the contemporaneously filed Brief in Support of Defendant's Motion For Summary Judgment, as well as upon the pleadings, documents, and deposition transcripts submitted in Defendant's evidentiary submission, also contemporaneously filed herewith.

2. Based upon the undisputed evidence in this case, there are no genuine issues of material fact.

3. Plaintiff has failed to produce any evidence for a reasonable jury to find that Pemco discriminated against him based on any alleged disability, national origin or race.

WHEREFORE, Pemco is entitled to summary judgment in its favor against all claims asserted by Plaintiff.

Respectfully submitted by,

/s/ John B. Holmes, III
Jeffrey A. Lee
John B. Holmes, III
Attorneys for Defendant Pemco World Air Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
`

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, properly addressed and postage prepaid to:

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221

this 21st day of July, 2006.

/s/ John B. Holmes, III
OF COUNSEL