IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1: 05CV503-T |
| PEMCO WORLD AIR SERVICES, INC. ) | |
| Defendant. ) | |

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant Pemco World Air Services, Inc. ("Pemco" or "Defendant"), by and through it's undersigned counsel, and submits the following as evidence in support of its Motion for Summary Judgment in the above-styled matters:

A. Sworn Deposition of Plaintiff Wilfredo Camacho with Exhibits.

B. Declaration of Francis X. Henry with Exhibits.

Respectfully submitted by,

/s/ John B. Holmes, III
Jeffrey A. Lee
John B. Holmes, III
Attorneys for Defendant
Pemco World Air Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01364503.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, properly addressed and postage prepaid to:

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221

this 21st day of July, 2006.

/s/ John B. Holmes, III
OF COUNSEL

01364503.1