IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILFREDO CAMACHO            )
                            )
    Plaintiff,               )
                            )
                            )
v.                          )    CIVIL ACTION NO.
                            )    1: 05CV503-T
PEMCO WORLD AIR SERVICES, INC. )
                            )
    Defendant.               )

## DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that Defendant Pemco World Air Services, Inc. was unable to file the attached Evidentiary Submission in Support of Defendant's Motion for Summary Judgment in a timely manner due to technical difficulties. The deadline for filing the Evidentiary Submission in Support of Defendant's Motion for Summary Judgment was July 21, 2006. The reason that I was unable to file the Evidentiary Submission in Support of Defendant's Motion for Summary Judgment in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth below due to: "ERROR. Sorry! CM/ECF was repeatedly temporarily short on resources."

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

*/s/ Jeffrey A. Lee*

Jeffrey A. Lee
John B. Holmes, III
Attorneys for Defendant
Pemco World Air Services, Inc.

01364680.1

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, properly addressed and postage prepaid to:

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221

this 21st day of July, 2006.

_____
OF COUNSEL

2

01364680.1