IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| **WILFREDO CAMACHO** | ) |
|     **Plaintiff,** | ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| **PEMCO WORLD AIR SERVICES, INC.** | ) 1:05CV503-T ) |
|     **Defendant.** | ) ) |

## DECLARATION OF FRANCIS X. HENRY

I, the undersigned, Francis X. Henry, hereby swear or affirm that the following is true and correct based on my personal knowledge:

1. My name is Francis X. Henry. I am over the age of nineteen years, of sound mind, and am qualified to make this declaration. I understand that this declaration is being submitted in connection with a lawsuit filed against Pemco World Air Services, Inc. ("Pemco"), by a former employee, Wilfredo Camacho ("Plaintiff"). The matters stated herein are based on my personal knowledge.

2. I am currently employed by Pemco in Dothan, Alabama as Director of Human Resources and have worked in that capacity since February 2006.

3. Pemco maintains many of its policies and procedures in its Division Standard Practices ("DSP"). The DSP includes company rules and guidelines for employees at the facility, including, but not limited to, policies governing attendance, employee fair treatment, harassment, equal employment opportunity—affirmative action and nondiscrimination programs, and safety. Additionally, Pemco displays large posters of its harassment and nondiscrimination

policies in conspicuous places throughout the facility. To the best of my knowledge, those posters were in place during Plaintiff's employment at Pemco.

4. Attached as Exhibit A to this declaration are true and correct copies of policies and procedures included in the DSP, which are kept in the ordinary course of business.

5. Attached as Exhibit B to this declaration is a true and correct copy of Plaintiff's personnel file, which is kept in the ordinary course of business.

6. Attached as Exhibit C to this declaration is a true and correct copy of the Collective Bargaining Agreement between Pemco and the International Association of Machinists and Aerospace Workers, AFL-CIO, Local No. 1632 (effective August 19, 2000 through August 9, 2005), which is kept in the ordinary course of business.

I declare under penalty of perjury the foregoing to be true and correct.

Dated this _24_ day of July, 2006.

_/s/ Francis X. Henry_
Francis X. Henry