# EXHIBIT A
# TO
# DECLARATION OF
# FRANCIS X. HENRY

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: HARASSMENT (Including SEXUAL HARASSMENT) | NUMBER: 0400.02  DATE: 04/06/04 |
|---|---|
| | ISSUE: NEW       PAGE: 1 OF 7 |
| | SUPPLEMENT: |

## 1.0  PURPOSE

The purpose of this procedure is to establish the guidelines and state Pemco-Dothan's (Pemco World Air Services, Dothan Facility) policy of zero tolerance of Harassment (which includes Sexual Harassment) in the workplace. Therefore, this procedure will:

- ◆ **Define harassment and sexual harassment;**

- ◆ **Provide a program aimed at preventing harassment;**

- ◆ **Establish resolution procedures;**

- ◆ **Provide procedures to investigate allegations of harassment; and**

- ◆ **Require the preparation of a written report of the findings and recommendations based on the investigation.**

**NOTE:** *Pemco-Dothan treats every allegation very seriously, and is sensitive to the potential damage that can result from false or malicious allegations. False and malicious complaints of harassment, discrimination or retaliation as opposed to complaints which, even if erroneous, are made in good faith, may be the subject of appropriate disciplinary action.*

## 2.0  POLICY

This procedure is established pursuant to Corporate Policy §4.53 "Harassment" and Corporate Policy §3.22 "Equal Employment Opportunity," and is consistent with Title VII of the Civil Rights Act of 1964, and all other Acts and Laws related to nondiscrimination on the basis of race, color, sex, religion, and national origin. Pemco-Dothan considers harassment to be a serious offense and will, thoroughly investigate and resolve any alleged incidents of harassment.

## 3.0  SCOPE

This procedure is applicable to all employees of Pemco-Dothan.

## 4.0  PROCEDURE

**4.1    HARASSMENT (Defined)** – harassment is verbal or physical conduct that degrades or shows hostility or aversion toward an individual because of his/her race, color, religion, sex, sexual orientation, national origin, age, disability, marital status, citizenship or any other characteristic protected by law or that of his/her relatives, friends or associates, and that: (i) has the purpose or effect of creating an intimidating, hostile or offensive work environment; (ii) has the purpose or effect of unreasonably interfering with an individual's work performance; or (iii) otherwise adversely affects an individual's employment opportunities.

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: HARASSMENT (Including SEXUAL HARASSMENT) | NUMBER: 0400.02 DATE: 04/06/04 ISSUE: NEW PAGE: 2 OF 7 SUPPLEMENT: |
|---|---|

**4.1.1** <u>Harassing Conduct</u> – includes, but is not limited to: epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; degrading jokes; and written or graphic material that degrades or shows hostility or aversion toward an individual or group and that is brought to the employer's premises and displayed or circulated in the workplace.

**4.2** <u>**SEXUAL HARASSMENT**</u> **(Defined)** – Is any unwanted sexual attention of a persistent or offensive nature made by a person who knows, or reasonably should know, that such attention is unwanted. Sexual harassment includes sexually oriented conduct that is sufficiently pervasive or severe to unreasonably interfere with an employee's job performance or create an intimidating, hostile or offensive working environment. Sexual harassment may include a range of subtle and not so subtle behaviors and may involve individuals of the same or different gender. Depending on the circumstances, these behaviors may include, but are not limited to:

➔ **Promising, directly or indirectly, an employee a reward, if the employee complies with a sexually oriented request;**

➔ **Threatening, directly or indirectly, to retaliate against an employee, if the employee refuses to comply with a sexually oriented request;**

➔ **Denying, directly or indirectly, an employee an employment-related opportunity, if the employee refuses to comply with a sexually oriented request;**

➔ **Sexual jokes and innuendo;**

➔ **Verbal abuse of a sexual nature;**

➔ **Commentary about an individual's body, sexual prowess or sexual deficiencies;**

➔ **Leering, whistling or touching;**

➔ **Insulting or obscene comments or gestures;**

➔ **Engaging in sexually suggestive physical contact or touching another employee in a way that is unwelcome;**

➔ **Displaying, storing, or transmitting pornographic or sexually oriented materials using Pemco equipment, facilities or on Pemco premises;**

➔ **Making sexual or romantic advances toward an employee and persisting despite the employee's rejection of the advances.**

**4.2.1** Sexual harassment can be physical and/or psychological in nature. An aggregation of a series of incidents can constitute sexual harassment even if one incident, on its own, would not be considered harassing.

---

**PEMCO WORLD AIR SERVICES**
**DOTHAN, ALABAMA FACILITY**

| DIVISION STANDARD PRACTICE (DSP) | |
|---|---|
| SUBJECT: HARASSMENT<br>    (Including SEXUAL HARASSMENT) | NUMBER: 0400.02  DATE: 04/06/04<br>ISSUE: NEW  PAGE: 3 OF 7<br>SUPPLEMENT: |

4.2.2 Employees are prohibited from harassing other employees, or someone not directly connected to Pemco-Dothan (an outside vendor, consultant or customer), whether or not the incidents of harassment occur on Pemco-Dothan's premises and whether or not the incidents occur during working hours.

4.2.3 Sexual harassment can involve males or females being harassed by members of either sex. Although sexual harassment typically involves a person in a greater position of authority than the person harassed, individuals in positions of lesser or equal authority also can be found responsible for engaging in prohibited harassment.

4.2.4 Conduct prohibited by this procedure is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

## 4.3    PREVENTION PROGRAM

4.3.1 **Harassment Training** will be provided to all supervisory personnel at hiring, or upon promotion to supervisory status, and annually thereafter.

4.3.2 **Employee Awareness**

    4.3.2.1 Harassment information posters will be placed on Company bulletin boards. The Posters will contain the names and phone numbers of Harassment Complaint Contact Points – (See Supplement **A** of this procedure).

    4.3.2.2 This procedure will be reviewed and revised as necessary and any changes which affect employee awareness or reporting procedures will be disseminated to employees using the methods defined in ¶4.3.2.1 or ¶4.3.2.2 above.

4.3.3 Any Supervisor involved in a personal, romantic relationship with any non-supervisory employee or an employee of a lower supervisory rank is required to inform the Director of Human Resources in writing of the existence of such relationship and the identity of the person with whom he or she is involved. Such notification shall be treated as confidential by the Director of Human Resources. Failure by the supervisor to provide such notification will subject the individual to disciplinary action up to and including dismissal.

## 4.4    RESOLUTION PROCEDURES

4.4.1 Employees often can stop or prevent harassment or sexual harassment by immediately and directly expressing their disapproval of an individual's sexually oriented attention or conduct. If the harassing or offensive behavior continues, it should be reported to the Director of Human Resources, Jim Battcher (ext. 7007)

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| SUBJECT: HARASSMENT (Including SEXUAL HARASSMENT) | NUMBER: 0400.02  DATE: 04/06/04  ISSUE: NEW  PAGE: 4 OF 7  SUPPLEMENT: |

or Gerri Paulk, Benefits Coordinator (ext. 7262) or their designated contact, or their manager (as long as they are not the alleged harasser), or Corporate Counsel.

**4.4.2** Supervisors are to forward **all** reports of harassment to the Director of Human Resources prior to taking any action. Supervisors should also notify the Director of Human Resources if they suspect harassment, even if no employee complaint has been filed.

**4.4.3** All reports or complaints of harassment will be investigated by the Director of Human Resources and the harassment investigative team.

**4.4.4** Employees who feel they have been harassed will be asked to provide a written statement of the facts with as much of the following information as possible: (Employees will be assured their statements will be treated confidentially.)

★ The name, department, and position of the person or persons allegedly causing the harassment/sexual harassment;

★ A description of the incident(s), including the date(s), location(s), and the presence of any witnesses;

★ The alleged effect of the incident(s) on the accuser's position, salary, benefits, promotional opportunities, or other terms or conditions of employment;

★ The names of other employees who might have been subject to the same or similar harassment/sexual harassment;

★ The steps the accuser has taken to try to stop the harassment/sexual harassment; and

★ Any other information the accuser believes to be relevant to the harassment/sexual harassment complaint.

**4.4.5** A Harassment Complaint Form will be made available to assist the employee in filing a written statement (see Supplement **B** for a complaint form that can be photocopied as needed). If the employee requests assistance in filing the written complaint, the Director of Human Resources will provide it.

**4.4.6** Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this procedure and, like harassment or discrimination itself, will be subject to disciplinary action. Acts of retaliation should be reported immediately to the Director of Human Resources who, after investigating, will take appropriate action.

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: HARASSMENT (Including SEXUAL HARASSMENT) | NUMBER: 0400.02  DATE: 04/06/04<br>ISSUE: NEW       PAGE: 5 OF 7<br>SUPPLEMENT: |
|---|---|

## 4.5 INVESTIGATION

**4.5.1**  Pemco reserves the right to transfer the complainant to another work area during the investigation. This action will be taken only in those instances when it is believed to be in the best interest of the complainant.

**4.5.2**  An impartial investigation by trained harassment investigators will begin as soon as practical after a complaint has been made, but in no more than 72 hours.

**4.5.3**  The investigation will be conducted in accordance with guidelines which have been established to determine the facts as quickly as possible, while maintaining confidentiality and protecting the reputations of employees as much as possible.

**4.5.4**  The investigative team will provide the Director of Human Resources a written report and recommendations as soon as possible after the conclusion of their investigation, but within no more than 10 working days.

**4.5.5**  The Director of Human Resources will inform the accuser and the accused of the results of the investigation , within 72 hours of receiving the investigation report.

## 4.6 DISCIPLINE

**4.6.1**  Employees who have been found to have engaged in harassing behavior will be disciplined in accordance with Company Rules #49, "Sexual Harassment", and #52, "Unethical Conduct" [which includes Harassment"], in Supplement **A** of DSP **§0400.04**, and Corporate Policy **§4.53**, (Harassment).

**4.6.2**  The level of discipline appropriate for the offense will be determined by the President and Director of Human Resources in consultation with Corporate Counsel.

## 4.7 CONFIDENTIALITY

**4.7.1**  All inquiries, complaints, and investigations are treated confidentially. Information is revealed strictly on a need-to-know basis.

**4.7.2**  Information contained in a formal complaint is kept confidential. However, the identify of the accuser usually is revealed to the accused and witnesses. The Director of Human Resources will take steps to ensure that the accuser is protected from retaliation at any time after a complaint has been filed.

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| SUBJECT: HARASSMENT<br>    (Including SEXUAL HARASSMENT) | NUMBER: 0400.02  DATE: 04/06/04<br>ISSUE: NEW      PAGE: 6 OF 7<br>SUPPLEMENT: |

**4.7.3** All information pertaining to a sexual harassment complaint or investigation is maintained by the Director of Human Resources in secure files.

**4.7.4** No record of a complaint is kept in the accuser's personnel file. However, a cross reference may be included in such file which will indicate additional personnel information of a sensitive nature is available, on a need-to-know basis, after approval by the Director of Human Resources.

**4.7.5** The Director of Human Resources will explain the procedures for handling information related to sexual harassment complaints and investigations to the accuser and accused.

## 5.0 <u>RESPONSIBILITIES</u>

**5.1** <u>Employees</u> – If an employee believes that he or she has been subjected to harassment, sexual harassment, or unwanted sexual attention, they should:

**5.1.1** Make their disapproval and/or unease directly and immediately known to the harasser;

**5.1.2** Make a written record of the date, time, and nature of the incident(s) and the names of any witnesses;

**5.1.3** Report the incident to: one of the two Harassment Complaint Contact Points (See Supplement **A** of this procedure);

**NOTE:  A person can report the incident to their immediate supervisor as long as this is not the alleged harasser.**

**5.1.4** Incidents of harassment, sexual harassment, or inappropriate sexual conduct should be reported regardless of their seriousness.

**5.2** <u>Supervisors</u> must deal expeditiously and fairly with allegations of harassment/sexual harassment within their departments whether or not there has been a written or formal complaint. Supervisors must:

**5.2.1** Be ever vigilant for potentially harassing behavior by all employees, not only those under his or her immediate control. Should such behavior be noticed, the supervisor must immediately bring it to the attention of the individual and the individual's immediate supervisor. The supervisor should document whatever action is taken and, in a timely manner, provide a copy to the Director of Human Resources.

**5.2.2** Ensure that harassment or inappropriate sexually oriented conduct is reported to one of the two Points of Contact for Harassment (See Supplement **A** of this procedure or refer to the harassment posters located throughout the facility).

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| SUBJECT: HARASSMENT<br>(Including SEXUAL HARASSMENT) | NUMBER: 0400.02  DATE: 04/06/04<br>ISSUE: NEW    PAGE: 7 OF 7<br>SUPPLEMENT: |

5.2.3 Ensure that the Director of Human Resources is notified immediately of any reports of harassment.

5.2.4 Take corrective action to prevent prohibited conduct from reoccurring.

5.3 The **Director of Human Resources** is responsible for:

5.3.1 Developing a Harassment/Sexual Harassment procedure designed to prevent harassment and, if perpetrated, take appropriate corrective action to quickly resolve complaints.

5.3.2 Explaining Pemco-Dothan's sexual harassment policy/procedure and investigation procedures to the accuser and the accused;

5.3.3 Exploring informal means of resolving harassment or sexual harassment complaints;

5.3.4 Referring the accuser and/or the accused to Pemco-Dothan's Employee Assistance program for counseling and referral services, if appropriate;

5.3.5 Notifying the police if criminal activities are alleged; and

5.3.6 Arranging for an investigation of the alleged harassment/sexual harassment and the preparation and submission of a written report.

| DIVISION STANDARD PRACTICE (DSP) | |
|---|---|
| SUBJECT: HARASSMENT | NUMBER: 0400.02  DATE: 04/06/04 |
| (Including SEXUAL HARASSMENT) | ISSUE:  NEW        PAGE: 1 OF 1 |
| | SUPPLEMENT: **A** |

# HARASSMENT COMPLAINT CONTACT POINTS

**Employees designated to receive harassment complaints are:**

**Jim Battcher**
**Director of Human Resources**
**Extension 7007**

**Gerri Paulk**
**Benefits Coordinator**
**Extension 7262**

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| SUBJECT: HARASSMENT | NUMBER: 0400.02   DATE: 04/06/04 |
| (Including SEXUAL HARASSMENT) | ISSUE: NEW      PAGE: 1 OF 1 |
| | SUPPLEMENT: **B** |

Form HR-250, "COMPLAINT OF DISCRIMINATION OR HARASSMENT (Including Sexual Harassment)", is provided on the following page as a 2-sided full page exhibit without the customary Header and Footer. The purpose of this presentation is so that the form can be removed from the manual and photo-copied as needed.

| SUBJECT: PROCEDURES RELATED TO DISCIPLINARY ACTION FOR VIOLATION OF COMPANY & FACILITY RULES | NUMBER: 0400.04   DATE: 03/06/03  ISSUE: NEW          PAGE: 1 OF 5  SUPPLEMENT: **A** |
|---|---|

# COMPANY RULES

| Rule No. | V i o l a t i o n | Penalty for each Offense | | | |
|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | 4th |
| 1. | Falsification or misrepresentation of personnel or Company records, knowingly clocking the card of another employee, altering time card, having one's time card clocked by another employee; swiping another employee's badge or permitting another employee to swipe your badge, and/or any other form of dishonesty, reporting inaccurate time charges. | Discharge | | | |
| 2. | Failure to clock own clock card; failure to swipe badge at assigned time and attendance (T&A) clock and/or failure to enter a job charge number into the Labor Data Collection (LDC) clock by scanning or entering on keypad. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 3. | Clocking time card on other than regularly assigned clock without proper written authorization; swiping your badge at other than your assigned clock without proper authorization, or using a telephone code assigned to another employee without permission. | 1 Day Suspension | 3 Day Suspension | Discharge | |
| 4. | Failure to wear badge in plain sight. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 5. | Permitting another person to use your badge, password, or using another person's badge, password, or altering a badge | Suspension to Discharge | | | |
| 6. | Refusal to show badge at the request of any member of Management or Plant Protection. | Suspension to Discharge | | | |
| 7. | Failure to obtain up-to-date badge photo when appearance has been deliberately altered so that positive identification is difficult. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 8. | Leaving plant during working hours for reasons unacceptable to Company. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 9. | Leaving plant during working hours without proper written authorization, clocking out if not on Company business. | 1 Day Suspension to Discharge. | | | |
| 10. | Absent three (3) consecutive working days or number of working days specified in labor agreement if applicable without reporting to Personnel Records Section (voluntary quit) or reporting a reason not acceptable to Human Resources Department. | Discharge | | | |

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: PROCEDURES RELATED TO DISCIPLINARY ACTION FOR VIOLATION OF COMPANY & FACILITY RULES | NUMBER: 0400.04   DATE: 03/06/03<br>ISSUE: NEW   PAGE: 2 OF 5<br>SUPPLEMENT: A |
|---|---|

## COMPANY RULES – Cont'd.

| Rule No. | Violation | Penalty for each Offense | | | |
|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | 4th |
| 11. | Excessive Absenteeism or failure to maintain attendance record satisfactory to the Company. (Absences, tardiness and leaving the plant early will be considered by the Company in making its determination as to whether or not the employee meets the attendance requirements.) | Written Warning | Written Warning | Written Warning | Discharge |
| 12. | Failure to obtain supervisor's permission before leaving work station; using telephone on Company time, washing up, changing clothes, etc., without permission; taking more than specified time for meal periods or rest periods, putting away personal tools, returning Company tools or cleaning up work station prior to five (5) minute period immediately before the end of the shift except as specifically directed by supervisor. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 13. | Insubordination (including failure to follow supervisor's instructions), disrespect to and/or profanity or abusive language directed to supervisor, guard, fireman, management representative, Company official, customer, vendor or other representative. | Suspension to Discharge | | | |
| 14. | Causing confusion or distraction by shouting, catcalls, horse playing, scuffling, throwing, or demonstration on Company premises at any time. | Written Warning to 3 Day Suspension. | 1 Week Suspension | Discharge | |
| 15. | Misusing, destroying, abusing, damaging, hiding, or removing from the premises any property belonging to the Company, customer, vendor, or any employee; deliberately creating plumbing problems in rest rooms or elsewhere, marking on rest room walls or doors, defacing property; breaking into or entering lockers, tool boxes, rollaways, tool cribs, part cribs, etc., or other restricted areas, without proper authorization. | 1 Day Suspension to Discharge | | | |
| 16. | Removal from the Company premises or disclosure without proper authorization of Company confidential records or other property or classified information of any nature. | Discharge | | | |
| 17. | Advocating or participating in seizure of or trespass on Company property or entering restricted classified area without proper authorization. | Discharge | | | |
| 18. | Unauthorized possession of weapons, explosives, cameras or chemicals on Company premises at any time | Discharge | | | |
| 19. | Advocating, being or having been a member of any organization or political party which is opposed to or advocates overthrow of our constitutional form of Government of the United States. | Discharge | | | |
| 20. | Attempted or actual sabotage or espionage | Discharge | | | |
| 21. | Theft or attempted theft of property of employees, Company, customer, vendor or other organizations. | Discharge | | | |

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: PROCEDURES RELATED TO DISCIPLINARY ACTION FOR VIOLATION OF COMPANY & FACILITY RULES | NUMBER: 0400.04  DATE: 03/06/03 |
|---|---|
| | ISSUE: NEW      PAGE: 4 OF 5 |
| | SUPPLEMENT: **A** |

| Rule No. | Violation | Penalty for each Offense | | | |
|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | 4th |
| 35. | Throwing cigarette butts or other refuse on plant floor or in places other than containers provided for that purpose, bad housekeeping, contributing to unsanitary conditions | Verbal Warning | Written Warning | Final Warning or Suspension | Discharge |
| 36. | Smoking on Company premises during unauthorized times or in unauthorized areas | Verbal Warning | Written Warning | Final Warning or Suspension | Discharge |
| 37. | Disregard for safety or fire regulations or common safety practices; improper or unauthorized use of compressed air or gasses. | Written Warning to Suspension | Discharge | | |
| 38. | Assignment of wages or garnishments | Written Warning | Written Warning | Written Warning | Discharge |
| 39. | Unacceptable attire and/or shoes, wearing rings, medallions, or unsafe hair style or apparel on manufacturing floor, on planes, while operating machinery, etc. | Written Warning to 1 Day Suspension | 3 Day Suspension | Discharge | |
| 40. | Lack of personal cleanliness and/or personal appearance unacceptable to Company. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 41. | Failure to report personal on-duty injuries immediately to designated Company authorities. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 42. | Sleeping or giving the appearance of sleeping on job. | Discharge | | | |
| 43. | Running on company premises. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 44. | Failure to observe posted vehicular speed limits and/or driving areas; improper parking on company lot or in other company parking areas; or failure of operators of company owned vehicles to observe other published restrictions. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 45. | Performing outside activities that interfere with employee's attendance and/or performance of Company duties or considered by the Company as a conflict of interest. | Written Warning | 1 Day Suspension | 3 Day Suspension | Discharge |
| 46. | Inability to meet physical requirements for the work as established by the Medical Department | Discharge | | | |
| 47. | Gross negligence in work performance leading to substantial rework or to the existence of critical and/or safety of flight discrepancies. | Suspension to Discharge | | | |
| 48. | Unauthorized moving of traffic barrier such as ropes, cables, horses or other devices. | Written Warning to Suspension | Discharge | | |
| 49. | Harassment: verbal or physical (including Sexual harassment) due to unwelcome or unwanted sexual advances directed toward another individual or engaging in any type of harassing/sexually oriented conduct that would reasonably interfere with another's work performance. | Written Warning to Discharge | | | |
| 50. | Failure to comply with the Company's tool control procedure. | Written Warning | 1 Week Suspension | Discharge | |

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT:   ATTENDANCE PROGRAM | NUMBER: 0400.05   DATE: 04/25/03 |
|---|---|
| | ISSUE:  NEW         PAGE: 1 OF 4 |
| | SUPPLEMENT: |

## 1.0  PURPOSE

The purpose of this procedure is to define unacceptable employee attendance practices and to outline the disciplinary action evoked by such practices. **Human Resources will take into consideration extenuating circumstances on an individual basis without prejudice or establishing precedent-setting decisions to the program.**

## 2.0  POLICY

**2.1**   Pemco employees are expected to report for work regularly and on time. Good attendance and punctuality by everyone is necessary to ensure the successful operation of the facility. All employees have the responsibility to keep the company informed of expected absences from work, the length of the absence, and the reason for the absence. This enables the Supervisors/Managers/Directors to arrange for proper coverage of all jobs.

**2.2**   If illness or other compelling reason necessitates absence or tardiness from work, the employee is required to call the facility at the phone number assigned to them by their Director. The caller should give their name, badge number, supervisor, reason for, and duration of their absence/tardiness. If you are leaving this message on a recorder, please speak slowly and clearly so it can be written down by the person playing back the message. **All absences and/or expected tardiness are requested to be reported at least one hour before the employee's shift starting time.**

**2.3**   Employees with poor attendance disrupt the total facility operation as well as affect their fellow employees. Management recognizes its responsibility to help employees improve their attendance. To best meet this responsibility fairly and consistently, while recognizing that employees, may, by necessity, miss work from time to time due to unavoidable or extenuating circumstances, the following policy will be used at Pemco World Air Services in Dothan, Alabama.

## 3.0  SCOPE

This procedure is applicable to all employees of Pemco World Air Services, Dothan Facility.

## 4.0  PROCEDURE

**4.1**   **DEFINITIONS – For purposes of applying the attendance policy, there are three types of absence from work.**

   **4.1.1**   Reported Absence – When you have notified the company in advance of your shift starting time of your absence or expected tardiness.

   **4.1.2**   Unreported Absence – When you do not notify the company of your absence in advance of your shift starting time. If you have to be late or absent, always call in ahead of time.

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| **SUBJECT:   ATTENDANCE PROGRAM** | **NUMBER: 0400.05   DATE: 04/25/03**<br>**ISSUE: NEW   PAGE: 2 OF 4**<br>**SUPPLEMENT:** |

4.1.3    **Excused Absence** – Employees having absences for reasons listed in ¶4.1.4.3 below will not be penalized (have points assigned to their records).

4.1.4    **Definition of Point System** – Employees who are absent, as defined in ¶4.1.1 and ¶4.1.2 above, will have points assigned to their records. These attendance points will be used to gauge attendance on a fair and equitable basis. Points will be assigned per occurrence on the following basis.

     4.1.4.1    **Reported Absences**

         **(a)** <u>Sick with medical proof</u> – 1 point (regardless of consecutive days involved).

         **(b)** <u>Sick with no medical proof</u> – 1 point per day of absence.

         **(c)** <u>Personal business</u> – 1 point per day of absence.

         **(d)** <u>Tardy or leave early</u> – 1/3 point if the employee misses 4 hours or less of his/her shift, and 2/3 point if the employee misses more than 4 hours of his/her shift. Tardy can be starting the shift late or returning from lunch late.  Leaving and returning to the facility during the shift will be handled as listed above depending on the amount of time missed – 4 hours or less 1/3 point, more than 4 hours 2/3 point. (3.9 hrs or less worked- 2/3 pt, 4.0 hrs or more worked – 1/3 pt)

     4.1.4.2    **Unreported Absences**

         **(a)** <u>Absent with no report</u> – 3 points per day of absence. A medical excuse presented after a previous no report absence will not change the 3 points.

         **(b)** An absence of three or more consecutive work days without reporting will show an employee's lack of interest and unwillingness to cooperate in safeguarding his/her record in which case the employee will be removed from the payroll and marked "voluntary quit".

     4.1.4.3    **Excused Absences**

| | |
|---|---|
| Approved Jury Duty or Subpoenaed Witness | 0 points |
| Approved Military Duty | 0 points |
| Occupational Illness or Injury | 0 points |
| Vacation | 0 points |
| Approved union business | 0 points |
| Absence covered by paid sick/personal time | 0 points |
| Approved leave of absence | 0 points |

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: ATTENDANCE PROGRAM | NUMBER: 0400.05 | DATE: 04/25/03 |
|---|---|---|
| | ISSUE: NEW | PAGE: 3 OF 4 |
| | SUPPLEMENT: | |

| | |
|---|---|
| Family Medical Leave (FMLA) | 0 points |
| Sent home by company management | 0 points |
| Absence Due To Disciplinary Suspension | 0 points |
| Layoffs | 0 points |
| Paid holidays (unless scheduled to work) | 0 points |

**4.2   CORRECTIVE ACTION PLAN**

4.2.1   The above absentee points will be used to fairly and consistently apply the attendance policy to all employees and to effect better attendance in the facility. No corrective disciplinary action will be taken unless any employee accumulates four or more points, and in accordance with the following:

4.2.1.1   4 Points – Advisory notice issued from the Human Resources Department and given to the employee by his supervisor. **Probationary employees (direct or temporary) that receive an Advisory notice WILL BE TERMINATED!**

4.2.1.2   6 Points – Initial written warning given by the employee's supervisor and review of the attendance policy and record.

4.2.1.3   10 Points – Second written warning given by the employee's manager and review of the attendance policy and record.

4.2.1.4   12 Points – Third written warning and the employee will be required to report to his/her Director and the HR Director for a review of the attendance policy and record before returning to work.

4.2.1.5   15 Points – Discharged for cause.

4.2.2   When an employee accumulates 4, 6, 10, and 12 points, the point total will continue to accrue from the date of issue.

**4.3   REDUCTION IN ACCUMULATED POINTS** – Employees can reduce or "work off" their points in two ways:

4.3.1   Employees assigned 1/3 point or less for one calendar month will have their accumulated point total reduced by one point. Employees on a Leave of Absence will not be allowed to accrue Perfect Attendance points for time not worked.

4.3.2   Employees who work 215 hours or more in a calendar month will have their accumulated point total reduced by one point.

4.3.3   The most their cumulative balance can be reduced is minus three (-3) points.

---

**PEMCO WORLD AIR SERVICES
DOTHAN, ALABAMA FACILITY**

# DIVISION   STANDARD   PRACTICE   (DSP)

| SUBJECT:   ATTENDANCE PROGRAM | NUMBER: 0400.05 | DATE: 04/25/03 |
|---|---|---|
| | ISSUE:  NEW | PAGE:  4 OF 4 |
| | SUPPLEMENT: | |

## 5.0   RESPONSIBILITIES

**5.1**   The Human Resources Department will ensure that accurate and up to date attendance records are kept and that warning notices are sent to the employees' directors for issuance in a timely manner.

**5.2**   The Manager of M.I.S. will provide a computerized system for tracking attendance, charging points, and issuing warning notices.

**5.3**   The Director of Human Resources will ensure that this procedure is reviewed and updated as necessary and that its goals and objectives are achieved through compliance by all affected employees.

**5.4**   It is the employee's responsibility to understand this attendance policy and to be aware of the consequences of their absences. Employees are encouraged to keep track of their attendance record. H R will not send a notification letter of absences. The Human Resources Department will allow the employee one copy of their attendance record per month when requested.

---

**PEMCO WORLD AIR SERVICES**
**DOTHAN, ALABAMA FACILITY**

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| SUBJECT:    HEALTH SERVICES | NUMBER: 0400.11   DATE: 03/06/03<br>ISSUE: NEW         PAGE: 1 OF 8<br>SUPPLEMENT: |

## 1.0   PURPOSE

The purpose of this procedure is to establish the guidelines for Emergency Medical/Health Services. In addition, the duties and responsibilities of Medical personnel are defined. OSHA Standard §1910.151(a) states:

> **"The employer shall ensure the ready availability of medical personnel for advice and consultation on matters of plant health."**

## 2.0   POLICY

The policy which addresses this procedure is found in the Corporate Policy Manual at §4.9 "Safety and Related Programs". The policy stipulates that the Facility's President or Human Resources Director shall be responsible for development and implementation of the following:

> **". . . Medical Services and Worker's Compensation Program."**

## 3.0   SCOPE

This procedure is applicable to all employees of Pemco World Air Services, Dothan Facility. In addition, provisions of this procedure which address specific duties and responsibilities are applicable to personnel of the Human Resources Department.

## 4.0   PROCEDURE

### 4.1   REPORTING INJURIES

**4.1.1**   All accidents/injuries must be reported within 24 hours (Reported: **written** report filled out and turned in to the Nurse or EMT on duty at the Emergency Medical/ Health Services Office).

**4.1.2**   **Verbal** reports will not be acceptable. A Supervisor's report should also be filled out by the employee's immediate supervisor and turned in within 24 hours.

**4.1.3**   If an employee is injured on the job, he/she should never seek medical attention without being referred by the Nurse or EMT on duty.

**4.1.4**   Any medical treatment rendered without an accident report on file or without proper referral as stated above may be denied payment on the basis of Workers Compensation.

## PEMCO WORLD AIR SERVICES
## DOTHAN, ALABAMA FACILITY

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT: HEALTH SERVICES | NUMBER: 0400.11  DATE: 03/06/03 |
|---|---|
| | ISSUE: NEW  PAGE: 2 OF 8 |
| | SUPPLEMENT: |

**4.1.5** <u>Minor Injuries:</u> Minor injuries can develop complications and become a serious problem in need of medical attention (ex. infection, tetanus). This procedure requires minor injuries be reported in writing with the accompanying supervisors' report for documentation in the event that follow up treatment is required due to complications.

**4.1.6** <u>Serious Injuries:</u> In the case of a serious injury that requires transportation to the Hospital and a report can not be taken at the time, a statement may be given to the Nurse or EMT on duty by phone as soon as it is feasible to do so. The report can be filled out by the Nurse or EMT using this information if the employee will not be returning to work within 24 hours. The Nurse or EMT may then take the employees' statement to the appropriate supervisor and let him complete the supervisors' report.

## 4.2    TREATING INJURIES

**4.2.1** <u>Minor Injuries:</u> Minor injuries will be treated in the Emergency Medical/Health Services Office, located in hangar 1, by the Nurse or EMT on duty. Minor injuries include lacerations not requiring stitches, minor contusions, sprains, strains and any other injury not requiring treatment outside of the plant. Proper precautions will be taken to prevent infection or further complications of minor injuries. A Tetanus booster may be administered to employees whose tetanus immunization is not current.

**4.2.2** <u>Serious Injuries:</u> Serious injuries will be evaluated by the Nurse or EMT(s) on duty and treated in accordance with the nature and severity of the injury. Serious injuries that occur in the facility will become the responsibility of the Medical Team which will respond to the employee at the scene of the accident (Ref. §1410.05 "Emergency Control Plan – Medical Team". The employee will be transported to the proper medical facility in accordance with the above plan of action for the Medical Team.

If an injury requires further medical evaluation and/or treatment but does not impair the employees' ability to operate an automobile, he/she may be asked to drive to the doctor on his own. (i.e., hernia, rash, and minor lacerations requiring only a minimum number of stitches).

In both cases the proper paper work (out of plant pass) must be given to the guards with the explanation of "In-plant Injury - First Visit)" listed on the pass (See Security Manual for Out Pass Procedures). **Charge time** is **7.125**, for the time away from work <u>only</u> for the first visit.

**PEMCO WORLD AIR SERVICES
DOTHAN, ALABAMA FACILITY**

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT:   HEALTH SERVICES | NUMBER: 0400.11  DATE: 03/06/03 |
|---|---|
| | ISSUE: NEW    PAGE: 3 OF 8 |
| | SUPPLEMENT: |

4.2.3 <u>Post-Accident Drug Testing</u>: Effective December 1, 1993, Pemco World Air Services, Dothan Facility, initiated a Post Accident Drug Testing Policy. Any employee that requires Out-Of-Plant treatment for their injury will be submitted to a <u>**Post Accident Drug Test.**</u> Specifically, the policy states:

> *Pemco World Air Services, Dothan Facility, conducts post accident drug/alcohol testing in accordance with State/Federal regulations and Company policies to determine the presence of five specific drugs: marijuana, cocaine, opiates, amphetamines and phencyclidine (PCP).*

Refusal to submit to testing will be treated as a positive test. A positive test will result in a reduction of workers compensation benefits.

## 4.3   MONTHLY/YEARLY ACCIDENT/INJURY REPORTS

4.3.1 <u>Monthly Report</u>: A Monthly Injury Log is kept on the desk in the Emergency Medical/Health Services office. When an accident is reported, the Nurse or EMT on duty is responsible for logging the appropriate information onto this Report which is used to log the information into the computer. This computer transmitted report is distributed at Management Safety Council meetings in an effort to determine problem areas and to identify possible hazards in the workplace.

4.3.2 <u>OSHA 200 Log of Occupational Injuries & Illnesses</u>: Injuries that are recordable by OSHA standards have to be recorded on this log within 6 days of the incident. This log is also located and maintained in the Emergency Medical/Health Services Office. Entries are made in accordance with OSHA Standards and Procedures part 1904.12D of the regulations and the instructions on the back of the OSHA 200 Log and Summary. This log is kept on a yearly basis and we are required to retain the logs for the previous 5 years on file. For detailed instructions concerning the OSHA 200 Log, see 29 CFR (Code of Federal Regulations) §1904 of the OSHA Compliance Manual.

## 4.4   WORKERS COMPENSATION REPORTING

4.4.1 <u>State First Report of Injury</u>: Any time an employee is referred out of the plant for treatment a State First Report of Injury must be completed and sent to our Workers' Compensation Administrator. This is a detailed accident report that is filled out using the information provided on the Employees' First Report of Injury. This report needs to be completed and mailed within 48 hours of the accident.

# DIVISION  STANDARD  PRACTICE  (DSP)

| | |
|---|---|
| **SUBJECT:**  **HEALTH SERVICES** | **NUMBER: 0400.11  DATE: 03/06/03**<br>**ISSUE: NEW**  **PAGE: 4 OF 8**<br>**SUPPLEMENT:** |

Any employee that is treated outside of this facility is responsible for reporting back to Emergency Medical/Health Services Office or to Human Resources. This process ensures that all parties are aware of any procedures being done and any follow-up treatment that may be necessary. An employee should never seek or obtain medical treatment that is not authorized by these workers' compensation representatives in advance. Any unauthorized treatment may be denied payment under Workers' Compensation. It is also the employees' responsibility to turn in any paper work that he/she receives from the doctor concerning his/her condition. Any follow-up appointments due to complications or changes in an employees condition will be made through this office.

**4.4.2** **Verification of Workers Compensation (phone calls):** When an employee is injured and is sent for treatment he is given a form that verifies Workers Compensation and a pharmacy authorization for the initial visit and treatment. If any employee is sent for a follow up visit with another physician, that office will call and ask if we can verify Workers' Compensation. Any follow-up treatment needs to be verified by the proper workers compensation representative for Pemco or AIG Claim Services. If after hours, take a number for call back verification. If the follow up visit is an emergency situation due to a complication of a prior injury, the Nurse or EMT on duty is authorized to verify Workers' Compensation. If a pharmacy calls after hours to verify, the Nurse or EMT on duty is authorized to provide that verification. In both cases, the EMT will need to make a note of all of the details for the Nurse to follow-up.

## 4.5    HEARING EXAMS/CONSERVATION

**4.5.1** According to OSHA Standard #1910.95; exposure to high noise levels can cause hearing loss or impairment. There is no cure for noise-induced hearing loss, so the prevention of excessive noise exposure is the only way to avoid hearing damage. Specifically designed protection is required depending on the type of noise encountered. This Standard also states the following: *The employer shall institute a training program for all employees who are exposed to noise at or above an 8 hour time-weighted average of 85 decibels, and shall ensure employee participation in such a program.* This training shall be repeated annually. Each employee shall also have access to information and training materials.

**4.5.2** **Compliance:** Hearing exams and training are conducted on all new employees in  order to obtain a baseline for future testing. Annual Hearing exams and Training will be given to employees that have the greatest risk of

# DIVISION STANDARD PRACTICE (DSP)

| SUBJECT:   HEALTH SERVICES | NUMBER: 0400.11   DATE: 03/06/03 |
|---|---|
| | ISSUE: NEW         PAGE: 5 OF 8 |
| | SUPPLEMENT: |

hearing loss in this facility, although these employees are not exposed to the amount of noise stated in the above OSHA Standard. The Classifications that are tested yearly are production employees. Other Classifications are tested and trained on a "random" basis to promote hearing Conservation plant-wide. Posters and training literature are also posted on Company bulletin boards randomly during the year to promote employee awareness.

**4.5.3** Ear plugs and earmuffs are available to employees at the tool crib or Emergency Medical/Health Services Department. These earplugs should be worn when running machinery, aircraft engine runs, or any other noisy environment created in the workplace. For extremely noisy situations such as aircraft engine runs, earplugs should be worn in addition to earmuffs. Training is available at any time from Emergency Medical/Health Services Department on proper insertion of earplugs. (For specific guidelines for Hearing Protection see the Safety Manual.)

## 4.6   EYE EXAMS/CONSERVATION

**4.6.1** All employees receive an eye exam when they take their pre-employment physical prior to beginning work. If an employee experiences a problem with his/her vision anytime during the year, that employee can receive an eye exam through the Emergency Medical/Health Services Department. This exam will determine if the employee may need glasses or to changes his current prescription. An appointment can be made for the employee with his personal eye doctor to follow-up on these findings.

**4.6.2** If an employee has a change in his Classification that requires a Company Equipment Operators License he must have had an eye exam within the last 12 months in his file. If the employee has not had an eye exam within the last 12 months, he will be scheduled to receive an exam through the Emergency Medical/Health Services Dept. to obtain the proper license. Any employee that is qualified to run and taxi aircraft is required to receive an annual eye exam through the Emergency Medical/Health Services Department. The above employees will be notified of their appointment for an eye exam.

## 4.7   PHYSICALS

**4.7.1** All employees will have pre-employment physicals prior to beginning work. The following classifications are required to receive semi-annual physicals:

| DIVISION   STANDARD   PRACTICE   (DSP) | |
|---|---|
| SUBJECT:    HEALTH SERVICES | NUMBER: 0400.11   DATE: 03/06/03<br>ISSUE: NEW        PAGE: 6 OF 8<br>SUPPLEMENT: |

Welders; Painters; Service Attendants; and Operators of the Waste Water Treatment Plant Facility. The employees in the above Classifications will be notified of the date, time, and location that their physical will be conducted. **Charge time** to **7.125**. Employees are expected to be on time for their physical but if a problem should arise their supervisor should contact the Emergency Medical/Health Services immediately.

**4.8**   **INFECTIOUS DISEASE CONTROL**

    **4.8.1**   The following job classifications and tasks have been determined to have or create potential occupational exposure on a **reasonably anticipated** basis:

        **4.8.1.1**   *Occupational Health Nurse/EMT/Paramedic/Fire Personnel/ Housekeeping Personnel/Auxillary Fire/Medical Brigade*

            **a.**  Emergency first aid care

            **b.**  Phlebotomy

            **c.**  Urine analysis

            **d.**  Immunizations

            **e.**  Routine cleaning and disinfecting

    **4.8.2**   The following job classifications and tasks have been determined to have a potential occupational exposure on a **non-routine** or **emergency** basis but not a reasonably anticipated basis:

        **4.8.2.1**   Employees qualified to administer Emergency First Aid

        **4.8.2.2**   Employees qualified to administer CPR

    **4.8.3**   **Requirements:** Maintain training records for length of employment plus 30 years from date of training. The employer must inform each employee of their existence, location, and availability of these records. Records of employees who have worked for less than 1 year need not be retained after employment but the employer must provide these records to the employee upon termination of employment. First-aid records of one-time treatment need not be retained for any specified period of time. (See OSHA Compliance Manual §1910.120(f)(8) Record keeping for additional information.)

**PEMCO WORLD AIR SERVICES**
**DOTHAN, ALABAMA FACILITY**

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| **SUBJECT:** HEALTH SERVICES | **NUMBER: 0400.11  DATE: 03/06/03**<br>**ISSUE: NEW       PAGE: 7 OF 8**<br>**SUPPLEMENT:** |

      **4.8.3.1**   Summary of course(s) content

      **4.8.3.2**   Dates of training

      **4.8.3.3**   Names and qualifications of the trainers

      **4.8.3.4**   Names and job titles of all attending

   **4.8.4** <u>**Other Provisions:**</u>

      **4.8.4.1**   Eating, drinking, smoking, applying cosmetics or lip balm, and handling contact lenses is not permitted in a work area where a <u>**reasonable likelihood**</u> of occupational exposure exists.

      **4.8.4.2**   Food and drink cannot be kept in the same refrigerator, freezer, shelves, cabinets, countertops or benches where blood or other potential infectious material is present.

**4.9**   <u>**EMPLOYEE TRAINING**</u>

   **4.9.1** All employee training concerning Health or Medical (First Aid/Blood Borne Pathogens/CPR) will be taught by a trainer who is Certified in that area. **Training time will be charged to 7.193.** Permission will be obtained from Management to hold any type of training class and employees will be notified of class time and requirements. Training will consist of class lecture, reference materials and class participation. A training file on each employee will be kept by Quality Assurance Department's Training Section as well as the Emergency Medical/Health Services Office. Certification in such courses as CPR and First Aid will entitle the employee to Certificates and Cards. Copies of these items will also be kept on file.

**4.10**  <u>**SPECIAL EVENTS/SCREENING/HEALTH FAIRS**</u>

   **4.10.1** Any special event shall be approved in advance through Human Resources who will also be kept informed on preparation and specifics about the event. Security will also be notified of the outside agencies that will be participating in the event (See DSP procedures §1420.01 and §1420.02). **Charge time** for special screenings or events to **7.125** if the event is held during working hours. The employee must also obtain Supervisor approval before leaving the work station to attend the event. The Emergency Medical/Health Services Office is responsible for arranging such events as Cholesterol Screening/Eye Screenings and Health Fairs. All promotional material must be approved by Human Resources prior to dissemination. These events will be scheduled at various times throughout the year depending on work load and Human Resources approval.

| DIVISION   STANDARD   PRACTICE   (DSP) | |
|---|---|
| **SUBJECT:**    HEALTH SERVICES | **NUMBER: 0400.11   DATE: 03/06/03**<br>**ISSUE: NEW         PAGE: 8 OF 8**<br>**SUPPLEMENT:** |

### 4.11   HEALTH SERVICES

**4.11.1** It is the responsibility of this office to provide advice and consultation on matters of plant health. This office will also call to make doctor appointments for employees needing assistance. The Nurse or EMT on duty will also provide Blood Pressure checks and monitoring for all employees and will maintain a record for those who have been diagnosed with hypertension or believe they may be developing hypertension. Accucheck testing will be provided for those employees diagnosed with diabetes in order to monitor their blood sugar levels during the day. The Nurse or EMT on duty will also dispense, on an **as needed basis,** over-the-counter medications such as aspirin, antacid, throat lozenges, etc. Special care will be taken when dispensing these medications to determine if the employee may be allergic to ingredients.

## 5.0   RESPONSIBILITY

The Director of Human Resources will ensure that this procedure is reviewed and updated as necessary and that its goals and objectives are achieved through compliance by all affected employees.

**PEMCO WORLD AIR SERVICES**
**DOTHAN, ALABAMA FACILITY**

# DIVISION STANDARD PRACTICE (DSP)

| | |
|---|---|
| SUBJECT: EMPLOYEE FAIR TREATMENT PROCEDURE | NUMBER: 0400.28   DATE: 03/06/03<br>ISSUE: NEW   PAGE: 1 OF 2<br>SUPPLEMENT: |

## 1.0   PURPOSE

The purpose of this procedure is to provide a fair and equitable process for handling work related employee complaints, problems, or concerns.

## 2.0   POLICY

The Corporate Policy on this subject (found in the Corporate Policy Manual at §3.32) states that Pemco Aeroplex, Inc. (Parent of Pemco World Air Services, Dothan Facility) is committed to providing the best working conditions for all employees. Part of this commitment is encouraging an atmosphere where work related problems and conflicts may be resolved quickly and fairly.

## 3.0   SCOPE

This procedure is applicable to all employees (this is not meant to circumvent the grievance procedure, therefore, employees covered by a labor management agreement will follow the applicable grievance procedure for matters covered by the labor management agreement).

In addition, this procedure covers all issues except alleged sexual harassment, and matters related to alleged age, alleged sex, alleged disability, and alleged race discrimination, which should be reported directly to the Director of Human Resources.

## 4.0   PROCEDURE

4.1   The employee should first discuss the issue openly with his or her immediate Supervisor in an attempt to resolve the complaint.

4.2   If the issue cannot be resolved at that level, the complainant may submit, in writing, a request for a review of the issue by his or her Department Manager. If the Department Manager is the Complainant's immediate Supervisor, the written request or review shall be submitted to the Department Manager's immediate Supervisor. This request must be made within five (5) working days of the initial discussion.

4.3   Upon receipt of the written request for review, the reviewing Manager has ten (10) working days in which to investigate the incident and respond, in writing, to the Complainant. The Manager will review any pertinent documents, and interview the Complainant and Supervisor involved, as well as any other employees as appropriate.

# DIVISION  STANDARD  PRACTICE  (DSP)

| SUBJECT:  EMPLOYEE FAIR TREATMENT PROCEDURE | NUMBER: 0400.28   DATE: 03/06/03<br>ISSUE:  NEW          PAGE:  2 OF 2<br>SUPPLEMENT: |
|---|---|

4.4    If the Complainant finds this response unsatisfactory, he or she has five (5) working days to appeal the response to the next level of the process, which is the Appeals Committee. The Appeals Committee shall be chaired by a management level representative of the Human Resources Department (nonvoting member) and consists of a voting panel of three members of upper management (Director level or above). The members of management will serve on the panel on a rotating basis and shall excuse themselves when a conflict of interest is apparent.

4.5    The Committee shall have ten (10) working days in which to convene to review the issue and respond, in writing, to the Complainant. The Committee may uphold, overturn, or modify the decision of the reviewing Manager. The decision of the Committee is final.

4.6    A brief, written summary will be made of each issue handled under this procedure. The summary in each step will be forwarded to the next step when further action is required. When the issue is settled, the summary(s) will be forwarded to the Human Resources Department for filing.

## 5.0    RESPONSIBILITY

The Director of Human Resources will ensure that this procedure is reviewed and updated as necessary and that its goals and objectives are achieved through compliance by all affected employees.

| DIVISION STANDARD PRACTICE (DSP) | | |
|---|---|---|
| **SUBJECT:** EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | **NUMBER:** 0410.03  **DATE:** 03/06/03 **ISSUE:** NEW  **PAGE:** 1 OF 6 **SUPPLEMENT:** | |

### 1.0 PURPOSE

The purpose of this procedure is to state Pemco-Dothan's (Pemco World Air Services, Dothan Facility) Equal Employment Opportunity (E.E.O.) and Affirmative Action Compliance Programs and reaffirm its commitment to non-discrimination.

### 2.0 POLICY

**2.1 CORPORATE POLICY** – This procedure supports Corporate Policy §3.22, "Equal Employment Opportunity". The corporate policy reaffirms Pemco's commitment not to discriminate against any employee or applicant because of race, color, religion, sex, or national origin. Additionally, the policy states:

1. *The Company will not discriminate against any employee or any applicant for employment because of <u>AGE</u>;*

2. *The Company will take affirmative action to employ and advance in employment qualified <u>HANDICAPPED</u> individuals, qualified <u>DISABLED VETERANS and VETERANS OF THE VIETNAM ERA</u>;*

3. *This policy applies, but is not limited, to insuring the principles of Equal Opportunity apply consistently to recruitment, hiring, placement, compensation, benefits, promotion, transfer, layoff, recall, education, training, social and recreational programs, tuition assistance, rates of pay or other forms of compensation, and termination;*

4. *Employees and applicants are protected from coercion, intimidation, interference or discrimination for filing a complaint or assisting in an investigation. Any violation of the letter or spirit of this policy by any individual shall be met with timely and appropriate disciplinary action.*

<u>Note:</u> Sexual harassment, which is a form of sex discrimination, is addressed separately in DSP §0400.02, "Harassment (Including Sexual Harassment)".

**2.2 FEDERAL STATUTES** – The Corporate policy on Equal Employment Opportunity is consistent with the following federal statutes:

1. *Executive Order 11246, Nondiscrimination under Federal Contracts;*

2. *Title VII of the Civil Rights Act of 1964'*

3. *Age Discrimination in Employment Act of 1967 (ADEA) (Revised 1978);*

4. *Section 503, Rehabilitation Act of 1973*

5. *Section 2012, Vietnam Era Veteran's Readjustment Assistance Act of 1974; and*

6. *The Americans with Disabilities Act of 1990 (ADA).*

| **D I V I S I O N    S T A N D A R D    P R A C T I C E    (D S P)** | | |
|---|---|---|
| SUBJECT:  EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | NUMBER: 0410.03  DATE: 03/06/03<br>ISSUE: NEW           PAGE: 2 OF 6<br>SUPPLEMENT: | |

## 3.0   SCOPE

This procedure is applicable to all employees and activities of Pemco-Dothan.

## 4.0   PROCEDURE

### 4.1   COMMUNICATION –

**4.1.1**  A copy of this procedure, as well as the Corporate Policy on Equal Employment Opportunity, will be provided to each employee during their orientation.

**4.1.2**  Federal and State government nondiscrimination posters, as well as the Company's EEO Policy Statement, will be displayed permanently in conspicuous locations in all facilities where notices to employees and applicants for employment customarily are placed.

**4.1.3**  An Affirmative Action Plan will be prepared as required during which time an evaluation of Pemco-Dothan's statistical position on employment of protected groups will be performed.

**4.1.4**  Pemco-Dothan activities, employee organizations, and facilities at all locations shall be on a non-segregated basis.

**4.1.5**  All personnel actions, including, but not limited to, compensation, transfer, promotion, demotion, termination, layoff, and return from layoff shall be administered on a nondiscriminatory basis.

**4.1.6**  Any established incidents of discrimination or sexual harassment by any employee will result in immediate and severe disciplinary action, including possible termination. Further, it shall be the responsibility of every employee, and particularly every management and supervisory employee, to bring to the Company's attention any evidence of discrimination or sexual harassment so that the matter can be investigated and appropriate action taken. Such information should be directed to the individuals noted in Supplement **A** of this procedure.

**4.1.7**  Vacation, insurance, pension, and other benefits of employment will be provided without discrimination.

**4.1.8**  The opportunity to participate in Company sponsored supervisory training and other job related classes and development programs to improve skills and increase potential for advancement will be made available to qualified employees based on business needs without regard to race, creed, religion, sex or national origin.

**4.1.9**  All job posting programs will be administered without discrimination.

**4.2.10** Questions on employment applications and during pre-employment interviews shall not be designed to reveal race, color, religious creed, national

| DIVISION STANDARD PRACTICE (DSP) | | |
|---|---|---|
| **SUBJECT:** EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | **NUMBER: 0410.03  DATE: 03/06/03** **ISSUE: NEW            PAGE: 3 OF 6** **SUPPLEMENT:** | |

origin, ancestry, physical disability, marital status, age, or sex. The "Voluntary Confidential Supplement", Form HR-570, which is utilized solely for the recording of EEO data, will be completed by applicants on a voluntary basis. It is not included as part of the formal application form and will be maintained separately from the employee's personnel file, and will not be used as a basis for any employment decision.

**4.2.11** Applicants for employment will not be required to furnish photographs.

**4.2.12** Qualified female and minority recruiting sources are to be used whenever possible to stimulate applicant flow of females and minority group members and to correct any under representation of these groups if deficiencies have been identified in the Affirmative Action Plan.

**4.2.13** Recruitment sources authorized to refer applicants will be advised orally and in writing of Pemco-Dothan's com mitment to an equal opportunity policy.

**4.2.14** References in notices, advertisements, forms, and specifications relating to employment shall not indicate any preference, limitation, or discrimination based on race, color, religious, creed, national origin, ancestry, physical disability, marital status, age, or sex. All Pemco-Dothan employment recruitment advertisements shall include the phrase: "An Equal Opportunity Employer."

**4.2.15** Pemco-Dothan will ensure that the rights of individuals to file complaints, furnish information, or participate in an investigation, public hearing, or other activity related to equal employment opportunity law will be respected and not interfered with in any manner.

**4.2.16** Pemco-Dothan will notify Corporate Counsel of all formal charges immediately upon receipt.

**4.3**   **TRAINING** – All new employees receive familiarization training of Pemco-Dothan's Equal Employment Opportunity and Affirmative Action Programs during "new employee orientation". All new Managers and Supervisors will also receive training on federal and state EEO laws.

**4.3.1** Training classes for managers and supervisors will focus on prohibited discrimination under federal and state civil rights laws; sexual harassment; complaint response; job interviews; and performance appraisals.

---

4.3.2 Annual EEO update training will include some or all of the areas mentioned in ¶4 .3.1, but may also include diversity training directed at helping managers and supervisors appreciate the strengths of a diverse workforce and better understand and communicate with employees of the opposite sex or employees with a different cultural background, sexual orientation, or other personal characteristics.

| DIVISION   STANDARD   PRACTICE   (DSP) | |
|---|---|
| SUBJECT:  EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | NUMBER: 0410.03  DATE: 03/06/03 ISSUE: NEW          PAGE: 4 OF 6 SUPPLEMENT: |

4.3.3 Employees designated as Investigative Officers may appoint "designees" to assist them in handling sexual harassment or discrimination complaints. Persons appointed as designees shall not conduct an investigation until they have received training equivalent to that received by the Investigative Officers.

4.4  **COMPLAINT PROCEDURES** – Pemco-Dothan will provide its employees with convenient, confidential, and reliable mechanisms for reporting incidents of discrimination, harassment, sexual harassment or retaliation. Accordingly, Pemco-Dothan designates at least two employees in supervisory or managerial positions to serve as Investigative Officers. The names and phone numbers of discrimination/harassment contact points will be continuously posted on bulletin boards throughout the facility as published as a Supplement to DSP procedures §0400.02, "Harassm ent (Including Sexual Harassment)", and §0410.03, "Equal Employment Opportunity (Affirmative Action and Non-Discrimination Programs)" (see Supplements **A** and **B** for Complaint Contact Points and Form HR-250, "Com plaint of Discrimination or Harassment (Including Sexual Harassment)" respectively).

4.4.1 Pemco-Dothan thoroughly and promptly investigates discrimination and/or harassment complaints. Employees who believe they have been subject to unlawful discrimination or harassment should report the matter to the Director of Human Resources (7007), June Paramore, Manager of Supply/Warehousing, at 7013, or Corporate Counsel located in Denver CO.

4.4.2 All inquiries, complaints, and investigations are treated confidentially. Information is revealed strictly on a need-to-know basis. The identity of the employee lodging a complaint may be revealed to the individual accused of the policy violation and any witnesses. The Human Resources Director investigating policy/procedure violations related to discrimination or harassment. Where appropriate, the Human Resources Director explores informal means to resolve discrimination or harassment complaints. Informal dispute resolution must take adequate steps to ensure that the employee making the complaint is protected from retaliation during the investigation.

4.4.2.1    Retaliation against an individual for reporting harassment or dis-
crimination or for participating in an investigation of a claim of
harassment or discrimination is a serious violation of this proce-
dure and, like harassment or discrimination itself, will be subject to
disciplinary action. Acts of retaliation should be reported immedi-
ately and will be promptly investigated and addressed.

4.4.3    The Human Resources Director is responsible for procedures include counsel-
ing the alleged violator or serving as a mediator between the two parties.
Where the matter cannot be resolved informally, the Human Resources Direc-
tor directs the Complaint Investigation Team to perform a thorough investiga-
tion of the allegation and subsequently prepare a written report

| DIVISION    STANDARD    PRACTICE    (DSP) | | |
|---|---|---|
| SUBJECT:   EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | NUMBER: 0410.03   DATE: 03/06/03<br>ISSUE: NEW            PAGE: 5 OF 6<br>SUPPLEMENT: | |

and recommendations. The recommendations can include disciplinary action,
based on the severity of the discrimination or harassment, and possible resto-
ration of any employment terms, conditions, or opportunities the accuser lost
or was denied because of the discrimination or harassment.

### 4.5    DISCIPLINE

4.5.1   Employees who violate Pemco-Dothan's EEO or Harassment policies are sub-
ject to appropriate discipline as outlined in DSP §0400.04, "Procedures Re-
lated to Disciplinary Action for Violation of Company & Facility Rules. Spe-
cifically, Rule #49 which addresses Sexual Harassment, and Rule #52 on Un-
ethical Conduct. Both rules define appropriate disciplinary action as a Written
Warning to Discharge on the first offense (depending on the circumstances
and severity of the offense). Appropriate disciplinary action will be deter-
mined by the Human Resources Director and General Manager in consultation
with Corporate Counsel.

4.5.2   All discipline decisions must be made without bias or discriminatory motives.
The Human Resources Director should be notified when progressive discipline
is being considered for offenses which do not fall under this procedure.

### 5.O    RESPONSIBILITIES

5.1    **All Employees** are responsible for respecting the rights of their co-workers and
avoiding discriminatory or harassing conduct. Employees will be familiar and comply
with DSP §0400.02, "Harassment (Including Sexual Harassment) and §0410.03,
"Equal Employment Opportunity – (Affirmative Action & Non-Discrimination Pro-
grams) [this procedure].

5.2    **All Managers and Supervisors** are responsible for:

---

**PEMCO WORLD AIR SERVICES**
**DOTHAN, ALABAMA FACILITY**

**5.2.1** Creating and maintaining a work environment free of discrimination and harassment;

**5.2.2** Promptly investigating complaints of discrimination or harassment within their departments;

**5.2.3** Reporting discrimination and harassment complaints to the Director of Human Resources; and

**5.2.4** Taking corrective action to prevent prohibited conduct from re-occurring.

**5.2.5** Reporting personal or romantic relationships with any non-supervisory employee or an employee of a lower supervisory rank in writing to the Director of Human Resources. See DSP §0400.02, "Harassment (Including Sexual Harassment, ¶4 .3.3.

| DIVISION STANDARD PRACTICE (DSP) | | |
|---|---|---|
| SUBJECT: EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | NUMBER: 0410.03 ISSUE: NEW SUPPLEMENT: | DATE: 03/06/03 PAGE: 6 OF 6 |

**5.3** <u>**The Human Resources Director (the designated EEO/Affirmative Action Compliance Officer)**</u> will ensure:

**5.3.1** That all new managers and supervisors receive EEO and diversity training;

**5.3.2** Prompt response to, and investigation of, employees' complaints or inquiries regarding harassment or discrimination;

**5.3.3** That Pemco-Dothan's applicant tracking system is effectively compiling information required for EEO and Affirmative Action reports.

**5.3.4** Reports are provided periodically to the Chief Executive Officer of the Company who is responsible for General Direction of the Equal Employment Opportunity program;

**5.3.5** That Pemco-Dothan is in compliance with all EEO and Affirmative Action requirements under applicable federal and state law; and

**5.3.6** That this procedure is reviewed and updated as necessary and that its goals and objectives are achieved through compliance by all employees.

| DIVISION STANDARD PRACTICE (DSP) | |
|---|---|
| **SUBJECT:** EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | **NUMBER:** 0410.03  **DATE:** 03/06/02<br>**ISSUE:** NEW       **PAGE:** 1 OF 1<br>**SUPPLEMENT:** **A** |

# DISCRIMINATION / HARASSMENT COMPLAINT CONTACT POINTS

**<u>Employees designated to receive discrimination/harassment complaints are:</u>**

**Jim Battcher**
**Director of Human Resources**
**Extension 7007**

**Gerri Paulk**
**Benefits Coordinator**
**Extension 7262**

---

**PEMCO WORLD AIR SERVICES**
**DOTHAN, ALABAMA FACILITY**

**Corporate Counsel**
**Precision Standard, Inc.**
**12000 East 47th Ave., Suite 400**
**Denver, CO 80239**
**(303) 307-0156**

| DIVISION  STANDARD | PRACTICE  (DSP) | |
|---|---|---|
| SUBJECT:   EQUAL EMPLOYMENT OPPORTUNITY – (Affirmative Action & Non-Discrimination Programs) | NUMBER: 0410.03  DATE: 03/06/02 | |
| | ISSUE: NEW | PAGE: 1 OF 1 |
| | SUPPLEMENT: **B** | |

Form HR-250, "COMPLAINT OF DISCRIMINATION OR HARASSMENT (Including Sexual Harassment)", is provided on the following page as a 2-sided full page exhibit without the customary Header and Footer. The purpose of this presentation is so that the form can be removed from the manual and photo-copied as needed.

# ORIENTATION SAFETY GUIDELINES

## First Aid
The First Aid office is located in Hangar #1 (Back Shop). This office is staffed during 1st shift from Monday through Friday. Any injury on 2nd, 3rd, or weekends should be called into Security (Ext. 7275) so that a fireman/medic can provide assistance. All injuries (regardless of how minor) should be reported before the end of the work shift.

## Hazard Communication
OSHA requires companies to provide information concerning the chemicals that are found on the job site. This information can be found on a material safety data sheet (MSDS), which is provided by the chemical supplier. Each hangar has a yellow MSDS binder that can be found in the green, wooden box (located near bulletin boards) for Company policies. The MSDS book only contains the most common items that are found on the floor. For a complete listing, the Safety Office (Ext. 7323) in Hangar #2 has a complete listing. If no one is available, then contact Security (Ext. 7275) to radio a fireman to provide assistance.

## Safety Glasses
Safety glasses are mandatory during certain job tasks. Any cutting, grinding, drilling, riveting or related activities involving metal, fiberglass, phenolic, plastic, or masonry materials as well as the transferring or use of chemicals (liquids) are subject to this policy. **Safety glasses are to be worn in all areas where the potential for an eye injury might exist.** Safety glasses are issued during orientation and replacement glasses are available from the Safety Department, Tool Crib, or Fire Department.

## Hearing Protection
Hearing protection is to be worn at all times when loud noises are present. Examples of this include sheetmetal work, aircraft engine runs, auxiliary power units, etc. Earplug dispensers are located in each hangar. A variety of earplugs can also be found in the Safety Office in Hangar #2. If no one is available, please contact Security (Ext. 7275) to radio a fireman to provide assistance. Earmuffs are available from the tool crib if necessary. Employees that work on the floor are given baseline audiograms (hearing tests) during orientation and annually thereafter.

## Fall Protection
Employees that are required to work from a snorkel or scissors lift (over 6 ft. from the floor) are required to wear a body harness. Harnesses can be found on a rack or in the lift basket in each hangar. Attach all straps and size it accordingly before use. Any work from the wing of an aircraft should be protected through the use of a harness attached to the lift or overhead lifeline. Wing stands have also been made for use under DC-9 wings to keep from needing to wear a harness.

## Motorized Equipment License

Before operating any motorized equipment such as a snorkel lift or forklift, an employee must first have a Pemco operator's license. Consult your supervisor regarding the proper paperwork that must be completed and turned into the Training Department. The employee must demonstrate the correct operation of the equipment and have good vision prior to issuance of the license.

## Confined Space

Several areas on an aircraft that employees must perform repairs are considered confined spaces. These areas, usually fuel tanks, pose significant risks if not properly checked. The Fire Department will conduct an explosive (LEL) and oxygen measurement of the tank when requested. A confined space permit will be issued if the area is within safe limits and the entrant/attendant have received prior training. **Until the employee has attended a confined space class at Pemco, he/she is not allowed to enter these areas.** Please consult your supervisor if you need this training.

## Respirators

Most classifications of employees will require the issuance of a respirator to protect from airborne contaminants. Before receiving a respirator, the employee must be given medical clearance and pass a respirator fit test. Respirators are to be worn in areas where concentrated vapors from solvents collect (fuel tanks, baggage compartments, etc.) may occur. Respirators are only issued by the Safety Department or the Fire Department. Replacement cartridges are available in the Safety Department or in Supply. Fit test will be given annually.

## Hazardous Waste

Several of the products used at this facility end up being discarded as hazardous waste. Items such as sealers, paint, solvents, alodine rags, etc. must be disposed of properly. Each hangar has a satellite accumulation point (SAP) set up for waste products. Inside each hangar, there are drums (pink) that are to be used for sealer, paint cups and brushes, and alodine rags. No liquids are to be discarded in the pink drums. Please properly dispose of these waste products and if you have any questions, ask your supervisor. Used Oil drums are also located inside the hangars.

EMPLOYEE NAME:_____(Print)

EMPLOYEE SIGNATURE_____

DATE_____

Form S-202PD