# EXHIBIT B
# TO
# DECLARATION OF
# FRANCIS X. HENRY



# PEMCO
## WORLD AIR SERVICES
*A Pemco Aviation Group Company*

*Dothan Facility*



## EMERGENCY NOTIFICATION FORM

**PLEASE PRINT:**

Date: _October 1, 2003_

Badge: _11377A_     Employee Name: _WILFREDO J CAMACHO_

Address: _1668 SADDLEBROOK LANE_

City/State _Jacksonville, FLORIDA_          Zip Code: _32221_

Home Telephone: _1(904)781 1204_     OK to leave message ( ✓ ) yes     ( ) no

Contact Person(s): _Mrs Severina L camacho_

Alternate Telephone and Contact Person: _Mr Felix C. Camacho   1(714)578 8438_
Alternate Telephone and Contact Person: _Mr. Danilo S. Camacho   1(904)756-7312_

09/21/2001HR Form 315 Emergency Notification Form





## ST BE PLANNED

.ATURE OF HOLDER)



| | | |
|---|---|---|
| I | **UNITED STATES OF AMERICA** | XI |
| | DEPARTMENT OF TRANSPORTATION · FEDERAL AVIATION ADMINISTRATION | |

IV    NAME
WILFREDO SILVA CAMACHO
V    ADDRESS                                    VI NATIONALITY        IVa D.O.B.
1608 SADDLEBROOK LN                              USA              4 JUN1958
JACKSONVILLE FL 32221-5600          SEX  HEIGHT  WEIGHT HAIR  EYES
                                     M     64      155   BLACK BROWN

IX    HAS BEEN FOUND TO BE PROPERLY QUALIFIED TO EXERCISE THE PRIVILEGES OF

II    MECHANIC
III    CERTIFICATE NUMBER  570758743
X    DATE OF ISSUE  25 APR 2001

VII    SIGNATURE OF HOLDER                    XIV
                                              VIII   ADMINISTRATOR

WILFREDO SILVA CAMACHO                              570758743

XII RATINGS

MECHANIC
AIRFRAME POWERPLANT

XIII LIMITATIONS

# PEMCO
## WORLD AIR SERVICES
*A Pemco Aviation Group Company*

100 Pemco Drive
*Dothan, AL 36303*
Tel: (334) 983-4571
FAX: (334) 983:7046

## APPLICATION FOR EMPLOYMENT

### IMPORTANT – PLEASE READ THE INSTRUCTIONS BELOW BEFORE FILLING OUT THIS APPLICATION.

In answering all questions on this application, please print in ink or use a typewriter. Make your answers complete and accurate. Failure to do so may result in a delay or prevent you from being considered. An applicant who knowingly provides misleading, erroneous, or willfully deceptive information to Pemco-Dothan (Pemco World Air Services, Dothan Facility) on this application, resume, or in a selection interview is immediately eliminated from further consideration for employment. If employed, and subsequent information reveals false or misleading statements were provided, the employee will be dismissed. If the space provided on this form is inadequate, use additional sheet(s) and attach.

List fields of employment in which you are qualified and/or wish to apply, and years of experience in each.

| 1. | YRS. EXP. | 3. | YRS. EXP. |
| 2. | YRS. EXP. | 4. | YRS. EXP. |

## I. PERSONAL AND IDENTIFICATION

| LAST NAME | FIRST NAME | MIDDLE NAME | PHONE NO. | SOCIAL SECURITY NO. | DATE |
|---|---|---|---|---|---|
| CAMACHO | WILFREDO | S. | (904) 781-1774 | 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 | Oct 1, 2003 |

| MAIDEN NAME, | NICK NAME, | ALIAS | SALARY EXPECTED | DATE AVAILABLE | WILL YOU FURNISH TOOLS FOR JOB AS ASSIGNED? |
|---|---|---|---|---|---|
| N/A | | | | ASAP | ☐ YES   ☐ NO |

| PRESENT ADDRESS   NUMBER AND STREET | HAVE YOU EVER SUBMITTED AN APPLICATION TO PEMCO? | CAN YOU WORK ANY SHIFT AND ON ANY DAY OF THE WEEK? |
|---|---|---|
| 11608 SADDLEBROOK LANE | ☐ YES/WHEN | ☑ NO | ☑ YES   ☐ NO |

| CITY, | STATE | ZIP CODE |
|---|---|---|
| JACKSONVILLE | FLORIDA | 32221 |

HAVE YOU EVER BEEN EMPLOYED BY A PEMCO AVIATION GROUP SUBSIDIARY (PEMCO [AEROPLEX] [WORLD AIR SERVICES] [NACELLES] [VICTORVILLE] ETC.)
☐ YES/WHERE?_____ N/A _____ ☑ NO

PERMANENT ADDRESS, NUMBER 7 STREET , CITY, STATE , & ZIIP CODE
SAME AS ABOVE

FROM_____ N/A _____ TO_____ N/A _____

DO YOU HAVE ANY RELATIVES EMPLOYED BY A SUBSIDIARY OF A PEMCO AVIATION GROUP COMPANY?
☐ YES   ☑ NO   (IF YES, PLEASE LIST THEM BELOW)

| NAME | PEMCO AVIATION GROUP CO./LOCATION | POSITION |
|---|---|---|
| N/A | N/A | N/A |

| IN CASE OF EMERGENCY, NOTIFY:   NAME | ADDRESS   CITY, STATE AND ZIP CODE | PHONE NUMBER |
|---|---|---|
| Mr. Felix C. Camacho (Father) | 923 Huggins Ave. Placentia, CA 92870 | (714) 528-3438 |
| Mrs. Severina L. Camacho  Wife | 11608 Saddlebrook LN, Jacksonville, FL 32221 | (904) 781-1774 |

## PLEASE DO NOT WRITE IN THE SPACE BELOW – TO COMPLETE APPLICATION TURN THE PAGE

| LOG NUMBER 5812 | HIRE DATE | BADGE # |
|---|---|---|
| CLASSIFICATION | RATE | W/W | W/G |
| DEPT. | HANGAR # | SHIFT | REPORT TIME | SUPV. INT. |
| DRUG SCREEN TIME | | DATE | | |
| PHYSICAL EXAM TIME | | DATE | | |
| COMMENTS | | | | |

Form HR-575 (Revised 08/01)

**EXPERIENCE AND OCCUPATIONAL SKILLS**

To be considered a qualified applicant, all candidates for positions with Pemco-Dothan must provide the names, addresses and, where possible, the name of a supervisor or contact person at their former employers. Please start with your present and most recent employment and provide a complete employment history up to a maximum of fifteen (15) years. Include time spent in the U.S. Military during this period.

| Employer Name | Phone Number | Date: (from/to) | |
|---|---|---|---|
| MAYTAG AIRCRAFT CORP. | 1-800-477-5515 | JAN 2023 – MARCH 2023 | 1 |

Address: 6126 LEHMAN DRIVE
COLORADO SPRINGS, CO 80962-2759

Classification/Title and Duties Performed: CARGO SPECIALIST : INSPECT/VERIFY CARGO & ITS DOCUMENTATION ON BOARD MILITARY/COMMERCIAL AIRCR. ASSIST IN HANDLING INCOMING/OUTGOING DOD/CIVILIAN PERSON.

Type of business employer engaged in: AMC MILITARY CONTRACTOR

Name of Immediate Supervisor or Contact Person: MR. TOMMY SIMS

Reason for Leaving: U.S. EMBASSY ANNOUNCEMENT TO EVACUATE TO SAFER AREA

---

| Employer Name | Phone Number | Date: (from/to) | |
|---|---|---|---|
| FEDEX HOME DELIVERY | 1(904)378-9154 | OCTOBER 2022 – JAN 2023 | 3 |

Address: 7431 N. LANE AVE
JACKSONVILLE, FLORIDA 32254

Classification/Title and Duties Performed: COURIER CONTRACTOR SORT, PLAN, LOAD, DELIVER PACKAGES AND RETURN UNDELIVERABLE ITEMS. REPORTS ALL DELIVERED & UNDELIV. PACKAGES AT END OF DAY.

Type of business employer engaged in: COURIER SERVICES

Name of Immediate Supervisor or Contact Person: MR. MICHAEL R. MACH

Reason for Leaving: CONTRACTOR BUSINESS OPPORTUNITY IS NOT GOING TO BE PROFITABLE BASED ON PRICE REQ. & COVERAGE.

---

| Employer Name | Phone Number | Date: (from/to) |
|---|---|---|
| UNEMPLOYED | | MAY 2022 – OCT 2022 |

Address:

Classification/Title and Duties Performed:

Type of business employer engaged in:

Name of Immediate Supervisor or Contact Person:

Reason for Leaving:

---

| Employer Name | Phone Number | Date: (from/to) | |
|---|---|---|---|
| SCHOOLING: BRADFORD-UNION VOCATIONAL TECHNICAL CENTER | | MARCH 2022 – MAY 2022 | 4 |

Address: 609 N. ORANGE ST.
STARKE, FLORIDA 32091

Classification/Title and Duties Performed: COMMERCIAL TRUCK DRIVING CLASS "A"

Type of business employer engaged in: VOCATIONAL SCHOOL

Name of Immediate Supervisor or Contact Person: MR. MILLER OTHA

Reason for Leaving: GRADUATED

---

| Employer Name | Phone Number | Date: (from/to) | |
|---|---|---|---|
| GE IT&S | 1(904)757-2648 | SEPT 2001 – FEB 2002 | 5 |

Address: 16 VAN DYCK RD
JACKSONVILLE, FLORIDA 32218

Classification/Title and Duties Performed: FUEL NOZZLE MECHANIC UNPACK, PLACE ON STAND, RECORD SERIAL NO., DISASSEMBLE, CLEAN ASSY. AND PARTS; ORDER PARTS; SAND BLAST ASSY; ASSEMBLE, REMOVE FROM STAND; STENCIL BOX; SHIP ITEM

Type of business employer engaged in: FUEL NOZZLE REPAIR SHOP

Name of Immediate Supervisor or Contact Person: MR. DAN BUTLER

Reason for Leaving: TERMINATED

---

**IF ADDITIONAL SPACE IS NEEDED FOR PREVIOUS EMPLOYMENT HISTORY, CONTINUE ON NEXT PAGE.**

**LIST AIRCRAFT YOU HAVE WORKED ON AND THE NUMBER OF YEARS EXPERIENCE ON EACH:**

| AIRCRAFT | YEARS EXPERIENCE | AIRCRAFT | YEARS EXPERIENCE | AIRCRAFT | YEARS EXPERIENCE |
|---|---|---|---|---|---|
| A-4M/TA-4J | 3 1/2 | | | | |
| T-2 | 3 1/2 | | | | |
| F-14 ENGINE/F 404 | 3 | | | | |
| P-3 ORION ENGINE/ REDUCTION GEAR | 4 | | | | |

Case 1:05-cv-00503-MHT-TFM    Document 24-7    Filed 07/25/2006    Page 7 of 88

## CHECK THE APPROPRIATE BOXES:

| | | | | |
|---|---|---|---|---|
| 1. I consider myself to be a competent A/C*: | ☑ Mechanic | ☐ Sheet Metal Mech. | ☐ Machinist | ☐ Electrician |
| | ☐ Tank Sealer | ☐ Fabric & Upholstery | ☐ Electronic Technician | ☐ Welder |
| 2. I am familiar with and can correct defects in the following A/C*: | ☑ Flight Control Syst. | ☐ Fuel Systems | ☑ Oil Systems | ☐ Hydraulic Systems |
| | ☐ Pneumatic Systems | ☐ Pressurization Syst. | ☐ Heating Systems | ☑ Brake Systems |
| | ☐ Auto Pilot Systems | ☐ De/Anti-Icing Syst. | ☐ Leaking Fuel Tanks | ☐ Instrument Systems |
| 3. I can perform the following types of work on A/C* – | ☐ Compression Checks | ☐ Weight & Bal. Cks. | ☐ Dye Checks | ☐ Magnaflux Inspection |
| | ☑ Ultrasonic Inspection | ☐ Eddy Current Insp. | ☐ Precision Meas. | ☐ Alignment Checks |
| | ☐ Resistance Checks | ☐ Elec. Load Checks | ☑ Continuity Checks | |
| 4. I can work from: | ☑ Technical Instruc. | ☑ Schematics | ☑ Blueprints | ☐ Wiring Diagrams |
| 5. I have the following FAA** licenses: | ☑ Powerplant "P" | ☑ Airframe "A" | License Number | 1 70 -75-8743 |
| 6. Other Certifications/Licenses: | CDL CLASS "A" | | | |

* A/C = AIRCRAFT
** FAA = FEDERAL AVIATION ADMINISTRATION

## III. EDUCATION

| Name and Location of last school attended (Prior to College) | Circle last grade completed | Graduated? | ☐ GED |
|---|---|---|---|
| ST. ANTHONY SCHOOL SINGALONG, MANILA PHILIPPINES | 1 2 3 4 5 6 7 8 9 ⑩ 11 12 | ☑ YES  ☐ NO  Year 197⑤ | Date |

| College or University | Dates Attended – | Degree Attained | Degree Type |
|---|---|---|---|
| POLYTECHNIC UNIVERSITY OF THE PHILIPPINES | From JULY 1979 To OCTOBER 1983 | ☑ Yes  ☐ No | BSC ACCOUNTING |
| **Address:** PUREZA ST. STA. MESA MANILA, PHILIPPINES | **Major / Minor fields of study** ACCOUNTING / LAW | **Hours Completed** | |
| | | Quarter | Semester |

| Trade or Technical Schools Attended (Include Military Schools/Courses) | Dates Attended – | Major Subject(s) Studied |
|---|---|---|
| BRADFORD-UNION VOCATIONAL TECHNICAL CENTER | From MARCH 2002 To MAY 2002 | |
| **Address:** 609 N. ORANGE ST. STARKE, FLORIDA USA | **Type of Degree/Certificate/License Obtained** CDL CLASS "A" | |

## IV. CHARACTER

Have you ever been convicted of a felony or been court martialed?   ☐ YES   ☑ NO

If YES, list the date, location and complete disposition of each conviction. Information regarding convictions will not automatically disqualify an applicant from consideration. The date of conviction and the seriousness and type of crime may be considered in relation to job requirements.

N/A

## IV. CHARACTER – Cont'd

### LIST THREE NON-RELATIVE PROFESSIONAL REFERENCES

| NAME | OCCUPATION | ADDRESS | PHONE NO. |
|------|------------|---------|-----------|
| Mrs. Elcee Ann Conlon | Sales | 73450 Country Club Drive #320 Palm Desert, CA 92 | (760) 346-4664 |
| Mrs. Cristina Bascom | System Analyst | 4156 Laurel Ave. Cypress, CA 90630 | (714) 527-1760 |
| Mr. Allan D. Minnich | Pilot | 149 Garfield, Swanton, Ohio 43558 | (419) 825-1968 |

## V. EMPLOYMENT

It is understood that employment is subject to my passing a physical examination, **including a drug test,** by a physician approved by the Company. It is also understood that should I be employed by Pemco-Dothan, the employment will not be for a specified length of time and I will have a right to terminate my services, or the Company will have a right to terminate my services at any time. I understand that any offer of employment or any acceptance by me may be withdrawn with or without cause at any time. I understand this application will remain active for sixty (60) days and if I am still interested in employment with Pemco-Dothan thereafter, it will be necessary to re-apply for employment. I agree to be photographed. I agree to open my personal tool box upon request by management and agree to allow my person to be searched by Company Plant Security. I agree to be accountable for all Company property issued or assigned to me, and shall pay for all property damaged or not returned by me.

## VI. SECRECY

I will be responsible in matters within my control for the safeguarding of all secret, confidential or restricted matter that may be disclosed or developed in connection with my employment and understand that I may be subject to criminal liability, for failure to so act, as approved under the espionage, sabotage, and related laws of the United States.

## VII. PUBLICATION OF PHOTOGRAPHS

I hereby grant to Pemco-Dothan, the right to publish, or cause to be published, any photograph of myself.

## VIII. PATENT/COPYRIGHT AGREEMENT

As part of the consideration of my employment by Pemco-Dothan, I hereby agree that I will promptly advise the Corporate Patent Committee in writing of any and all inventions, discoveries or copyrightable matter made by me, alone or jointly with others, during the term of my said employment or within a period of six months thereafter, whether or not same was made during the hours of my employment or on the property of Pemco-Dothan, and I agree that my entire right, title and interest in and to said invention discovery or copyrightable matter shall, belong to and become the property of Pemco-Dothan, provided that such invention, discovery or copyrightable matter relates to the products and/or business of Pemco-Dothan. I further agree that I will, at Pemco-Dothan's expense, do all things and sign all documents, deemed by Pemco-Dothan, necessary or appropriate to vest in it all my rights, title and interest in and to the same, and to apply for and obtain patents or registrations therefor and to record its title to the same in the United States and any and all foreign countries, except as otherwise provided in Pemco-Dothan's patent/copyright policy in effect at the time such invention, discovery or copyrightable matter is disclosed in writing to Pemco-Dothan. My said employment by Pemco-Dothan and my compensation received as such employee shall constitute my sole right of compensation for the performance of my agreements herein contained.

SIGNATURE _____ DATE October 1, 2003

APPLICANT, DO NOT WRITE BELOW THIS LINE

INTERVIEWER'S SIGNATURE_____ DATE_____

INTERVIEWER'S SIGNATURE_____ DATE_____



**PEMCO**
WORLD AIR SERVICES
*A Pemco Aviation Group Company*

*100 Pemco Drive*
*Dothan, AL 36303*
*Tel: (334) 983-4571*
*FAX (334) 983-7046*

## SUPPLEMENT TO EMPLOYMENT APPLICATION

I understand that Pemco-Dothan (Pemco World Air Services, Dothan Facility) conducts pre-employment drug testing in accordance with applicable Government regulations and Company policies to determine the presence of five (5) specific drugs:

- **Marijuana**
- **Cocaine**
- **Opiates**
- **Amphetamines**
- **Phencyclidine (PCP)**

Date _____

Signature _____

Social Security Number _____

Form HR-580-Rev. 08/01



**PEMCO**
WORLD AIR SERVICES
*A Pemco Aviation Group Company*

*DOTHAN  FACILITY*
*100 Pemco Drive*
*Dothan, AL 36303, USA*
*(334) 983-4571*
*FAX (334) 983-7046*

# GENERAL RELEASE FORM

I, __WILFREDO D CAMACHO_____, authorize Pemco World Air Services, Dothan-Facility (Pemco-Dothan), to contact any organization or individual that I have listed on my employment application or resume or mentioned in job interviews and obtain from them any relevant information about my job qualifications, including my experience, skills, and abilities. I understand that I am consenting to the release of any reference-related information about me held or known by my former employers, supervisors, and co-workers. In addition, I consent to the release of any information about my education, experience, abilities, or work-related characteristics or traits held or known by other organizations or individuals, including schools and educational institutions, professional or business associates, and friends and acquaintances that Pemco-Dothan might contact in the course of conducting a reference check or background investigation of my suitability for employment.

I understand and acknowledge that this release of information can involve my qualifications, performance, credentials, or other characteristics or factors affecting my suitability for employment with Pemco-Dothan.

Specifically, I am authorizing the release of any information about my performance, experience, capability, attitude, or other work-related characteristics that currently are in the possession of the following organizations or their managers or representatives:

_____

_____

_____

_____

_____

In exchange for Pemco-Dothan's consideration of my employment application, I agree not to file or pursue any complaints, claims, or legal actions of any kind against any organization or individual that provides work-related information about me to Pemco-Dothan or its agents in accordance with the terms and intent of this release. I also agree not to file or pursue any complaints, claims, or legal actions against Pemco-Dothan or any of its employees, representatives, or agents arising out of their efforts to obtain work-related information about me.

(Signed) _____

Date __October 1, 2003__

FORM HR-501  Rev 08 01

# PEMCO
## WORLD AIR SERVICES
*A Pemco Aviation Group Company*

BACKGROUND CHECK

Last Name: __CAMACHO__

Social Security Number: __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__

## IN THE PAST 10 YEARS HAVE YOU BEEN CONVICTED OF ANY OF THE FOLLOWING CRIMES?

(i) Forgery of certificates, false marking of aircraft and other aircraft registration violation ... ☐ YES ☑ NO

(ii) Interference with air navigation ... ☐ YES ☑ NO

(iii) Improper transportation of a hazardous Material ... ☐ YES ☑ NO

(iv) Aircraft piracy ... ☐ YES ☑ NO

(v) Interference with flightcrew members or flight attendants ... ☐ YES ☑ NO

(vi) Commission of certain crimes aboard aircraft in flight ... ☐ YES ☑ NO

(vii) Carrying a weapon or explosive aboard aircraft ... ☐ YES ☑ NO

(viii) Conveying false information and threats ... ☐ YES ☑ NO

(ix) Aircraft piracy outside the special aircraft jurisdiction of the United States ... ☐ YES ☑ NO

(x) Lighting violations involving transportation of controlled substances ... ☐ YES ☑ NO

(xi) Unlawful entry into an aircraft or airport area that serves air carrier or foreign air carriers contrary to established security requirements ... ☐ YES ☑ NO

(xii) Destruction of an aircraft or aircraft facility ... ☐ YES ☑ NO

(xiii) Murder ... ☐ YES ☑ NO

(xiv) Assault with intent to murder ... ☐ YES ☑ NO

(xv) Espionage ... ☐ YES ☑ NO

(xvi) Sedition ... ☐ YES ☑ NO

(xvii) Kidnapping or hostage taking ... ☑ YES ☑ NO

(xviii) Treason ... ☐ YES ☑ NO

(xix) Rape or aggravated sexual abuse ... ☐ YES ☑ NO

(xx) Unlawful possession, use, sale, distribution, or manufacture of an explosive or weapon ... ☐ YES ☑ NO

(xxi) Extortion ... ☐ YES ☑ NO

(xxii) Armed robbery ... ☐ YES ☑ NO

(xxiii) Distribution of, or intent to distribute a controlled substance ... ☐ YES ☑ NO

(xxiv) Felony arson ... ☐ YES ☑ NO

(xxv) Conspiracy or attempt to commit any of the aforementioned criminal acts. ... ☐ YES ☑ NO

(xxvi) Armed or felony unarmed robbery ... ☐ YES ☑ NO

(xxvii) A Felony involving a threat ... ☐ YES ☑ NO

(xxviii) A Felony involving
  (I) Willful destruction of property ... ☐ YES ☑ NO
  (II) Importation or manufacture of a controlled substance ... ☐ YES ☑ NO
  (III) Burglary ... ☐ YES ☑ NO
  (IV) Theft ... ☐ YES ☑ NO
  (V) Dishonesty, fraud, or misrepresentation ... ☐ YES ☑ NO
  (VI) Possession or distribution of stolen property ... ☐ YES ☑ NO
  (VII) Aggravated assault ... ☐ YES ☑ NO
  (VIII) Bribery ... ☐ YES ☑ NO
  (VIX) Illegal possession of a controlled substance punishable by a maximum term of imprisonment of more than 1 year, or any other crime classified as a felony that the Administrator determines indicates a propensity for placing contraband aboard an aircraft in return for money. ... ☐ YES ☑ NO

Have you been convicted of a felony or acquitted of a felony by reason of insanity in the past 10 years? ... ☐ YES ☑ NO

If you answered yes to any of the above please explain: ___N/A___

Background Check / Crime List & Release & Consent - PEMCO

## PRIMECARE OCCUTATIONAL MEDICINE
## PHYSICAL EXAMINATION FORM

Date of Exam __11-10-3__

Company Name __Pemco__     Account No. __C01366__

Driver's Name __WILFREDO S. CAMACHO__     S.S. # __516 58 8743__

Address __1618 Middlebrook Lane Jacksonville Florida 32211__ Phone __(904) 781-1374__     D.O.B. / Age __June 58 / 45__

**HEALTH HISTORY:**

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | Asthma | ☑ | ☐ | Back Pain - Low | ☐ | ☑ | Regular/Frequent Use of Alcohol/Narcotics |
| ☐ | ☑ | Kidney/Liver | ☐ | ☑ | Head or Spinal Injuries | ☐ | ☑ | Seizure/Fits/Convulsions or Fainting |
| ☐ | ☑ | Tuberculosis | ☐ | ☑ | Muscular Disease | ☐ | ☑ | Extensive Confinement by Illness or Injury |
| ☐ | ☑ | Lung Disorder | ☐ | ☑ | Phychiatric Disorder | ☐ | ☑ | Any other Nervous Disorder |
| ☐ | ☑ | Shortness of Breath | ☐ | ☑ | Diabetes | ☐ | ☑ | Suffering from any other Disease |
| ☐ | ☑ | Emphysema | ☐ | ☑ | Cardiovascular Disease | ☐ | ☑ | Permanent Defect from Illness or Injury |
| ☐ | ☑ | Sleep Disorder | ☐ | ☑ | Gatrointestinal Ulcer | | | |

If answer to any of the above is yes, explain: __Left Broken/Finding-1998~Occasional Back Pain__

**I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination.** _____ Date __11/10/03__

EMPLOYEE SIGNATURE

---

## (SEE GENERAL COMMENTS FOR ABNORMALITIES)

| | |
|---|---|
| GENERAL APPEARANCE AND DEVELOPMENT: ☑ NORMAL ☐ ABNORMAL | BLOOD PRESSURE: __138/90__ |
| HEENT: ☑ NORMAL ☐ ABNORMAL | PULSE: Before exercise __80__ After exercise __NP__ |
| NECK: ☑ NORMAL ☐ ABNORMAL | HEIGHT: __5'4"__ WEIGHT: __135__ |
| CHEST: ☑ NORMAL ☐ ABNORMAL | VISION: Right __20__ Left __40__ Both __20__ |
| HEART: ☑ NORMAL ☐ ABNORMAL | ☐ With corrective lens ☑ Without corrective lens |
| LUNGS: ☑ NORMAL ☐ ABNORMAL | |
| TRUNK & BACK: ☑ NORMAL ☐ ABNORMAL | COLOR TEST: ☑ NORMAL ☐ ABNORMAL |
| ABDOMEN: ☑ NORMAL ☐ ABNORMAL | Horizontal field (70º or >) ☑ RT NORMAL ☐ RT ABNORMAL |
| GASTROINTESTINAL: ☑ NORMAL ☐ ABNORMAL | ☑ LT NORMAL ☐ LT ABNORMAL |
| GENITO-URINARY: ☑ NORMAL ☐ ABNORMAL | HEARING (Whisper Test): ☑ RT NORMAL ☐ RT ABNORMAL |
| NEUROMUSCULAR: ☑ NORMAL ☐ ABNORMAL | (Conducted at five feet) ☑ LT NORMAL ☐ LT ABNORMAL |
| (Including Reflexes) | *If audiometer was used see attached audiogram |
| EXTREMITIES: ☑ NORMAL ☐ ABNORMAL | LAB (Urine): Spec. Gr. __005__ Protein __Neg__ |
| SKIN: ☑ NORMAL ☐ ABNORMAL | Blood __Neg__ Sugar __Neg__ |

---

**CONTROLLED SUBSTANCES TESTING:** ☑ Controlled substances test **NOT** performed
☐ Controlled substances test performed

**GENERAL COMMENTS:** __FATTER Dietary__

---

| NAME / TITLE /LICENSE # (Check One) | SIGNATURE |
|---|---|
| ☐ J. STEVE SHERRER, M.D.   17149   ☐ MARK B. ELLIS, D.O.   DO-463 | |
| ☐ MICHAEL A. WILLIAMS, D.O.   DO-361   ☐ JOSEPH H. SEWEL, M.D.   00020138 | |

| ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|
| ☑ 301 WESTGATE PARKWAY, SUITE 2, DOTHAN, ALABAMA 36301 | ☑ 334-793-2120 | ☑ 334-671-0220 |
| ☐ 144 VIRGINIA AVENUE, SUITE A, DALEVILLE, ALABAMA 36322 | ☐ 334-503-9900 | ☐ 334-598-1827 |

| EXAM | DRUG SCREEN /BAT | OTHER |
|---|---|---|
| ☑ PEP | ☐ SCREEN ☐ BAT | ☐ |

**TOTAL CHARGES $ ➡** __32.00__

USRPi : Re-order #10777, Rev. 8/02

**PEMCO** *World Air Services*
*A Precision Standard Company*

100 Pemco Drive
Dothan, AL 36301

## ORIENTATION CHECKLIST

*Camacho*

### FOR SIGNATURE

☑ Address Form (HR-325)
☑ I-9 (Employee Eligibility Verification – I.N.S.)
☑ W-4 (Federal Form W-4)
☑ A-4 (State of Alabama Form A-4 Rev 5/97)
☑ Alabama New Hire Reporting Form (Form NH-1)
☐ Payroll Exception Form (No Form No.)
☑ Emergency Notification Form (Form HR-315)
☐ Group Life Enrollment (Sun Life)
☐ Medical and Dental Enrollment (BCBS ENR-1)
☐ Spousal Carve Out Form (Form HR-335)

☐ Non-Disclosure Agreement (Form HR-320)
☐ Quality Resolution (Form HR-535)
☑ Handicap/Veterans Identification (Form HR-340)
☑ Insider Trading (Corp. Pol. 4.18 & Form HR-345)
☐ Probationary Rating Form (Form HR-400)
☐ Policy Stmt.–Pt. Time/Temp. (If Applicable) (Form HR-330)
☑ Safety Glasses (Form S-201PD)
☐ Orientation Safety Guidelines (Form S-202PD)
☐ United Way (optional) (United Way Pamphlet)
☐ Savings Bond (optional) (SBD-2003)

### REVIEWED AND DISCUSSED

☑ Attendance Policy
☑ Harrassment Statement (DSP 0400.02)
☑ Equal Employment Opportunity (Corp. Pol 3.22)
☑ Smoking (DSP 0100.15)
☐ Employee Fair Treatment (Corp. Pol. 3.32)
☑ Anti-Drug and Alcohol Summary (Form HR-502)
☑ Employee Assistance Program (Sawyers & Assoc.)

☑ Company Rules (DSP 0400.04, Supplements A & B)
☑ Business Ethics (DSP 0100.20)
☐ Union Contract (if applicable)
☑ Religious Observance
☐ Employee Suggestion Program
☐ Policy Stmt./Salaried Empl's (if applicable) (Form HR-350)

☑ Employment W/Pemco Summary which includes the following topics: (Form HR-310)

● Employment-At-Will
● Workplace Violence
● No-Fault Attendance Summary
● Press Relations
● Safety Rules
● Appearance & Hygiene
● Use of Telephones
● Business/Recreational Discounts Available

● Affirmative Action
● Meeting Schedules of Production
● FMLA (Family Medical Leave Act)
● Workers' Compensation
● FOD Prevention
● Employee Identification
● Address Changes and Paychecks

have received a copy of each of the documents checked above. The policies and procedures of Pemco World Air Services are listed in the Corporate Policy and Division Standard Practices (DSP) manuals, and in the applicable Statement of Policy for the Dothan Facility. Updated DSPs are located throughout the facility (DSP Manuals are located in all: hangars; the strip rack; back shops; Directors' Offices; the administrative offices break room of hangar 6; and the Human Resources Department). It is my responsibility to comply with all applicable Pemco-Dothan policies and procedures.

My employment at Pemco is based on the "at will" principle. Nothing in this summary shall establish a contract with me. Policies and benefits described are subject to change at the discretion of the company. Nothing contained herein shall be construed to guarantee the benefits described or to require the company to follow the procedures provided. This summary supersedes prior summaries.

_____                           _____
Employee Signature and Badge Number                  Date



## PEMCO
### WORLD AIR SERVICES
*A Pemco Aviation Group Company*

**SAFETY GLASSES**

**New Hire Orientation**

The use of Personal Protective Equipment (PPE) in the workplace is a mandatory requirement placed on companies by OSHA. It makes good sense for an employer to provide adequate protection from work-related dangers for all employees. An employee that is not hurt on the job helps the Company keep production steady and the cost of Worker's Compensation claims down. It makes better sense for an employee to protect themselves from these dangers as well, so that they do not needlessly suffer from any pain that a temporary or permanent injury may inflict.

The Tool Crib or Safety Office located in Hangar #2 or the Fire Department are the locations where an employee can receive a pair of safety glasses, or replace a damaged pair.

**Safety glasses must be worn in all areas where the potential for an eye injury might exist.**

The following are examples of activities that require the use of safety glasses, or face shields –

1. Any cutting, grinding, drilling, polishing, riveting, or related activities involving metal, fiberglass, phenolic, plastic, or masonry materials. Any type of process that generates small particles or shavings that could enter the eye in any work area is subject to this requirement.
2. Any transferring or use of chemicals in all work areas. Acids, alodine, caustics, strippers, solvents, paint, Skydrol, etc., are examples but are not a complete list.
3. Any area where the potential of an eye injury exists due to objects falling from above, or from work activities of other employees.
4. Any work involving the cleaning of materials or work areas using compressed air.

**Failure to comply with this policy will result in the following DISCIPLINE –**

1st offense – Verbal Warning
2nd offense – Written Warning
3rd offense – 3 Day Suspension
4th offense – Termination

Certification – I have read and fully understand the requirements and consequences concerning the use of safety glasses while working at Pemco-Dothan.

WILFREDO S. CAMACHO
Print Name

Signature _Camach_

Badge Number    113774

Date    Oct x, x003

HR Form S-201PD-Safety Glasses09/24/2001



**PEMCO** World Air Services
*A Precision Standard Company*
*Dothan Facility*

## CORPORATE POLICY §4.18 – INSIDER TRADING EMPLOYEE CERTIFICATION

After reading, Corporate Policy §4.18, "Insider Trading", please sign and return the following certification form to Human Resources for filing.

I hereby certify that I have read Corporate Policy §4.18, Insider Trading, dated November 1, 1990, and that I understand its content and intent, and will comply with its provisions.

_____
Date

_____
Employee's Signature

_____
113774
Badge Number

Before operating any motorized equipment such as a snorkel lift or forklift, an employee must first have a Pemco operator's license. Consult your supervisor regarding the proper paperwork that must be completed and turned into the Training Department. The employee must demonstrate the correct operation of the equipment and have good vision prior to issuance of the license.

### Confined Space

Several areas on an aircraft that employees must perform repairs are considered confined spaces. These areas, usually fuel tanks, pose significant risks if not properly checked. The Fire Department will conduct an explosive (LEL) and oxygen measurement of the tank when requested. A confined space permit will be issued if the area is within safe limits and the entrant/attendant have received prior training. **Until the employee has attended a confined space class at Pemco, he/she is not allowed to enter these areas.** Please consult your supervisor if you need this training.

### Respirators

Most classifications of employees will require the issuance of a respirator to protect from airborne contaminants. Before receiving a respirator, the employee must be given medical clearance and pass a respirator fit test. Respirators are to be worn in areas where concentrated vapors from solvents collect (fuel tanks, baggage compartments, etc..) or where dusty atmospheres (sanding operations, fiberglass work, etc..) may occur. Respirators are only issued by the Safety or Fire Department. Replacement cartridges are available in the Safety Department or in Supply. Fit tests will be given annually.

### Safety Committee

The Safety Committee is composed of several union employees from each shift and meets the first and third Wednesday of each month. Any suggestions that an employee may have should be referred to a Committee member to be presented at the Safety Meeting. Minutes of each meeting are posted on the bulletin boards.

### Hazardous Waste

Several of the products used at this facility end up being discarded as hazardous waste. Items such as sealers, paint, solvents, alodine rags, etc… must be disposed of properly. Each hangar has a satellite accumulation point (SAP) set up for waste products. Inside each hangar, there are drums (pink) that are to be used for sealer, paint cups and brushes, and alodine rags. No liquids are to be discarded in the pink drums. Please properly dispose of these waste products and if you have any questions, ask your supervisor. Used Oil drums are also located inside the hangars.

EMPLOYEE NAME: _Wilfredo Camacho_ _____ (Print)

EMPLOYEE SIGNATURE: _____ DATE: _10/1/03_

## STATEMENT FOR ISSUED SAFETY GLASSES

As part of our company policy, we will supply you with two pair of safety glasses upon hire (One pair of clear and one pair of tinted). By signing this statement you will be agreeing to the following:

1. I have received my two initial pair of safety glasses (1 pair of clear and 1 pair of tinted) during my orientation process.
2. If my glasses are defective or scratched, I must exchange them for a new pair as required by Standard Safety Practice 200.05.
3. If I need new safety glasses and do not have a pair to exchange, I must purchase them at current company purchase price.
4. I can not exchange clear safety glasses for tinted or tinted for clear. The exchange will be for the same type of safety glasses.

Employee Name (print): WILFREDO S CAMACH

Employee Signature: _____

Badge #: 113774

Date: 10/1/03

# PEMCO
## WORLD AIR SERVICES
*A Pemco Aviation Group Company*

# Employee Quality Resolution

1.  I will not do any work on an aircraft without an approved work order.

2.  I will do **exactly** what the work order says. I will not improvise. I will not take short cuts. I will perform the work exactly in accordance with the appropriate written procedures, work instructions, technical orders, engineering orders, or other data provided.

3.  I will make sure all drawings are accounted for and turned in. I will never save drawings from one project to use on another.

4.  I will not save or hoard hardware and I will not use loose or undocumented hardware.

5.  I will properly tag and store, or dispose of, any part or component I remove from an aircraft.

6.  I will not attempt to perform any work on an aircraft which I am not trained and qualified to do. If I am instructed to perform work that I am not qualified to perform, I will discuss it with my Supervisor.

7.  I will never use a tool which requires calibration unless I **know** it is properly calibrated.

8.  I will use only the proper tools for the job I am working and will inform my Supervisor if the proper tools are not available.

9.  I will not use any chemical or compound unless I **know** it is still within its shelf life.

10. If I am not sure about anything I am doing, I will ask my leadman or supervisor.

11. If I become aware of, or suspect, a violation of any Federal Aviation Regulation, I will report it immediately to management.

12. I will report, to my Supervisor or an Inspector, any discrepancy uncovered as a result of performing my assigned task.

13. I will remove all foreign objects from an area in which I have accomplished an assigned task, whether generated by me or not.

14. I will take personal responsibility that charge numbers and start/stop times for work I accomplish will be recorded accurately in the time keeping system.

I have been counseled and understand the above resolutions and the need for quality workmanship. I have received copies of Division Standard Practice (DSP) §0100.20, "Business Ethics", and DSP §0400.04, Supplements A and B, "Company and Facility Rules".

Signature: _____   Badge: 11377A   Date: _____

HR-535 Form Employee Quality Resolution 09/21/2001



**WORLD AIR SERVICES**
*A Pemco Aviation Group Company*

# STATEMENT OF POLICY
*November 8, 1994*

## PART-TIME AND TEMPORARY HOURLY EMPLOYEES

1. As defined in Corporate Policy §3.2, a **part-time employee** is an individual hired on an hourly basis for sporadic work assignments and whose cumulative assignments within the year following employment are not to exceed one thousand hours. A **temporary employee** is an individual hired on an hourly basis for a specific period (generally six or less months) for full week assignments over the period of employment.

2. Employment as a part-time or temporary employee neither implies nor guarantees future employment on a regular full-time basis.

3. Part-time and temporary employees are not eligible for shift differential, shift premium, group insurance, vacation allowance, sick leave, termination pay or holiday pay.

4. Scheduled overtime for part-time and temporary employees will be paid at the rate of one and one-half times their hourly rate for any work authorized in excess of forty hours per week. Overtime pay does not apply to unscheduled fractions of hours before or after an employee's start or stop times.

It is understood that this internship is a temporary assignment and that as a temporary employee I will neither accrue nor earn benefits at any time during this assignment. It is further understood that this internship is offered to allow me to gain experience in the field of aviation and that no offer of future regular status employment is being made or guaranteed.

Date: _Octber 1, 2003_    Name: _WILFREDO S. CAMACHO_

Badge #: _113774_

HR 330 Statement of Policy Part-time & Temporary  09/21/2001



**PEMCO**
WORLD AIR SERVICES
*A PEMCO AVIATION GROUP COMPANY*
**Dothan Facility**

*100 PEMCO DRIVE*
*DOTHAN, AL 36303*

PHONE: (334) 983-4571
FAX:   (334) 983-7046

# *HEALTH BENEFIT PLAN FOR UNION EMPLOYEES OF PEMCO WORLD AIR SERVICES*
# *HEALTH BENEFIT PLAN FOR SALARIED EMPLOYEES OF PEMCO WORLD AIR SERVICES &*
# *DENTAL BENEFIT PLAN FOR EMPLOYEES OF PEMCO WORLD AIR SERVICES*

## COBRA CONTINUATION COVERAGE ELECTION NOTICE

January 4, 2005

Dear Wilfredo and Severina Camacho,

This notice contains important information about your right to continue your health care coverage in the Health Benefit Plan for Union Employees of Pemco World Air Services, the Health Benefit Plan for Salaried Employees of Pemco World Air Services, and/or the Dental Benefit Plan for Employees of Pemco World Air Services. Please read the information contained in this notice very carefully. This notice provides important information concerning your rights and what you have to do to continue your coverage under the plan(s). Please note that you are only eligible for continuation coverage to the extent of the type and level of coverage that you are actually receiving under the plan(s) prior to the qualifying event that would end your coverage if you did not elect continuation coverage. If you have any questions concerning the information in this notice or your rights to coverage, you should contact the administrator of the plans: Pemco World Air Services, Attention: Human Resources, Dothan, Alabama 36303, (334) 983-4571 x 7002. To elect COBRA continuation coverage, follow the instructions on the next page to complete the enclosed Election Form and return the form to this address.

If you do not elect COBRA continuation coverage, your coverage under the plan(s) will end on December 23, 2004, 2004 due to:

☒ End of employment      ☐ Reduction in hours of employment
☐ Death of employee      ☐ Divorce or legal separation
☐ Entitlement to Medicare      ☐ Loss of dependent child status

Each person ("qualified beneficiary") in the category(ies) checked below is entitled to elect COBRA continuation coverage, which will continue group health care coverage under the plan(s) for up to 18 months.

☒ *Employee or former employee*
☒ *Spouse or former spouse*
☒ *Dependent child(ren) covered under the plan(s) on the day before the event that caused the loss of coverage*
☐ *Child who is losing coverage under the plan(s) because he or she is no longer a dependent under the plan(s)*

If elected, COBRA continuation coverage will begin on December 23, 2004 and can last until June 22, 2006. You may elect any of the following options for COBRA continuation coverage listed on the attached rate sheet.

COBRA continuation coverage will cost: (see attached rate sheet). You do not have to send any payment with the Election Form. Important additional information about payment for COBRA continuation coverage is included in the pages following the Election Form. If you have any questions about this election notice or your rights to COBRA continuation coverage, you should contact: Pemco World Air Services, Attention: Human Resources, 100 Pemco Drive, Dothan, Alabama 36303, (334) 983-4571 x 7002.

## CONTINUATION COVERAGE ELECTION FORM

**INSTRUCTIONS:** To elect continuation coverage, complete this Election Form and return it to: Pemco World Air Services, Attention: Human Resources, 100 Pemco Drive Dothan, Alabama 36303.

Under federal law, you must have 60 days after the date of this Election Form to decide whether you want to elect continuation coverage under the plan(s). This Election Form must be completed and returned no later than February 20, 2005. If mailed, it must be post-marked no later than February 17, 2005.

If you do not submit a completed Election Form by the due date shown above, you will lose your right to elect continuation coverage. If you reject continuation coverage before the due date, you may change your mind as long as you furnish a completed Election Form before the due date. However, if you change your mind after first rejecting continuation coverage, your continuation coverage will begin on the date you furnish the completed Election Form.

Read the important information about your rights included in the pages after the Election Form.

I (We) elect COBRA continuation coverage as indicated below:

☐ Health Benefit Plan for Union/Salaried Employees of Pemco World Air Services.

☐ Dental Benefit Plan for Employees of Pemco World Air Services.

| <u>Name</u> | <u>Date of Birth</u> | <u>Relationship to Employee</u> | <u>SSN (or other identifier)</u> |
|---|---|---|---|

a. _____

     Coverage option elected: _____ ]

b. _____

     Coverage option elected: _____ ]

c. _____

     Coverage option elected: _____ ]

_____       _____
Signature                                      Date

_____       _____
Print name                                  Relationship to individual(s) listed above

_____

_____       _____
Address                                         Telephone number

HEALTH BENEFIT PLAN FOR EMPLOYEES OF PEMCO WORLD AIR SERVICES  AND DENTAL BENEFIT PLAN FOR EMPLOYEES OF PEMCO WORLD AIR SERVICES.

## IMPORTANT INFORMATION

## ABOUT YOUR COBRA CONTINUATION COVERAGE RIGHTS

### What is Continuation Coverage?

Federal law requires that most group health plans (including the Health Benefit Plan for Employees of Pemco World Air Services (Both Plans) and the Dental Benefit Plan for Employees of Pemco World Air Services) give employees and their families the opportunity to continue their health care coverage when there is a "qualifying event" that would result in a loss of coverage under an employer's plan. Depending on the type of qualifying event, "qualified beneficiaries" can include the employee (or retired employee) covered under the group health plan, the covered employee's spouse, and the dependent children of the covered employee.

Continuation coverage is the same coverage that a plan gives to other participants or beneficiaries under the plan who are not receiving continuation coverage. Each qualified beneficiary who elects continuation coverage will have the same rights under the plan as other participants or beneficiaries covered under the plan.

### How Long Will Continuation Coverage Last?

In the case of a loss of coverage due to end of employment or reduction in hours of employment, coverage generally may be continued only for up to a total of 18 months. In the case of losses of coverage due to an employee's death, divorce or legal separation, the employee's becoming entitled to Medicare benefits or a dependent child ceasing to be a dependent under the terms of a plan, coverage may be continued for up to a total of <u>36</u> months. When the qualifying event is the end of employment or reduction of the employee's hours of employment, and the employee became entitled to Medicare benefits less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than the employee lasts until 36 months after the date of Medicare entitlement. This notice shows the maximum period of continuation coverage available to the qualified beneficiaries.

Continuation coverage will be terminated before the end of the maximum period if:

- any required premium is not paid in full on time,
- a qualified beneficiary becomes covered, after electing continuation coverage, under another group health plan that does not impose any pre-existing condition exclusion for a pre-existing condition of the qualified beneficiary,
- a qualified beneficiary becomes entitled to Medicare benefits (Part A, Part B, or both) after electing continuation coverage, or
- the employer ceases to provide any group health plan for its employees.

Continuation coverage may also be terminated for any reason a plan would terminate coverage of a participant or beneficiary not receiving continuation coverage (such as fraud).

[How Can You Extend the Length of COBRA Continuation Coverage?

If you elect continuation coverage, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. In order to extend the period of continuation coverage, you must notify the administrator in the case of these qualifying events by submitting the appropriate form to the administrator. A copy of the form may be obtained by contacting Pemco World Air Services, Attention: Human Resources, 100 Pemco Drive, Dothan, Alabama 36303, (334) 983-4571 x 7002. Once completed, the form must be returned by hand delivery or mail to this same address. Failure to provide notice of a disability determination or a second qualifying event may affect the right to extend the period of continuation coverage.

## Disability

An 11-month extension of coverage may be available if any of the qualified beneficiaries is determined by the Social Security Administration ("SSA") to be disabled. A SSA disability determination is the only disability determination that extends continuation coverage. The disability has to have started at some time before the 60th day of continuation coverage and must last at least until the end of the 18-month period of continuation coverage.

You and your spouse and/or dependents are responsible for notifying the administrator in the case of a disability determination by the SSA. In order to be eligible for the extension of continuation coverage under a plan, you must provide the administrator with notice of the disability determination within 60 days of the later of: (1) the date of the SSA disability determination, (2) the date on which the qualifying event occurs, or (3) the date on which the qualified beneficiary loses (or would lose) coverage under the plan as a result of the qualifying event. You should include a copy of the disability determination with your notice to the administrator. Each qualified beneficiary who has elected continuation coverage will be entitled to the 11-month disability extension if one of them qualifies.

If the SSA makes a determination that a qualified beneficiary is no longer deemed disabled, you and/or your spouse and/or dependents also must provide notice of the determination to the administrator within 30 days of the date of the final determination by the SSA that the qualified beneficiary is no longer disabled. You should include a copy of the determination with your notice to the administrator.

## Second Qualifying Event

An 18-month extension of coverage may be available to spouses and dependent children who elect continuation coverage if a second qualifying event occurs during the first 18 months of continuation coverage. The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months. Such second qualifying events may include the death of a covered employee, divorce or legal separation from the covered employee, the covered employee's becoming entitled to Medicare benefits (Part A, Part B, or both), or a dependent child's ceasing to be eligible for coverage as a dependent under the plan. These events may be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under the plan if the first qualifying event had not occurred.

You and your spouse and/or dependents are responsible for notifying the administrator upon the occurrence of these second qualifying events. In order to be eligible for the extension of continuation coverage under the plan, you must provide the administrator with notice within 60 days of the later of: (1) the date of the qualifying event, or (2) the date on which coverage under the plan would be lost as a result of the qualifying event.]

## How Can You Elect COBRA Continuation Coverage?

To elect continuation coverage, you must complete the Election Form and furnish it according to the directions on the form. Each qualified beneficiary has a separate right to elect continuation coverage. For example, the employee's spouse may elect continuation coverage even if the employee does not. Continuation coverage may be elected for only one, several, or for all dependent children who are qualified beneficiaries. A parent may elect to continue coverage on behalf of any dependent children. The employee or the employee's spouse can elect continuation coverage on behalf of all of the qualified beneficiaries.

In considering whether to elect continuation coverage, you should take into account that a failure to continue your group health coverage will affect your future rights under federal law. First, you can lose the right to avoid having pre-existing condition exclusions applied to you by other group health plans if you have more than a 63-day gap in health coverage, and election of continuation coverage may help you not have such a gap. Second, you will lose the guaranteed right to purchase individual health insurance policies that do not impose such pre-existing condition exclusions if you do not get continuation coverage for the maximum time available to you. Finally, you should take into account that you have special enrollment rights under federal law. You have the right to request special enrollment in another group health plan for which you are otherwise eligible (such as a plan sponsored by your spouse's employer) within 30 days after your group health coverage ends because of the qualifying event listed above. You will also have the same special enrollment right at the end of continuation coverage if you get continuation coverage for the maximum time available to you.

## How Much Does COBRA Continuation Coverage Cost?

Generally, each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount a qualified beneficiary may be required to pay may not exceed 102 percent (or, in the case of an extension of continuation coverage due to a disability, 150 percent) of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving continuation coverage. The required payment for each continuation coverage period for each option is described in this notice.

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired employees who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TTD/TTY callers may call toll-free at 1-866-626-4282. More information about the Trade Act is also available at www.doleta.gov/tradeact/2002act_index.asp.

## When and How Must Payment for COBRA Continuation Coverage be Made?

*First payment for continuation coverage*

If you elect continuation coverage, you do not have to send any payment with the Election Form. However, you must make your first payment for continuation coverage not later than 45 days after the date of your election (this is the date the Election Notice is post-marked, if mailed). If you do not make your first payment for continuation coverage in full not later than 45 days after the date of your election, you will lose all continuation coverage rights under the plan. You are responsible for making sure that the amount of your first payment is correct. You may contact: Pemco World Air Services, Attention: Human Resources, 100 Pemco Drive, Dothan, Alabama 36303, (334) 983-4571 x 7002, to confirm the correct amount of your first payment.

*Periodic payments for continuation coverage*

After you make your first payment for continuation coverage, you will be required to make periodic payments for each subsequent coverage period. The amount due for each coverage period for each qualified beneficiary is shown in this notice. The periodic payments can be made on a monthly basis. Under the plan, each of these periodic payments for continuation coverage is due on the 1st of each month for that coverage period. You may instead make payments for continuation coverage for the following coverage periods, due on the following dates:]. If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the plans will continue for that coverage period without any break. The plan(s) will not send periodic notices of payments due for these coverage periods.

*Grace periods for periodic payments*

Although periodic payments are due on the dates shown above, you will be given a grace period of 30 days after the first day of the coverage period to make each periodic payment. Your continuation coverage will be provided for each coverage period as long as payment for that coverage period is made before the end of the grace period for that payment. However, if you pay a periodic payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage under the plan will be suspended as of the first day of the coverage period and then retroactively reinstated (going back to the first day of the coverage period) when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.]

If you fail to make a periodic payment before the end of the grace period for that coverage period, you will lose all rights to continuation coverage under the plan.

Your first payment for continuation coverage should be sent to:

Pemco World Air Services
Attention: Human Resources
100 Pemco Drive
Dothan, AL 36303

## For More Information

This notice does not fully describe continuation coverage or other rights under the plans. If you want more information about continuation coverage, your rights under the plans, or copies of the plans' summary plan descriptions, you should contact: Pemco World Air Services, Attention: Human Resources, 100 Pemco Drive, Dothan, Alabama 36303, (334) 983-4571 x 7002.

For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act ("HIPAA"), and other laws affecting group health plans, contact the U.S. Department of Labor's Employee Benefits Security Administration ("EBSA") in your area or visit the EBSA website at www.dol.gov/ebsa (addresses and phone numbers of regional and district EBSA offices are available through EBSA's website).

### Keep the Plans Informed of Address Changes

In order to protect your and your family's rights, you should keep the administrator informed of any changes in your address and the addresses of family members. You should also keep a copy, for your records, of any notices you send to the administrator.

# COBRA RATE FORM
## REPRESENTED EMPLOYEES

You are being furnished the enclosed Notice of Right to Elect Continuation Coverage which outlines your rights to continue your group health plan. Please read this form carefully, sign and return it to Pemco within the time frame indicated on the cover letter accompanying this form. If you or an eligible dependent choose to continue medical coverage, you will need to check the appropriate block and return the election form to Pemco, at the address indicated on the cover letter. Your check should be made payable to Blue Cross & Blue Shield. After your initial COBRA payment, Blue Cross & Blue Shield will bill you for your monthly premium.

## COBRA rates for MEDICAL coverage are:

| | | | | | |
|---|---|---|---|---|---|
| **(A)** | Employee Only | $284.00 | **(B)** | Spouse & One or More Dependents | $569.00 |
| | Spouse Only | $284.00 | | Two or More Dependents | $569.00 |
| | One Dependent Only | $284.00 | | | |
| **(C)** | Employee & Spouse | $569.00 | **(D)** | Employee & Spouse & One or More Dependents | $852.00 |
| | Employee & One Dependent | $569.00 | | Employee & Two or More Dependents (No Spouse) | $852.00 |

## Partial medical monthly premium for remainder of first month (if Qualifying Event was prior to the last date of the month):

**Plan (A)** $ 76.68          **Plan (B)** $ 153.63
**Plan (C)** $ 153.63          **Plan (D)** $ 230.04

If you wish to continue your dental insurance coverage, you may do so in accordance with the same terms and limitations as explained in the Notice of Right to Elect Continuation Coverage, and also make your check payable to Blue Cross/Blue Shield along with your MEDICAL COBRA. You will be billed monthly for your dental coverage by Blue Cross and Blue Shield.

## COBRA rates for DENTAL coverage are:

| | | | | | |
|---|---|---|---|---|---|
| **(A)** | Employee Only | $ 10.00 | **(B)** | Spouse & One or More Dependents | $21.00 |
| | Spouse Only | $ 10.00 | | Two or More Dependents | $21.00 |
| | One Dependent Only | $ 10.00 | | | |
| **(C)** | Employee & Spouse | $21.00 | **(D)** | Employee & Spouse & One or More Dependents | $27.00 |
| | Employee & One Dependent | $21.00 | | Employee & Two or More Dependents (No Spouse) | $27.00 |

## Partial dental monthly premium for remainder of first month (if Qualifying Event was prior to the last date of the month):

**Plan (A)** $ 2.70          **Plan (B)** $ 5.61
**Plan (C)** $ 5.61          **Plan (D)** $ 7.79

# Application For Enrollment

**BlueCross BlueShield of Alabama**
An Independent Licensee of the Blue Cross and Blue Shield Association.

SEE BACK FOR IMPORTANT INFORMATION

**PLEASE PRINT: (USE BLACK BALL POINT PEN — PRESS FIRMLY)**

| EMPLOYEE NAME (LAST) | (FIRST) | (MI) | EMPLOYEE'S DATE OF BIRTH |
|---|---|---|---|
| CAMACHO | WILFREDO | | 06 04 1958 |

| STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| 1608 SADDLEBROOK LN | JACKSONVILLE | FL | 32277 |

| EMPLOYEE'S SOCIAL SECURITY NO. | FILL IN ONE: | FILL IN ONE: | FILL IN ONE: | GROUP NO. | DIV NO. |
|---|---|---|---|---|---|
| 510 71 8743 | ☑ MALE  ○ FEMALE | ○ SINGLE  ○ DIVORCED  ☑ MARRIED  ○ WIDOWED | ○ DR.  ○ MS.  ○ MISS  ☑ MR.  ○ MRS. | | |

ARE YOU AN EXISTING COBRA PARTICIPANT?  ○ Yes  ☑ No, skip to Type of Medical Coverage Selected

WHEN DID YOUR COBRA COVERAGE BEGIN?

WHEN DOES YOUR COBRA COVERAGE END?

| TYPE OF MEDICAL COVERAGE SELECTED | TYPE OF DENTAL COVERAGE SELECTED (if available) | EMPLOYEE NO. | PHONE NUMBER |
|---|---|---|---|
| ○ INDIVIDUAL  ☑ FAMILY | ○ INDIVIDUAL  ☑ FAMILY | 3774 904 | 781 2271 |

**LIST ALL DEPENDENTS ELIGIBLE UNDER THIS CONTRACT AND PROVIDE SOCIAL SECURITY NUMBER.**
**NOTE:** The Social Security Number for the employee and all dependents **must** be provided in order for this application to be processed.

| | LAST NAME | FIRST NAME | MI | RELATION-SHIP | SOCIAL SECURITY NUMBER | MM | DD | YYYY |
|---|---|---|---|---|---|---|---|---|
| 1. | CAMACHO | SEVERINA | L | ☑ Husband/Wife | 604 26 5309 | 12 | 21 | 1955 |
| 2. | CAMACHO | KATHLEEN | L | ○ Son  ☑ Daughter | 604 26 7077 | 07 | 21 | 1986 |
| 3. | CAMACHO | GABRIEL | L | ☑ Son  ○ Daughter | 673 44 6650 | 08 | 16 | 1990 |
| 4. | | | | ○ Son  ○ Daughter | | | | |

STUDENT EXTENSION CERTIFICATION — List any dependent child applying for student extension

NAME OF CHILD _____  NAME OF SCHOOL _____

NAME OF CHILD _____  NAME OF SCHOOL _____

**NATURE OF APPLICATION**

☑ NEW CONTRACT APPLICATION

CANCEL CONTRACT
○ Medical Coverage
○ Dental Coverage
○ Medical and Dental Coverage

CHANGE CONTRACT
○ Name Change
○ Address Change
○ Type of Coverage Change
○ Change COB Information

ADD DEPENDENT
○ Add Spouse
○ Add Dependent Child

REMOVE DEPENDENT
○ Marriage of Child under 19
○ Entered Military Service
○ Divorce
○ Death
○ Remove Spouse

DATE EVENT OCCURRED: (Example: Date of marriage, birthdate of child, etc.)  M M D D Y Y Y Y

COORDINATION OF BENEFITS INFORMATION — If you, your spouse, or your dependents are covered by any other group health insurance, please give the following information.

| NAME OF CONTRACT HOLDER | POLICY, ID, CONTRACT OR CERTIFICATE NUMBER | TYPE COVERAGE ○ INDIVIDUAL ○ FAMILY | NAME OF INSURANCE COMPANY |
|---|---|---|---|
| EMPLOYER'S | CITY | GROUP NUMBER | STREET ADDRESS |

| NAME OF MEMBER ENTITLED TO MEDICARE BENEFITS | ○ Part A ○ Part B | MEDICARE NUMBER | CITY, STATE, ZIP |
|---|---|---|---|

CURRENT BLUE CROSS COVERAGE — If you or your spouse are currently covered by a Blue Cross and Blue Shield contract and wish to transfer to this group, please complete below:

CURRENT BLUE CROSS AND BLUE SHIELD CONTRACT NUMBER _____

CITY AND STATE OF BLUE CROSS PLAN ENROLLED _____

○ I waive my rights to benefits and do not wish to enroll.

○ I am requesting cancellation of my existing benefits as checked above.

○ I apply for the Group Health Benefits Certificate or Group Agreement for which I am eligible. My application is subject to the terms and conditions of the agreement between my Group (my employer or other organization through which I am applying for coverage) and you (Blue Cross and Blue Shield of Alabama). If you accept this application, you will send me an ID card. My Group's contract with you is made up of 1) my Group's application to you; 2) the Group Health Benefits Certificate or Group Agreement, and 3) any written amendments to the Certificate or Group Agreement. My contract with you is made up of these three items and this and any later application by me to you. My coverage will be through this contract. I name my Group as my Group Agent or Remitting Agent. I ask my Group to pay you direct and I give my Group the right to deduct my part of your fees from my pay (if applicable). Everything I say in this application is true. I give up all rights to service if I have not told the complete truth everywhere in this application. You may take back any monies paid for me or my family and pay no more if you find I did not tell the complete truth. I understand that any misrepresentation is fraud and will be pursued to the fullest extent allowed by law including all compensatory and punitive damages as well as costs and attorney's fees. Coverage will not begin until you accept this application in writing.

If you do not accept my application, the only thing you have to do is to return any fees I paid. You may pay providers directly for services to me. I ask my doctor, hospital or anyone else to give all medical records of me or my family to you. You may release those records to anyone necessary in order to administer the contract. This applies to anyone I have listed or added. This begins now and continues as long as you need to decide about this application and process any of our claims.

I will cooperate with you. If you need information about other health policies I have, including payments by them, I will give it to you. If you need information to help you subrogate (substitute for me a family member) or be reimbursed, I will give it to you.

I acknowledge by my signature that I have read and understand the important information printed on the back of this application.

I understand that if I did not enroll within 30 days of my initial eligibility or as a special enrollee, I am a late enrollee and will be required to serve an 18 month waiting period (unless otherwise stated by your plan) for pre-existing conditions.

SIGNATURE OF EMPLOYEE _____

DATE SIGNED  Dec. 11, 2003

DATE EMPLOYED  Oct. 01, 2003

SIGNATURE OF EMPLOYER (Employer's Verification of Applicant's Employment) _____

DATE SIGNED _____

EMPLOYER PHONE NUMBER (    )

| EMPLOYER'S NAME | EMPLOYER'S ADDRESS |
|---|---|
| PEMCO WORLD AIR SERVICES | 100 PEMCO DR.  DOTHAN ALABAMA 36303 |

Blue Cross and Blue Shield of Alabama, 450 Riverchase Parkway East, P.O. Box 995, Birmingham, Alabama 35298-0001

# Beneficiary Designation – Pemco Aviation Group, Inc. — Page 2 of 2

## Employee General Information

| Last Name | First Name | Middle Initial | Social Security No. |
|---|---|---|---|
| CAMACHO | WILFREDO | S. | 570 - 15 - 8143 |

## Beneficiary Designation

If more than one beneficiary is desired, please write their name(s) and relationship(s) on the lines below. If more than one primary beneficiary is designated, settlement will be made in equal shares to the designated beneficiaries (or beneficiary) who are then still living, unless their shares are specified. If no named beneficiary, or no beneficiary survives the insured, settlement will be made in accordance with the terms of your Group Contract.

## Basic Term Life, AD&D & Optional Term Life - Primary Beneficiary Designation

| (1) Last Name | First Name | Middle Initial | Social Security No. | Relationship | Percentage |
|---|---|---|---|---|---|
| CAMACHO, | SEVERINA | L. | 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 | WIFE | 34% |
| CAMACHO, | KATHLEEN | L. | 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 | DAUGHTER | 33% |
| Address: CAMACHO | GABRIEL | L. | 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 | SON | 33% |
| (2) Last Name | First Name | Middle Initial | Social Security No. | Relationship | Percentage |
| | | | | | |
| Address: | | | | | |

## Basic Term Life, AD&D & Optional Term Life - Contingent Beneficiary Designation

| (1) Last Name | First Name | Middle Initial | Social Security No. | Relationship | Percentage |
|---|---|---|---|---|---|
| CAMACHO | EVELYN | S. | 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 | SISTER | 50% |
| Address: 923 HIGGINS AVE. PLACENTIA, CALIFORNIA 9X870 | | | | | |
| (2) Last Name | First Name | Middle Initial | Social Security No. | Relationship | Percentage |
| CAMACHO | EVANGELINE | S. | 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 | SISTER | 50% |
| Address: 10550 WESTERN AVE. STANTON, CA 90680 | | | | | |

The above beneficiary designation only applies to ☑ Basic Term Life/AD&D ☑ Optional Term Life

Employee Signature _____  Date (Month, Day, Year) Dec. 11, 200?

If you have any questions, please see Human Resources for details.

Please refer to the Certificate of Insurance for all plan details, including any exclusions, limitations and restrictions which may apply. Basic Term Life, Accidental Death & Dismemberment, Optional Term Life and Short Term Disability coverage are underwritten by The Prudential Insurance Company of America, a New Jersey and Prudential Financial company, 75 Broad Street, Newark, NJ 07102. Basic Term Life, Accidental Death & Dismemberment and Optional Term Life coverage 1-800-524-0542 and Short Term Disability coverage: 1-800-290-5903. Contract provisions may vary by state. Contract Series: 83500.

California COA #1179. NAIC #68241.

## Prudential Financial

INST-A010594        ECEd.8.2003-0656        Ed. 4/2003

104-

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

STATE FILE NUMBER

19037030669

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | | | | |
|---|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD—FIRST (GIVEN) GABRIEL | 1B. MIDDLE LAXAMANA | 1C. LAST (FAMILY) CAMACHO | |
| | 2. SEX MALE | 3A. THIS BIRTH, SINGLE, TWIN ETC. S | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR AUGUST 16, 1990 | 4B. HOUR—(24 HOUR CLOCK TIME) 1319 |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY NAVAL HOSPITAL | | 5B. STREET ADDRESS—STREET, NUMBER, OR LOCATION SAN DIEGO, CALIFORNIA 92134 | 5E. PLANNED PLACE OF BIRTH HOSPITAL |
| | 5C. CITY SAN DIEGO | | 5D. COUNTY SAN DIEGO | |
| **FATHER OF CHILD** | 6A. NAME OF FATHER—FIRST (GIVEN) WILFREDO | 6B. MIDDLE SILVA | 6C. LAST (FAMILY) CAMACHO | 7. STATE OF BIRTH PI | 8. DATE OF BIRTH—MONTH DAY YEAR 6-04-58 |
| **MOTHER OF CHILD** | 9A. NAME OF MOTHER—FIRST (GIVEN) SEVERINA | 9B. MIDDLE GUECO | 9C. LAST (MAIDEN) LAXAMANA | 10. STATE OF BIRTH PI | 11. DATE OF BIRTH—MONTH DAY YEAR 12-21-55 |
| **PARENT'S CERTIFI-CATION** | 12A. I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT (OR OTHER INFORMANT) SIGNATURE [signature] | | 12B. RELATIONSHIP TO CHILD FATHER | 12C. DATE SIGNED 8-20-90 |
| **CERTIFI-CATION OF BIRTH** | 13. I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED | 13A. ATTENDANT [signature] M.D./D.O./OTHER—DEGREE OR TITLE | | 13B. LICENSE NUMBER NONE | 13C. DATE SIGNED 8-20-90 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS NAVAL HOSPITAL SAN DIEGO, CALIFORNIA 92134 | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT LAWRENCE S. WIERCINSKI M.D. | |
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR [signature] Donald L. Ramos M.D. DC | | 17. DATE ACCEPTED FOR REGISTRATION AUG 3 1 1990 |

COUNTY OF SAN DIEGO, DEPT. OF HEALTH SERVICES 3051 ROSECRANS ST.
THIS IS TO CERTIFY THAT, IF BEARING THE OFFICIAL SEAL OF THE
SAN DIEGO DEPARTMENT OF HEALTH SERVICES, THIS IS A TRUE COPY OF
THE ORIGINAL DOCUMENT FILED.
REQUIRED FEE PAID
DATE ISSUED: September 28, 1990

[signature] Donald L. Ramos M.D.
REGISTRAR OF VITAL STATISTICS

**CERTIFICATE OF LIVE BIRTH**
(Fill out completely, accurately and legibly in ink or typewriter)

**PROVINCE** METRO MANILA

**CITY / MUNICIPALITY** QUEZON CITY

**LOCAL CIVIL REGISTRY NO.** 86 26187

| | | | | |
|---|---|---|---|---|
| 1. | NAME (First) KATHLEEN | (Middle) LAXAMANA | (Last) CAMACHO | |

| 2. SEX (Place 'X' on appropriate answer) | 3. DATE OF BIRTH (Day) | (Month) | (Year) |
|---|---|---|---|
| __ 1 Male   X 2 Female | 21 | JULY | 1986 |

4. PLACE OF BIRTH (Name of Hospital /Institution: if not in hospital, give street / barangay)
(City / Municipality)  (Province)

DE LOS SANTOS MEDICAL CENTER    QUEZON CITY    METRO MANILA

| 5a. TYPE OF BIRTH (Place 'X' on appropriate answer) | b. IF MULTIPLE BIRTH, CHILD WAS |
|---|---|
| X 1 Single   __ 2 Twin   __ 3 Three or more; | __ 1 First   __ 2 Second   __ 3 Third, 4th, etc. |

| 6. MAIDEN NAME (First) (Middle) (Last) | 7. NATIONALITY | 8. RELIGION |
|---|---|---|
| SEVERINA GUECO LAXAMANA | FILIPINO | ROMAN CATHOLIC |

| 9. NAME (First) (Middle) (Last) | 10. NATIONALITY | 11. RELIGION |
|---|---|---|
| WILFREDO SILVA CAMACHO | FILIPINO | ROMAN CATHOLIC |

12. DATE AND PLACE OF MARRIAGE OF PARENTS (Important. If not applicable, fill Affidavit of Acknowledgment, at the back.)

JUNE 12, 1984, PASAY CITY

3. CERTIFICATE OF ATTENDANT AT BIRTH
I hereby certify that I attended the birth of the child who was born alive at 7:10 o'clock a.m./p.m. on the date stated above.

Signature _Constancia Sibulo, MD_
Name in print CONSTANCIA SIBULO, M.D.
Title or position PHYSICIAN

Address DE LOS SANTOS MEDICAL CENTER
201 E. RODRIGUEZ SR. AVE., Q.C.
Date JULY 31, 1986

4. INFORMANT

Signature _Wilfredo_
Name in print Wilfredo S. Camacho
Relationship to child Father

Address 746 Noli F.A. Reyes St.
Malate Metro Manila Phils.
Date July 23, 1986

| 5a. PREPARED BY | b. RECEIVED AT THE OFFICE OF THE LOCAL CIVIL REGISTRAR |
|---|---|
| Signature _Rseguban_ Name in print RESURRECION SEGUBAN Title or position HEAD – MEDICAL RECORDS Date JULY 31, 1986 | Signature _By:_ Name in print Title or position Date |

6a. INFORMATION GIVEN IN SUPPLEMENTAL REPORT    b. DATE WHEN INFORMATION WAS SUPPLIED

(Important: Informant should also provide information on items 17 to 21 (code boxes are to be filled out at the Office of the Local Civil Registrar)

PROVINCE METRO MANILA
CITY / MUNICIPALITY QUEZON CITY

CERTIFIED TRUE COPY
CITY — E. V. JURILLA
Local Civil Registry Officer
Amount Paid
O.R. No.
Date Issued
By:
Registration Status

FOR BINDING

| Child | 17. Weight at Birth (in grams) 6 lbs.14 oz. | 18. Birth Order of Child Ex. first, second, etc 1st |
|---|---|---|
| | 19a. Total Number of Children Born Alive 1 | b How many children are now living including this birth | c How many children were born alive but are now dead 0 |
| Mother | 20. Usual Occupation Employee | 21. Age at the time of this Birth 30 |



# San Isidro Parish Church
1830 TAFT AVENUE EXTENSION
PASAY CITY

# MARRIAGE CONTRACT

City or Municipality of **PASAY CITY**    Province of **METRO MANILA**

| | HUSBAND | WIFE |
|---|---|---|
| Contracting Parties | WILFREDO S. CAMACHO | SEVERINA G. LAXAMANA |
| (a) Age (Date of Birth) | 26 yrs. 6/4/58 | 28 yrs. 12/21/55 |
| (b) Nationality | Filipino | Filipino |
| (c) Residence | 14 San Lorenzo, Pasig | 746 Noli Agno, Malate Mla. |
| (d) Place of birth | Tondo, Manila | Malate, Manila |
| Single, widowed or divorced | Single | Single |
| Father | Felix Cruz Camacho | Leonardo Laxamana |
| Nationality | Filipino | Filipino |
| Mother | Valentina Silva | Celerina Gueco |
| Nationality | Filipino | Filipino |
| Witnesses | Reynaldo Formeloza | Rosalina Cajucon |
| Residence | Makati, Metro Mla. | San Pedro Laguna |
| XXXXXXXXXXXXXXXXXXX | Marcelino Gueco | Corazon Garcia |
| (a) Residence | San Marcelino, Ermita | Makati, Metro Mla. |
| XXXXXXXXXXXXXXXXXXX | Eric Neale | Ofelia Dollente |

Place of marriage:    SAN ISIDRO PARISH CHURCH
PASAY CITY

Date of marriage _____ June 12, 1984 _____

Marriage solemnized by _____ Msgr. Clemente Lopez _____

(a) **Parish Priest** _____    (b) **1830 Taft Ave., Pasay City** _____
    (Position)                         (Address)

THIS IS TO CERTIFY: That I, **Wilfredo S. Camacho** _____ and
I, **Severina G. Laxamana** _____ on the date and at the place above given, of our own free will
and accord, and in the presence of the person solemnizing this marriage and of the two witnesses named
below, both of age, take each other as husband and wife

And I, **Msgr. Clemente Lopez** _____ , **Parish Priest** _____
                                                            (Position)

CERTIFY: That on the date and at the above written the aforesaid **Wilfredo S. Camacho**
and **Severina G. Laxamana** _____ were with their mutual consent lawfully joined together
in holy matrimony by me in the presence of said witnesses, both of age, and I further certify that
the Marriage License No. **7437362** issued at **City of Mla.** on **4th June** , 19 **84**
in favor of said parties, was exhibited to me or no marriage license was exhibited to me this marriage
being of an exceptional character performed under Art _____ of Rep Act 386, and that consent or
advice to such marriage was duly given, as required by law, by the person or persons above men-
tioned.

In witness whereof, we signed, (or marked with our fingerprint) this certificate in triplicate
his **12th** day of _____ June _____ , 19 **84**

_____
WILFREDO S. CAMACHO

CERTIFICATE OF MAILING

U.S. POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Pemco
100 Pemco Dr
Dothan AL 36303

One piece of ordinary mail addressed to:

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221

PS Form 3817, Mar. 1989

January 02, 2004

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221

Dear Wilfredo Camacho

This is your official notification that you are covered under the group health and dental insurance plan for Pemco World Air Services. The effective date of your insurance coverage is/was December 31, 2003. If you have incurred medical or dental bills between your insurance eligibility date of December 31, 2003 and the date of this letter, these claims can be filed. Claim forms are available in the Human Resources Department.

Enclosed you will find insurance booklets for both the group medical and dental insurance. The medical and dental insurance carrier is Blue Cross Blue Shield of Alabama. The enclosed booklets explain the yearly deductible per person and family, benefit inclusions and exclusions, and other pertinent information concerning insurance coverage.

Page six of the Group Health Care Plan booklet issued by Blue Cross Blue Shield identifies the qualifications for eligible dependents. These same qualifications apply to eligible dependents for group dental insurance coverage.

The Group Health Care Plan booklet issued by Blue Cross Blue Shield defines COBRA benefits. (Continuation of Health and/or Dental Plan Coverage) available to Pemco-Dothan employees, spouses, and/or dependents. In general, this law makes it possible for a person to obtain insurance coverage even when they have past of present medical problems. Additionally, it helps a person maintain the coverage they need when the change insurance or jobs. There are many other provisions of the law, which have been incorporated into Pemco-Dothan's Health Coverage Plan and COBRA procedures. The following paragraphs contain information that can be helpful to new and former employees and their dependents. Please take a moment to read the following information. If you have questions related to the material, don't hesitate to call the Human Resources Department at (334) 983-4571, ext 7002 for assistance.



If you are a new employee of Pemco-Dothan and had group health insurance coverage through your former employer, union, etc., you may have received a Certificate of Creditable Coverage. This form should be taken to the Human Resources Department so a copy can be made for your insurance file and another sent to Blue Cross Blue Shield (Pemco-Dothan's Health Administrator). This may prevent Blue Cross Blue Shield from initially denying claims on the basis of a "pre-existing condition", as long as there is no greater than a 63-day break in coverage. HIPAA now prevents an insurance company from refusing to cover a person and can not impose pre-existing conditions or a waiting period before providing coverage if a person has been insured for the past 12 months. If, however insurance coverage was for a period less than 12 months, the insurance company can deny a claim for a pre-existing condition for the difference in time between the 12-month requirement and the actual length of coverage by the previous insurer.

An employee's dependents should also be aware of HIPAA, when a dependent child ceases to be eligible for coverage because of age (reaches his/her 19th birthday or 24th birthday if a full time student). Blue Cross Blue Shield will send the child a Certificate of Creditable Coverage, which can be used to document prior insurance coverage if the dependent applies for subsequent insurance coverage. Should there be a divorce, the former spouse of the employee will also receive a Certificate of Creditable Coverage. The administrative effort involved in denial of insurance eligibility or claims based on pre-existing conditions can be substantial, therefore, it is highly recommended that he Certificate of Creditable Coverage be supplied to subsequent insurance companies.

You should receive your medical/dental insurance cards through the mail in approximately two weeks. If you incur medical or dental claims before receiving these insurance cards, you may give your social security number and instruct the physician/dentist that you are covered under the Pemco World Air Services group health and dental plan. If there are any questions, your coverage may be verified by contacting Gerri Paulk at (334) 983-4571 ext 7262.

If you have any questions concerning your group insurance or COBRA rights, please contact the Human Resources Department at Pemco World Air Services.

Human Resources
Pemco World Air Services
Dothan Facility

If you are a new employee of Pemco-Dothan and had group health insurance coverage through your former employer, union, etc., you may have received a Certificate of Creditable Coverage. This form should be taken to the Human Resources Department so a copy can be made for your insurance file and another sent to Blue Cross Blue Shield (Pemco-Dothan's Health Administrator). This may prevent Blue Cross Blue Shield from initially denying claims on the basis of a "pre-existing condition", as long as there is no greater than a 63-day break in coverage. HIPAA now prevents an insurance company from refusing to cover a person and can not impose pre-existing conditions or a waiting period before providing coverage if a person has been insured for the past 12 months. If, however insurance coverage was for a period less than 12 months, the insurance company can deny a claim for a pre-existing condition for the difference in time between the 12-month requirement and the actual length of coverage by the previous insurer.

An employee's dependents should also be aware of HIPAA, when a dependent child ceases to be eligible for coverage because of age (reaches his/her 19th birthday or 24th birthday if a full time student). Blue Cross Blue Shield will send the child a Certificate of Creditable Coverage, which can be used to document prior insurance coverage if the dependent applies for subsequent insurance coverage. Should there be a divorce, the former spouse of the employee will also receive a Certificate of Creditable Coverage. The administrative effort involved in denial of insurance eligibility or claims based on pre-existing conditions can be substantial, therefore, it is highly recommended that he Certificate of Creditable Coverage be supplied to subsequent insurance companies.

You should receive your medical/dental insurance cards through the mail in approximately two weeks. If you incur medical or dental claims before receiving these insurance cards, you may give your social security number and instruct the physician/dentist that you are covered under the Pemco World Air Services group health and dental plan. If there are any questions, your coverage may be verified by contacting Gerri Paulk at (334) 983-4571 ext 7262.

If you have any questions concerning your group insurance or COBRA rights, please contact the Human Resources Department at Pemco World Air Services.

Human Resources
Pemco World Air Services
Dothan Facility

PEMCO WORLD AIR SERVICES
DOTHAN FACILITY
EMPLOYEE REQUISITION / CHANGE OF STATUS / PUT ON SLIP

JOB TITLE: _____          DATE:  031118

JOB DUTIES: _____          DEPT: _____

_____          SHIFT: _____

_____

SKILLS & TRAINING REQUIRED:
_____

_____

ENTRY CORRECTION
Change Originated On The Oracle System
STATUS:      (X) CHANGE        ( ) PAY      ( ) NEWHIRE      ( ) REQUISITION

FROM:     NAME: WS Camacho                    BADGE: 13774
TO:             WS Camacho

FROM:

| DEPT | CLASS CODE | LG | BASE RATE | PLUS | TOTAL RATE | SENIOR DATE | SHIFT | CLASS DESCRIPTION |
|------|-----------|----|-----------|------|-----------|------------|-------|-------------------|
| 0200 | DD04 | 04 | 10.500 HR | AP | 11.000 HR | 031001 | 2 | A/C MECH B |

TO:

| DEPT | CLASS CODE | LG | BASE RATE | PLUS | TOTAL RATE | SENIOR DATE | SHIFT | CLASS DESCRIPTION |
|------|-----------|----|-----------|------|-----------|------------|-------|-------------------|
| 0200 | DD03 | 02 | 10.500 HR | AP | 11.000 HR | 031001 | 2 | A/C MECH A |

NEW HIRE:
SSN:          HIRE DATE: 031001 EFFECTIVE DATE: 031118  LAST INC: 031110

HOURS:      PRG MGR:      SUPR:      WORK WEEK:      WORK GROUP:

EMPLOYEE                     _____

DEPARTMENT APPROVAL         _____

HUMAN RESOURCES APPROVAL    _____

PRESIDENT                   _____          FORM IR44
                                                                        REV 10/01

PEMCO WORLD AIR SERVICES
DOTHAN FACILITY
EMPLOYEE REQUISITION / CHANGE OF STATUS / PUT ON SLIP

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOB TITLE: _____     DATE:  031110
                                         _____

JOB DUTIES: _____    DEPT:
                                         _____

                _____    SHIFT:
                                         _____

                _____

SKILLS & TRAINING REQUIRED:
                _____

                _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RATE ADJUSTMENT
Change Originated On The Oracle System
STATUS:     ( ) CHANGE        (X) PAY     ( ) NEWHIRE     ( ) REQUISITION

FROM:     NAME: WS CAMACHO                    BADGE: 13774
TO:               WS Camacho

FROM:

| DEPT | CLASS CODE | LG | BASE RATE | PLUS | TOTAL RATE | SENIOR DATE | SHIFT | CLASS DESCRIPTION |
|------|-----------|-----|-----------|------|-----------|-------------|-------|-------------------|
| 0200 | DD04 | 04 | 10.500 HR | AP | 11.000 HR | 031001 | 2 | A/C MECH B |

TO:

| DEPT | CLASS CODE | LG | BASE RATE | PLUS | TOTAL RATE | SENIOR DATE | SHIFT | CLASS DESCRIPTION |
|------|-----------|-----|-----------|------|-----------|-------------|-------|-------------------|
| 0200 | DD03 | 02 | 17.220 HR | AP | 17.720 HR | 031001 | 2 | A/C MECH A |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEW HIRE:
   SSN:          HIRE DATE: 031001 EFFECTIVE DATE: 031110   LAST INC:

   HOURS:       PRG MGR:        SUPR:       WORK WEEK:       WORK GROUP:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   EMPLOYEE                _____

   DEPARTMENT APPROVAL     _____

   HUMAN RESOURCES APPROVAL _____

   PRESIDENT               _____

FORM IR44
REV 10/01

TO
*Bruce dale*

FROM
**PEMCO WORLD AIR SERVICES**
2 Pemco Drive
Dothan, AL 36303
(334) 983-4571

SUBJECT
*Recommendation for Direct hire*

DATE
6-11-03

MESSAGE:

Bruce,

Willie Camacho is interested in hiring on as a direct employee. He has a great deal of engine experience and is a motivated mechanic. I recommend we hire him.

OK *[signature]*

ORIGINATOR-DO NOT WRITE BELOW THIS LINE

REPLY TO ⟶ SIGNED *[signature]*

*[signature]* 11-7-03

REPLY

*11/10/03*

AICA 17²² +AP

DATE

SIGNED

SEND PARTS 1 AND 3 INTACT-PART 1 WILL BE RETURNED WITH REPLY

**PEMCO WORLD AIR SERVICES**
Perimeter Drive
Dothan, AL 36303
(334) 983-4571

K woods

| SUBJECT | DATE |
|---|---|
| Poor work ethics / time management | 12 DEC 03 |

**MESSAGE:**

MR. W. Camacho Badge 113774 has been verbally Counseled on our requirements to maintain budget on work orders. His abilities at this time are not up to the standards required to deliver to our customers an on time A/c, and his position as an "A" mechanic burdens those working with him, as they are tasked to take-up the slack.

ORIGINATOR-DO NOT WRITE BELOW THIS LINE M.R.    REPLY TO ⟶ SIGNED  Capps 63723

**REPLY**

| DATE | SIGNED |
|---|---|
| | |

SEND PARTS 1 AND 3 INTACT-PART 1 WILL BE RETURNED WITH REPLY

TO  Clark Briedy

Katie Woods

HR

FROM

**PEMCO WORLD AIR SERVICES**
100 Pemco Drive
Dothan, AL 36303
(334) 983-4571

SUBJECT  Willie Camacho Badge # 113774 Verbal Warning

DATE  29 Oct 04

MESSAGE: On 28Oct04 you were assigned The task of CIC in the Aft cargo AC 9991 you were involved in installing shop rings to protect cont cables. The install nor the removal of these rings were Documented Resulting in these Rings Being Drawn into cable Pulleys & cables coming off pulleys as the cont column was cycled. This a violation of NWA GEMM as well as a failure to properly document mant Per Pemco QWP 900.02.02 Par 5.5 This is a verbal warning warning any Future occurrences of This nature May Result in Progressive Disciplinary action.

ORIGINATOR-DO NOT WRITE BELOW THIS LINE

REPLY TO —————— SIGNED  Dwayne Musie  114376

REPLY

T. Gipner

SHIP STEWARD

28 Oct 04

Employee Personnel File

DATE  Oct 9, 2004

SIGNED

SEND PARTS 1 AND 3 INTACT-PART 1 WILL BE RETURNED WITH REPLY

RETURN TO ORIGINATOR

LEAVE OF ABSENCE NOTICE
# PEMCO WORLD AIR SERVICES
### DOTHAN, ALABAMA

Name **WS Camacho** Badge No. **13774**    Dept. No. **0200**    Date **6-22-04**

I Request a Leave of Absence of **20** Days

Beginning **6-22 2004** Through **7-11 2004**

Reason: **Death in Family. He needs to go to the Philippines**

Employee's Signature **Not Avail-Lorie Smith**

APPROVED ☒    DISAPPROVED ☐

Reason: _____

Approvals

_____    _____
Immediate Supervisor            Job Research Supervisor

_____
Dept. Head

Houston Printing Co., Inc., Dothan, AL • (334) 792-6651 • Form IR-280  18675  Rev. 12/95

WILLIE CAMACHO #13774
Two warnings less than 1 year.
Unable to work in a fiberglass atmosphere.
No work available
11-18-04
J1

# ARTICLE IV – SENIORITY

**Section 1.** **(A)** Seniority shall be deemed to consist of length of continuous service with the Company. In the application of the principles of seniority as provided in this agreement, the employee involved must have the ability, physical fitness, efficiency, dependability and be qualified to perform the work involved. The Company, in the application of seniority principles, will give preference to length of continuous service if the other factors are substantially equal

**(B)** The Company may deviate in the application of the principles herein set forth in Paragraph 1 of this Section when it is necessary to hire, retain, or transfer employees who have the ability and qualifications to perform all of the job duties of work involved when the Company assumes new contracts (a new operation or aircraft on which the work involved has not previously been done by the Company at Dothan-Houston County Airport) or for scheduled expansion, provided seniority employees do not have the required ability and qualifications to perform all of the work involved. If all vacancies cannot be filled by employees or new hires who possess the ability and qualifications to perform all of the job duties of the work involved, the additional vacancies will be filled in accordance with the seniority principles herein set forth.

**Section 2.** Length of service in connection with an employee's seniority shall be computed from the first date of hire except that if there has been a break in his continuous service record as provided in this agreement, seniority then will be computed from the last date of rehire or return.

**Section 3.** **(A)** A new employee and one who shall be re-employed after a break in his continuous service shall not acquire any seniority under this agreement until the expiration of the period of ninety (90) days of continuous service following employment. If such employee shall be continued in the employ of the Company after the expiration of such ninety (90) day period, the length of continuous service shall be computed from the date of employment or re-employment in accordance with the applicable provisions of the agreement. Any separation of employment during said ninety (90) day probationary period shall not be made the basis of a claim or grievance against the Company and there shall be no obligation to re-employ such person, provided, however, that this provision will not be used for the purpose of discrimination because of membership in the Union.

**(B)** In the event, however, that a probationary employee is rehired within ninety (90) days after separation, he will receive credit for his previous length of continuous service as probationary employee, provided said probationary employee worked at least one (1) month prior to said termination in the same occupational group that he is placed in at rehire.

**(C)** If a probationary employee is granted a leave of absence or is absent in excess of five (5) work days during the probationary period, the effective date of acquiring seniority may be postponed by a period of time no longer than the employee has been absent or on leave.

**Section 4.** **(A)** An employee's continuous service record shall be considered broken and all rights under this agreement forfeited except as otherwise specifically provided herein when the employee:

Page 6

(1) Resigns,

(2) Is discharged,

(3) Fails or refuses to report to the Company's Human Resources Department his acceptance within six (6) calendar days after being recalled, and fails or refuses to actually report for work within ten (10) calendar days after being recalled unless a satisfactory reason is given to warrant leniency.

(B) Notification for the purpose of this Section will be made by certified mail or telegram addressed to the employee's last known address shown on the employee's Human Resources Department record. For the purpose of computing the six (6) calendar days and ten (10) calendar days for the above paragraph, the day notice is sent by the Company shall not be included.

(C) Is absent for three (3) consecutive working days without reporting to the Company during the absence a reason which is sufficient to justify such absence, otherwise, such absence shall constitute a voluntary resignation. Compliance with this paragraph is not to be construed to mean that excessive absenteeism will be tolerated.

(D) Is absent due to layoff or disability (covered by a leave of absence, (as provided in Article V), or both, for a period equal to his length of continuous service with the Company at the time of such layoff or leave, but in no event in excess of (three (3)) years, except as specifically provided herein, or

(E) Fails to notify the Human Resources Department by certified mail at least once every four (4) months' period following the date of layoff of his desire to be recalled, provided the Company sends to the laid off employee during said four (4) months period, at the employee's last known address as shown on the Human Resources Department records, a certified letter requesting the employee to notify the Company of the employee's desire to remain on the recall list. The employee has the obligation of notifying the Company within three (3) weeks from notification by the Company, and the Company shall incur no liability for failing to receive a reply from the employee within such three (3) weeks.

**Section 5.** (A) For the purpose of an indefinite layoff of employees in connection with decreasing the work force, probationary employees will be terminated or seniority employees will be laid off as follows:

(1) Beginner probationary employees working in the affected occupational group will be terminated first, then classified probationary employees will be terminated provided there are available seniority employees remaining in the occupational group affected who are willing and qualified to perform the work of the probationary employee to be displaced.

(2) Thereafter, beginner seniority employees working in the affected occupation and classified employees in the affected occupational group will be laid off in accordance with their respective seniority, provided there are available employees remaining in the occupational group affected who are willing and qualified to perform the work of the em-

THE USE OF THIS FORM IS REQUIRED UNDER THE PROVISIONS OF THE ALABAMA WORKERS' COMPENSATION LAW

WC Form 2
Rev. 1-93

## STATE OF ALABAMA
## EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE
OMBUDSMAN 1—800—628—5166
Send to: Your workers' compensation insurance carrier, in duplicate

**PRINT OR TYPE**

| | Do Not Write In The Space Below |
|---|---|
| 1. EMPLOYER'S NAME AND MAILING ADDRESS (As shown on Insurance Policy or S. I. Certificate) (No. & Street, City, County, State, ZIP) | LOCATION, IF DIFFERENT FROM MAILING ADDRESS |

**EMPLOYER**

1. EMPLOYER'S NAME AND MAILING ADDRESS
PEMCO AVIATION GROUP
100 PEMCO DR.
DOTHAN, AL. 36303
TELEPHONE NUMBER

Employer U. C.

Carrier Number

2. EMPLOYER IDENTIFICATION (U. C. ACCOUNT) NUMBER

3. CARRIER OR SELF-INSURANCE REGISTRATION NUMBER

4. NATURE OF BUSINESS (Manufacturing, Trade, Transportation, etc.)      SPECIFIC PRODUCTS
AIRCRAFT MAINTENANCE

SIC

5. WORKERS' COMPENSATION PROVIDED BY: INSURANCE CARRIER ( ) SELF-INSURANCE ( ) GROUP FUND ( )
IF INSURANCE CARRIER, GIVE NAME AND ADDRESS:
STRATEGIC COMP.
PO BOX 6960  NE.AIRIE, LA 70009

Carrier-Fund

Soc. Sec. No.

**EMPLOYEE**

6. EMPLOYEE'S NAME (Last) (First) (Middle)
CAMACHO WILFREDO

7. SEX
MALE X ( )
FEMALE( )

8. AGE
46

9. SOCIAL SECURITY NO.
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

Sex

10. EMPLOYEE'S HOME ADDRESS (No. & Street or RFD, City, County, State,ZIP)
1608 SADDLEBROOK LANE JACKSONVILLE, FL.

11. MARITAL STATUS: SINGL_ ( )
MARRIED (X) DIVORCED ( )
SEPARATED ( ) WIDOWED ( )

Marital Status

Dependents

12. HOME TELEPHONE
904-781-1224

13. REGULAR OCCUPATION
MECHANIC

14. WORKING IN WHAT DEPARTMENT WHEN HURT
PRODUCTION

Age

15. PLACE OF ACCIDENT OR EXPOSURE (Address or location, include County)
PEMCO FACILITY DOTHAN, AL. 36303  CLEE: 30015

16. ON EMPLOYER'S PREMISES?
YES (X) NO ( )

Occupation

Event County

17. Date of Occurrence
10/29/04

18. TIME OF DAY
1630   a.m. ( )
p.m. XX)

19. Date Disability Began

20. Date Employer Notified

On Premises

21. DESCRIBE THE INJURY OR ILLNESS IN DETAIL AND INDICATE THE PART OF THE BODY AFFECTED.
(E.g., amputation of right index finger at second joint, fracture of 2 ribs, lead poisoning, dermatitis of left hand, etc.)
EMPLOYEE HAS SMALL SORES TO ARMS & LEGS

Event Date

22. IF FATAL, GIVE DATE OF DEATH
REACTION TO FIBERGLASS/GILLINER

Paid Day Injury

**INJURY OR ILLNESS**

23. WHAT THING DIRECTLY PRODUCED THIS INJURY OR ILLNESS?
(Name object struck against or struck by; vapor, poison, chemical or radiation; if strain or hernia, the thing being lifted, pulled, pushed, etc.; if injury resulted solely from bodily motion, the stretching, twisting, etc. which resulted in injury.)
FIBERGLASS EXPOSURE

Employer Knew

Injury Source

24. HOW DID THE ACCIDENT OR EXPOSURE OCCUR?
(Begin by telling what the employee was doing just before the accident or exposure. Be specific. If employee was using tools or equipment, or handling material, name them and tell what employee was doing with them.)

Accident Type

Nature of Injury

(Now describe fully the events which resulted in injury or illness. Tell what happened and how it happened. Specify how objects or substances were involved. Give full details of all factors which led to or contributed to the accident or exposure.)

Part of Body

Date of Death

Stopped Work

25. NAME AND ADDRESS OF TREATING PRACTITIONER
DR. SHERRER
301 WESTGATE PKWY.
DOTHAN, AL. 36304

NAME AND ADDRESS OF HOSPITAL
HOSPITALIZED    ( )
OUT-PATIENT     ( X
EMERGENCY
TREATMENT       ( )

Time Employed

Time in Job

Weekly Wage

**WAGE INFORMATION**

26. Has Injured Returned to Work?
Yes (X) No ( )

27. If so, Date

28. At What Wage?
SAME

29. At What Occupation?
SAME

Report Date

30. LENGTH OF TIME IN YOUR EMPLOY?
Years  1  Months  0

31. LENGTH OF TIME IN PRESENT JOB
Years  1  Months  0

32. NUMBER OF DEPENDENTS

Report Received

Back to Work

33. Average Weekly Wage

34. Weekly Value of Remuneration Other Than Wages (Food, Lodging, etc.)
$

35. DID EMPLOYEE RECEIVE FULL PAY FOR DAY OF INJURY?
YES (X)  NO ( )

Case Class

36. Date of This Report
11/4/04

37. Signed by
R.D. SHIVER

38. Signature

39. Official Position or Title
COMPANY PARAMEDIC



December 22, 2004

Pemco Aviation Group
100 Pemco Drive
Dothan, AL 36303

RE:  **Workers' Compensation Claim**
     **Claim No.:**       **564523171**
     **Claimant:**       **Wilfredo Camacho**
     **Date of Injury:**    **10/29/04**

Dear Mr. Shiver. :
Please complete the attached wage statement form on this injured worker to confirm the average weekly wage submitted on the First Report of Injury. It ensures that your employee is receiving the appropriate level of compensation benefits. Also, it ensures that your company is not having a charge against your policy larger than it should be.

Wages should be gross earnings for the 52-week period PRIOR to the accident. If employed less than 52 weeks, give wages of a similar employee. The workers' compensation law requires us to consider as part of average weekly wage, "allowances of any character made to an employee in lieu of wages which are specified as a part of the wage contract". If the employer makes a contribution for fringe benefits such as premiums for health insurance, life insurance, pension, uniform allowances, etc., you will need to advise us as to the dollar value of these contributions. If your contribution for these benefits ceases at any time during the course of the employee's period of disability, you will need to notify us immediately.

Thank you in advance for you cooperation of this form and for returning it to us PROMPTLY.

Sincerely,

Nita Youngblood
Claims Specialist

Enclosure

## Wage & Employment Information

Strategic Comp. Inc.
P.O. Box 6960
Metairie, LA 70009

Employee:

Date of Alleged Injury:

Date Hired:

Last Day Worked:

Instructions for Completion:

Week 1 should be the week of
the alleged injury. Go back 52
weeks from then.  If the employee
did not work a full 52 weeks
prior to the injury, go back as far
as they worked.

| Week | Week Ending | No. Days | Gross Wages | Week | Week Ending | No. Days | Gross Wages |
|---|---|---|---|---|---|---|---|
| 1 | | | | 27 | | | |
| 2 | | | | 28 | | | |
| 3 | | | | 29 | | | |
| 4 | | | | 30 | | | |
| 5 | | | | 31 | | | |
| 6 | | | | 32 | | | |
| 7 | | | | 33 | | | |
| 8 | | | | 34 | | | |
| 9 | | | | 35 | | | |
| 10 | | | | 36 | | | |
| 11 | | | | 37 | | | |
| 12 | | | | 38 | | | |
| 13 | | | | 39 | | | |
| 14 | | | | 40 | | | |
| 15 | | | | 41 | | | |
| 16 | | | | 42 | | | |
| 17 | | | | 43 | | | |
| 18 | | | | 44 | | | |
| 19 | | | | 45 | | | |
| 20 | | | | 46 | | | |
| 21 | | | | 47 | | | |
| 22 | | | | 48 | | | |
| 23 | | | | 49 | | | |
| 24 | | | | 50 | | | |
| 25 | | | | 51 | | | |
| 26 | | | | 52 | | | |

I hereby certify that the above is a true and correct account, as taken from our time books or payroll
records, of the wages paid to the above named employee for the periods indicated.

Date:

Employer:
By
Position
Telephone Number

# Complete Record for Wilfredo S Camacho

(Back To Main Menu)

| Add New Background Verification | Add New PermBar Verification | Add New PM/OJT Training | Add New Safety Procedures and General Training | Add New Maintenance Training | Add New Military Aircraft Training | ATTACHMENTS |

| Name | SS# | Current Company | Start Date | Status | 5 Year Background | Title | Cert Type | Cert# | Other ID |
|------|-----|-----------------|------------|--------|-------------------|-------|-----------|-------|----------|
| Wilfredo S Camacho | 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 | PEMCO-DOTHAN (AL) | 10/1/2003 | Inactive | | | | | |

| STS PBAR Date | AI PBAR Date | Skill | Type | Contract Company | Last Update |
|---------------|--------------|-------|------|------------------|-------------|
| 11/3/2003 | 11/4/2003 | | | | 11/4/2003 |

(add new)

## Background Verifications

(REPORT BG) (add new)

| Verification Status | Company Name | Company Location | Reported Position | Date Reported From | Date Reported To | Verified Position | Date Verified From | Date Verified To | Verified By | Date Entered | Date Updated | Comments |
|---------------------|--------------|------------------|-------------------|--------------------|------------------|-------------------|--------------------|------------------|-------------|--------------|--------------|----------|
| Verified | Maytag Aircraft Corp | CO | | 1/1/2003 | 3/1/2003 | Freight Specialist | 1/16/2003 | 3/19/2003 | L Stekler | 10/31/2003 11:06:41 AM | 11/5/2003 8:58:16 AM | 10/31 |
| Verified | GE | FL | Power Generating Fuel Nozzel | 9/1/2001 | 2/1/2002 | Fuel Nozzle Repair | 9/4/2001 | 2/15/2002 | the work number website | 10/31/2003 11:04:47 AM | 10/31/2003 11:05:31 AM | |
| Verified | Onsite | | Jet Engine Mech | 7/1/2001 | 9/1/2001 | Engine Cell Mech | 7/26/2001 | 8/30/2001 | the work number website | 10/31/2003 11:03:37 AM | 10/31/2003 11:04:25 AM | |
| Verified | BAE Flight | CA | Aircraft | 2/1/1999 | 12/1/2000 | AC Mech | 3/29/1999 | 12/22/2000 | Patricia | 10/31/2003 | 11/2/2003 | 10/31 |

## PermBar Verifications

| Verification Status | Company Name | Company Location | Position | Drug Result | Alcohol Result | Verified By | Date Entered | Date Updated | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Verified | US Navy | FL | Master Mech / Jet Engine First Degree Repair / Cook | 4/1/1987 | 6/1/1998 | | 4/13/1987  6/3/1998 | 10/31/2003 10:51:47 AM | 10/31/2003 10:52:40 AM  (dd for 214 · 10:58:04 · 12:42:29 PM) · non aircraft related |
| Verified | Logistic Services Inc | FL | Logistic Analyst | 1/1/2001 | 3/1/2001 | | | 10/31/2003 10:59:23 AM | 10/31/2003 11:06:39 AM · 10/30 |
| Closed No Response | Raytheon | FL | Jet Engine Mech | 5/1/2001 | 7/1/2001 | | | 11/2/2003 12:42:41 PM | 10/30 |
| Verified | Unemployed | | | 2/1/2002 | 10/1/2002 | | | 10/31/2003 11:05:35 AM | 10/31/2003 11:05:46 AM · non aircraft related |
| Verified | Fed Ex | FL | Courier | 10/1/2002 | 1/1/2003 | | | 10/31/2003 11:06:06 AM | 10/31/2003 11:06:26 AM · non aircraft related |
| Verified | | | | 3/1/2003 | 9/1/2003 | | | 10/31/2003 11:06:31 AM | 10/31/2003 11:06:39 AM |
| Verified | BAE Flight Systems | CA | | Negative | Negative | C Queenen | 10/30/2003 10:57:38 AM | 11/5/2003 8:58:54 AM | non aircraft related · student driver |
| Closed No Response | Raytheon | FL | | Not Available | Not Available | HR | 10/30/2003 10:58:50 AM | 11/4/2003 4:33:24 PM | 10/30 |
| Verified | GE IRS | FL | | Not Available | Not Available | | 10/30/2003 10:54:33 AM | 11/4/2003 8:57:46 AM | 10/30 no answer at number |
| Verified | Bradford Union Votech | FL | | Not Available | Not Available | Kathrin Plesher | 10/30/2003 10:54:13 AM | 10/30/2003 | non aircraft related |
| Verified | Maytag Aircaft | CO | | Negative | Negative | James | 10/30/2003 10:53:20 AM | 10/30/2003 · 10/31/2003 9:24:58 AM | 10/30 |
| Verified | Onsite | | | Negative | Negative | | | 11/4/2003 8:57:26 | 10/30 |

(REPORT_PB) (add new)

| Chadwick | 10/30/2003 10:50:05 AM | 10/30/2003 10:50:16 AM | tested for Airplanes |
| Noelle | 10:50:26 AM | AM | |

| Verified | STS | No Record | No Record |



**The Florida State University**
Tallahassee, Florida 32306-2430

*Office of Financial Aid*
(850) 644-5871

# EMPLOYMENT VERIFICATION

Student's Name_____   SSN_____

## MESSAGE FOR STUDENT AND PARENT(S) OF DEPENDENT STUDENTS

Additional information is required in order to further process your request due to loss of employment in your family. Please sign below to authorize release of information and then give this form to your present or previous employer. When this form is completed by the employer, return it with all other forms to the address below.

If you are not presently employed, when was your last date of employment? *November 18, 2004*

WILFREDO S. CAMACHO                              *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*
Employee Name (Please Print)/Relation to Student    Social Security Number

*[signature]*                                      *February 25, 2005*
Employee Signature                                 Date

**EMPLOYER SECTION:** TO BE COMPLETED BY EMPLOYER (CURRENT/PREVIOUS)

Company Name: *PEMCO World Air Services*

Address: *100 PEMCO Drive*
*Dothan, AL 36303*

Name of person completing this section (Please Print): *Ramon Sepler*

Title: *HR Mgr*    Business Telephone: *334 983-7099*   Date: *2-25-05*

Please complete lines that apply:

The individual named above is/was employed beginning: Month *10* Day *1* Year *03*

    ✓ terminated employment: Month *12* Day *22* Year *04*

    _____ is still employed by the company

    _____ number of hours per week

Income: Hourly Rate of Pay: $ *17.91*   Gross Salary: $_____ per _____

Total Earned Year-To-Date: $ *36,546.88   2004*

Signature of person completing this section: *[signature]*

Return to:    Florida State University
              Office of Financial Aid
              Tallahassee, FL 32306-2430
              Fax: (850) 644-6404

OFA #196 (eveap)
(Revised 11/29/04)  SPP



**PrimeCare**
OCCUPATIONAL MEDICINE

301 Westgate Parkway, Ste. 2 • P.O. Box 8397
Dothan, Alabama 36304-0397
Phone: (334) 836-0004
Fax: (334) 671-0220

J. STEVE SHERRER, M.D.
JOSEPH H. SEWELL, M.D.
FIONA A. MASTERS, M.D.
MICHAEL A. WILLIAMS, D.O.
KENNETH F. COX, PA-C
KELLY DAUS, PA-C

OK'd by Danny

## WORK STATUS REPORT

Patient Name: Wilfredo Camacho
Employer: Pemco World A.P. Svs.
Date of Injury: 10/28/04
Diagnosis: Contact Dermatitis from Fiberglass

Date: 11/03/04
Time In: 11:30 Am
Time Out: 12:02 p

**Type of Treatment:**
- [✓] Examination
- [ ] X-Ray
- [ ] Lab
- [ ] Splint
- [ ] Suture
- [ ] Eye Patch
- [ ] Medication
- [ ] Suture Removal

- [✓] Initial Treatment
- [ ] Follow Up
- [ ] Not Work Related

**Drug Screen:**
- [ ] Yes
- [✓] No

**Disposition:**
- [ ] Able to work - no restrictions
- [✓] Able to work - with following restrictions
  - [ ] Must keep dressing clean and dry
  - [ ] Limited use of _____ hand.
  - [ ] No exposure to solvents or chemicals
  - [ ] No food handling
  - [ ] No lifting
  - [ ] May lift up to _____ lbs.
  - [ ] No prolonged standing or walking
  - [ ] No climbing, bending or stooping
- [ ] Unable to work
- [ ] Unable to work until evaluation by: _____
  - [ ] No work near hazardous or moving machinery
  - [ ] No work requiring use of both eyes (driving, climbing, etc.)
  - [ ] Activities As Tolerated

Other: __ Wrist exposure to Fiberglass if possible __

List of Medication: Zyrtec 10mg 1×o Wks #30 Rx2
Elidel cream Apply BID LOGR Rx2
Triamcinolone cream, 1% Apply BID 80G

- [ ] Follow Up Appt. Date __ 2 weeks __ Time: 11/17/04 Rx2
- [ ] Release from follow-up care __ Time: _____

Physician's Comments: _____

- [ ] Referral To _____
- [ ] Address _____
- [ ] Physician _____

Date: _____
Time: _____

Signed _____ J H Sewell ,M.D.

## PLEASE RETURN THIS FORM TO YOUR EMPLOYER



**PrimeCare**
OCCUPATIONAL MEDICINE

301 Westgate Parkway, Ste. 2 • P.O. Box 8397
Dothan, Alabama 36304-0397
Phone: (334) 836-0004
Fax: (334) 671-0220

J. STEVE SHERRER, M.D.
JOSEPH H. SEWELL, M.D.
FIONA A. MASTERS, M.D.
MICHAEL A. WILLIAMS, D.O.
KENNETH F. COX, PA-C
KELLY DAUS, PA-C

# WORK STATUS REPORT

Patient Name _WILFREDO SILVA CAMACHO_     Date: _11/17/04_

Employer _PEMCO_

Date of Injury _____     Time In: _3:30 P_

Diagnosis _Contact Irritant Fiberglass_     Time Out: _5:10 p_

**Type of Treatment:**

- ☑ Examination
- ☐ X-Ray
- ☐ Lab
- ☐ Splint
- ☐ Suture
- ☐ Eye Patch
- ☐ Medication
- ☐ Suture Removal

- ☐ Initial Treatment
- ☑ Follow Up
- ☐ Not Work Related

**Drug Screen:**
- ☐ Yes
- ☐ No

**Disposition:**

- ☐ *Able to work - no restrictions*
- ☑ *Able to work - with following restrictions*
  - ☐ Must keep dressing clean and dry
  - ☐ Limited use of _____ hand.
  - ☐ No exposure to solvents or chemicals
  - ☐ No food handling
  - ☐ No lifting
  - ☐ May lift up to _____ lbs.
  - ☐ No prolonged standing or walking
  - ☐ No climbing, bending or stooping

- ☐ *Unable to work*
- ☐ *Unable to work until evaluation by:* _____
  - ☐ No work near hazardous or moving machinery
  - ☐ No work requiring use of both eyes (driving, climbing, etc.)
  - ☐ Activities As Tolerated

Other _*Limit exposure to Fiberglass by protecto_
_gear + limit skincontact_

List of Medication _Zyrtec, Elidel, Triamcidone_

☑ Follow Up Appt. Date _PRN 11/17/04_     Time: _8_

☐ Release from follow-up care _11/17/04_     Time: _5:10 pm_

Physician's Comments: _____

☐ Referral To _____     Date: _____

Address _____     Time: _____

☐ Physician _____

Signed _J H Sewell_ ,M.D.

**PLEASE RETURN THIS FORM TO YOUR EMPLOYER**

USBPI - Re-order #11264  Rev. 11.03

Wilfredo Camacho 001808
11-17-04
CHIEF COMPLAINT: Patient presents with contact irritation from
fiberglass improved.
SUBJECTIVE: Patient is a 46-year-old Hispanic male having some
irritation on forearms from exposure to fiberglass at work.
Patient has been restricting his activities by employer.  Reports
that symptoms have improved.  Is not using the Zyrtec,
Triamcinolone cream, or Elidel as instructed.  Was hoping just to
limit exposure and see if his symptoms improved.  Had discussed
with patient at length that fiberglass reaction will cause

irritation limiting exposure is the most important piece of this.
I am trying to use any kind of equipment to limit exposure using
emollients or Vaseline on the arms may also reduce risk for
irritation.  Also discussed that if he is not able to limit
exposure he may choose to find other employment.  Also feels like
he has caused a little bit of irritation of his eyes and his lungs.
The patient is not currently having wheezing.  Past medical
history, social history, family history reviewed and updated.  ROS
as above, indicated.
PHYSICAL EXAMINATION: WDWN male.  Alert and interactive.  TM's
clear bilaterally.  Mild erythema in nasal mucosa.  Normal OP.

Neck supple.  Full ROM without cervical lymphadenopathy and without
thyromegaly.  Heart RRR.  Lungs bilateral breath sounds clear to
auscultation.  Abdomen: Soft, non-tender, and non-distended.
Positive bowel sounds.  Noting slightly hyperpigmented areas of
skin on bilateral forearms.  The seem to be healing in from
previous visit.

ASSESSMENT/PLAN: 1.  Contact irritation secondary to fiberglass
particles.  The patient instructed to try and limit exposure.  Use
of emollients to keep the particles off of his skin.  Use some
protective clothing.  If continues to have problems he may choose

to find other employment.  The patient is to follow-up prn.
Dictated but not reviewed: Joseph H. Sewell, M.D./dl
Date dictated: 11/17/04
Date transcribed: 11/23/04

# PrimeCare

Occupational Medicine    301 Westgate Parkway, Ste. # 2 • P.O. Box 8387 • Dothan, Alabama 36304-0387

**PHYSICIAN STAFF**

**J. STEVE SHERRER, M.D.**
FAMILY MEDICINE
BOARD CERTIFIED
CERTIFIED MEDICAL REVIEW OFFICER

**ADMINISTRATION**

**CHRISTIE MCLEAN**
OFFICE MANAGER

**AMY BRINKLEY**
OCCUPATIONAL MEDICINE
COORDINATOR

November 19, 2004

_VIA Fax #: 983-7046_
Pemco

RE:    Wilfredo Camacho
        DOB:  06/04/58

To Whom It May Concern:

Mr. Wilfredo Camacho has been advised to wear protective gear to limit skin contact exposure to fiberglass, secondary to contact dermatitis from fiberglass particles.

If you have any questions please do not hesitate to contact me at the address provided above.

Sincerely,

Joseph H Sewell MD

Joseph H. Sewell, M.D.

PHONE (334) 836-0004

FAX (334) 671-0220

WEBSITE
www.primecaredothan.com

Email:
abrinkley@primecaredothan.com

**The Daleville Clinic**
144 Virginia Avenue, Suite A
P.O. Box 635
Daleville, Alabama 36322-0635
PHONE (334) 503-9900
FAX (334) 598-1827

# PrimeCare
OCCUPATIONAL MEDICINE

301 Westgate Parkway, Ste. 2 • P.O. Box 8397
Dothan, Alabama 36304-0397
Phone: (334) 836-0004
Fax: (334) 671-0220

J. STEVE SHERRER, M.D.
JOSEPH H. SEWELL, M.D.
FIONA A. MASTERS, M.D.
MICHAEL A. WILLIAMS, D.O.
KENNETH F. COX, PA-C
KELLY DAUS, PA-C

## WORK STATUS REPORT

Patient Name _Wilfred Silva Camacho_          Date: _11-19-4_

Employer _Pemco_

Date of Injury _10-28-04_                      Time In: _8:36 am_

Diagnosis _Contact Dermatitis_                 Time Out: _____

_Ammended - 11-17-04_

**Type of Treatment:**

☐ Examination  ☐ X-Ray  ☐ Lab  ☐ Splint        ☐ Initial Treatment
☐ Suture       ☐ Eye Patch  ☐ Medication       ☐ Follow Up
☐ Suture Removal                                ☐ Not Work Related

**Drug Screen:**
☐ Yes
☐ No

**Disposition:**

☐ Able to work - no restrictions                ☐ Unable to work
☑ Able to work - with following restrictions    ☐ Unable to work until evaluation by: _____

☐ Must keep dressing          ☐ No lifting           ☐ No work near hazardous
  clean and dry               ☐ May lift up to ____lbs.    or moving machinery
☐ Limited use of ____hand,    ☐ No prolonged standing  ☐ No work requiring use of both
☐ No exposure to solvents       or walking               eyes (driving, climbing, etc.)
  or chemicals                ☐ No climbing, bending   ☐ Activities As Tolerated
☐ No food handling              or stooping

Other _Pt Advised to wear Protective Gear to Limit Contact with Fiberglass_

List of Medication _____

☐ Follow Up Appt. Date _____  Time: _____
☐ Release from follow-up care _____  Time: _____

Physician's Comments: _____

☐ Referral To _____        Date: _____
Address _____               Time: _____
☐ Physician _____

Signed _JH Sewell_ , M.D.

**PLEASE RETURN THIS FORM TO YOUR EMPLOYER**

USBPI - Re-order #11264  Rev. 11.03

Derm

Wilfredo Camacho (185770)

12/07/04

HISTORY OF PRESENT ILLNESS:    46 year old Asian male presents for evaluation of a rash on the face, trunk and extremities. This began the day he started a new job as an aircraft mechanic. He was exposed to fiberglass. He wore a respirator and protective clothing, but states the material was able to penetrate his clothing nonetheless. He was prescribed some medications, including Elidel and another cream he does not remember the name of. He did not use them. He was terminated from his job 11/3/04. Since that time, the rash has almost completely resolved. He has some occasional pruritus, but no other problems. He is sent for consultation today by Dr. Joseph Sewell.

PAST MEDICAL HISTORY/MEDICATIONS/ALLERGIES:    See patient information sheet dated 12/07/04.

PHYSICAL EXAM:    Well appearing pleasant male. Alert and oriented x three. Complete skin exam was performed including head, neck, chest, back, abdomen, all four extremities, scalp and hair. All of these areas were normal except as stated below. There are some hypopigmented, nummular scars, 3-4 mm on the dorsal forearms bilaterally. He has some hyperpigmented macules on the buttocks. Otherwise, his skin is completely normal.

ASSESSMENT AND PLAN:    Scars and postinflammatory hyperpigmentation. The primary dermatosis has resolved. Fiberglass can cause hypersensitivity dermatitis if it penetrates the skin, however, he has no lesions indicative of that today. I recommend symptomatic treatment. Triamcinolone cream twice a day. Benadryl over the counter as needed for itching. Follow-up p.r.n. recurrence.

Laura M. Tamburin, M.D./dn

CC:    Joseph Sewell, M.D., Dothan, AL.



# DOTHAN SPECIALTY CLINIC

12-9-04

**ADMINISTRATOR**

Lois W. Sallas

**CARDIOLOGY**

R. Ronnie Harrell, M.D.
James A. Sawyer, III, M.D.
Chris E. Byard, M.D.
Michael E. Pinson, M.D.
S. Roland Brooks, M.D.
David D. Gayle, M.D.
Benjamin Craven, Jr., M.D.

**PULMONARY**

Allen Latimer, M.D.
Dale Prophet, M.D.
Alan W. Purvis, M.D.
Brian R. Sinclair, M.D.
Marvin W. Sexton, M.D.

**NEUROLOGY**

David A. Davis, M.D.

**PSYCHIATRY & SLEEP DISORDERS MEDICINE**

Ann B. McDowell, M.D.

**PSYCHIATRY**

C. Roby Hicks, M.D.

**DERMATOLOGY**

Robert B. Ash, M.D.
Craig D. Omohundro, M.D.
Laura M. Tamburin, M.D.

**RHEUMATOLOGY**

Parks W. Pratt, III, M.D.

**UROLOGY**

Michael G. Simmons, M.D.

To whom it may concern,

Wilfredo Camacho did not show up for his appointment at 7:45 with me.

Sincerely,

Tonia Ruddock (M)

11/23/1

SUITE 102,  4300 WEST MAIN STREET,  DOTHAN, ALABAMA  36305-1051  (334) 793-9664

SUITE 501,   1118 ROSS CLARK CIRCLE, DOTHAN, ALABAMA  36301-3041  (334) 793-9664

# PEMCO WORLD AIR SERVICES
## 100 PEMCO DRIVE
### DOTHAN, ALABAMA 36303
### 334-983-7007   FAX: 334-983-7046

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: JEFF LEE/JOHN HOLMES | FROM: Jim Battcher   Director, Human Resources |
| COMPANY: MAYNARD, COOPER & GALE | DATE: 12/14/2004 |
| FAX NUMBER: 205-254-1999 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 205-254-1987 | SENDER'S REFERENCE NUMBER: [Click here and type reference number] |
| RE: Wilfred Camacho | YOUR REFERENCE NUMBER: [Click here and type reference number] |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Jeff/John,

I got this faxed note from the Doctor Tamburin's office after I sent you the FedEx information.

The doctor stated that Mr. Camacho told her that he did not use the protective creams to prevent rashes and he was issued a respirator and protective clothing. Not using the creams and not wearing the protective clothing properly is why he got the rash in the first place.

Mr. Camacho has been a mechanic for several years working on military aircraft which does not normally use fiber glass. I asked him during his meeting with me if he has ever had this problem and he said with Gerri Paul present that it was only while working on civilian aircraft.

The doctor has his termination date as 11/3/04 and that is not correct. He was terminated for one day on 11/18/04 and then he was placed on admin leave on 11/19/04 pending evaluation.

Jim

EMPLOYEE: _N S³ Camacho_ (this term was revised)

TERM DATE: _18 Nov. 2003_

FORWARDING: ADDRESS

BADGE: _113774_

HIRE DATE: _01 Oct. 2003_

S.S. NUMBER:

CLASS: CODE: _S 003_

CURRENT VAC: _∅_    ACCRUED VAC: _30.6_

CURRENT S/L: ~~14.7~~    TERM PAY:

CLASS: DESC: _A/c Mech A + A/P_

---

## SUPERVISOR MUST FILL IN REASON AND EXPLAIN

( ) REQUESTED BY EMPLOYEE        ( ) DECEASED
( ) PROBATIONARY EMPLOYEE        ( ) VOLUNTARY QUIT
( ) INDEFINITE LAYOFF            ( ) WORK COMPLETED
( ) RETIRED                      ( ) ACTIVE MILITARY
( ) VIOLATION OF COMPANY RULES   ( ) OTHER EMPLOYMENT
                                 (✓) OTHER

EXPLANATION:

---

### EMPLOYEE CLEARANCE SLIP

THIS IS TO CERTIFY THAT ABOVE EMPLOYEE HAS RETURNED ALL EQUIPMENT AND / OR MATERIAL CHARGED TO HIM BY THE FOLLOWING DEPARTMENTS WITH THE EXCEPTION OF THOSE LISTED BELOW:

| DEPT | SIGNATURE | ITEM DESCRIPTION | STOCK NO | QUANTITY | TOTAL CHARGE |
|------|-----------|------------------|----------|----------|--------------|
| CLCK OUT? | ? | | | | |
| 0200 | Ku (djm) | | | | |
| 0300 | BLW (djm) | | | | |
| 0400 | SAM | Badge at gate | | | |
| 400I | C. Ins. | | | | |
| 0800 | Dawkins | NUMBER OF TOOL BOXES | 1 BOX 1 Bag | | |
| 0900 | | | | | |
| TECH | N (djm) | | | | |
| SEC | I.W.P. | NUMBER OF TOOL BOXES | 1 BOX | | |
| HEAR EXAM | No | | | | |

EMPLOYEE: N S Camacho

TERM DATE: 18 Nov. 2004

FORWARDING:
ADDRESS

BADGE: 113774

HIRE DATE: 01 Oct. 2003

S.S. NUMBER:

CLASS:
CODE     2003

CURRENT VAC:          ACCRUED VAC:

CURRENT S/L:          TERM PAY:

CLASS:
DESC     A/c Mech A + A/P

SUPERVISOR
( ) REQUESTED BY EM
( ) PROBATIONARY EM
( ) INDEFINITE LAYO
( ) RETIRED
( ) VIOLATION OF CO

Hold

RY QUIT
MPLETED
MILITARY
MPLOYMENT

EXPLANATION:

THIS IS TO CERTIFY THAT          EQUIPMENT AND / OR
MATERIAL CHARGED TO HIM          TH THE EXCEPTION OF
THOSE LISTED BELOW:

| DEPT | SIGNATURE | ITE | | | ANTITY | TOTAL CHARGE |
|---|---|---|---|---|---|---|
| CLCK OUT? | | | | | | |
| 0200 | | | | | | |
| 0300 | | | | | | |
| 0400 | | | | | | |
| 400I | | | | | | |
| 0800 | | NUMBER OF TOOL BOXES ------ | | | | |
| 0900 | | | | | | |
| TECH | | | | | | |
| SEC | | NUMBER OF TOOL BOXES ------ | | | | |
| HEAR EXAM | | | | | | |

## Gerri Paulk

**From:** Workflow Manager [junk@pemcoair.com]
**Sent:** Thursday, November 18, 2004 4:11 PM
**To:** hr.dothan.workflow@pemcoair.com
**Subject:** Employee Termination Notice (Dothan): Camacho, Wilfredo S

## Oracle Workflow Notification (FYI)

From
To **Dothan HR Dept**
Sent **18-NOV-04**
Due
Notification ID **130456**

---

| EMPLOYEE TERMINATION NOTICE |
|---|

| FACILITY:<br>Dothan | **Camacho, Wilfredo S** |
|---|---|
| DATE PROCESSED:<br>18-NOV-2004 | **Badge:** 113774<br>**Hire Date:** 01-OCT-2003<br>**Term Date:** 18-NOV-2004<br>**Job Name:** D003.Aircraft Mechanic A.<br>**Dept:** DOT.3200.Production-Office<br>**Status at Time of Termination:** Active Assignment |
| MESSAGE:<br>Please take the<br>necessary action. | |

11/19/2004

DEMCO AIR SERVICES - DOTHAN FACILITY
EMPLOYEE TERMINATION / CLEARANCE FORM   FORM SF-41 REV 9/94

EMPLOYEE: Wilfredo Camacho          TERM DATE: 10-05-04 *tjm*

FORWARDING:                          BADGE: 113774
ADDRESS

                                     HIRE DATE: 10-1-03

S.S. NUMBER:                         CLASS:
                                     CODE   8003
CURRENT VAC: Ø   ACCRUED VAC: 39.6
                                     CLASS:
CURRENT S/L: 3.3   TERM PAY:         DESC   A/c Mech A + A/P

SUPERVISOR MUST FILL IN REASON AND EXPLAIN

( ) REQUESTED BY EMPLOYEE        ( ) DECEASED
( ) PROBATIONARY EMPLOYEE        ( ) VOLUNTARY QUIT
( ) INDEFINITE LAYOFF            ( ) WORK COMPLETED
( ) RETIRED                      ( ) ACTIVE MILITARY
( ) VIOLATION OF COMPANY RULES   ( ) OTHER EMPLOYMENT
                                 ( ) OTHER

EXPLANATION:

## EMPLOYEE CLEARANCE SLIP

THIS IS TO CERTIFY THAT ABOVE EMPLOYEE HAS RETURNED ALL EQUIPMENT AND / OR
MATERIAL CHARGED TO HIM BY THE FOLLOWING DEPARTMENTS WITH THE EXCEPTION OF
THOSE LISTED BELOW:

| DEPT | SIGNATURE | ITEM DESCRIPTION | STOCK NO | QUANTITY | TOTAL CHARGE |
|------|-----------|------------------|----------|----------|--------------|
| CLCK OUT? | OK | | | | |
| 0200 | Ks/djm | | | | |
| 0300 | | | | | |
| 0400 | djm | badge | | | |
| 400I | c: Ins. | | | | |
| 0800 | J. Dawkins | signed term form a gave back. OK for clearance. djm | | | |
| | | NUMBER OF TOOL BOXES ------ | | | |
| 0900 | | | | | |
| TECH | nf/djm | | | | |
| SEC | | NUMBER OF TOOL BOXES ------ | | | |
| HEAR EXAM | No | | | | |



01-OCT-2003

10B- Absent 3 Consecutive

22-DEC-2004

26-DEC-2004

15-JAN-2005

Ex-employee          Terminate Assign

Terminate          Reverse Termination

| Employee No | 113774 | Name | WILFREDO CAMACHO |
| Department | 3200 | Supervisor | 114376 |
| Eff. Year | | Emp Type | 07 |

**Hours**

| Eff Year | Absent Code | Description | Accrued | Used | Adjust | Carry Over | Remain |
|----------|-------------|-------------|---------|------|--------|------------|--------|
| 2004 | 1042 | 2005 VACATION | 5.7 | .0 | .0 | 0 | 5.7 |
| 2004 | 2002 | SICK LEAVE | 3.3 | .0 | .0 | 0 | 3.3 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Employee No | 113774 | Name | WILFREDO CAMACHO |
| Department | 3200 | Supervisor | 114376 |
| Eff. Year | | Emp Type | 07 |

**Hours**

| Eff Year | Absent Code | Description | Accrued | Used | Adjust | Carry Over | Remain |
|----------|-------------|-------------|---------|------|--------|------------|--------|
| 2004 | 2002 | SICK LEAVE | 3.3 | 0 | 0 | 0 | 3.3 |
| 2004 | 2104 | 2004 VACATION | 39.6 | 0 | 0 | 0 | 39.6 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**People**

**Name**

| | | | |
|---|---|---|---|
| Last | | Gender | Male |
| First | Wilfredo | | Action |
| Title | | | Person Type for Action |
| Prefix | | **Person Types** | |
| Suffix | | Ex-employee.Ex-applicant | |
| Middle | S | | |

**Identification**

| | |
|---|---|
| Employee | 113774 |
| Social Security | 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 |

Personal | Employment | Office Details | Applicant | Background | Rehire | Further Name | Medical | Other | Benefits

| | | | |
|---|---|---|---|
| Birth Date | 04-JUN-1958 | Age | 46 |
| Town of Birth | | Status | |
| Region of Birth | | Nationality | |
| Country of Birth | | Registered Disabled | |

**Effective Dates**

| | | | |
|---|---|---|---|
| From | 23-DEC-2004 | | Latest Start Date |

| Address | Picture | Assignment | Special Info | Others... |

ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS
UNEMPLOYMENT COMPT-VEATION DIVISION 34-7

IMPORTANT NOTE: If your response
Filed 07/25/2006 received Page 66 of 88
a determination may be based
solely on information furnished by the
claimant.

B241F



# NOTICE OF CLAIM AND REQUEST FOR SEPARATION INFORMATION

PEMCO WORLD AIR SVCS INC
1945 N 50TH ST
BIRMINGHAM AL 35212-1007

Return to:

ADJUDICATION SUPPORT
ROOM 3438
649 MONROE STREET
MONTGOMERY, AL 36131
FAX NUMBER 334 353-1265

The individual identified below has filed a claim for Unemployment Compensation benefits.

1. CLAIMANT'S NAME: CAMACHO/WILFREDO S
2. SOCIAL SECURITY NO: 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
3. CLAIM DATE: 11/28/04
4. ACCT NUMBER: 0029517843

5. DATE MAILED: 11/30/04
6. EFFECTIVE DATE: 11/28/04
7. OFFICE-COUNTY: 0900
8. TYPE OF CLAIM: N-01

The claimant identified you as his/her last employer and alleges the reason for separation to be:

17    DISCHARGE FOR UNSATISFACTORY WORK          LDW 11/03/04

## EMPLOYER RESPONSE (INSTRUCTIONS FOR COMPLETION ON REVERSE)

9. Claimant's last day employed was _____
   (If temporary layoff, enter expected date of recall: _____

10. If the claimant earned wages or was paid vacation and/or sick pay or will receive a pension upon termination with you **on or after the date shown in item #6.** above, complete the applicable space(s) below:
    a. GROSS WAGES    for hours worked. **(AFTER DATE IN #6)**    $ _____

    b. HOLIDAY  $ _____  paid for which holiday ? _____

    c. VAC, SICK $_____  Was vacation pay for a specific time period following separation ?
    (circle one) Yes  No If Yes what was the period ?_____  to _____

    d. WARN PAY $_____  paid for period _____  to _____

    e. PENSION $ _____  per month.  Effective date: _____

11. DISCHARGED. What was the date of the final incident that caused the discharge: _____

12. WARNING FOR SAME OR SIMILAR INCIDENT :(CIRCLE ONE)  YES  NO  WARNING DATE: _____

13  QUIT: Date quit: _____  Reason for quit _____

14. REASON FOR SEPARATION: (ATTACH ADDITIONAL SHEET IF NECESSARY)

_____  T/C/O by J. Battcher  _____

_____

15:  Enter your federal identification number: _____

_____        _____        _____     _____
   Print Name                 Title              Telephone No.         Date

EMPLOYMENT Security Office

PLACE AN UNEmployment Claim
866-234-5782

800-361-4524    MANT #

334-242-8888    DOTHAN AREA

Betty Woods
Unemploy G
Will Fredw
Camuela

334-242-8942

WEDNESDAY FEBRUARY 2, 2005

PHONE Hearing By Wilfredo S. Camaseco

UN Employment Hearing —

FORM AA-4T
(REV. 9/91)

# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
## HEARINGS AND APPEALS DIVISION
## MONTGOMERY, ALABAMA 36131

### NOTICE OF UNEMPLOYMENT COMPENSATION TELEPHONE HEARING

#### RESCHEDULED:  DISREGARD PREVIOUS HEARING NOTICE.

PEMCO WORLD AIR SVCS INC
1945 N 50TH ST
BIRMINGHAM AL            35212-1007

RECEIVED FEB 15 2005

CLAIM DATE :    11/28/04

DATE MAILED:    02/10/2005

CLAIMANT: WILFREDO S CAMACHO

CLAIMANT'S SSN: 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

EMPLOYER: PEMCO WORLD AIR SVCS INC

APPELLANT:    CLAIMANT

ADM HEARING OFR:  LINDA F. WEST

CASE NO:    00495AT05

HEARING WILL BE HELD ON    FEBRUARY 17, 2005

AT: 02:45 PM CST ✓
01:45 PM EST

**PLEASE READ THE IMPORTANT INFORMATION ON THE BACK OF THIS NOTICE**

*INSTRUCTIONS FOR TELEPHONE HEARINGS:*

You have been granted a telephone hearing. You must immediately contact the Hearings and Appeals Division and provide a telephone number where you may be reached prior to the hearing. Call 1-800-321-9323. If you do not provide a telephone number prior to the hearing the Hearing Officer will not call you. The use of a cell phone is not suitable for a teleconference hearing.

*ISSUES:*

SECTION 25-4-78(2) AND/OR 25-4-78(3) CODE OF ALABAMA 1975: WHETHER THE CLAIMANT LEFT THE MOST RECENT BONA FIDE WORK VOLUNTARILY WITHOUT GOOD CAUSE CONNECTED WITH SUCH WORK OR WAS DISCHARGED FOR MISCONDUCT CONNECTED WITH THE WORK.

/PS



BEN-8



## ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS
## UNEMPLOYMENT COMPENSATION AGENCY
## MONTGOMERY, ALABAMA 36131

# EMPLOYER NOTICE OF DETERMINATION

EMPLOYER NO.0029517843

PEMCO WORLD AIR SVCS INC
1945 N 50TH ST
BIRMINGHAM AL 35212-1007

| | | | |
|---|---|---|---|
| 1. CLAIMANT'S NAME : | CAMACHO/WILFREDO S | 8. DATE MAILED: | 12/27/04 |
| 2. SOCIAL SECURITY NO | 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 | 9. LOCAL OFFICE: | 0900 |
| 3. BENEFIT YEAR BEGINS: | 11/28/04 | 10. TYPE OF CLAIM: | NEW |
| 4. EFFECTIVE DATE: | 11/28/04 | 11. MAIL CODE: | M |
| 5. WEEKLY BENEFIT AMOUNT: | | 12. CONTACT LINE: | 334-242-8625 |
| 6. MAXIMUM BENEFIT AMOUNT : | $220.00 | | |
| 7. BASE PERIOD:A FOUR QUARTER PERIOD | $3960.00 | | |
| BEGINNING QTR/YR    3/03 | | | |

A DETERMINATION HAS BEEN MADE ON THIS CLAIM HOLDING THE
CLAIMANT DISQUALIFIED FOR RECEIPT OF BENEFITS UNDER THE
SECTION AND FOR THE PERIOD INDICATED BELOW:

SECTION OF LAW:  25-4-78(2)

BEGINNING:  12/19/04          ENDING: INDEFINITE

SEE BACK OF THIS NOTICE FOR EXPLANATIONS OF MOST FREQUENT DISQUALIFICATIONS.

RIGHT TO APPEAL: This determination becomes final within 15 calendar days from date mailed unless appealed.
All appeals MUST be filed by a letter addressed to the Hearings and Appeals Division, 649 Monroe Street,
Montgomery, Al 36131, or by Fax to 334-242-2084. The appeal must be received within the prescribed time
whether filed by mail or fax. Should the last calendar day for filing an appeal fall on a Saturday, Sunday or
state holiday or other office closing, the period is extended to the next business day.

NOTE: THIS NOTICE IS FOR YOUR RECORDS. IF YOU WRITE REGARDING THIS
NOTICE, SHOW CLAIMANT'S SOCIAL SECURITY NUMBER.

FORM AA-4T
(REV. 9-98)

STATE OF ALABAMA
DEPARTMENT OF INDUSTRIAL RELATIONS
HEARINGS AND APPEALS DIVISION
MONTGOMERY, ALABAMA 36131

### NOTICE OF UNEMPLOYMENT COMPENSATION TELEPHONE HEARING

PEMCO WORLD AIR SVCS INC
1945 N 50TH ST
BIRMINGHAM AL          35212-1007

CLAIM DATE :    11/28/04

DATE MAILED:    01/26/2005

CLAIMANT: WILFREDO S CAMACHO

CLAIMANT'S SSN: 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

EMPLOYER: PEMCO WORLD AIR SVCS INC

APPELLANT:    CLAIMANT

ADM HEARING OFR:  LINDA F. WEST

CASE NO:    00495AT05

HEARING WILL BE HELD ON    FEBRUARY 02, 2005    AT: 03:15 PM CST ✓
                                                01:45 PM EST ✗

PLEASE READ THE IMPORTANT INFORMATION ON THE BACK OF THIS NOTICE

*INSTRUCTIONS FOR TELEPHONE HEARINGS:*
You have been granted a telephone hearing. You must immediately contact the Hearings and Appeals Division and provide a telephone number where you may be reached prior to the hearing. Call 1-800-321-9323. If you do not provide a telephone number prior to the hearing the Hearing Officer will not call you. The use of a cell phone is not suitable for a teleconference hearing.

*ISSUES:*

SECTION 25-4-78(2) AND/OR 25-4-78(3) CODE OF ALABAMA 1975: WHETHER THE CLAIMANT LEFT THE MOST RECENT BONA FIDE WORK VOLUNTARILY WITHOUT GOOD CAUSE CONNECTED WITH SUCH WORK OR WAS DISCHARGED FOR MISCONDUCT CONNECTED WITH THE WORK.

Conf. #
3-1-00-31

DH





| Camacho, Wilfredo S | | 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 | 113774 | 113774 | DOT.3200.Production-Office |
|---|---|---|---|---|---|
| 15-NOV-2004 | 21-NOV-2004 | 26-NOV-2004 | NACHA | 17.91000 | 0 | 0 |
| Married | | 3 | | "M" Claiming $3000 Exemption (Al | 2 |

| Certification Earning | 0.00 | 0.00 | 678.30 | FIT Withheld | 61.44 | 2876.63 |
|---|---|---|---|---|---|---|
| Double Time | 0.00 | 0.00 | 482.56 | MEDICARE Withheld | 12.09 | 529.93 |
| Doubletime Earnings | 0.00 | 0.00 | 1545.93 | SS Withheld | 51.71 | 2265.91 |
| Future Vacation Pay | 30.60 | 567.94 | 567.94 | SIT Withheld (AL) | 29.78 | 1312.70 |
| Holiday | 0.00 | 0.00 | 294.56 | AFL IAM | 0.00 | 242.89 |
| Holiday Pay | 0.00 | 0.00 | 555.84 | Prud Opt Union EE | 3.99 | 128.46 |
| Overtime | 0.00 | 0.00 | 461.23 | | | |

| | 833.98 | 36546.88 |
|---|---|---|
| | 0.00 | 0.00 |
| | 155.02 | 6985.17 |
| | 3.99 | 371.35 |
| | 674.97 | 29190.36 |

| Payment Details | Rate Details | | Previous Run | Next Run |
|---|---|---|---|---|

2-17-05

UNEMPLOYMENT HEARING

LINDA F. WEST — HEARING OFFICER

2:45 PM

CAMACHO DID NOT
ATTEND HEARING.

UNEMPLOYMENT DENIED!!

**IMPORTANT NOTE:** If your response is not received by 12/08/04 a determination may be made based solely on information furnished by the claimant.

B241F



# NOTICE OF CLAIM ... ST FOR SEPARATION INFORMATION

PEMCO WORLD AIR
1945 N 50TH ST
BIRMINGHAM AL 35

*Dellie Prescott with alaws*

*334 242 8265*

*(Couldn't get her at this number per I. Battcher) 12-06-04*

*c/ Alfred Carrie*

The individual identified

1. CLAIMANT'S NAME
2. SOCIAL SECURITY
3. CLAIM DATE:
4. ACCT NUMBER:

*fax 353-1265*
*12-8-04*

The claimant identified
    17        DISCHARGE

EMPLOYER RESPONSE (INSTRUCTIONS FOR COMPLETION ON REVERSE)

9. Claimant's last day employed was __11-18-04__
   (If temporary layoff, enter expected date of recall: _____

10. If the claimant earned wages or was paid vacation and/or sick pay or will receive a pension upon termination with you **on or after the date shown in item #6.** above, complete the applicable space(s) below:
    a. GROSS WAGES   for hours worked. **(AFTER DATE IN #6)**   $ ___0___

    b. HOLIDAY $ __0__ paid for which holiday ? _____

    c. VAC, SICK $ _833.98_ Was vacation pay for a specific time period following separation ?
    (circle one) (Yes) No If Yes what was the period ? _11/22/04_ to _11/29/04_   (45.3 hours)

    d. WARN PAY $ __0__ paid for period _____ to _____
    e. PENSION $ __0__ per month. Effective date: _____

11. DISCHARGED. What was the date of the final incident that caused the discharge: _____

12. WARNING FOR SAME OR SIMILAR INCIDENT :(CIRCLE ONE)  YES  (NO)  WARNING DATE: _____

13. QUIT: Date quit _____ Reason for quit _____

14. REASON FOR SEPARATION. (ATTACH ADDITIONAL SHEET IF NECESSARY)
Claimant had been given medical leave of absence. When he was released from the doctor, he had restrictions that couldn't be met. The situation now is he will possibly be reinstated depending on the nature of his medical statement.

15. Enter your federal identification number. _63-0916535_

___Dean___ ___McKay___    ___HR Specialist___    (334) _983-4571_  _12/3/04_
Print Name                Title                  Telephone No.    Date

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for
Pemco
334 983 7046
Dec 08 2004 3:37pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Dec 8 | 3:36pm | Sent | 93531265 | 0:53 | 1 | OK |

Result:
  OK - black and white fax

*Re -sent to include telephone number.*

# STATE OF ALABAMA
## DEPARTMENT OF INDUSTRIAL RELATIONS
## HEARINGS AND APPEALS DIVISION
## MONTGOMERY, ALABAMA  36130



---

### DECISION ON UNEMPLOYMENT COMPENSATION CLAIM

---

**CLAIMANT**

WILFREDO S CAMACHO
1608 SADDLEBROOK LANE
JACKSONVILLE FL 32221-5600

**EMPLOYER**

PEMCO WORLD AIR SVCS INC
1945 N 50TH ST
BIRMINGHAM AL 35212-1007

RECEIVED FEB 2 5 2005

**APPELLANT** : CLAIMANT
**LOCATION** : MONTGOMERY
                (TELEPHONE)
**OC NO.**    : MS-12

**DATE MAILED** : 02/23/05
**CASE NO.**    : MS-00495-AT-05
**S. S. NO.**   : 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
**HEARING DATE** : 02/02/05

**APPEARANCES AT THE HEARING:** Two employer representatives (No testimony taken)

**ISSUE(S):** Voluntarily leaving most recent bona fide work without good cause connected with such work. Section 25-4-78(2) Code of Alabama 1975

**FINDINGS:** The nonappearance of the appellant and the absence of additional evidence requires the Administrative Hearing Officer to make a decision based upon the evidence contained in the file which consists of prior statements not under oath.

**CONCLUSIONS:** Having examined and considered the evidence available and the applicable provisions of the Unemployment Compensation Law pertaining to the issue under consideration, the Administrative Hearing Officer finds no basis for any change in the Examiner's determination.

**DECISION:** The Examiner's determination is affirmed. The claimant remains disqualified under the provisions of Section 25-4-78(2) of the Unemployment Compensation Law. This disqualification remains in effect until the claimant reenters insured or other acceptable employment as specified in the Law, earns wages in such employment of not less than ten times the weekly benefit amount, and is separated from such employment under nondisqualifying conditions. The maximum amount of benefits to which the claimant may later become entitled is reduced in accordance with the Examiner's determination. The employer's experience rating account is relieved of charges for this period of employment.

**APPEAL RIGHTS:** This decision becomes final unless an application for leave to appeal to the Board of Appeals is received in writing at the Department address above or by fax at 334-242-2084 on or before the **FINAL DATE OF March 10, 2005.**

*Linda F. West*

Linda F. West
Administrative Hearing Officer

LFW/dma

FW Wilfredo Camacho
From: Danny.Shiver [Danny.Shiver@pemcoair.com]
Sent: Wednesday, December 22, 2004 2:35 PM
To: Paulk, Gerri
Cc: Battcher, Jim; ramona.segler@pemcoair.com
Subject: FW: Wilfredo Camacho


-----Original Message-----
From: Irma Fort [mailto:ifort@strategiccomp.com]
Sent: Wednesday, December 22, 2004 11:38 AM
To: Danny.Shiver@pemcoair.com
Subject: Wilfredo Camacho

Danny - we are processing his check in house, manual check & sending it via
overnight.  Spoke with him yesterday afternoon & he understood. Confirmed the
address.  The check is in the amount of $4562.00.  He should have it tomorrow
sometime.

This file is in the process of being transferred.  He has retained an attorney.
Thank you,

Irma M. Fort
Claims Adjuster
Strategic Comp Services, Inc
800-467-7725, ext 449
(504) 841-0483, direct line
(504) 841-0442, fax
web site - www.strategicwc.com

**PEMCO**
**WORLD AIR SERVICES**
*A Pemco Aviation Group Company*

100 Pemco Drive
Dothan, Alabama 36303
334-983-4571

TO:        Mr. Wilfredo Camacho

DATE:    December 27, 2004

Dear Mr. Camacho,

Pemco World Air Services has continued to try to work with you to return you to work from your administrative leave. Following your October 29, 2004 complaint regarding a rash that developed on your arm, you were off work for a week. You were initially sent to PrimeCare Occupational Medicine in Dothan for evaluation, and it was determined that you were suffering contact irritation from exposure to fiberglass at work. You were prescribed Zyrtec, Triamcinolone cream, and Elidel and instructed to limit your exposure to fiberglass.

On November 17, 2004, Dr. Joseph H. Sewell, MD evaluated you on your follow-up visit to PrimeCare Occupational Medicine. Dr. Sewell determined that you had not been using your prescribed medicine, but that your symptoms had improved after limiting your exposure to fiberglass. Dr. Sewell concluded that you could not be exposed to fiberglass ("No exposure to fiberglass") and imposed work restrictions consistent with his findings.

On November 18, 2004, Jim Battcher, Human Resource Director informed you that Pemco could not place you in a job environment that could expose you to additional rashes. Because of your medical limitations and work restrictions, you were not able to work in the hangars where fiberglass is ever-present, and there was no other work available within your restrictions. As a result, Mr. Battcher terminated your employment that day.

On November 19, 2004, Dr. Sewell amended his prior assessment after talking with you. Dr. Sewell informed us that you were able to work, but that you were advised to wear your protective gear, which you had not been wearing previously, and limit your exposure to fiberglass.

On November 22, 2004, Mr. Battcher contacted you and told you that Pemco was putting your termination on hold pending additional evaluation of your physical limitations. Mr. Battcher also informed you that he made an appointment for you to see Dr. Tonia Ruddock, MD, a specialist on November 23, 2004, and you agreed to go. However, you failed to attend your scheduled appointment.

Page 2
Wilfredo Camacho

Despite your noncompliance and in an effort to help you return to work, Mr. Battcher rescheduled an appointment with a dermatologist for December 7, 2004. You were informed that you were required to attend this second appointment in order to be considered for reinstatement. On December 7, 2004, you went to your appointment and were evaluated by Dr. Laura M. Tamburin, MD. Dr. Tamburin concluded that fiberglass could cause hypersensitivity dermatitis and recommended symptomatic treatment. Dr. Tamburin also concluded that you could work but that you must wear your protective equipment to do so.

Pursuant to your medical evaluations, Mr. Battcher informed you on December 16, 2004 that you can return to work assuming you rigorously follow your recommended treatment and wear your prescribed protective gear. Mr. Battcher told you to report to work on Monday, December 20, 2004 at 2:00 p.m. You told Mr. Battcher that you did not know whether you would return to work.

As of December 22, at 3:30, you have failed to report to work for three (3) consecutive working days or contact us which is in violation of the collective bargaining agreement. Pursuant to Article IV, Section 4 (C) of the collective bargaining agreement, your failure to report to work or to call in for three (3) consecutive working days constitutes a voluntary resignation. As a result, we assume that you have decided not to return to work and your employment is now officially terminated.

Sincerely,

Ramona Segler
Human Resources Manager



**PEMCO**
**WORLD AIR SERVICES**
*A PEMCO AVIATION GROUP COMPANY*
*Dothan Facility*

100 PEMCO DRIVE
DOTHAN, AL 36303

PHONE: (334) 983-7007
FAX: (334) 983-7648

November 30, 2004

Mr. Wilfredo S. Camacho
1608 Saddlebrook Lane
Jacksonville, Florida 32221

Dear Mr. Camacho,

Pemco World Air Services has been trying very hard to work with you in an effort to obtain additional medical examinations that would provide us your specific work restriction/limitations in order for us to consider the possibility of re-instating your employment.

On Monday, November 22, 2004 I informed you via a phone conversation that Pemco made an appointment for you with a specialist on Tuesday, November 23, 2004 at 7:45 AM at the Flowers Doctor Center located at 4370 W. Main Street, Dothan, Alabama with Doctor Rudock. I gave you directions to the Doctor's office and you stated you would make this appointment. Gerri Paulk, Benefits Coordinator, was also present in my office during this conversation.

I was notified by Doctor Rudock's office on Tuesday, November 23, 2004 that you did not report for this scheduled appointment. As I have stated to you in the past, I am willing to work with you but you must do your part to cooperate with us as well. This will be my last attempt to schedule any additional Doctor appointments.

If you are still interested in the possibility of being considered for re-instatement with PWAS, another appointment has been made for you with Dr. Tamburin at the Flowers Doctors Center in Dothan for 9:40 AM on Tuesday, December 7, 2004.

Please indicate by your signature below that you have either declined this appointment or accepted this appointment. If you accept this appointment and you do not report as scheduled, you will forfeit any additional consideration for possible re-instatement. Please return this letter in the pre-addressed stamped envelope provided by Dec 6, 2004.

Sincerely,

James W. Battcher Sr.
Director, Human Resources
Pemco World Air Services

_____  Date: _____
I accept the Doctors appointment as stated above.

_____  Date: _____
I decline the Doctors appointment as stated and relinquish all rights for re-instatement.

To:    Wilfredo Camacho

From:  Human Resources

RE:    PPE Requirements


Effective today,
Your employment can be reinstated under the agreement that you agree to follow PPE requirements at all times due to the recent incident of your allergic reaction to fiberglass.

The Doctors note (attached) specifies the PPE requirements. This Physician is the authorized treating Physician in your case. Pemco agrees to supply you with the PPE as specified. However, it is your responsibility to adhere to the requirements of having this PPE on at all times on the facility property.

December 20, 2004

To:    Wilfredo Camacho #113774

From:  Human Resources

RE:    PPE Requirements for Re-instatement

Effective December 20, 2004 your employment from medical leave can be reinstated under the conditions that you agree to follow any and all PPE requirements at all times due to the recent incident of your allergic reaction to fiberglass.

The Doctor's note (attached) specifies the PPE requirements to protect you from additional exposure to fiberglass. Pemco agrees to supply you with the PPE as specified, however it is your responsibility to adhere to the requirements of acquiring and having this PPE on at all times while working at this facility and warn properly.

Failure to comply with the stated conditions could result in disciplinary action up to and including termination. If additional reaction to fiberglass develops you will again be evaluated to determine your continued employment with the company.

I have read, understand and agree to comply with the above stated conditions of my reinstatement to PWAS-Dothan.

_____          _____
Wilfredo S. Camacho            Date


_____          _____
Witness for PWAS               Witness for IAM

CC:  File

WILFREDO S. CAMACHO

# 113 774

570 - 75 - 8743

DOH: OCT 1, 2003

A/M "A"     17.72 + .50 FOR A+P

WRITTEN WARNINGS:

Dec 12, 2003

WORK Performance - Below Standard for an "A" mech

OCTober 29, 2004

work Performance - Failure to Employ Document correctly

RELEASED TO RETURN TO work with
Restriction - ~~NOV 17, 2004~~ DEC 16, 2004
Told to Report on 12/20/04 —

WILFREDO J. CAMACHO  # 113774

SCHEDULED 2nd DOCTOR APPT.

ON DECEMBER 7, 2004 : 9:40 AM

DR. TAMBURIN

FLOWERS DOCTOR CENTER

TALKED WITH WILFRED ON TUESDAY

NOV 30, 2004 AT APPROX 4:00 PM

AND GAVE HIM DIRECTIONS TO DR'S OFFICE.

HE STATED THAT HE WOULD MAKE THE

APPOINTMENT ON THE 7th. A CERTIFIED LETTER

WAS ALSO MAILED TO HIS FLORIDA ADDRESS —

11/30/04

F-14

11-23-04

WILFREDO CANACA

DID NOT REPORT TO
DR. RUDOCK'S OFFICE
ITS Scheduled.
11/23/04 3:00PM

# INTERNAL MEMORANDUM FOR RECORD

December 16, 2004


Ref:  Wilfredo Camacho #113774

Today at approximately 11:50 A.M. I called Mr. Camacho at his home in Jacksonville, Florida (904-781-1224) to talk to him about his work and medical status.

With Ramona Segler (HR Manager) present I told Mr. Camacho to report to the HR Office at 2:00 P.M. on Monday, December 20, 2004 with his tools and I explained to him that he would be required to comply with the doctors restrictions and he would be required to wear his protective equipment and that there would be no exceptions.

He stated to me that he had other things to do next week and could not make it.  I told him again that he was to report on 12/20/04 if he wanted his job.  He said "I will let you know" and I stated to him that if he decline his reporting date that I would need a written statement from him to that effect.  He said that he would send a letter if he declined.

Mr. Camacho has been on medical/workers comp leave since November 18, 2004.  There has been some miscommunication about his status and Mr. Camacho has twisted my comments into more than I told him for his own benefit.

On November 18, 2004 I had a meeting with him and Gerri Paulk (Benefits Coordinator) and at that time I had a note from Dr. Sewell of Prime Care-Dothan stating "no exposure to Fiberglass.  I told Camacho that with this type of work restriction and limitation that we had no jobs available for him to perform as all of our hangars had some type of fiberglass exposure.  I did at that time tell him that with his limitations, I would have to terminate his employment for his own good as the company could not expose him to an environment that would cause him additional skin problems.

He asked me to assign him to another job and I told him that his qualifications were for a mechanic and he said why could I not assign him to an office job and I told him that we had no open positions and he was not qualified any office job.  I told him that he was hired as an Aircraft Mechanic and if he could not perform those duties then I had nothing else for him.

One day later on November 19, 2994, Dr. Sewell changed his restrictions to read "limited exposure to fiberglass".  I contacted our company attorney for advice and we agreed to have Camacho sent to another doctor for a second opinion.

I made Camacho an appointment on November 23, 2004 with Dr. Ruddocke at Flowers Hospital for 7:45 A.M.  Mr. Camacho did not make the appointment.  We asked the doctors office to make a special appointment for Camacho and he did not make the

1

appointment. We have been trying to make every effort to work out this situation. I even called him and gave him directions for his appointment and he told me he would make the appointment. I called him on his cell phone (334-793-5899) and asked him why he missed to appointment with Dr. Ruddocke and he said he had other things to do in Florida and just could not make it.

After talking with John Holmes (attorney) I made him another appointment this time with Dr. Tamburin at the Flowers Hospital for 9:40 A.M. on December 7, 2004. I talked with Camacho at approx. 4:00 PM on November 30, 2004 and I gave him directions to the appointment and I told him that if he wanted his job he had to make this appointment. He told me that he would be there and he did make this appointment.

On December 14, 2004 I received the medical work limitations/restrictions notice from Dr. Tamburin's office listing "limited exposure to fiberglass". This prompted my call to Camacho today (12/16/04) to have him report back form W/C Medical Leave on 12/20/04 at 2:00 PM as stated above.

Mr. Camacho was very hard to talk with as he continued to try and get me to state comments about what let up to his termination on 11/18/04 that were not factual. I again told him that he was on LOA and he was released to return to work. He kept saying he was terminated and I kept stating that I had told him that he was on LOA. I had to state to him several times that his termination was for only one day and I had removed his termination and   placed him on a LOA pending final work restrictions and recommendations from medical authority.

Today, 12/16/04 at approx. 2:30 PM I was informed by Gerri Paulk that she had been in contact with our Workers Compensation Insurance Company and there was a mix-up in the paperwork for Mr. Camacho and a check was being cut and mailed to him today to cover the time he was out of this facility due to his work related illness. The time period will be from October 29, 2004 up to and including through December 19, 2004. Mr. Camacho will have his benefits stopped effective Monday, December 20, 2004 due to being recalled to work.


Jim Battcher
Director, Human Resources
Pemco World Air Services
Dothan, Alabama


cc: File

2