# EXHIBIT C
# TO
# DECLARATION OF
# FRANCIS X. HENRY

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN



**WORLD AIR SERVICES**

*A Pemco Aviation Group Company*

## AND THE

# INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS AFL-CIO LOCAL LODGE NO. 1632



**DOTHAN, ALABAMA**

**AUGUST 19, 2000 THROUGH AUGUST 9, 2005**

# TABLE OF CONTENTS

AGREEMENT ..................................................................................... 3

WITNESSETH .................................................................................. 3

ARTICLE I – RECOGNITION ........................................................... 3

ARTICLE II – RIGHTS OF MANAGEMENT ..................................... 3

ARTICLE III – UNION SECURITY AND RIGHTS OF EMPLOYEES ................ 4

ARTICLE IV – SENIORITY ............................................................... 6

ARTICLE V – LEAVE OF ABSENCE ............................................... 14

ARTICLE VI – REPRESENTATION ................................................. 15

ARTICLE VII – GRIEVANCE PROCEDURE .................................... 17

ARTICLE VIII – ARBITRATIONS ..................................................... 21

ARTICLE IX – STRIKES, LOCKOUTS AND WORK STOPPAGES ............... 22

ARTICLE X – HOURS OF WORK ................................................... 23

ARTICLE XI – OVERTIME AND HOLIDAY PAY ............................. 24

ARTICLE XII – BULLETIN BOARDS .............................................. 28

ARTICLE XIII – VACATIONS .......................................................... 29

ARTICLE XIV – SICK/PERSONAL LEAVE PAY ............................. 33

ARTICLE XV – JURY DUTY PAY ................................................... 34

ARTICLE XVI – MILITARY LEAVE PAY ......................................... 34

ARTICLE XVII – SAFETY AND HEALTH ........................................ 34

ARTICLE XVIII – WAIVERS ............................................................ 34

ARTICLE XIX – WAGES ................................................................. 35

ARTICLE XX – FLIGHT PAY BONUS ............................................. 38

ARTICLE XXI – INSURANCE ......................................................... 38

ARTICLE XXII - PENSION PLAN ................................................... 39

ARTICLE XXIII - CREDIT UNION DEDUCTIONS ........................... 39

ARTICLE XXIV - NEW CLASSIFICATIONS .................................... 40

ARTICLE XXV – GENERAL ............................................................ 41

ARTICLE XXVI – DURATION .......................................................... 43

APPENDIX A – Occupational Groups ............................................ 44

APPENDIX A – General Requirements Of All Job Classifications ............ 45

APPENDIX A – Specific Job Descriptions ................................................ 46

AIRCRAFT MECHANIC A ...................................................................... 46

AIRCRAFT MECHANIC B ...................................................................... 47

AVIONICS MECHANIC A ....................................................................... 48

AVIONICS MECHANIC B ....................................................................... 49

AVIONICS REPAIRMAN ......................................................................... 50

CUSTODIAN ........................................................................................... 51

ENVIRONMENTAL SPECIALIST ........................................................... 52

FABRIC AND UPHOLSTERY MECHANIC ............................................. 53

HYDRAULIC AND ACCESSORY MECHANIC ....................................... 55

INSPECTOR ............................................................................................ 56

LEAD PERSON ....................................................................................... 58

MACHINIST ............................................................................................. 59

MAINTENANCE MECHANIC .................................................................. 60

PAINTER ................................................................................................. 63

PLANT MECHANIC ................................................................................ 64

SERVICE ATTENDANT .......................................................................... 66

STOREKEEPER ...................................................................................... 67

STRUCTURAL MECHANIC A ................................................................. 68

STRUCTURAL MECHANIC B ................................................................. 69

WELDER .................................................................................................. 70

APPENDIX B – Assignment of Union Shop Stewards ............................. 71

APPENDIX C – Insurance Summary ....................................................... 73

SCHEDULE 1 .......................................................................................... 77

MEMORANDUM OF AGREEMENT ....................................................... 78

MEMORANDUM OF AGREEMENT ....................................................... 78

MEMORANDUM OF AGREEMENT ....................................................... 78

INDEX ...................................................................................................... 80

## AGREEMENT

This agreement made and entered into at Dothan, Alabama, this 19th day of August 2000 by and between Pemco World Air Services, Inc., a Pemco Aviation Group Company, (hereinafter sometimes referred to as "Company"), and the International Association of Machinists & Aerospace Workers, AFL-CIO and its Local Lodge No. 1632 (hereinafter sometimes referred to as "Union"), as representative for the purpose of collective bargaining of the employees hereinafter defined, located at Dothan-Houston County Airport.

The purpose of this agreement is to provide orderly collective bargaining relations between the Company and the Union, to secure a prompt and fair disposition of grievances, and to stabilize employment relations for the duration of this agreement.

For purposes of simplicity, the masculine gender is used throughout this agreement, although it is understood that all references to gender include both sexes.

## WITNESSETH

The terms "employee" or "employees" as used in this agreement  (except where the text clearly indicates otherwise), shall mean an employee or employees of the Company within the bargaining unit hereinafter described in the recognition clause. This agreement shall pertain only to such employees.

It is agreed for the mutual protection of the parties that this agreement can only be changed or modified by a document in writing, signed on behalf of the parties hereto by their duly authorized representatives, provided however, that written agreements regarding particular matters or understandings may be made between the Company and the Union and shall be binding upon the employee or employees concerned, the Company and the Union.

## ARTICLE I – RECOGNITION

Whereas, the National Labor Relations Board, by its certification of representatives, in Case No. 15-RC-1921, dated November 4, 1959, certified the Union as exclusive bargaining representative for all production and maintenance employees, including plant clerical employees at the employer's Napier Field operation, Napier Field, Alabama, but excluding all office clerical, professional and technical employees, watchmen, guards, and supervisors as defined in the act, for the purpose of collective bargaining with respect to wages, hours of work and other conditions of employment, therefore, the Company so recognizes the Union as the exclusive collective bargaining representative of the employees described in said certification.

## ARTICLE II – RIGHTS OF MANAGEMENT

The right to hire, discipline, suspend, discharge for cause, transfer, maintain efficiency of employees, promote, and the right to lay off employees because of lack of work or for other legitimate reasons, is vested exclusively in the Company provided that this will not be exercised in violation of the terms of this agreement or to be used for the purpose of discrimination against any member of the Union as such. In addition, the management of the plant, the control and regulation of the use of all equipment and other property of the Company, the direction of the working force,  the making of rules not in conflict with this agreement, and the operations of the plant, the products to be manufactured, the location of the plant, the schedules of production, the methods, processes and means of manufacturing are solely and exclusively the responsibility and right of the Company. It is not intended by the foregoing recitation to limit any of the normal or usual function of management or to define all such functions.

## ARTICLE III – UNION SECURITY AND RIGHTS OF EMPLOYEES

**Section 1.** **(A)** During the existence of this agreement, the Company, insofar as permitted by state and federal laws, will deduct out of the current net earnings payable to an employee covered by this agreement, Union dues and an initiation fee or reinstatement fee upon receipt of and in accordance with a deduction authorization, duly executed by the employee, on a card as agreed upon between the Company and the Union and shall continue deductions until such authorization is duly revoked by the employee. Authorization must be on a card before said authorization will be accepted by the Company.

**(B)** Any dispute as to the validity or revocation of such check-off may be submitted to arbitration in accordance with Article VIII of this agreement, starting with Step 3 of the grievance procedure.

**Section 2.** **(A)** Deductions from money due the employee pursuant to this Article will be made from the net earnings due the employee, payable to him on the first regular pay day in each month, provided the Company has received such authorization card from the financial secretary of Local Lodge No. 1632 by the eighteenth (18th) day of the preceding month in which such deductions are made.

**(B)** Employees recalled from layoff, for whom the Company has a valid deduction authorization, will have dues deducted for the current month, provided however, such recall was effective on or before the twenty-fifth (25th) day of the preceding month.

**(C)** In the event an employee does not have sufficient earnings due him on the first regular pay day in the month to cover the amount of said deductions for that month, the Company agrees to make such deductions from the earnings due the employees on the third regular pay day of the month.

**Section 3.** Deductions shall be remitted to the Financial Secretary of the local Union not later than ten (10) days following the pay day on which the deductions were made. The Company shall furnish to the Financial Secretary of the local Union at the same time a list compiled in alphabetical sequence showing those members for whom deductions have been made and the amount thereof.

**Section 4.** **(A)** Should an employee be promoted or transferred to a job not covered by this agreement, the Company shall cease deducting dues from such employee. In the event the employee is transferred back into the bargaining unit, and the Company receives a then valid deduction authorization, the Company shall again deduct dues from the pay of such employee, in accordance with Section 2(A) of this Article.

**(B)** When ceasing to deduct dues for any reasons, the Company will submit the names of such employees, and the reasons for no deduction, to the Financial Secretary of the local Union.

**Section 5.**  In making deductions and remittances for initiation fees, reinstatement fees, and dues to the Union, the Company is entitled to rely upon the authorization cards submitted by the Financial Secretary of Local Lodge No. 1632. The amount of money due the Union by an employee, shall be in accordance with the existing dues structure. The Company is entitled to rely on notification submitted in writing by the Financial Secretary of Local Lodge No. 1632 of any change in the present dues structure or of any change in the amount due the Union by an employee. The Union agrees to, and does hereby hold and save the Company harmless, from any and all liability, responsibility or damage for any deduction, payment, authorization, or notifica-

tion as provided for in this Article, and assumes full responsibility for the disposition of the funds so deducted when turned over to the Financial Secretary of the Union. The Company will have thirty (30) days to correct any errors brought to their attention by the Union.

**Section 6.**   The Union and its members will not interfere with, restrain, intimidate or coerce any employee who does not execute or who revokes a check-off authorization as provided in Section 1. Alleged discriminatory action reported to the Union will be investigated, and if confirmed, corrective action will be taken.

**Section 7.**   The Company will not interfere with, restrain, intimidate or coerce any of its employees because of membership or non-membership in the Union. Alleged discriminatory action reported to the Company will be investigated, and if confirmed, corrective action will be taken.

**Section 8.**   There shall be no discrimination by the Company or by the Union against any employee or applicant for employment by reason of race, color, religion, national origin, age or sex; provided however, that nothing contained in this section shall affect, modify, or limit any other provision of the agreement.

**Section 9.**   In the event of the amendment or repeal during the existence of this agreement of the Alabama so called "right to work bill," approved August 28, 1953, the Union reserves and shall have the right, upon giving notice to the Company, to negotiate with it a Union security clause if permitted by the then existing state or federal law.

**Section 10.**   The Company shall allow relatives of unit members to be employed within the unit.

## ARTICLE IV – SENIORITY

**Section 1.** **(A)** Seniority shall be deemed to consist of length of continuous service with the Company. In the application of the principles of seniority as provided in this agreement, the employee involved must have the ability, physical fitness, efficiency, dependability and be qualified to perform the work involved. The Company, in the application of seniority principles, will give preference to length of continuous service if the other factors are substantially equal

**(B)** The Company may deviate in the application of the principles herein set forth in Paragraph 1 of this Section when it is necessary to hire, retain, or transfer employees who have the ability and qualifications to perform all of the job duties of work involved when the Company assumes new contracts (a new operation or aircraft on which the work involved has not previously been done by the Company at Dothan-Houston County Airport) or for scheduled expansion, provided seniority employees do not have the required ability and qualifications to perform all of the work involved. If all vacancies cannot be filled by employees or new hires who possess the ability and qualifications to perform all of the job duties of the work involved, the additional vacancies will be filled in accordance with the seniority principles herein set forth.

**Section 2.** Length of service in connection with an employee's seniority shall be computed from the first date of hire except that if there has been a break in his continuous service record as provided in this agreement, seniority then will be computed from the last date of rehire or return.

**Section 3.** **(A)** A new employee and one who shall be re-employed after a break in his continuous service shall not acquire any seniority under this agreement until the expiration of the period of ninety (90) days of continuous service following employment. If such employee shall be continued in the employ of the Company after the expiration of such ninety (90) day period, the length of continuous service shall be computed from the date of employment or re-employment in accordance with the applicable provisions of the agreement. Any separation of employment during said ninety (90) day probationary period shall not be made the basis of a claim or grievance against the Company and there shall be no obligation to re-employ such person, provided, however, that this provision will not be used for the purpose of discrimination because of membership in the Union.

**(B)** In the event, however, that a probationary employee is rehired within ninety (90) days after separation, he will receive credit for his previous length of continuous service as probationary employee, provided said probationary employee worked at least one (1) month prior to said termination in the same occupational group that he is placed in at rehire.

**(C)** If a probationary employee is granted a leave of absence or is absent in excess of five (5) work days during the probationary period, the effective date of acquiring seniority may be postponed by a period of time no longer than the employee has been absent or on leave.

**Section 4.** **(A)** An employee's continuous service record shall be considered broken and all rights under this agreement forfeited except as otherwise specifically provided herein when the employee:

(1) Resigns,

(2) Is discharged,

(3) Fails or refuses to report to the Company's Human Resources Department his acceptance within six (6) calendar days after being recalled, and fails or refuses to actually report for work within ten (10) calendar days after being recalled unless a satisfactory reason is given to warrant leniency.

(B) Notification for the purpose of this Section will be made by certified mail or telegram addressed to the employee's last known address shown on the employee's Human Resources Department record. For the purpose of computing the six (6) calendar days and ten (10) calendar days for the above paragraph, the day the notice is sent by the Company shall not be included.

(C) Is absent for three (3) consecutive working days without reporting to the Company during the absence a reason which is sufficient to justify such absence, otherwise, such absence shall constitute a voluntary resignation. Compliance with this paragraph is not to be construed to mean that excessive absenteeism will be tolerated.

(D) Is absent due to layoff or disability (covered by a leave of absence, (as provided in Article V), or both, for a period equal to his length of continuous service with the Company at the time of such layoff or leave, but in no event in excess of (three (3)) years, except as specifically provided herein, or

(E) Fails to notify the Human Resources Department by certified mail at least once every four (4) months' period following the date of layoff of his desire to be recalled, provided the Company sends to the laid off employee during said four (4) months period, at the employee's last known address as shown on the Human Resources Department records, a certified letter requesting the employee to notify the Company of the employee's desire to remain on the recall list. The employee has the obligation of notifying the Company within three (3) weeks from notification by the Company, and the Company shall incur no liability for failing to receive a reply from the employee within such three (3) weeks.

Section 5.    (A) For the purpose of an indefinite layoff of employees in connection with decreasing the work force, probationary employees will be terminated or seniority employees will be laid off as follows:

(1) Beginner probationary employees working in the affected occupational group will be terminated first, then classified probationary employees will be terminated provided there are available seniority employees remaining in the occupational group affected who are willing and qualified to perform the work of the probationary employee to be displaced.

(2) Thereafter, beginner seniority employees working in the affected occupation and classified employees in the affected occupational group will be laid off in accordance with their respective seniority, provided there are available employees remaining in the occupational group affected who are willing and qualified to perform the work of the em-

ployees to be displaced. However, an employee on a field team outside the State of Alabama will not be laid off for a maximum of 30 days or until his off-base assignment is complete (whichever occurs first) and he returns to the facility. An employee who would otherwise be laid off will be reclassified, seniority permitting, to the highest classification previously held in another occupational group in which he was classified and satisfactorily performed work immediately prior to his present occupational group, provided he is qualified. An employee who refuses to accept a job in another occupational group will forfeit all rights to such other occupational group.

**(B)** Employees who are reclassified in lieu of layoff will be paid the maximum rate of the classification, or his present rate, whichever is lower .

**(C)** An employee shall retain seniority rights in only two (2) occupational groups at any one time:

    **(1)** The current occupational group to which he is assigned.

    **(2)** The occupational group to which he was assigned immediately prior to his current occupational group.

**Section 6.**    Section 5 of this Article shall not apply to temporary layoffs of six (6) work days duration or less or for a longer  period extended by mutual agreement; provided, however, that in making temporary layoffs, employees will be laid off by shift, by occupational group, in accordance with their seniority, unless the employees are laid off by shift in accordance with plant wide principles of seniority on that shift. However, no employee will be laid off on a temporary basis for more than six (6) work days in a forty (40) day period unless he would otherwise have been placed on indefinite layoff.

    **(A)** No employee shall be subject to temporary layoff if the employee has seniority to return to his secondary classification.

**Section 7.**    **(A)** When there is an increase in an occupational group after an indefinite layoff for the purpose of decreasing the work force (Section 5) or remanning (Section 8), the employee with the most seniority, whether he was laid off or remanned from such occupational group will be first offered the job, provided he is qualified.

    **(1)** An employee who has been laid off or remanned and is recalled to the same job from which he was laid off, will be paid his former rate of pay plus any general increases which he would have received in such job had he not been laid off.

    **(2)** If he is recalled to a lower rated job which is in the line of normal progression for his former job, he will be paid the maximum rate of such lower rated job or the amount he would receive if recalled to the higher rated job from which he was laid off or remanned, whichever is lower.

    **(B)** In the event an employee refuses recall or reclassification offered in accordance with the above procedure, he will forfeit all rights to any future recall or reclassification to such occupational group or classification.

**Section 8.**    **(A)** Due to the production requirements, it will be necessary in remanning part of or an entire occupational group to classify excess employees to lower

rated jobs. When this is done, the procedure herein set forth will be applied:

**(B)** Employees who are excess in their job classification will be reclassified, in accordance with their seniority, to the next lower rated job in their normal progression route, as provided by and according to Appendix A.

**(C)** Affected employees will be paid the maximum rate of said lower rated job or his present rate, whichever is lower.

**Section 9.**  In making promotions or reclassifying employees to higher rated non-supervisory jobs, the following procedure will prevail:

**(A)** Employees who have been reclassified to lower rated jobs in accordance with Section 8 of this Article, will be reclassified to higher rated jobs held by them as shown on the Human Resources Department records of the Company, in accordance with seniority, provided they are qualified to perform the work before other employees are promoted, transferred or hired to such jobs.

**(B)** An employee so reclassified under paragraph (A) hereof shall be paid either his present rate, or the rate he previously received when so classified plus any general increases which he would have received in such higher rated job had he not been downgraded, whichever is higher.

**(C)** Remaining promotions will be made according to the progression for jobs as shown by Appendix A, from employees having the most seniority, in accordance with the application of the principles of seniority as set forth in Section 1.

**(D)** The Company in the application of seniority principles will notify in writing the employee or employees involved provided an employee or employees with seniority in the normal line of progression as shown by Appendix A is "bypassed" for promotion to the next higher rated job no later than three (3) work days from the effective date of such promotion, except as provided in Section 17.

**(E)** In the event a bypassed employee is absent from work for any reason, the Company will notify him by mailing the bypass notice to the employee's last known address, as shown on Human Resources Department records, by certified mail. If an employee is bypassed again after having been notified of bypass, the Company will not have to give him notification unless he so requests in writing to the Company after each notification.

**Section 10.**  **(A)** The Company may, in case of error, deviate from applying the provisions stated in this Article with respect to indefinite layoffs, promotions, downgrades and recalls for a period of ten (10) work days. The Company agrees, however, to correct any errors with respect thereto as soon as possible, but not to exceed three (3) work days after the matter has been called to its attention in writing by the Union.

**(B)** In instances of an indefinite layoff, the Company shall submit to the Union a list of employees laid off or recalled within five (5) work days after such layoff or recall unless the Company is unable to do so because of circumstances beyond its control. In the event that this list cannot be provided within five (5) days because of circumstances beyond the Company's control, the Company will promptly notify the Union of such delay and of the reason for such delay.

Page 9

**(C)** The list shall contain the employee's name, last seniority date, badge number, classification and effective date of such layoff or recall.

**(D)** Within ten (10) days of such layoff or recall, the Company will also provide the Union a list of addresses of employees laid off or recalled.

**Section 11.** **(A)** The Company and the Union agree to the principle that shift and odd work week preference for available jobs should be given to senior employees in each classification plant wide.

**(B)** It is recognized, however, that it is impossible to operate the plant efficiently with all the senior employees in a particular occupation on any shift or work week and that seniority cannot be the sole determining factor in shift assignments.

**(C)** Accordingly, efficiency permitting senior seniority employees who have made written application to their Supervisor for transfer to another shift or work week shall have preference to available openings; however, in the absence of written application for transfers, the Company shall transfer from one shift or work week to another shift or work week the least senior employees in any given classification to the available openings.

**(D)** In making shift and work week changes other than those provided for in the above, the Company will review change requests at the end of each month and the changes permitted will be made within the following thirty (30) days from those employees who have completed their probationary period.

**Section 12.** **(A)** Occupational change request procedure for classified seniority employees.

**(B)** A classified employee having six (6) months or more seniority in the production and maintenance unit may request a change from his present occupational group to an entry level job in another occupational group, provided, such employee requesting change is qualified to perform the work of the requested job according to and shown by the Human Resources Department records of the Company, seniority permitting. Changes received on or after the date of ratification of this agreement will be considered in accordance with the following procedures:

    **(1)** The Company will make available in the work area occupational change request forms. Any employee desiring to change to another occupational group must designate on such form the occupational group which he desires. The form must be submitted to the Human Resources Department where they will be dated and signed, acknowledging receipt. (A copy shall be given to the employee.)

    **(2)** Transfers under this procedure will be made when an opening occurs in the entry level job of the requested occupational group from those applications which have been on file thirty (30) days and the employee is qualified to perform the work according to and shown by Human Resources Department records of the Company. Duties of previously held classifications which the employee satisfactorily performed shall be considered.

    **(3)** When an opening occurs in the entry level job and two or more employees qualified to perform the work have requested such job, the

Company shall fill the opening in accordance with the principles of seniority as set forth in Article IV, Section 1.

(4) The thirty (30) day provision for honoring transfer requests shall not apply to employees who are being placed on layoff. Requests from such employees may be filed prior to departure and they shall be honored provided the employee is qualified as stated above and openings in the entry level job of the requested occupation exist.

(5) The Company will notify an employee that his occupational change request is going to be honored. The employee will then have until the end of his next regular shift to withdraw his request, after such time, the employee must accept the occupational job change.

(6) (a) An employee who changes occupations under the provisions of this Section shall receive his same straight time basic rate of pay at the time of the change if the labor grades are the same.

(b) An employee who changes occupations under this procedure to a job in a lower grade shall receive his basic straight time rate of pay at the time of such change or the highest straight time basic rate of pay in the entry level job to which he is transferred, whichever is lower.

(c) An employee who changes jobs under the provisions of this Section to a job in a higher labor grade shall receive either his straight time basic rate of pay at the time of such transfer or the highest straight time basic rate of pay in the entry level job to which he changes, which ever is lower, provided that such employee will be paid not less than the minimum straight time basic rate of pay for the job to which he transfers.

(7) It is recognized however, that an employee with special skills cannot be moved from his present job to a requested occupational group until a qualified replacement is obtained for such employee; however, the Company will honor the request and promptly take steps to obtain a qualified replacement. When replaced, or within 60 days of the request being honored, whichever is less, the employee will then be moved to his requested occupational group.

(8) No beginners shall be classified in an occupational group which has been selected for change under this procedure by any qualified and eligible employee.

(9) A person who changes occupational groups under this section will be considered on a trial period in the new occupational group for thirty (30) days. If it is found that the employee cannot perform the work of the occupational group satisfactorily during such period, the employee may be returned to the former position they held in their former occupational group. An employee who the Company deems incapable of performing the duties of the new occupational group during the trial period shall be afforded the right to challenge the Company's decision through the Grievance and Arbitration provisions of this Agreement subject to Article VII – Grievance Procedure and Article VIII – Arbitrations which reserves the Union's ultimate right to: 1.) Resolve and settle the grievance whether by concession, withdrawal, or compromise or 2.) Proceed to Arbitration.

(10) At any time during the initial thirty (30) day period after an employee(s) changes occupational groups, he/she shall have the right at

their discretion to return to the former position he/she held in his/her former occupational group.

**Section 13.** **(A)** Temporary transfers – temporary transfers will be made without change in classification or base rate of pay, for a maximum of ten (10) work days, unless extended by mutual agreement. In making temporary transfers from one occupational group of a work group to another occupational group, employees with the lowest seniority who are qualified to perform the work involved will be selected for the assignment except when higher seniority employees are requested and accept the assignment.

**(B)** No employee will be temporarily transferred to an occupation during any shift when other employees on that shift have been temporarily transferred out of or temporarily laid off from that occupation during that shift except by mutual agreement. When such transfers are made, the supervisor shall notify the area Steward in writing if the Steward is available. If no Steward is available, he shall be notified upon his return.

**Section 14.** Permanent Transfers – the Company may permanently transfer an employee from one occupational group to another in the entry level job, provided no employee is laid off from the occupational group to which the transfer is made or has an occupational change request form on file, however, no employee will be forced to transfer.

**Section 15.** When decreasing the work force in connection with an indefinite layoff or remanning excess employees, the Company will give employees affected notice as soon as final determination is made or at least twenty-four (24) hours notice, unless affected employee is absent from work at the time such notice is given. Employees temporarily laid off may be notified of an indefinite layoff by letter to be sent to their last known address as it appears on the personnel records of the Company.

**Section 16.** If an employee is transferred to a job outside of the collective bargaining unit, and is later transferred to a job within the unit, he will retain seniority while working outside the collective bargaining unit.

**Section 17.** If an employee is offered a promotion to a higher classification as provided in Appendix A, and refuses, said employee shall not be entitled to consideration for promotion for thirty (30) calendar days from the date promotion was last offered.

**Section 18.** "Qualified" and "qualified to perform the work involved" as used in this agreement shall be deemed to consist of ability to perform satisfactorily the required duties of the job description and to meet standards of quantity and quality without the need of further training. It is understood, however, that the employee will receive the usual and normal explanations to perform the work involved.

**Section 19.** The unit for the application of seniority principles shall be by seniority within the occupational group as set forth in Appendix A.

**Section 20.** **(A)** The Company shall furnish the Union the established seniority list to be compiled, - indicating the employee's status by classification within their occupational group, and reflecting their relative status in the respective classification each two (2) months. Such status will be based upon the employee's seniority as provided in this agreement. Leadmen will be identified on such list.

**(B)** Any alleged error in a seniority listing may be reported to the Company by the Union and the employee. If the listing is proved to be in error, it will be corrected and the Company will not be obligated for any application or

retroactivity. Proven errors in seniority to be corrected must occur during the term of this agreement.

**(C)** Each seniority status list will be applied according to the provisions as specifically provided in this agreement.

**Section 21.** The phrase "Occupational Group" includes all classifications (including employees designated as leadmen) within an occupation. For example, Aircraft Mechanic is an occupational group and includes Aircraft Mechanic "A" and Aircraft Mechanic "B". "Classification" designates an occupation; and in addition, a specific grade of that occupation. For example, Aircraft Mechanic "A" and Aircraft Mechanic "B".

## ARTICLE V – LEAVE OF ABSENCE

**Section 1.**   **(A)** Employees elected or selected to full time jobs in the local Union or the international Union, which takes them from their employment with the Company, shall upon written request to the Company, receive leaves of absence without pay for a period equal to his tenure of employment with the Union. Upon completion of their leaves of absence they shall be re-employed according to their length of continuous service in work generally similar to that which they did last prior to their leaving at the wage rates existing in the plant at the time of their return, provided such work is available for them according to their length of continuous service, and they are qualified to perform such work. Length of continuous service shall accumulate during such leaves of absence.

**(B)** Leaves of absence without pay will be granted by the Company on three (3) days written request of the Union, to elected Union representatives in a number not to exceed that allotted by the international Union, in accordance with its constitution for the purpose of attending national conventions, conferences and up to one (1) week duration educational courses of the Union, and to elected Union representatives in number not to exceed that allotted by the state federation of labor, in accordance with its constitution for the purpose of attending state conventions, conferences and up to one (1) week duration educational courses of the Union, but in no event is the number to exceed ten (10) employees. It is the intention of the Union to honor and respect the requirements of production in requests for leaves of absence for such delegates.

**(C)** The Company will authorize and excuse a one (1) day absence of Auditors elected to serve the Local Lodge in a number not to exceed seven (7) employees on two occasions each year. The Company will also authorize and excuse the absence of Auditors and Tellers in a number not to exceed three (3) to serve as required on Local or District Lodge elections and audits. The Union will, except in cases of emergencies, give at least five (5) days notice to the Company of such requirements.

**Section 2.**   Family and Medical Leaves of Absence shall be granted consistent with the Family Medical Leave Act. Eligible employees who have worked twelve months and at least 1250 hours may take up to twelve (12) weeks of unpaid leave in any twelve month period for the birth or adoption of a child, to care for a spouse or immediate family member with a serious health condition, or when the employee is unable to work because of his/her own serious health condition. The employee must use all of his/her accrued paid sick/personal leave. The remainder of the leave period will then consist of unpaid leave. In the case of foreseeable leave, the employee must provide the Company thirty (30) days notice. All leaves of absence shall be approved and may be extended by the Director of Human Resources.

**Section 3.**   Leaves of absence without pay for relatively short periods may be granted by the Company to employee for personal reasons, and length of continuous service shall accumulate during such leaves.

**Section 4.**   Employees away from their jobs because of a compensable injury or compensable disease as defined by the workman's compensation act of Alabama will be given leaves of absence and shall accrue length of continuous service while on such leave.

**Section 5.**   Any leave of absence obtained through false pretense shall be invalid and the employee's absence shall be recorded as unauthorized and such disciplinary action shall be taken as the Company believes warranted.



Page 14

**Section 6.** All applications for a leave of absence shall be made in writing by the employee on a form provided by the Company, and if approved, or disapproved, the employee will be so notified in writing.

**Section 7.** To the extent that the Company should require an additional medical examination(s) or opinion(s) in addition to the opinion(s) of the employees treating physician(s), the cost of such additional examination(s) or opinion(s) shall be paid by the Company.

## ARTICLE VI – REPRESENTATION

**Section 1.** **(A)** Shop Stewards and Zone Committeemen shall be assigned to geographical areas designated by mutual agreement between the Company and the Union.

**(B)** There shall be Shop Stewards and Zone Committeemen as agreed upon by the Company and the Union as set forth in Appendix B attached hereto, which shall be the basis for the assignment of Shop Stewards and Zone Committeemen.

**(C)** (No Steward or Zone Committeeman will be assigned to an area unless the Shop Steward or Zone Committeeman is permanently assigned to work in such area. No Shop Steward or Zone Committeeman shall be transferred to another shift or out of his permanent assigned work area as long as there is work available in his classification which he is qualified and willing to perform, except by mutual agreement between the Company and the Union; provided, however, that no promotion shall result from his retention in such area).

**(D)** Shop Stewards and Zone Committeemen will not be required to transfer from their area in order to accept a promotion so long as there is work in their area for such classification.

**Section 2.** The Union shall furnish the Director of Human Resources within fifteen (15) days after the effective date of this agreement, a complete list in writing, containing the names of its Financial secretary, Zone Committeemen, and its Shop Stewards. Such list shall designate the office held and the geographical area each Shop Steward is assigned as provided in this agreement. Thereafter, the Union shall notify the Director of Human Resources promptly, in writing, of any changes, and the Company shall not be obligated to recognize or deal with the financial secretary, Zone Committeemen, or Shop Stewards until receipt of written notification. All such notification shall be on the official stationery of the Union. In such cases, the Director of Human Resources shall give immediate recognition.

**Section 3.** Only employees who have seniority shall be eligible to serve as Shop Stewards and Zone Committeemen.

**Section 4.** A Shop Steward and Zone Committeeman shall not handle any grievance arising outside of his respective assigned area, except however, upon notice to the Director of Human Resources, a Shop Steward may represent the area of another duly elected Shop Steward who is absent from work or a Zone Committeeman may represent the area of another Zone Committeeman who is absent from work.

**Section 5.**   There shall be a grievance committee consisting of three (3) members made up of two Zone Committeemen from the first shift and one Zone Committeeman from the second shift to handle grievances in the third step.

**Section 6.**   Full time representatives of the Union shall have access to grievance meetings in step 3 of the grievance procedure and to arbitration hearings. A full time representative of the Union shall be granted access only to Human Resources Department of the Company. If it is necessary for the full time representative, in order to have a better understanding of a grievance or alleged violation of this contract, to visit the actual working area, he shall first contact the Director of Human Resources, and be assigned a representative therefrom to accompany him on his visit to the area.

**Section 7.**   (A) A permanent and duly elected Shop Steward and Zone Committeeman shall be the last to be laid off in his line of progression, provided he is willing and qualified to perform the available work.

(B) The President, Recording Secretary and Secretary-Treasurer shall have seniority preference for work week and shift. Shop Stewards and Zone Committeemen shall have seniority preference to remain on work week and shift they are elected to represent.

Page 16



## ARTICLE VII – GRIEVANCE PROCEDURE

**Section 1.**    The term "Grievance" as used in this agreement means any dispute arising regarding the interpretation, application, claim or breach or violation of this agreement which an employee has not been able to adjust with his Supervisor with or without his Steward, which shall be at the employee's discretion. Such grievances shall be handled as promptly as possible in accordance with the following procedure.

**_Step 1._** The grievance shall be reduced to writing by the employee or Shop Steward on a form to be mutually agreed upon by the parties, to be furnished by the Company, and presented to the immediate Supervisor by the Shop Steward. The grievance shall be answered in writing within two (2) working days after it is so presented.

**_Step 2._** In the event the grievance is not satisfactorily disposed of under step 1 hereof, after review and investigation by the Zone Committeeman, it may be appealed by the Zone Committeeman to the project manager, department head or his designee, in the department where the grievance arose. The grievance shall be answered in writing within two (2) working days after it is so presented.

**_Step 3._** If the grievance has not been satisfactorily disposed of under step 2 hereof, it may be referred by the Zone Committeeman to the Director of Human Resources or his representative and logged in. The grievance will be considered at the next meeting of the grievance committee provided it has been logged in at least forty-eight (48) hours prior to such meeting. Grievance committee meetings will normally be held on alternate weeks. Either party may request the grievant attend the meeting when facts are in dispute. The persons attending the meeting in behalf of the Company and the Union must have authority to resolve and settle the grievance at the meeting, whether by concession, withdrawal or compromise. If the grievance is settled, such settlement shall be reduced to writing and signed at the meeting and the grievance shall not thereafter be processed further. If the grievance is not settled in Step III, the Company shall give a written answer to the Union within five (5) work days after the Step III meeting. A full time representative of the Union shall be permitted to be present and participate in all Third Step meetings if the Union so desires. The Chairman of the grievance committee or his designee shall be spokesman for the Union. The Director of Human Resources or his representative shall be spokesman for the Company. There shall be no obligation on the part of the Director of Human Resources or the grievance committee to discuss any grievance which has not been logged in, except by mutual agreement.

**Section 2.**    Unless a grievance shall be appealed within two (2) work days after the decision in Step 1 or 2 of the grievance procedure, such grievance shall be deemed to have been settled. Such decision shall be final and binding on the Company, the Union and the employee or employees involved. A decision rendered on a grievance in Step 3 of the grievance procedure shall be final and binding upon the Company, the Union and the employee or employees involved, and the grievance deemed settled in accordance therewith, unless it is subject to and arbitrated as provided in Article VIII of this agreement. The time limits in this Article may be extended by written mutual agreement.

**Section 3.**  **(A)** Grievances must be taken up promptly, and except as provided in Section 10 of this Article, any grievance must be filed as provided in this Article within ten (10) working days after the Union or the employee knew or was informed of the occurrence of the condition upon which the grievance is based. No wage claim shall be valid for a period of more than thirty (30) calendar days prior to the date of filing the grievance.

**(B)** Any claim or award for back wages under this agreement shall be less any unemployment or other compensation payable to or earned by the employee during the period in question.

**(C)** There shall be no retroactive application of the grievance procedure of this agreement, and no grievance which existed prior to the date hereof shall be taken up under the agreement, except those mutually agreed upon.

**Section 4.**  **(A)** All grievances shall be presented in writing, in triplicate on a form furnished by the Company.

**(B)** The written grievance shall set forth the complaint and remedy sought, the number of the Article and Section of the agreement which is claimed to be the basis for the filing of the grievance, and this together with any accompanying statements, shall be dated and signed by the complaining employee and by the Shop Steward presenting the grievance, provided, however, that the Shop Steward or Zone Committeeman and the complaining employee, may amend the grievance and the Company may amend the answers prior to the decisions in step 2. Thereafter, amendments shall be made only by mutual agreement.

**(C)** After the Company representative has made a reply to a grievance in any step of the foregoing procedure, there shall be no obligation of such representative to discuss or consider the matter further.

**(D)** In regard to the grievance procedure and the investigation of a grievance, after a grievance has been reduced to writing by the employee and presented to the Supervisor in the first step by the Steward, the Company will not confer with the employee for the purpose of settling such grievance with the employee unless the Steward or Zone Committeeman is notified and given an opportunity to be present, however, this is not to be construed to mean that the Company cannot discuss or investigate the grievance, circumstances of facts pertaining to such grievance with the employee without the Steward or Zone Committeeman being notified or present.

**Section 5.**  **(A)** To obtain a Shop Steward, the complaining employee should request of his Supervisor to request of the Shop Steward's Supervisor for the Shop Steward to be sent to the location of the complaining employee. The Shop Steward shall obtain from his immediate Supervisor a written pass before leaving his work. The pass shall state the destination, grievance to be handled, and the time of leaving. The Steward, upon reaching his destination as shown on the pass, shall report to the complaining employee's Supervisor at such destination, who will note upon the pass the time of arrival of the Shop Steward.

1) The grievance shall be handled as expeditiously as possible. Upon completion of which, the Shop Steward shall report again to the complaining employee's Supervisor, who will then enter upon the pass the time of departure. The Shop Steward shall then return promptly to his Supervisor, who will note upon the pass the time of returning to work.

Page 18

(2) In the event the first step answer is not acceptable, the Steward may then request that the Zone Committeeman be obtained so that the grievance may be processed to the Second Step.

(B) Should it be necessary for the Zone Committeeman to contact a Project Manager or his designee for the purpose of processing a grievance to Step 2, in accordance with Section 1, Step 2 of this Article, the Zone Committeeman shall obtain from his Supervisor permission to phone the Project Manager or his designee, for an appointment. Immediately prior to the time of the appointment with the Project Manager, the Zone Committeeman shall obtain from his Supervisor a written pass before leaving his work. The pass shall state his destination, grievance to be handled, and the time of leaving. When the Zone Committeeman reaches the Project Manager's office, the Project Manager shall note upon the pass the time of arrival of the Zone Committeeman. The grievance shall be handled as expeditiously as possible, and upon completion of which the Project Manager will enter upon the pass the time of departure. The Zone Committeeman shall then return promptly to his Supervisor who will note on the pass the time of return to work.

   (1) In the event the Second Step answer is not acceptable, the Zone Committeeman (if not the Chairman) may request that the Zone Committee Chairman be obtained so that he may process the grievance to Third Step.

(C) When it is necessary for a member of the grievance committee to leave his job for the purpose of attending third step meetings as provided herein, such Union representative shall first notify his Foreman (or when not available, his general Supervisor or Project Manager) and obtain a pass indicating permission to leave.

(D) Union Shop Stewards or Zone Committeemen will be allowed to spend such time as may be necessary or reasonable in handling grievances as provided in Steps 1 and 2 of Section 1 of this Article without deduction of pay provided that no part of such time shall be spent in soliciting grievances. The Grievance Committee will be allowed to spend such time as may be necessary or reasonable in attending meetings with Management, as provided in Step 3 of Section 1 of this Article without deduction of pay, provided that no part of such time shall be spent in soliciting grievances.

**Section 6.**  An employee having a grievance shall be given a reasonable time to take the grievance up with the proper Union representative during working hours without loss of pay to the employee, but he shall first obtain permission of his Supervisor.

**Section 7.**  Each of the parties hereto agree to cooperate with the other to reduce to a minimum the active time spent by Union representatives in handling, presenting and adjusting grievances.

**Section 8.**  In computing time limits under this Article, except as otherwise provided, unscheduled work days and holidays shall not be counted.

**Section 9.**  Policy grievances may be presented at the Third Step.

**Section 10.**  (A) Should the Company find it necessary to discharge an employee for cause, it shall give twenty-four (24) hours notice to the Union before the discharge becomes effective unless the Company deems it necessary that the employee be immediately removed from the premises.

**(B)** Under normal circumstances, a suspended or discharged employee, will have a reasonable time to discuss the matter with a Zone Committeeman prior to leaving the Company's premises if the Zone Committeemen are at work. If the Zone Committeemen are absent, the appropriate Shop Steward will be contacted.

**(C)** A grievance arising out of a discharge or disciplinary suspension which is felt to have been made without cause, must be filed with the Director of Human Resources or his designee, of the Company, within three (3) work days after such discharge or suspension. The Director of Human Resources or his designee shall render a written decision within five (5) days after the grievance has been filed with him.

**(D)** If requested by the employee, his Shop Steward will be present at the time of issuance to the employee of any written warning notice.

Page 20



ARTICLE VIII – ARBITRATIONS

**Section 1.** **(A)** Insofar as a grievance shall involve the interpretation or application of the provisions of this agreement and has not been disposed of satisfactorily in accordance with Step 3 of the grievance procedure as set forth in Article VII, it may be submitted to an impartial arbitrator in accordance with the provisions of this Article, by either party to this agreement.

**(B)** The party desiring such arbitration shall, within thirty (30) days of the decision in Step 3 of said grievance procedure, give written notice of such intention to the other party, together with a written statement of facts upon which the case is being submitted, including the position of arbitrating party with respect to the issues. The party desiring arbitration shall also request the Federal Mediation & Conciliation Service to furnish a list of seven (7) impartial arbitrators. Upon receipt of such list, the parties will review the arbitrators to ascertain if the panel is acceptable. Should the Company or the Union reject the list within five (5) work days after receipt, the party desiring arbitration shall request the Federal Mediation & Conciliation Service to furnish a second list of seven (7) arbitrators. From this list the company and the Union will, within ten (10) days after receipt of said list, choose the arbitrator by alternatively striking one name from such list until only one name remains, and that person shall be the arbitrator. The right to strike first will be determined by the number of the grievance, with the Union striking first on even numbered grievances and the Company striking first on odd numbered grievances. Once chosen, such arbitrator shall continue to serve in all cases arising under this section for the duration of this agreement, provided however, that either the Company or Union, or both, may at any time request that a new arbitrator be chosen in accordance with the above procedure.

**(C)** The Arbitrator shall consider only those issues, including any amendments that were made pursuant to Section 4 of Article VII, which have been properly carried through all steps of the grievance procedure. The Arbitrator shall afford to the Company, the Union, and the employee or employees involved, a reasonable opportunity to present evidence, witnesses and arguments. Persons testifying may be sworn at the request of either party. The jurisdiction of the Arbitrator and his decision shall be confined to a determination of the facts and the interpretation or application of the specific provision or provisions of this agreement at issue. The Arbitrator shall be bound by the terms and provisions of this agreement and shall have authority to consider only grievances presenting solely an arbitrable issue under this agreement. The Arbitrator shall have no authority to add to, subtract from, modify or amend any provisions of this agreement. The Arbitrator shall have no authority to interpret any state or federal law when the compliance or non-compliance therewith shall be involved in the consideration of the grievance. The decision of the arbitrator shall be rendered as soon as practicable after the hearing, but in no event beyond thirty (30) days after the close of said hearing. The Arbitrator's decision shall be final and binding on the Company, the Union and the employee or employees involved, subject to the limitations specified in this agreement.

**(D)** The compensation of such Arbitrator for his services and expenses in connection with the case or cases submitted to him shall be shared equally between the Company and the Union.

**(E)** The Company and the Union may mutually agree to submit any other questions than herein expressly provided to the Arbitrator for determination.

**ARTICLE IX – STRIKES, LOCKOUTS AND WORK STOPPAGES**

**Section 1.**  **(A)** The Union, its officers and members agree for the duration of this agreement there shall be no strikes, sit-downs, slow-downs, stoppages of work or any acts of any nature which would interfere with production and no picketing of any kind. Failure or refusal on the part of any employee of the Company to comply with any and all provisions of this Section, shall be sufficient grounds for penalty or discharge. The Company agrees that for the duration of this agreement there shall be no lockouts. A lockout as mentioned herein shall not be construed as the Closing down of the operation, or any part thereof, or curtailing any operations for business reasons.

**(B)** The responsibility of the Company or the Union for acts of employees, members or other persons shall depend upon the agency of such persons.

Page 22

## ARTICLE X – HOURS OF WORK

**Section 1.**   The purpose of this Article is to define the normal hours of work but nothing in this agreement shall be construed as a guarantee of hours of work for any period.

**Section 2.**   (A) The normal work day for first and second shift shall consist of eight (8) hours, exclusive of lunch, for each such shift in the twenty-four (24) consecutive hour period following the starting time of the respective shifts.

(B) The normal work day for third shift shall consist of seven (7) hours, exclusive of lunch, for such shift in the twenty-four (24) consecutive hour period following the starting time of the respective shift.

(C) The calendar day worked for the respective shift shall be determined as of the day the first shift starts to work.

(D) The work week shall begin with the hour that the respective shifts start to work on Monday and shall end one hundred and sixty-eight (168) hours later.

**Section 3.**   (A) The normal work week shall consist of forty (40) hours for first and second shifts each on five (5) consecutive days. Monday, Tuesday, Wednesday, Thursday and Friday.

(B) The normal work week shall consist of thirty-five (35) hours for third shift on five (5) consecutive days. Monday, Tuesday, Wednesday, Thursday and Friday.

(C) The normal work week as provided in this agreement shall not apply to employees assigned to an odd work week which shall consist of five (5) consecutive days in which the employees' sixth (6th) and seventh (7th) day would be other than Saturday and Sunday.

**Section 4.**   Determination of starting time and hours of work shall be made by the Company and such schedules may be changed from time to time to suit varying conditions of business. The starting times of the various shifts will be as follows

**First Shift** –   Beginning at or after 5:00 a.m., but before 11:00 a.m.

**Second Shift** –   Beginning at or after 11:00 a.m., but before 8:00 p.m.

**Third Shift** –   Beginning at or after 8:00 p.m. but before 5:00 a.m.

## ARTICLE XI – OVERTIME AND HOLIDAY PAY

**Section 1.**  Overtime will be paid at the rate of one and one-half (1½) times the regular rate of pay as follows:

(A) For all authorized hours worked in excess of eight (8) hours in any regular work day, or in excess of forty (40) hours in any regular work week for which overtime has not previously been paid. For the purpose of computing overtime it is understood that paid vacation time within a regular work week shall be counted as time worked.

(B) For all authorized work performed on the sixth (6th) day worked during the employee's assigned work week.

**Section 2.**  (A) Overtime will be paid at the rate of two (2) times the regular rate of pay for authorized work performed by employees on shifts starting on the seventh (7th) day of the employee's assigned work week.

(B) For all authorized hours worked in excess of twelve (12) hours in any work day.

**Section 3.**  In the event work is scheduled on a holiday (as provided for in Section 7 of this Article), an employee working shall receive in addition to his straight time holiday pay, premium pay for hours worked as follows:

(A) Time and one half (1½) times his regular rate for all authorized hours worked on the holiday(s) except when the holiday occurs on a Sunday or the designated seventh (7th) day of the odd work week employees work week.

(B) In such instances of seventh (7th) day work (on a holiday) the premium pay shall be two (2) times the regular straight time rate.

**Section 4.**  (A) The Company recognizes the following eleven (11) holidays in the calendar year:

1.  New Year's Day
2.  Good Friday
3.  Memorial Day
4.  Independence Day
5.  Labor Day
6.  Columbus Day
7.  Thanksgiving Day
8.  Friday following Thanksgiving
9.  Christmas Eve
10. Christmas Day
11. New Year's Eve

(B) When a recognized holiday falls on Saturday, Friday will be observed as the holiday, and when a recognized holiday falls on Sunday, Monday, will be recognized as the holiday with the following exceptions:

(1) Christmas Day holiday will be observed on the day on which it falls.

(2) When Christmas Eve day falls on Sunday, Tuesday will be observed as the holiday.

(C) An employee working an odd work week schedule shall observe his next regular work day following a holiday, as the holiday, if said holiday should occur on his regular day off.

(D) An employee on the active payroll of the Company, having seniority as provided in Article IV of this agreement, shall receive as hereinafter provided eight (8) hours pay at his regular rate of pay.

**Section 5.** (A) An employee, in order to be eligible to receive pay for hours not worked on a recognized holiday, as above specified, must have worked his scheduled shift, unless excused therefrom, on the last work day immediately preceding such holiday and must have worked his scheduled shift, unless excused therefrom, on the first work day immediately following such holiday.

(B) Time spent on approved medical leave of not more than seven (7) calendar days will be considered an excused absence for the purpose of receiving holiday pay only.

(C) An employee shall not receive holiday pay if:

(1) Such holiday occurs during an employee's leave of absence

(2) Such holiday occurs during an indefinite layoff.

**Section 6.** If work is scheduled for any holiday and an employee is notified but fails to work as scheduled, unless excused therefrom:

(A) He shall not receive any pay for said holiday, and

(B) Said holiday shall not be counted as a day worked for the purpose of computing overtime pay for the sixth (6th) consecutive day and seventh (7th) consecutive day worked during the employee's assigned work week.

**Section 7.** The Company may, at its option, observe the above recognized holidays by closing the plant or scheduling work on them. Employees required by the Company to work on a holiday shall receive notice of such requirement a minimum of forty-eight (48) hours prior to the holiday. In the event the Company does not provide forty-eight (48) hours advance notification of required work, any work scheduled on said holiday will be voluntary. A rejection of offered holiday overtime by an employee will not affect said employee's holiday pay.

(A) Any work scheduled to be performed on New Year's Day, Labor Day, Thanksgiving Day and Christmas Day will be accomplished by employees who volunteer.

**Section 8.** If one or more of the above holidays occurs while an employee is on an authorized vacation, he shall receive pay for such holiday or holidays as specified in this Article.

**Section 9.** (A) Paid days of vacation as provided in Article XIII, paid days of sick/personal leave as provided in Article XIII and the holidays designated in Section 4 of this Article, except as otherwise provided in this Article, shall be counted as days worked for the purpose of computing pay for the sixth (6th) day worked under Section 1 of this Article, subject to Section 6 thereof, whether or not work is actually performed on them; provided, however, that holiday pay for any of said holidays for work not performed shall in no event exceed eight (8) hours regular rate of pay.

**(B)** If an employee reports to work which has been previously scheduled and is sent home by the Company due to lack of work, such day shall be counted as a day worked in computing pay for the sixth (6th) day worked.

**Section 10.** There shall be no pyramiding of premium or overtime pay and nothing in this agreement shall be construed so as to require the payment of premium or overtime pay more than once for the same hours worked.

**Section 11.** **(A)** The Company will, insofar as it is practicable and with due regard to production, equalize overtime among employees regularly assigned to and working on the same shift in the same classification in the same work group. (ref. - Schedule I).

    **(1)** Overtime rosters and overtime records shall be maintained for each work group, and shall upon request, be made available for observation by affected persons and/or the appropriate Shop Steward.

    **(2)** It is understood by the parties hereto that an employee must be qualified and capable of performing efficiently the overtime work involved.

**(B)** Pursuant to the above, available overtime will be equalized among employees in accordance with the following procedures:

    **(1)** Work group overtime rosters showing charged overtime hours will be posted not later than two (2) hours after the start of each shift at a designated location convenient to the work group. Each work group overtime list will be organized by classification, showing the employee with the lowest number of charged hours at the top to the employee with the highest at the bottom. Should two or more employees have the same number of charged hours, they shall be listed starting with the senior employee.

    **(2)** Each employee will have the opportunity to sign the posted list next to his name to indicate his acceptance of any available overtime.

    **(3)** Overtime, if available, will be verified no less than two (2) hours prior to the end of the shift. Employees with the lowest overtime hours who indicated a desire to work overtime will be selected to perform the work.

    **(4)** If an employee has not signed indicating acceptance, it will be considered a rejection of any available overtime, unless the employee is absent, and the employee will not be charged for available overtime hours unless scheduled to work in accordance with Section 11(B)(6) below.

    **(5)** The Company will select employees for available overtime by reviewing the overtime roster of employee(s) who had signed indicating his acceptance. Employees selected will at the time of notification again initial the overtime roster and will be charged for the overtime hours.

    **(6)** If the number of employees of a classification and work group who have indicated a desire to work available overtime is insufficient, the Company will obtain additional employees of that classification who have indicated a desire to work overtime in other work groups, using the above procedure. If a shortage remains, employees in the classification will be scheduled by work group, until sufficient numbers are obtained. Should two (2) or more employees have the same number of charged hours, they shall be scheduled by seniority starting with the least senior.

Page 26



(a) If the daily overtime requirement in a work group is for two (2) hours or less, the Company may schedule employees in the classifications(s) needed in that work group before obtaining additional volunteers who have indicated a desire to work overtime from other work groups.

(7) Employees who are scheduled by the Company in accordance with paragraph 6 of this Article will, at the time of notification, initial the overtime roster, if at work and will be charged for available overtime hours.

(8) If daily overtime is to be worked prior to the beginning of a shift, it will be offered or scheduled the day before using the procedure outlined above.

(9) Charged overtime will be posted to the overtime roster as hours worked. For this purpose, hours posted shall be the hours available to an employee in excess of his regular schedule, based on his straight time rate, and adjusted to the nearest hour (down if less than ½ hour, up if ½ hour or more).

(10) New hires will, upon completion of two weeks of service, be placed on the overtime roster, if not placed sooner. The position given to the employee being placed on the overtime roster for the first time shall be the number of hours charged to the highest overtime employee of his classification on the roster, plus two hours. All employees of his classification on the roster shall be offered the opportunity to work overtime prior to the newly placed employee.

(11) When an employee on the overtime roster of a work group is transferred to another overtime work group, or reclassified into a new overtime group, he shall be immediately removed from his former overtime work group roster, and placed on the roster of the new work group. The position to be given such newly placed employee, or group of employees entering the new overtime group on the same day, shall be two (2) hours higher than the highest overtime employee of his classification on the roster. All employees having the same classification who were previously assigned to the overtime work group shall be offered the opportunity to work overtime prior to the newly placed employee(s).

(12) Employees returning from a leave of absence, layoff or field team in excess of thirty (30) calendar days, shall have their overtime position recomputed to two (2) hours higher than the highest overtime employee of his classification on the roster in the work group to which they are assigned upon return.

(13) Employees on weekly vacations will not be offered or scheduled overtime the weekend prior to the vacation period, and will not be offered or scheduled overtime during the weekend(s) following the vacation period.

(14) For the purpose of overtime on weekends, including the sixth and seventh off days for odd work week employees, Thanksgiving Day and Friday following Thanksgiving, Christmas Eve and Christmas Day, New Years' Eve and New Years' Day holidays, and long weekends as a result of holidays falling on or being observed on the day before or the day after a weekend, the following procedure will be utilized:

Page 27

(a) All overtime hours worked, or charged through the scheduled work day before the day weekend overtime is offered, will be posted to the overtime roster and the relative position of each employee frozen until the first scheduled regular work day after the weekend.

(b) Available overtime on the last scheduled regular work day, and the weekend, will be offered to the low overtime employee in the same classification shift, and work group to be worked.

(c) Overtime rosters will be updated on the first scheduled regular work day after the weekend and all overtime hours worked posted to the roster.

(15) No employee shall be required to work the sixth and seventh day of two (2) consecutive weeks without being allowed the following sixth and seventh day off, if an employee elects to work such "time off", he must work on the sixth and seventh day of two (2) consecutive following weeks before he is entitled to "time off".

(16) Employees who are in Company sponsored training classes will be assigned to Work Group 10, Training. Employees assigned to this work group will not be offered or scheduled daily overtime in other work groups.

(C) In the event of new work or new type work, the Company will establish a new or revised work group or groups only after discussing the matter with the Union.

(D) The foregoing in no way limits the Company's right to make work assignments, control amount of overtime, or control excessive absenteeism.

**Section 12.** So long as his regularly assigned work week is available no employee shall be deprived of his regular scheduled employment for the purpose of avoiding overtime.


### ARTICLE XII – BULLETIN BOARDS

**Section 1.** The Company agrees to provide the Union twenty (20) bulletin boards and one (1) for each new hangar constructed, identified as Union bulletin boards for exclusive use of the Union at appropriate places in the plant, for the purpose of legitimate business of interest to the employees as follows:

(1) Notice of meetings.

(2) Notice of official Union elections and results.

(3) Notice of official Union appointments.

(4) Official notice of Union recreational and social events.

(5) Any other notice which shall be specifically approved in writing by the Director of Human Resources.

**Section 2.** It shall be the responsibility of the Shop Stewards to post authorized notices on their own time and such notices shall include only those specified above.

**ARTICLE XIII – VACATIONS**

**Section 1.**   The vacation year shall be deemed as commencing on February 1st and ending on January 31st of the following year.

**Section 2.**   An employee shall be eligible for vacation pay in accordance with his length of continuous service as of the end of the vacation year, January 31st, as set forth in the following table:

| Length of Service | Amount of Vacation |
|---|---|
| Less than six (6) months | None |
| Six (6) months but less than one (1) year | One (1) week vacation with three and three-tenths (3.3) hours vacation pay for each month of active service during the vacation year. |
| One (1) year but less than two (2) years | One (1) week vacation, with three and four-tenths (3.4) hours vacation pay for each month of active service during the vacation year. |
| Two (2) years but less than ten (10) years | Two (2) weeks vacation, with six and seven-tenths (6.7) hours vacation pay for each month of active service during the vacation year. |
| Ten (10) years but less than twenty (20) years | Three (3) weeks vacation, with ten (10.0 hours vacation pay for each month of active service during the vacation year. |
| Twenty (20) years or more | Four (4) weeks vacation, with thirteen and three hundred thirty-four thousandths (13.334) hours vacation pay for each month of active service during the vacation year. |

Active service as used herein means eighty (80) or more hours worked.

**Section 3.**   Payments under this vacation plan shall be computed at the regular hourly rate, which the employee is receiving at the time the vacation is taken.

**Section 4.**   **(A)** Vacations shall be taken only during the vacation, February 1st to January 31st of the vacation year. Vacations shall be scheduled by the department head and approved by the human relations department before being taken. In scheduling vacations, the Company will attempt to meet the desires of the employees consistent with the requirements of its operation. If a dispute arises between employees in the same occupational group as to the time of taking a vacation, length of continuous service shall prevail.

**(B)** Such vacation must be taken within the year following the employee's eligibility date and shall not accumulate or be carried over into a subsequent year.

**(C)** The Company may, due to production requirements, cancel an employee's vacation, and if the Company does not permit him to reschedule his vacation, he shall receive vacation pay in lieu thereof at his "regular" rate in effect on February 1st following the close of the vacation period.

**Section 5.** Authorized military leave of two (2) weeks or less, official Union business of two (2) weeks or less, jury duty leaves, paid holidays, paid vacations, and absences due to compensable injuries, as defined by the Workmen's Compensation Act of Alabama, will be considered as hours worked for the purpose of computing monthly credit service for vacation accrual.

**Section 6.** **(A)** A pro-rata allowance in lieu of vacation shall, upon resignation, induction, layoff or discharge during the vacation year, or subsequent to the end of the vacation year, but before taking the vacation, be paid in accordance with the following schedule:

#### Less than six (6) months of continuous service

| | |
|---|---|
| Resignation | 0 |
| Induction | One-twelfth (1/12) for each month of Company service in current vacation year. |
| Layoff | One-twelfth (1/12) for each month of Company service in current vacation year. |
| Discharge | 0 |

#### Six (6) months to twelve (12) months of continuous service

| | |
|---|---|
| Resignation | One-twelfth (1/12) for each month of Company service in current vacation year. |
| Induction | One-twelfth (1/12) for each month of Company service in current vacation year. |
| Layoff | One-twelfth (1/12) for each month of Company service in current vacation year. |
| Discharge | One-twelfth (1/12) for each month of Company service in current vacation year |

#### Months worked in vacation year twelve (12) months

| | |
|---|---|
| Resignation | Full |
| Induction | Full |
| Layoff | Full |
| Discharge | Full |

**(B)** Pro-rata allowance will be computed on the basis of one-twelfth (1/12) of the vacation the employee would have been entitled to had he completed the vacation year, for each month of service with the Company during the incomplete year. Any employee terminated on or after the 15th of the month shall be credited for a full month of service.



(C) Employees who are paid pro-rata vacation and are subsequently recalled during the same vacation year, shall have their vacation allowance re-computed at the end of said vacation year. Employees shall receive such additional vacation pay as may be due them at that time in accordance with their length of service as of the completion of the vacation year.

**Section 7.**    In the event the number of employees who schedule their vacation in any occupational group in any work week would impair production, the Company will not be obligated to schedule more than six percent (6 %) (a minimum of one employee will be scheduled) of the employees in any occupational group and work week for vacation during any week of the vacation year, by seniority.

**Section 8.**    Vacations may be locked in using the following bid procedure:

(A) The Company will make vacation preference forms available in each work area during the first week in the month of December of each year.

(B) Employees shall complete the form indicating their first, second, third and fourth choice of a vacation period that begins on a Monday except for odd work week.

(C) Employees will be allowed to schedule up to two (2) weeks vacation in succession seniority permitting, on the first round of scheduling and up to two (2) weeks on the second round of scheduling.

(D) Employees who fail to indicate vacation preferences by the first Monday in January will not compete for vacation schedules.

(E) In the event that an insufficient number of employees fail to indicate a desire to take vacation during a given month, the Company may schedule those vacations in accordance with seniority principals from those not competing. In addition, employees with two (2) weeks vacation who do not schedule one (1) week, employees with three (3) weeks vacation who do not schedule one (1) week and employees with four (4) weeks vacation who do not schedule two (2) weeks, may have their vacation scheduled in accordance with seniority principles.

(F) Those employees who do not get their vacation preference in the first round may participate in a second round. The second round will be conducted in the same manner as the first round to fill in the remaining vacation slots. The second round will begin the third Monday in January and must be completed by the first Monday in February.

(G) The dates scheduled in accordance with this procedure shall become firm dates not subject to change by further selection rounds.

(H) Firm dates scheduled cannot be canceled by production requirements unless the employee is given a minimum of five (5) working days notice prior to the start of said vacation.

(I) A paid holiday falling within a vacation period shall entitle an employee to an additional day of vacation with pay or payment for such holiday.

(J) Employees eligible for up to ten (10) days of vacation (one day at a time) cannot be scheduled by the Company more than one day per month.

Page 31

(K) Employees may request up to ten (10) days of vacation in less than one
week increments (one day at a time) provided he retains five days to be
taken in one week increments. Employees eligible to take single day va-
cations (those receiving two weeks or more per year), may take up to five
(5) days (forty (40) hours) vacation per year in four (4) hour increments.

(L) Beginning in June of each year, the Company may begin scheduling the
vacation time reserved to be taken in less than one (1) week increments
provided the employee has more time in reserve than will be used at one
(1) day per month rate for the remainder of the vacation year. When the
Company schedules such day or days it will schedule those employees
having the greatest number of reserve days first by seniority by occupa-
tional group.

## ARTICLE XIV – SICK/PERSONAL LEAVE PAY

**Section 1.**  The sick/personal leave pay year shall be deemed as commencing on January 1 and ending December 31, during the existence of this agreement.

**Section 2.**  **(A)** Sick/personal leave pay will be accrued at three and three hundred and thirty-four thousandths (3.334ths) hours per month, provided the employee worked eighty (80) straight time hours during the calendar month.

**(B)** Authorized military leave or official Union business of two (2) weeks or less, jury duty leaves, paid holidays, paid vacations, and absences due to compensable injuries as defined by the Workman's Compensation Act of Alabama, will be considered as hours worked for the purpose of computing monthly credit service for sick/personal pay.

**Section 3.**  **(A)** A seniority employee will be eligible for sick/personal leave pay for time lost as it becomes credited to his sick/personal leave record. Such time may be taken in increments of four (4) hours limited to twenty-four (24) hours per calendar year or in increments of eight (8) hours provided the employee personally submits a request for such pay to the Human Resources Department within forty-eight (48) hours from the time he returns to work.

**(B)** If an employee has not used his total accumulated sick/personal leave during any calendar year, he may carry such accumulated leave into the next year or be paid for any designated portion in excess of eighty (80) hours, with the remainder carried into the next year. Requests for payment must be made by the last business day in January.

**(C)** Employees having seniority who terminate during the sick/personal leave pay year will be paid accumulated but unused sick/personal leave pay at the straight time rate in effect at the time of termination.

**Section 4.**  **(A)** Sick/personal leave pay will be paid at the basic straight time rate in effect at the time the employee uses such accumulated sick/personal leave pay or is paid in lieu thereof.

**(B)** Sick/personal leave will be paid for scheduled work days only and such days shall be counted as excused absences.

**(C)** Sick/personal leave pay shall not be accumulative from year to year other than as defined in Section 3(B) above.

**(D)** When an employee desires to use sick/personal leave for reasons other than illness or emergency, such time off must be requested in advance and approved prior to taking.

**Section 5.**  For the purpose of determining eligibility for sick/personal leave or leave of absence when a death in an employee's immediate family occurs, the immediate family is defined as the employee's Wife, Husband, Son, Daughter, Mother, Father, Sisters, Brothers, Parent-In-Law, Grandmother or Grandfather, Grandchildren, Step-Children, Step-Mother, and Step-Father.

## ARTICLE XV – JURY DUTY PAY

**Section 1.**  When an employee is required to serve on jury duty and reports for same on a regularly scheduled work day, he shall receive eight (8) hours pay each day at his regular rate. Such payment for jury duty shall be limited to three (3) weeks in any calendar year unless the Alabama state law provides for a greater amount.

**Section 2.**  Notice of such services must be given to the Company upon receipt of jury summons and proof of jury duty must be submitted to the satisfaction of the Company before this Section shall apply.

**Section 3.**  If Alabama state law is altered so as to permit limitations governing eligibility of employees for jury duty pay, then only those employees who have completed one (1) year of service with the Company shall be eligible to receive payment for jury duty in accordance with this Section.

## ARTICLE XVI – MILITARY LEAVE PAY

**Section 1.**  **(A)** Employees ordered to active duty for training purposes (summer camp) with the National Guard or organized military reserve units, will be granted a leave of absence not to exceed two (2) weeks each year, provided the employee furnishes the Company a copy of his military orders at the time the leave of absence is requested.

**(B)** Employees granted such leave, will be paid the difference in the earned military pay he received while on military leave and the pay he would have received had he worked his regular schedule during his leave of absence. In order to be eligible for military leave pay, the employee will be required to furnish the Accounting Department a certificate signed by his commanding officer setting forth the amount of military pay he earned during his leave period.

**(C)** Section 1(A) and (B) of this Article will not apply to any employee called to active military duty for an extended period.

## ARTICLE XVII – SAFETY AND HEALTH

The Company shall continue to maintain safe and healthful conditions including safety equipment as is necessary to protect employees from injury. It is the desire of both parties to this agreement to maintain high standards of safety in the operations of the Company in order to eliminate, as far as possible, industrial accidents and illnesses. The Union will be represented on the Safety Committee by four (4) employees, and it shall meet twice monthly.

## ARTICLE XVIII – WAIVERS

The waiver of any breach or condition of this agreement by either party shall not constitute a precedent for any further waiver of such breach or condition.

## ARTICLE XIX – WAGES

**Section 1.**   Effective Monday, August 21, 2000, all beginners and classified employees, shall receive an increase of three percent (3%) per hour computed on their basic rate less A/P bonus and Lead pay. The hourly rate ranges for labor grades of the various job classifications in the plant will be as follows:

| Labor Grade | Minimum | Maximums | | | | |
|---|---|---|---|---|---|---|
| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| 1 | $10.61 | $16.05 | $16.53 | $17.03 | $17.71 | $18.42 |
| 2 | $10.08 | $15.61 | $16.08 | $16.56 | $17.22 | $17.91 |
| 3 | $ 9.55 | $15.05 | $15.50 | $15.97 | $16.61 | $17.27 |
| 4 | $ 9.02 | $14.95 | $15.40 | $15.86 | $16.49 | $17.15 |
| 5 | $ 8.49 | $14.78 | $15.22 | $15.68 | $16.31 | $16.96 |
| 6 | $ 7.96 | $14.67 | $15.11 | $15.56 | $16.18 | $16.83 |
| 7 | $ 7.43 | $14.10 | $14.52 | $14.96 | $15.56 | $16.18 |

**Section 2.**   **(A)** A beginner is a non-classified employee who may or may not engage in production work, and will be paid not less than the Federal Minimum Wage Rate plus twenty-five (25) cents per hour. On the first Monday, following the completion of his probationary period, a beginner will receive a five (5) cents per hour automatic increase. Upon completion of four (4) additional weeks of work, a beginner will receive one additional five (5) cents per hour progression increase. Effective on the first Monday following completion of (six and one-half (6½) months) of work, a beginner will be classified and paid at least the minimum rate of such classification, but the Company may so classify him prior to the expiration of such period. If a beginner is granted a leave of absence of five (5) days or more, during said beginner period, the beginner period will be extended for a period of time no longer than the employee has been absent or on such leave.

**(B)** An employee promoted to a higher labor grade will receive at least a twenty-five ($.25) cents per hour increase regardless of his current rate.

**Section 3.**   **(A)** An employee classified within a labor grade rate range as set forth in Section 1 of this Article, will be advanced to the maximum rate of his labor grade rate range in increments of ten (10) cents per hour or such part thereof as necessary to reach such maximum at intervals of sixteen (16) weeks of work.

**(B)** Paid vacations, observed holidays, time spent on leave of absence which is less than five (5) work days and accumulated absence of less than five (5) work days during said progression period as provided in Section 2 (A) and paragraph (A) above, will be counted in computing such progression periods.

(C) Time worked in a previous classification of a lower labor grade toward an automatic increase shall not be transferable to the higher classification rate range. When promoted to a such higher classification, an employee will progress in the higher rate range, not to exceed the maximum, in the same manner as set forth in paragraphs (A) and (B) above with such progression period dating from the effective date of the promotion.

(D) Reclassifications and all changes in pay will be made effective on the Monday following the transfer or movement of employees or due date of a change unless such is made or due on Monday.

**Section 4.**  Effective Monday, August 20, 2001, all beginners and classified employees on the active payroll of the Company will receive a three percent (3%) per hour increase computed on their basic rate less A/P bonus and Lead pay. Said rate adjustment shall be added to the maximum of all labor grades 1 through 7.

**Section 5.**  Effective Monday, August 26, 2002, all beginners and classified employees on the active payroll of the Company will receive a three percent (3%) per hour increase computed on their basic rate less A/P bonus and Lead pay. Said rate adjustment shall be added to the  maximum of all labor grades 1 through 7.

**Section 6.**  Effective Monday, August 25, 2003, all beginners and classified employees on the active payroll of the Company will receive a four percent (4%) per hour increase computed on their basic rate less A/P bonus and Lead pay. Said rate adjustment shall be added to the maximum of all labor grades 1 through 7.

**Section 7.**  Effective Monday, August 23, 2004, all beginners and classified employees on the active payroll of the Company will receive a four percent (4%) per hour increase computed on their basic rate less A/P bonus and Lead pay. Said rate adjustment shall be added to the maximum of all labor grades 1 through 7.

**Section 8.**  The rates of pay as specified in Section 1 of this Article are based upon the job classifications, descriptions and labor grades as set forth in Appendix "A" to this agreement. Appendix "A" contains the agreed upon classifications and the slotting of all jobs.

**Section 9.**  (A) An employee regularly assigned to and working on the second shift as set forth in Article X, Section 3, shall be paid a bonus of fifteen ($.15) cents per hour for hours worked on such shift.

(B) An employee regularly assigned to and working on the third (3rd) shift shall be paid a bonus of eight (8) hours straight time basic pay for seven (7) hours of work at the rates set forth in Section 1 of this Article, plus a bonus of eight ($.08) cents per hour for hours paid on such shift.

(C) Third shift hour computations will be based on one and one-seventh (1-1/7th) hours for each straight time hour worked, and one and five-sevenths (1-5/7ths) hours for each time and one-half hour worked, and two and two-sevenths (2-2/7ths) hours for each double time hour worked.

(D) An employee regularly assigned to and working an odd work week as set forth in Article X, Section 3, shall be paid a bonus of thirty ($.30) cents per hour above his straight time basic rate.

Page 36

**Section 10. (A)** The terms "straight time basic rate" and "basic rate", "base rate" and "basic hourly rate", as used in this agreement means the individual hourly rate of an employee exclusive of any shift premium or overtime pay.

**(B)** The term "regular rate" as used in this agreement means the employee's basic rate plus any shift premium pay and odd shift pay.

**Section 11. (A)** The bonus for Leadmen shall be seventy cents ($.70) per hour.

**(B)** Employees shall be chosen for lead positions from the highest classifications in the respective occupational group from among those employees in that group having expressed a desire to be considered for Lead positions, as set forth herein below. Where two or more employees are being considered for a Lead position, the Company will select an employee to fill the position, consistent with the provisions of Section 1(A) and Section 18 of Article IV. Permanent leads and alternate leads in the Sheetmetal classification must have an A license. Permanent leads and alternate leads in the Aircraft Mechanic classification must have an A and P license. Permanent leads and alternate leads in the Avionics Mechanic Classification must have an A license or FCC license. (Does not apply to employees who are leads or have been leads prior to the ratification of this agreement ).

**(C)** In considering employees for a Lead position, the Company will consider only those employees with a request on file expressing a desire to be considered for a Lead position.

**(D)** Determination as to the need for and duration of all leadman assignments shall be made by the Company.

**(E)** Leads compete only among themselves (within their classification) for shift and work week.

**(F)** An employee must notify the Company in writing of his request to relinquish lead duties. Such requests will be honored within a 10 day period following receipt of written notice. If an employee refuses or relinquishes a lead assignment, the Company will be under no obligation to consider that employee's request for a lead assignment for a period of six months from the date of such refusal or relinquishing of Lead duties.

**(G)** The Company may utilize Alternate leads from time to time when the regular leadman is not available, or for a specific project which has a duration of three (3) days or less. Alternate Leads will be selected from the most senior qualified employee within the classification, work group and shift willing to accept the temporary position. The rate of pay for an Alternate Lead shall be as set forth in Section 9(A) for the full shift on any day the Company requests the employee to perform said duties.

**Section 12. (A)** Each employee who obtains or has a valid FAA Airframe, Powerplant, and/or FCC License shall be paid a bonus of twenty-five ($.25) cents per hour for each valid license held, in addition to his basic straight time rate, provided said employee is classified and working in an occupation that said license is applicable to. For example, a storekeeper, painter, plant mechanic, etc., holding such license would not be eligible for the bonus. The Company will pay for a maximum of two (2) licenses from those three listed above.

**(B)** The Company will, however, attempt to place such employee in occupations applicable to their license at their request.

**Section 13.** The Company shall have the right to designate qualified individuals to perform Inspector work when required for incoming aircraft inspections. The most senior qualified employee(s) having expressed a desire to be considered to fill the position(s) of Designated Inspector will be selected, by shift. Designated Inspectors shall not be used when regular Inspectors are laid off or cut back to their secondary classification. An employee shall receive twenty-five ($.25) cents per hour, not to exceed the maximum rate of Labor Grade 1, in addition to their regular rate of pay for all hours worked on any shift in which the company requests they perform work as a Designated Inspector. For overtime purposes, the Designated Inspector shall not compete within the Inspector's overtime group while working as a Designated Inspector until all Aircraft Inspectors have been offered an opportunity to work available overtime.

## ARTICLE XX – FLIGHT PAY BONUS

An employee designated by the Company and specifically assigned in writing by his project manager (or his designee) to spend time in flying, who adjusts, records and operates equipment during the flights, will be paid for such flying time at the rate of $3.00 per hour for propeller driven aircraft (including helicopter) and $5.00 per hour for jet propelled aircraft (no props). Employees who fly for the purposes other than those stated above are expressly excluded from the benefits provided in this Article. Such amount shall be in addition to earnings based on the employee's basic hourly wage rate. A minimum of one (1) hours flight pay will be paid for the first ascension on any calendar day. For additional ascensions on the same calendar day, flight pay shall be at the rate specified above computed to the nearest one-tenth (1/10) of an hour. The Company shall continue to provide the blanket Life Insurance coverage in the amount of $25,000 per employee designated by the Company to spend time in flying, adjusting, recording, and operating equipment during the flights.

## ARTICLE XXI – INSURANCE

**Section 1.**   The Company agrees to continue during the life of this agreement a Group Insurance and Hospitalization Program as summarized in Appendix C. The Company will pay the cost thereof for both employee and dependents coverage.

**Section 2.**   An employee who retires between the ages of 62 and 65 will be permitted to retain Group Health Insurance (hospital, surgical, medical, X-Ray, lab, other physical services and major medical) until reaching age 65 if he desires to pay the Company the then going composite rate adjusted upward or downward.

**Section 3.**   The Company agrees to provide a Dental Program for active full time employees and their dependents as summarized in Appendix C.

It is understood and agreed that the Company will continue a Pension Plan which became effective November 1, 1975, and amended September 1, 1978, September 1, 1983, September 1, 1984, and September 1, 1985. It is further understood and agreed that employees who retire from active service on or after November 1, 1988, will receive fourteen dollars ($14.00) per month per year for all credited service.

Employees who retire from active service on or after September 1, 1989 will receive fifteen dollars ($15.00) per month per year for all credited services.

Employees who retire from active service on or after September 1, 1991, will receive sixteen dollars ($16.00) per month per year for all credited service.

This amendment is subject to Internal Revenue Service's approval. The plan will also be amended to reduce vesting from ten to five years.

For employees retiring from active service after each below listed date, the amount per month indicated times years credited service subject to the provisions of present plan.

| 8/31/92 | 8/31/93 | 8/31/94 | 8/31/95 | 8/31/96 | 8/31/97 |
|---------|---------|---------|---------|---------|---------|
| $16.00  | $17.00  | $18.00  | $19.00  | $20.00  | $21.00  |

For employees retiring from active service after the dates indicated below, the amount per month indicated times years credited service subject to the provisions of the present plan except that the maximum service used in computing pensions benefits is increased from 35 years to 41 years.

| 8/31/98 | 8/31/99 | 8/31/00 | 8/31/01 | 8/31/02 | 8/31/03 | 8/31/04 |
|---------|---------|---------|---------|---------|---------|---------|
| $21.00  | $22.00  | $23.00  | $24.00  | $25.00  | $26.00  | $27.00  |

## ARTICLE XXIII - CREDIT UNION DEDUCTIONS

**Section 1.**   The Company will make weekly payroll deductions and weekly remittance to the Credit Union of amounts authorized by employees under payroll deduction plan for the I.A.M. Federal Credit Union. Remittance will be made by the Monday following the deductions. This program is programmed to provide report of total monies deducted from each employee.

**Section 2.**   In making deductions and remittances the Company is entitled to rely upon the notification of the Financial secretary of the Federal Credit Union of the amount of money due the Federal Credit Union by an employee. The Union agrees to and does hereby hold and save the Company harmless from any and all liability, responsibility or damage for deduction, payment, authorization or notification as provided for in this Article, and assumes full responsibility for the disposition of the funds so deducted when turned over to the Financial Secretary of the Federal Credit Union.

## ARTICLE XXIV - NEW CLASSIFICATIONS

**Section 1.**  The job descriptions listed in Appendix "A" are a part of the agreement and shall remain in effect for the duration of said agreement

**Section 2.**  In the event a new in-unit job or position is established by the Company, the Company shall determine and write the job description and establish such within the existing labor grades. The Company will immediately furnish the Union with a copy thereof and advise the rate established. The Union will have seven (7) calendar days in which to take exception to the rate in the event the Union does not agree with the labor grade. If the Union has not advised the Company in writing within seven (7) calendar days that it does not agree with the labor grade, the job shall become a part of the existing agreement at the labor grade set by the Company.

**Section 3.**  Should the Union not agree with the labor grade, it must advise the Company within seven (7) calendar days and state its position with regard to what it deems the labor grade should be. After receipt of such letter from the Union, the Company and the Union shall attempt to agree upon the labor grade. In the event the Company and the Union cannot agree upon the labor grade within seven (7) calendar days after receipt of the Union letter by the Company or within such additional time as may be mutually agreed upon, the Union may present and process the respective labor grade grievance in accordance with Article VII at the Third Step of the grievance procedure.

**Section 4.**  If the respective grievance is thereafter processed in accordance with the terms and conditions of Article VIII, the Arbitrator shall have the authority to determine if the job slotting was properly established and, if not, the proper position the new job should be established within the agreed upon labor grades. The jurisdiction of the Arbitrator and his decision shall be confined to a determination of the labor grade of the new job by comparison with the duties and qualifications of other established jobs at Dothan Facility.