**ARTICLE XXV - GENERAL**

**Section 1.** It is not the intention of the Company to have supervisory, administrative, and professional employees perform bargaining unit work. Bargaining unit work will not be assigned to, transferred, or performed by the aforementioned employees except for:

**(A)** Instruction, demonstration, emergencies, or where necessary for engineering and supervisory employees working on development and experimental projects to manually handle units, including tools, materials and equipment in order to better evaluate a given situation. The term "emergency" is defined to mean "an unforeseen combination of circumstances which call for immediate action".

**(B)** Service representative performing assembly and disassembly operations for training purposes to familiarize themselves with the Company's products.

**(C)** Employees not covered by this agreement may count and handle material as necessary for the sole purpose of performing necessary audits of inventories as required.

**(D)** Any complaint from the Union that the provisions of this Section have been violated maybe referred verbally to supervision, and if such verbal complaint is not satisfactorily settled, the Union may file a written grievance.

**(E)** Commercial Planning may generate non-routines for incoming commercial aircraft logbook entries and customer requested additional service items.

**Section 2.** Employees will receive their pay on Company premises, in accordance with present practices, unless such pay is mailed.

**Section 3.** The Company will designate smoking areas not in violation of military and insurance regulations, and employees may smoke during such times as the company may designate.

**Section 4.** **(A)** Employees will be allowed one (1) scheduled ten (10) minute rest period and one (1) scheduled ten (10) minute rest period after lunch in each complete scheduled work day, the time of and zones for such period to be fixed by the Company. The Company will attempt to establish the first rest period at approximately midway between the beginning of the shift and the lunch period and will attempt to establish the second rest period approximately midway between the lunch period and the end of the shift. Employees required to work overtime shall be entitled to the regularly scheduled rest period on the shift where the overtime is worked. Employees shall work up to the start of the rest period and be at their place of work at the end of the rest period.

**(B)** Employees will be allowed to clean up their work station five (5) minutes prior to the end of the shift.

**Section 5.** The Company will use one-tenth (1/10) of an hour (6 minutes) as a unit in computing tardiness. If an employee clocks "in" from one (1) to six (6) minutes late, the employee will lose one-tenth (1/10) of an hour (6 minutes). Any tardiness beyond six (6) minutes, the regular procedure of computing time in multiples of six (6) minute intervals will apply. Employees shall not be required to work during the period used in computing tardiness. The foregoing shall not be considered as a limitation on the right of the Company to take disciplinary action for repeated or unexcused tardiness.

**Section 6.**   When an employee arrives at the plant earlier than the normal starting time for his shift, the employee shall not clock in prior to fifteen (15) minutes before the shift starting time. No payment will be made for early starting unless the Supervisor has requested in writing that the employee start to work at a time earlier than the normal starting time and such time is approved.

**Section 7.**   Should an employee fail to clock in, such employee will bring the matter to the attention of his Supervisor and the employee will be required to prove to the Supervisor that he was at work during any time for which the employee wants credit. A payroll exception form for the missed punch must be approved by the Supervisor and submitted to Accounting before a credit can be given.

**Section 8.**   An employee shall be expected to be at his work station ready to work at the beginning of his shift and shall be expected to continue working until the end of said shift.

**Section 9.**   An employee who is regularly scheduled and reports for work at the scheduled time without having been notified not to so report, shall be given four (4) hours work of any type which is available, or if no such work is available, he shall be given four (4) hours pay at his regular rate; provided however, that if work is not available as a result of circumstances beyond the control of the management, the Company shall not be so obligated.

**Section 10.**   An employee that is called and reports back for work after he has completed his regularly assigned shift and departed from the premises shall receive a minimum of four (4) hours pay at the applicable rate, unless such work is to be performed immediately before and in connection with the employee's next shift as provided in Section 12.

**Section 11.**   When an employee is not scheduled and is called and reports for work without prior notice, outside his scheduled work week, he shall receive a minimum of four (4) hours work or four (4) hours pay at the applicable rate.

**Section 12.**   If an employee is especially notified and scheduled to start four (4) hours or less before the starting time of his regularly scheduled shift, within his assigned work week as set forth in Article X, Section 3, he shall be given the opportunity to remain at work until the end of the regular shift.

**Section 13.**   Lunch periods will be established and designated by the Company for periods ranging from thirty (30) minutes to one (1) hour, at approximately the mid point of the shifts, in keeping with sound plant practices and efficiency.

**Section 14.**   The Company agrees to issue to new hires a copy of the Labor Management Agreement.

**Section 15. (A)** Those employees (painters, welders, service attendants, and employees assigned to and working in fuel cells) be entitled to free physical examinations approximately each six (6) months will be entitled to receive the examination during their normal work day without loss of pay.

**(B)** An employee absent on the day physical examinations are given will be given an opportunity to reschedule with other groups so long as there is one group remaining.

**Section 16.**   Each employee shall be offered a copy of "change in status" at the time he signs status change except for automatic increase changes, which will be forwarded to him through his immediate supervisor.

## ARTICLE XXVI – DURATION

**Section 1.**  It is the intention of the Company and the Union, by this agreement, to enter into a complete, comprehensive bargaining agreement for its duration. It is accordingly agreed that this agreement, except as may be otherwise expressly provided in writing between the parties hereto, settles and resolves all bargaining matters, issues and demands, and acts for all the contract terms and conditions by and between the Company and the Union for the duration of this agreement. All matters, request, issues and conditions not expressly provided or included in this agreement, or in a separate written memorandum between the parties, are waived and withdrawn for the duration of this agreement.

**Section 2.**  This agreement shall be effective, except as otherwise specifically provided, on the first Monday following ratification by the Union, written notice of which shall be sent promptly by the Union to the Company, and shall remain in force according to its terms and conditions until the 9th day of August, 2005 without reopening rights for any purposes by either party, except as provided in Section 8 of Article III, and shall automatically renew itself from year to year thereafter unless written notice of desire to terminate or to amend any portion or any of the terms hereof is given by either party to the other party at least sixty (60) days prior to the 9th day of August, 2005 or at the expiration of any annual period thereafter, and in such case, this agreement shall be open for amendment or termination, such as the notice may indicate at the expiration of the 9th day of August, 2005 or of the annual period thereafter within which such notice is given.

**Section 3.**  If notice of desire to terminate or to amend this agreement shall be given as provided in Section 2 of this Article, negotiations for a new or amended agreement shall begin not later than fifty (50) days prior to the 9th day of August, 2005 or the expiration of the current yearly period within which such notice is given, and shall continue until an agreement has been reached, and during such negotiations this agreement shall remain in full force and effect; provided, however, that if negotiations continue beyond the 9th day of August, 2005 or of the annual period thereafter, either party may then terminate this agreement at any time upon ten (10) days written notice to the other party to that effect.

In witness whereof, the parties have executed this agreement at Dothan, Alabama, this 19th day of August, 2000.

Pemco World Air Services, Inc.                        International Association of Machinist &
By                                                    Aerospace Workers AFL-CIO and its
                                                      Local Lodge No. 1632

Page 43

# APPENDIX A

## OCCUPATIONAL GROUPS



## GENERAL REQUIREMENTS OF ALL JOB CLASSIFICATIONS

1.  All employees must have or obtain all personal tools called out in the tool requirement list for his job classification.

2.  All employees are responsible for performing cleaning necessary to perform their duties and will be responsible for keeping their assigned area in a clean, orderly and safe condition.

3.  All employees are required to use personal protective equipment and safety devices.

4.  Performs duties related to his classification, including:

    A.  Gaining access to assigned work area by removing, reinstalling, and/or replacing miscellaneous minor components such as: clamps; tubing; upholstery; floor panels; canon plugs; etc., for the accomplishment of the assigned task.

    B.  Performing rework operations including incidental work required for satisfactory completion of the assignment.

    C.  When required, wraps, protects, loads and unloads parts and material for intra-facility movement.

    D.  Completing and processing appropriate tagging, logs, and all documentation associated with the assigned task.

5.  An employee may be required to perform the duties required in a lower-level job, in his normal line of progression.

6.  An employee shall be required to instruct lower classified employees, in his normal line of progression, in the performance of their work.

7.  An employee shall be required to draw and return tools, materials and equipment required to properly accomplish his work.

8.  An employee shall occasionally be assigned work in the next higher classification for promotional purposes.

9.  Job descriptions do not contain every detail task involved in the work an employee will be required to perform.

10. An employee will be required to fill out, handle and accomplish as assigned, any forms or other paperwork in conjunction with the accomplishment of his job.

11. The job descriptions are of a composite nature and do thereby not require an individual employee to perform all of the work therein mentioned; however, an employee must be qualified to perform satisfactorily all assigned duties according to his job description.

12. Performs duties related to his classification as assigned. The above provisions shall apply to all employees in the production and maintenance unit and shall be deemed to be a part of the job description of each job in the unit.

13. The following shall be deemed included in all "B" job descriptions:

    *   When performing those duties which distinguish the "B" from the "A" job, the "B" will work as an assistant;

    *   When performing other duties called out in his job description, the "B" will work with little or no supervision or instruction.

**APPENDIX A**

**SPECIFIC JOB DESCRIPTIONS**

**Aircraft Mechanic A**

**Summary:** Services troubleshoots, repairs, modifies, preserves, maintains, and overhauls aircraft, aircraft systems, and aircraft components in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Works to written or verbal instructions.
2. Performs all work assigned in accordance with approved maintenance procedures.
3. Records work performed and assumes responsibility for that work as indicated by his/her signature.
4. Uses blueprints, schematics, technical drawings, and Maintenance Manuals in performance of assigned duties.
5. Performs touch up painting as needed, (within the task area).
6. Must maintain A&P license in a current status and carry it on their person when at work. (Does not apply to employees who were A Mechanics before the ratification of this agreement and who do not hold an A&P licenses).
7. May do experimental and developmental work as assigned.
8. Instructs lower level employees in same occupational group.
9. Document in writing, in the Inspector's call book, suspected discrepancies discovered during the performance of his/her assigned tasks. The suspected discrepancy must be reviewed by Inspection, and if verified a non-routine will be generated by the Inspector. Employees other than Inspectors will not be assigned to perform the duties and responsibilities as defined in Appendix A, Inspector Classification Duties and Responsibilities.

**Qualifications:**

1. Must hold a valid Airframe and Powerplant license. (Does not apply to employees who were A Mechanics prior to the ratification of this agreement.)
2. Must have a minimum of two years heavy service experience as a mechanic.
3. Must have a thorough working knowledge of all forms and documents required to support a heavy maintenance service, including, but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
4. Must be able to read and interpret technical manuals, instructions, blueprints, and drawings.
5. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of duties assigned.
6. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.
7. Upon meeting the qualifications, an Aircraft Mechanic B may apply to be promoted to the classification of Aircraft Mechanic A. After verification of his qualifications by the Human Resources Office, the employee shall be promoted.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

### Aircraft Mechanic B

**Summary:** Services, repairs, modifies, preserves, maintains, and overhauls, aircraft, aircraft systems, and aircraft components in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

### Duties and Responsibilities:

1. Works to written or verbal instructions, alone or assisting higher level employees.
2. Performs all work assigned in accordance with approved maintenance procedures.
3. Records work performed and assumes responsibility for that work as indicated by his/her signature.
4. Uses blueprints, schematics, technical drawings, and Maintenance Manuals in performance of assigned duties.
5. Performs touch up painting as needed, (within the task area).
6. Maintains A&P license on person, if earned.

### Qualifications:

1. Must have a working knowledge of forms and documents required to support a heavy maintenance service, including, but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
2. Must be able to read and interpret technical manuals, instructions, blueprints, and drawings.
3. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of duties assigned.
4. Must have a minimum of one year experience or specialized training.
5. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.

### Classification Distinctions:

The B job differs from the A in that the B is not required to:

1. Trouble shoot flight controls.
2. Set engine or flight control rigging.
3. Perform operational checks of landing gears except when assisting higher classified employees.
4. Trouble shooting of major systems except when assisting higher classified employees.
5. Release aircraft for flight.
6. Perform engine run-ups or taxi aircraft.

### Physical Requirements:

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Avionics Mechanic A

**Summary:** Performs trouble-shooting, operational testing, modification, and repair of components of aircraft instrument, electrical, and electronic systems in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Works to written or verbal instructions.
2. Performs all work assigned in accordance with approved maintenance procedures.
3. Records work performed and assumes responsibility for that work as indicated by his/her signature.
4. Uses blueprints, schematics, technical drawings, and Maintenance Manuals in performance of assigned duties.
5. Must maintain an A or FCC license in a current status and carry it on their person when at work. (Does not apply to employees who were Instrument, Electrical, and Electronic A's prior to the ratification of this agreement and who do not have an A or FCC license.)
6. May do experimental and developmental work as assigned.
7. Instructs lower level employees in same occupational group.
8. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.
9. Document in writing, in the Inspector's call book, suspected discrepancies discovered during the performance of his/her assigned tasks. The suspected discrepancy must be reviewed by Inspection, and if verified a non-routine will be generated by the Inspector. Employees other than Inspectors will not be assigned to perform the duties and responsibilities as defined in Appendix A, Inspector Classification Duties and Responsibilities.

**Qualifications:**

1. Must hold a valid Airframe license or FCC license. (Does not apply to employees who were Instrument, Electrical, and Electronic A's prior to the ratification of this agreement).
2. Must have a minimum of two years heavy service experience in avionics.
3. Must have a thorough working knowledge of all forms and documents required to support a heavy maintenance service, including, but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
4. Must be able to read and interpret technical manuals, instructions, blueprints, drawings, and schematics.
5. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of duties assigned.
6. Upon meeting the above qualifications, an Avionics Mechanic B may apply to be promoted to the classification of Avionics Mechanic A. After verification of his qualifications by the Human Resources Office, the employee shall be promoted.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Avionics Mechanic B

**Summary:** Performs modification, and repair of aircraft electrical, and electronic systems in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Works to written or verbal instructions, alone or assisting higher level employees.
2. Performs all work assigned in accordance with approved maintenance procedures.
3. Records work performed and assumes responsibility for that work as indicated by his/her signature.
4. Uses blueprints, schematics, technical drawings, and Maintenance Manuals in performance of assigned duties.
5. Maintains any Aviation licenses on person, if earned.

**Qualifications:**

1. Must have a minimum of one year heavy service experience or specialized training in avionics.
2. Must have a thorough working knowledge of all forms and documents required to support a heavy maintenance service, including, but not limited to, Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
3. Must be able to read and interpret technical manuals, instructions, blueprints, drawings, and schematics.
4. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of duties assigned.
5. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.

**Classification Distinctions:**

The B job differs from the A in that the B is not required to:

1. Trouble shoot electronic systems except when assisting a higher classified employee.
2. Perform compass swing except as an assistant.
3. Perform repair of instruments and gauges found to be out of calibration as a result of calibration checks. Major repair for this purpose is defined as the replacement of Bourbon tubes, Aneroids, Bellows, and such.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Avionics Repairman

**Summary:** Performs trouble shooting, bench test, modification and overhaul of components of aircraft instrument, electrical and electronic systems in assigned electronic and instrument shops.

**Duties and Responsibilities:**

1. Accomplishes rework, repair to include complete overhaul of aircraft instruments, electrical and electronic components.
2. Performs assembly, disassembly and repair of basic units which make up electronic equipment to include modification of basic units of the particular electronic component.
3. Trouble shoots component circuits, systems, and their component parts as necessary to ascertain causes of malfunctioning.
4. Designs, constructs, alters, test equipment as may be required for new experimental and developmental work in his assigned area.
5. Makes sketches of work done for subsequent use by engineering in making formal drawings.
6. Performs experimental and developmental work, working from pre-release blueprints, sketches or on a verbal basis with engineering.
7. Competently selects and uses appropriate testing equipment to accomplish his duties and instructs lower classified personnel in their use as required.
8. May be required to perform trouble shooting assignments with other classifications outside his shop on aircraft systems when cause of malfunction cannot be determined.
9. Checks for defects, charges, stores, and makes repairs to batteries.
10. Checks calibration of aircraft instruments.
11. Sets and adjusts thermo-couples, electrical and electronic gauges, selsyns and limits switches.

**Qualifications:**

1. Normally four (4) years experience in repair, construction or testing of electronic equipment of which two (2) years should have been in aircraft radio and radar.
2. Must have a broad knowledge of electronic theory and electronic navigation and communication equipment.
3. Must hold valid General Radio Telephone Operators license issued by Federal Communications Commission, in order to qualify for this job classification if required by Company in order to meet business obligations.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Custodian

**Summary:** Performs janitorial services throughout the facility.

**Duties and Responsibilities:**

1. Performs prescribed housekeeping on buildings, grounds and facilities.
2. Provides supplies and minor maintenance services.
3. Cleans building interior and exterior surfaces.
4. Keeps facility in clean and orderly condition.
5. Maintains inventory and orders supplies necessary for job accomplishment.

**Qualifications:**

1. Must have prior custodial experience or general knowledge in cleaning and maintenance procedures.
2. Must be able to work to written and oral instructions.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel and walk for extended periods.
2. Must be able to handle and maintain cleaning equipment necessary for job accomplishments.
3. Must be able to properly wear personal protective equipment.
4. Must be able to climb and work from ladders, work stands, and other heights.
5. Must be able to work with one or both hands extended overhead.
6. Must have correctable near and far vision.
7. Must be able to hear at conversational level with hearing aid.
8. Must be able to lift 25 pounds.

**Environmental Specialist**

**Summary:** Operates the Waste Water Treatment Facility (WWTF) in accordance with policies, procedures, requirements, and specifications established by the Company and applicable government agencies.

**Duties and Responsibilities:**

1. Performs scheduled and unscheduled maintenance on wastewater treatment equipment.
2. Monitors flow gauges, instruments, pumps, and controls associated with the WWTF and analyzes wastewater samples to ensure proper operation.
3. Mixes chemicals and chemical solutions necessary for the proper operation of the WWTF.
4. Troubleshoots chemical and biological systems of the WWTF.
5. Operates filter press to process waste byproducts.
6. Maintains area in clean, orderly, and safe manner.
7. Maintains plumbing system of WWTF.
8. Takes wastewater samples.
9. Assists Safety/Environment Dept. as necessary.

**Qualifications:**

1. Must have a high school diploma or equivalent.
2. Must have two years experience or specialized training in the operation of a WWTF.
3. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.
4. Must be able to perform complex mathematical calculations.
5. Must be qualified to operate fork lifts, cranes, and other special equipment associated with assigned duties.
6. Must be able to read and accurately interpret complex and technical written procedures.
7. Must be able to obtain state or federal certification for WWTF Operator when required.

**Physical Requirements:**

1. Must be able to effectively wear a respirator.
2. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
3. Must be able to climb and work from ladders, work stands, and other heights.
4. Must be able to work with one or both hands extended overhead.
5. Must have correctable near and far vision.
6. Must be able to hear at conversational level with hearing aid.
7. Must be able to lift 25 pounds.
8. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Fabric and Upholstery Mechanic

**Summary:** Responsible for fabricating repair parts and any related covers and the making of templates from blueprints and other types of drawings in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1.  Makes templates and patterns, measures and lays out materials used to fabricate any and all aircraft covers. Repairs, manufacturers, overhauls, and fabricates all aircraft related covers.
2.  Read and interpret technical manuals, technical drawings, and blue prints.
3.  Cuts material, fits, sews, assembles and installs parts as required.
4.  Uses standard and special sewing machines, tools, and equipment incidental to accomplishment of the work assignments, and performs routine minor maintenance on their equipment.
5.  Works to written and oral instructions.

**Qualifications:**

1.  Must be proficient in use of tools and equipment necessary for satisfactory performance of all duties. Should be able to perform any and all duties involved in the job assignment and should work from varied written and verbal specifications to include rough sketches, etc.
2.  Must be able to fabricate and repair aircraft seat covers, seat cushions and other aircraft related items made of fabric and must be capable of performing upholstery work associated with aircraft interiors.
3.  Must have ability to make templates from blueprints without assistance.
4.  Must have ability to use all trim and upholstery tools utilized in tasks.
5.  Must have a minimum 12 months experience operating industrial sewing machines.
6.  Must be able to cut/surge carpets from a pattern.

**Physical Requirements:**

1.  Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2.  Must be able to climb and work from ladders, work stands, and other heights.
3.  Must be able to work with one or both hands extended overhead.
4.  Must have correctable near and far vision.
5.  Must be able to hear at conversational level with hearing aid.
6.  Must be able to lift 25 pounds.
7.  Must be able to handle and maintain control of small parts and to properly operate hand tools.

THIS PAGE IS INTENTIONALLY BLANK

## Hydraulic and Accessory Mechanic

**Summary:** Responsible for modification, manufacturing, and rebuilding of hydraulic and accessory parts in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Modifies or rebuilds a wide variety of parts.
2. Performs operations as are required in rework of detail parts and assemblies.
3. Operates hydraulic and other test stands and equipment for the testing of components and complete systems.
4. Assembles combination electrical and hydraulic equipment during overhaul or repair process.
5. Lays out and develops tubing line.
6. Sets up and operates machinery.
7. Makes tubing templates.
8. Determines the serviceability of detail parts using various measuring tools and instruments as necessary.
9. Works to written and oral instructions.

**Qualifications:**

1. Must have minimum of 24 months experience in repair/overhaul of hydraulic components.
2. Must possess basic knowledge of pneumatic and hydraulic theory plus a broad knowledge of mechanical operation.
3. Must have thorough knowledge of test standards and tooling used in shop.
4. Requires ability to interpret and work from blueprints, technical orders and other specifications, plus thorough working knowledge of all forms and documents required to support a heavy maintenance service, including but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins and Maintenance Manuals.
5. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for accomplishment of duties as assigned.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

**Inspector**

**Summary:** Responsible for final quality of aircraft, aircraft systems, and aircraft components in accordance with policies, procedures, requirements, and specifications established by the Company, applicable Government Agencies, and aircraft manuals as contained in approved Maintenance Manuals. Performs inspection duties, both functional and operational, on incoming and outgoing rotary and fixed wing aircraft. Ascertains completion of aircraft and records and presents same to the customer. Capable of examining all aircraft forms and records for compliance to applicable specifications, AD's, SB's, etc., and post appropriate entries to the aircraft historical records as required. Inspects the final operation of all completed work including, components, systems, communications navigation, mechanical, and structural. Limited NDT, certifies serviceability of aircraft tooling and test equipment. Inspects assigned Company areas for regulatory compliance.

**Duties and Responsibilities:**

1. Performs quality technical inspections of aircraft, components, parts, and systems, (including avionics, electrical, instrument, and shops) as required by functional assignment.
2. Performs quality and safety inspections of on-site equipment and tooling in aircraft maintenance work, including calibration requirements.
3. Performs in-progress and final quality technical inspections during maintenance, repair, modification, rework, and overhaul of aircraft, aircraft components, and component parts, and assumes responsibility for that work as indicated by his signature.
4. Inspects job progress, procedures, and maintenance forms used in the performance of aircraft maintenance work to assure compliance with approved methods, data, procedures, and regulatory requirements.
5. Inspects all incoming parts to assure they carry approved documentation and certification.
6. Performs related duties incidental to accomplishment of inspection duties described herein to include items such as:
   a. Removing and re-installing access doors and inspection plates in order to gain access for performing inspection duties (doors and plates are those with quick opening fasteners or screws which can be removed quickly);
   b. Correcting minor discrepancies such as tightening clamps by hand, cannon plugs, brackets, relieving chaffing conditions of wires and tubes, removing and picking up of nuts and bolts, pieces of wire, paper, and other small debris. This does not include safetying or performing any task which would necessitate obtaining or replacing parts or hardware. Tools required would be a pair of dikes, pair of pliers, and two types of screwdrivers.
7. Writes up discrepancies in accordance with procedures.

**Qualifications:**

1. Must hold a valid Airframe and Powerplant license.
2. Must have a minimum of three years heavy service experience.
3. Must have a thorough working knowledge of all forms and documents required to support a heavy maintenance service and how they apply to a Repair Station, including, but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.

**Inspector Cont'd**

**Qualifications Cont'd –**

4. Must successfully complete two forty hour General Familiarization courses on the type aircraft serviced by Pemco.
5. Must be able to read and interpret technical manuals, instructions, blueprints, and drawings, including the ability to locate limits in the above.
6. Must demonstrate an ability to use, with accuracy, all measuring, test, and diagnostic equipment normally associated with aircraft maintenance and repair practices.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

**Lead Person**

**Summary:** Any employee designated as leadman by the Company shall perform work in his classification for a major portion of the time and assume responsibility for the satisfactory completion and quality of all job assignments. In addition, he shall be required to lead, assign work to, and direct the work of other employees in a given classification and/or a specialized job or operation.

**Duties and Responsibilities:**

1. Shall perform work in his classification for a major portion of his assigned working hours.
2. Leads, assigns work to, and directs all work in conformance with the classifications of employees assigned to him.
3. Instructs other employees in the proper methods and procedures of performing jobs when required.
4. Reads and interprets information, answers questions, reviews work in process, and checks completed work to ensure quality and timely completion of all job assignments.
5. Eliminates ordinary difficulties encountered in regular job assignments.
6. Prepares and maintains records pertaining to job assignments as required.
7. Responsible for satisfactory completion of work performed by employees assigned to him.
8. Refers any matter to his Supervisor which is not within his authority as stated in Classification Distinctions.

**Qualifications:**

1. Shall have a thorough knowledge of work to be performed within a given classification and/or a specialized job or operation.
2. Must have demonstrated the ability to use good judgment and make sound decisions.
3. Must possess leadership qualities to include the previously demonstrated ability to cooperate and work with others.
4. Must have the ability to perform high quality work in a reasonable length of time, lead, and direct the work of their employees.
5. Must be able to satisfactorily accomplish all job assignments with little or no supervision or instruction.
6. Must have the ability to efficiently and accurately read, interpret, and carry out written or verbal instructions, technical orders, operating procedures, and directives.
7. Structural Mechanic Leads  must have their A license. Aircraft Mechanic Leads must have A & P license.  Avionics Mechanic Leads must have their A or FCC license. This does not apply to employees who are leads or have been leads prior to the ratification of this agreement.

**Classification Distinctions:**

1. Shall not have the authority to recommend employees for employment, transfer, promotion, or disciplinary action.

**Physical Requirements:**

1. Must be able to work the same hours and perform the same duties as those employees assigned to him.
2. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
3. Must be able to climb and work from ladders, work stands, and other heights.
4. Must be able to work with one or both hands extended overhead.
5. Must have correctable near and far vision.
6. Must be able to hear at conversational level with hearing aid.
7. Must be able to lift 25 pounds.
8. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Machinist

**Summary:** Fabricates aircraft repair parts and tools. Sets up and operates all machine shop and tool room machines in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

### Duties and Responsibilities:

1. Uses all tools and programs machine shop equipment.
2. Removes or fabricates aircraft parts and tools.
3. Performs rework, repair and maintenance of tools and related items.
4. Performs user maintenance and repair of shop equipment.
5. Reads and interprets Technical Manuals, technical drawings, blueprints, sketches and other written or oral instruction used to repair, fabricate and manufacture aircraft repair parts and special tools.

### Qualifications:

1. Must have thorough knowledge of shop practice, standard charts and tables, blueprints and mathematics.
2. Must have minimum 30 months experience formal machinist training or machine shop experience.
3. Must identify and work with ferrous and non-ferrous metals, alloys and other materials common to aircraft repair.
4. Requires the ability to solve gear cutting problems.
5. Requires the ability to use all required hand tools and precision measuring instruments.
6. Must have thorough working knowledge of use, maintenance and repair of tools, dies, jigs, fixtures, gauges and other job related instruments and equipment as required.

### Physical Requirements:

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods of time.
2. Must be able to work with one or both hands extended overhead.
3. Must be able to climb and work from ladders, work stands, and other heights.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

**Maintenance Mechanic**

**Summary:** This position requires the repair, rework and modification of any and all plant facilities and equipment as assigned. Performs a variety of manual and clerical tasks involved in the receiving, identification, storing, issuing, cleaning, preserving and maintenance of tools and equipment.

**Duties and Responsibilities:**

1. Estimates quantity of materials needed for a specific job and initiates requisitions for the required materials. Inspects materials received for quantity and quality prior to use.

2. Maintains own parts crib and performs such duties as receipt, storage, inventory inspection, and issue of replacement parts for ground vehicular equipment.

3. Welds ferrous and non-ferrous metals such as stainless steel, aluminum, copper, etc. Also cuts and fits materials properly for welding in accordance with established welding procedures.

4. Applies decals in accordance with work assignments and does touch-up painting on components or parts with hand brush or spray can.

5. May be required to operate fork lift, crane, and fuel truck.

6. Performs furnace and boiler tender functions such as maintaining uniform hot water temperature ranges and boiler pressure on steam and hot water fixtures and dish washers by the proper operation of the coal stoker and boiler. Makes constant observations of steam pressure, water pressure and the boiler fire controlling these pressures. Ensures proper operation of heating systems.

7. Performs janitorial functions such as keeping public parts of building in a clean and orderly condition; sweeping, scrubbing, mopping, and removing litter and waste paper; supplying paper towels, soap and deodorant; cleaning rest rooms and rest room facilities; washing windows, and waxing and polishing floors.

8. Performs a variety of jobs in the plant such as digging ditches; moving lumber, furniture, machinery, and equipment; mowing lawns; loading and unloading trucks; mixing, pouring and finishing of concrete; joint taping of sheet rock, etc.

9. Drives a truck for the purpose of transporting personnel, tools, equipment or materials needed in maintenance work and to deliver ice and water to various locations for any type of employee.

10. Performs general servicing for all types of vehicles such as bicycles, trailers, automotive, ground powered, and fuel servicing equipment, including such duties as: washing; greasing; doping; waxing; changing tires; repairing punctures; steaming and washing motors; and making minor repairs.

11. Competently uses and maintains all standard and special tools and equipment incidental to the satisfactory accomplishment of duties described above.

**Qualifications:**

1. High school graduate or equivalent
2. Must have a basic knowledge of AC and DC electricity.
3. Must be able to determine and use mathematical equations and other data used in the fabrication process.
4. One year experience or specialized training in a facilities maintenance trade.
5. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.

**Maintenance Mechanic Cont'd**

**Physical Requirements:**

1.  Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2.  Must be able to climb and work from ladders, work stands, and other heights.
3.  Must be able to work with one or both hands extended overhead.
4.  Must have correctable near and far vision.
5.  Must be able to hear at conversational level with hearing aid.
6.  Must be able to lift 25 pounds.
7.  Must be able to handle and maintain control of small parts and to properly operate hand tools, including power tools.

**THIS PAGE IS INTENTIONALLY BLANK**

**Painter**

**Summary:** Coats surfaces of aircraft and aircraft parts with paint, lacquer, epoxy, resin or other material in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Works to verbal or written instructions.
2. Refinishes aircraft, aircraft parts, and other items as assigned.
3. Ensures paint spraying equipment is maintained in accordance with manufacturer's instructions.
4. Mixes material used in paint process.

**Qualifications:**

1. Must have a minimum of one year aircraft painting experience or specialized training in aircraft painting.
2. Must have a thorough working knowledge of all forms and documents required to support the paint portion of a heavy maintenance service, including, but not limited to Company Policy and Procedures manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
3. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of painter duties.
4. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Plant Mechanic

**Summary:** This position requires the repair, rework and modification of any and all plant facilities and equipment as assigned. Performs a variety of manual and clerical tasks involved in the receiving, identification, storing, issuing, cleaning, preserving and maintenance of tools and equipment.

### Duties and Responsibilities:

1. Estimates quantity of materials needed for a specific job and initiates requisitions for the required materials. Inspects materials received for quantity and quality prior to use.

2. Maintains own parts crib and performs such duties as receipt, storage, inventory inspection, and issue of replacement parts for ground vehicular equipment.

3. Welds ferrous and non-ferrous metals such as stainless steel, aluminum, copper, etc. Also cuts and fits materials properly for welding in accordance with established welding procedures.

4. Applies decals in accordance with work assignments and does touch-up painting on components or parts with hand brush or spray can.

5. May be required to operate fork lift, crane, and fuel truck.

6. Performs furnace and boiler tender functions such as maintaining uniform hot water temperature ranges and boiler pressure on steam and hot water fixtures and dish washers by the proper operation of the coal stoker and boiler. Makes constant observations of steam pressure, water pressure and the boiler fire controlling these pressures. Ensures proper operation of heating systems.

7. Performs janitorial functions such as keeping public parts of buildings in a clean and orderly condition; sweeping, scrubbing, mopping, and removing litter and waste paper; supplying paper towels, soap and deodorant; cleaning rest rooms and rest room facilities; washing windows, and waxing and polishing floors.

8. Performs a variety of jobs in the plant such as digging ditches; moving lumber, furniture, machinery, and equipment; mowing lawns; loading and unloading trucks; mixing, pouring and finishing of concrete; joint taping of sheet rock, etc.

9. Drives a truck for the purpose of transporting personnel, tools, equipment or materials needed in maintenance work and to deliver ice and water to various locations for any type of employee.

10. Performs general servicing for all types of vehicles such as bicycles, trailers, automotive, ground powered, and fuel servicing equipment, including such duties as: washing; greasing; doping; waxing; changing tires; repairing punctures; steaming and washing motors; and making minor repairs.

11. Competently uses and maintains all standard and special tools and equipment incidental to the satisfactory accomplishment of duties described above.

### Classification Distinctions:

The Plant Mechanic differs from the Maintenance Mechanic position in that the Plant Mechanic is not required to:

1. Perform general carpentry work to include the construction of work stands, parts bins, cribs, tables, racks, chocks, storage cabinets, partitions, and shipping crates for maintenance parts only.

2. Perform general plant electrical work to include the running of new lines, installation and hook-up of electrical motors.

Page 64

**Plant Mechanic Cont'd**

**Classification Distinctions Cont'd –**

3. Perform general plumbing work to include the cutting and threading of pipe and the installation of tanks, boilers, etc.
4. Perform sheet metal work to accomplish duties described herein, including roof and gutter work.
5. Perform brick laying and masonry work.
6. Diagnose mechanical trouble.
7. Make layouts and setups except in assisting higher-classified employees.

**Qualifications:**

1. High school graduate or equivalent.
2. Must have a basic knowledge of AC and DC electricity.
3. Must be able to determine and use mathematical equations and other data used in the fabrication process.
4. One year experience or specialized training in a facilities maintenance trade.
5. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools, including power tools.

# Service Attendant

**Summary:** Performs miscellaneous duties, including duties of a mechanical nature, in and about shops, hangars, ramps, and buildings in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

### Duties and Responsibilities:

1. Performs aircraft and aircraft parts cleaning as required.
2. Performs aircraft and aircraft parts paint and corrosion removal by chemical means.
3. Cleans, brightens, strips, rinses, treats and conditions fabrics, plastics, phenolics, and metal surfaces.
4. Loads and unloads parts into tanks.
5. Masks aircraft, parts, and subassemblies prior to cleaning and treating operations.
6. Performs other general duties as assigned.
7. May work under the general guidance of, or provide assistance to Aircraft Mechanics, Avionics Mechanics, Environmental Specialists, Facilities Mechanics, Painters, Storekeepers, or Structural mechanics as assigned.

### Qualifications:

1. High school graduate or equivalent.
2. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.
3. Must be able to follow written or verbal instructions.

### Physical Requirements:

1. Must be able to properly wear personal protective equipment.
2. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
3. Must be able to climb and work from ladders, work stands, and other heights.
4. Must be able to work with one or both hands extended overhead.
5. Must have correctable near and far vision.
6. Must be able to hear at conversational level with hearing aid.
7. Must be able to lift 50 pounds.
8. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Storekeeper

**Summary:** Responsible for the operation of Supply storerooms to include receiving, shipping, packaging, inspecting, safeguarding, issuing, preserving for storage and transferring of stock to include tools, parts, raw materials, assemblies, instruments, equipment, and other supplies in accordance with policies, procedures, requirements, and specifications established by the Company, applicable Government Agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Responsible for the efficient operation of receiving areas, shipping areas, supply storerooms, warehouses, and stock issue stations in accordance with applicable supply procedures and verbal instructions.
2. Performs duties as assigned incidental to the receipt, storage, issue, transfer, or shipping of stock.
3. Sets up and maintains efficient storage and supply areas as assigned.
4. Maintains authorized stock levels and issues materials as required.
5. Completes, verifies, and maintains records, forms, and reports necessary to accomplish assigned duties.
6. Performs research to include use of technical orders, stock lists, and other manuals to affix stock numbers to physical objects for proper identification and nomenclature.
7. Plans work and instructs associate personnel in shipping, receiving, issuing, and packaging as required.

**Qualifications:**

1. Normally a high school education or equivalent, plus one year experience in aircraft stores, material control, and/or shipping.
2. Must be familiar with aircraft stock catalogues, aircraft components, parts or stock lists, etc. and be able to look up part numbers.
3. Requires the ability to perform physical labor and accurately follow verbal or written instructions.
4. Must be able to use hand tools and equipment such as hammers, saw, crow bars, hand and jack trucks.
5. Must be able to read and write legibly.
6. Must have working knowledge of operation of a motor vehicle, fork lift, etc.
7. Must possess some knowledge of handling, transporting, shipping, and disposal of hazardous materials.
8. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.
9. Must be able to operate computer equipment and programs when given proper training.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 50 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

### Structural Mechanic A

**Summary:** Fabricates, repairs, replaces, or rebuilds aircraft structures, repair parts, and special tools, in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Works to written or verbal instructions.
2. Performs all work assigned in accordance with approved maintenance procedures.
3. Records work performed and assumes responsibility for that work as indicated by his/her signature.
4. Uses blueprints, schematics, technical drawings, and Maintenance Manuals in performance of assigned duties.
5. Must maintain Airframe license in a current status and carry it on their person when at work. (Does not apply to employees who were Structural Mechanic A's prior to the ratification of this agreement and who do not have an Airframe license.)
6. May do experimental and developmental work as assigned.
7. Instructs lower level employees in same occupational group.
8. Performs paint touch up within the task area being worked.
9. Document in writing, in the Inspector's call book, suspected discrepancies discovered during the performance of his/her assigned tasks. The suspected discrepancy must be reviewed by Inspection, and if verified a non-routine will be generated by the Inspector. Employees other than Inspectors will not be assigned to perform the duties and responsibilities as defined in Appendix A, Inspector Classification Duties and Responsibilities.

**Qualifications:**

1. Must hold a valid Airframe license. (Does not apply to employees who were Structural Mechanic A's prior to the ratification of this agreement.)
2. Must have a minimum of two years heavy service experience in structures.
3. Must have a thorough working knowledge of all forms and documents required to support a heavy maintenance service, including, but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
4. Must be able to read and interpret technical manuals, instructions, blueprints, drawings, and schematics.
5. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of duties assigned.
6. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.
7. Upon meeting the qualifications, a Structural Mechanic B may apply to be promoted to the classification of Structural Mechanic A. After verification of his qualifications by the Human Resources Office, the employee shall be promoted.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

**Structural Mechanic B**

**Summary:** Fabricates, repairs, replaces, or rebuilds aircraft structures, repair parts, and special tools, in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

**Duties and Responsibilities:**

1. Works to written or verbal instructions, alone or assisting higher level employees.
2. Performs all work assigned in accordance with approved maintenance procedures.
3. Records work performed and assumes responsibility for that work as indicated by his/her signature.
4. Uses blueprints, schematics, technical drawings, and Maintenance Manuals in performance of assigned duties.
5. Maintains any aviation licenses on person, if earned.

**Qualifications:**

1. Must have a minimum of one year heavy structural experience or specialized training in aircraft structures.
2. Must have a thorough working knowledge of all forms and documents required to support a heavy maintenance service, including, but not limited to Company policy and procedure manuals, FAR's, AD's, Service Bulletins, and Maintenance Manuals.
3. Must be able to read and interpret technical manuals, instructions, blueprints, drawings, and schematics.
4. Must be efficient in the use and application of tools, gauges, instruments, etc. necessary for the accomplishment of duties assigned.
5. Must have an understanding and working knowledge of hazardous material handling and disposal as related to the job assignment.

**Classification Distinctions:**

The B job differs from the A in that the B is not required to:

1. Perform heat treating of parts except as an assistant.
2. Perform layout of contours where a splice and weight are necessary.
3. Make form blocks and templates.
4. Work from lofting prints when compound contours are involved.
5. Do lay-out work.

**Physical Requirements:**

1. Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2. Must be able to climb and work from ladders, work stands, and other heights.
3. Must be able to work with one or both hands extended overhead.
4. Must have correctable near and far vision.
5. Must be able to hear at conversational level with hearing aid.
6. Must be able to lift 25 pounds.
7. Must be able to handle and maintain control of small parts and to properly operate hand tools.

## Welder

**Summary:** Performs welding, cutting and related duties in accordance with policies, procedures, requirements, and specifications established by the Company, applicable government agencies, and aircraft manufacturers as contained in approved Maintenance Manuals.

### Duties and Responsibilities:

1.  Welds, brazes, silver solders aircraft, aircraft components, and performs cutting operations.
2.  Welds ferrous and non-ferrous metals.
3.  Responsible for layout, setup, alignment, operation, maintenance, and preservation of manually and automatically operated welding, brazing, soldering, and cutting tools, equipment and machines.
4.  Performs layout and set-up from blueprints, customer and company directives, technical orders, and verbal or written specifications or instructions.
5.  Performs experimental and developmental work as assigned.

### Qualifications:

1.  Must be capable of meeting requirements, applicable certification and structural steel certification tests with any/all approved methods of fusion welding on any/all weldable alloys as required.
2.  Must have thorough knowledge of cause and prevention of thermal cracks and distortion and stress cracks and distortion.
3.  Must identify any carbon and metal alloys and know the type(s) of welding rods, flux and fusion welding method to be employed.
4.  Must possess a current Class "A" Welder and/or Welding Operator Certification.
5.  Must be able to identify and work with ferrous and non-ferrous metals, alloys and other materials common to aircraft repair.
6.  Must be able to determine and use mathematical equations, metallurgical tables and charts, and other data used in the repair and fabrication process.
7.  Must have a thorough understanding of all welding processes used in aircraft repair.

### Physical Requirements:

1.  Must be able to sit, stand, bend, crouch, kneel, and walk for extended periods.
2.  Must be able to climb and work from ladders, work stands, and other heights.
3.  Must be able to work with one or both hands extended overhead.
4.  Must have correctable near and far vision.
5.  Must be able to hear at conversational level with hearing aid.
6.  Must be able to lift 50 pounds.
7.  Must be able to handle and maintain control of small parts and to properly operate hand tools.

<u>APPENDIX B – Assignment of Union Shop Stewards</u>

It is hereby understood and agreed that the Union may assign Shop Stewards and Zone Committeemen in accordance with the following schedule for the respective shifts.

| No. of<br>Stewards | Area & Location | Shift |
|:---:|---|:---:|
| 1 | Area "A" – Hangar No. 1 and 2 and Shops opening into these hangars | 1st |
| 1 | Area "B" – Hangar No. 3, the Component Paint Shop and Shops opening into this hangar. | 1st |
| 1 | Area "C" – Hangar No. 4, 5, 11. | 1st |
| 1 | Area "D" – Trade School (Building 22), Electric Shop, Propeller Shop, Harness Shop, and Hangar 7 & 8 | 1st |
| 1 | Zone Committeeman from above areas | 1st |
| 1 | Area "E" – Lower Nose Dock, Lower Flight Line, Wash Rack Area, Plant Maintenance and Plant Maintenance Welding Shop | 1st |
| 1 | Area "F" – Upper Nose Dock and Upper Flight Line | 1st |
| 1 | Area "G" – Hangar 6, Hangar 6 Supply Area, Bulk Storage Yard | 1st |
| 1 | Area "H" – Hangar 15 | 1st |
| 1 | Zone Committeeman from above areas | 1st |
| 1 | Area "A", "B", "C", "D", "E", "F", "G", "H", Odd Work Week | 1st |
| 1 | Area "A", "B", "C", "D", "E", "F", "G", "H", Odd Work Week | 2nd |
| 1 | Area "A", "B", "C", "D", "E", "F", "G", "H",<br>(all locations) (except as provided) | 2nd |
| 1 | Zone Committeeman from above areas | 2nd |

When employment on second shift is less than 150 employees, there shall be one Steward and an alternate. 150 to 300 employees, two Stewards and an Alternate, 301 to 450 employees, three Stewards and an Alternate.

**THIS PAGE IS INTENTIONALLY BLANK**

<u>**APPENDIX C – Insurance Summary**</u>

<u>**Section 1.**</u>   **HEALTH & LIFE INSURANCE SUMMARY**

**(A)** Effective August 19, 2000 the following charges for new claims originating on or after August 19, 2000:

<u>**Classification of Employees**</u>

Class I

<u>**Definition of Classes**</u>

All active, full-time employees

<u>**For Employee Only**</u>

Employee Group Life Insurance
Optional Employee Group Life Insurance (employee paid)

<u>**Maximum Amount of Benefits**</u>

$32,000.00
Up to $50,000.00

<u>**Group Accidental Death and Dismemberment Insurance**</u>

Principal Sum

$20,000.00

<u>**Group Weekly Indemnity Benefits**</u>

(Benefits commence on 1st day of disability caused by non-occupational accident, 8th day caused by non-occupational sickness; maximum number of weeks payable is 26 weeks.)

$210.00 per week for new claims originating on or after August 19, 2000.

**SUMMARY OF BENEFITS – HEALTH**

## INPATIENT HOSPITAL BENEFITS

| | |
|---|---|
| **Deductible and Copay** | $250 Deductible per admission, 120 days per confinement; Semi-private room and board and intensive care units; General nursing care and other usual hospital ancillary services in full; No dollar limit. |
| **Maternity Care** | Full hospital benefits as for any other illness; Includes ordinary nursery and diaper service for a new born during the Mother's hospital stay. |
| **Mental and Nervous Conditions** | Full inpatient hospital benefits up to 15 days each 12 consecutive months (includes alcohol and drug abuse) limited to 45 days in a lifetime. |
| **Pre-admission Certification** | All admissions will be subject to pre-admission certification (except for maternity and emergency admissions). |

## OUTPATIENT HOSPITAL AND AMBULATORY SURGICAL FACILITY BENEFITS

| | |
|---|---|
| **Non-Preferred Facilities** | 100% with no deductible for hospital emergency room facility charges for treatment of accidental bodily injury (if rendered within 48 hours of the accident) limited to a $500 maximum, then to major medical; For treatment hemodialysis; and surgery to $750, then to major medical. |
| **Preferred Facilities** | 100% with no deductible for accidents, chemotherapy, radiation therapy, IV therapy, hemodialysis, X-Ray lab, pathology. $25 co-pay required for medical emergencies and outpatient surgery, then 100%, no time limits or maximums. |

## COMPREHENSIVE MANAGED CARE

| | |
|---|---|
| **Covered Services** | Benefit program that provides an alternative to lengthy hospitalization. |

## OUTPATIENT DIAGNOSTIC BENEFITS

| | |
|---|---|
| **X-Ray, Lab and Medical Exams** | Paid at 100% of the usual, customary and reasonable charge; $100 maximum per person each calendar year. Any remaining expenses may be eligible for major medical coverage. |

## PHYSICIANS' SURGICAL BENEFITS

| | |
|---|---|
| **Surgical Care** | No deductible; Inpatient or outpatient surgery paid according to a schedule with a $900 maximum. |
| **Anesthesia** | No deductible; Paid at 20% of surgical payment, minimum of $15. |

## PHYSICIANS' IN-HOSPITAL MEDICAL BENEFITS

| | |
|---|---|
| **Hospital Medical Visits** | One visit per day; $12 per day beginning the first day for each day of eligible hospitalization. |

## AMBULANCE BENEFITS

| | |
|---|---|
| **Covered Services** | Benefits payable to or from the hospital up to a maximum of $50 for one hospital confinement or any non-occupational bodily injury or surgical procedure. |

## PREFERRED MEDICAL DOCTOR (PMD) BENEFITS

| | |
|---|---|
| **100% With No Deductible** | Diagnostic X-Ray, Lab, Pathology (including PAP Smears); Surgery; Anesthesia Services; second Surgical Opinion; In-hospital Physician's visits and consultations; Chemotherapy and Radiation therapy; Maternity Care; and Routine Immunizations. |
| **$15 Co-Pay Per Visit** | Doctor's office care services and consultations; Emergency Room Services; and office visits for routine well child care. |

## MAJOR MEDICAL

| | |
|---|---|
| **Deductible** | $100 Deductible per person each calendar year; Maximum of three deductibles per family each year. |
| **Payment of Benefits** | 75% of the usual, customary and reasonable charge (UCR); no major medical coverage for in-patient treatment of mental and nervous coverage )including alcohol and drug abuse) after 15 basic hospital days are exhausted; treatment of subluxations by manual manipulation and all other related services is limited to $15 per visit and 26 visits each calendar year; physical therapy limited to $20 per visit. |
| **Maximum** | $150,000 Lifetime Maximum for each covered member. $1,000 Restoration per calendar year. |

Page 75

OUT-OF-STATE HOSPITAL COVERAGE (AND NON-PARTICIPATING IN-STATE HOSPITALS)

## HOSPITAL EXPENSE BENEFITS

### IN-PATIENT BENEFITS

#### Charges for Daily Room and Board

For room and board accommodations
(other than in a ward) ....... Hospital's most prevalent semi-private charge.

For room and board accommodations
in a ward ................................... Hospital's most prevalent ward charge.

Maximum number of days....................................................... Seventy (70)

#### Charges for Miscellaneous Services and Supplies

Maximum misc. hospital charges ....................................................$500.00

Deductible amount.........................................................................$100.00

Any remaining charges maybe eligible for coverage under major medical.

This summary of benefits outlines the principal provisions of the Plan. If any conflict should arise between the content of this summary and Plan, or if any point is not covered herein, the terms of the Plan will govern in all cases. The level of benefits will not be reduced below the level of benefits in effect at the time of ratification of this Agreement; however, the Company retains the right to select and change carriers.

### Section 2.   DENTAL PROGRAM SUMMARY

|  | COVERED CHARGES |
|---|---|
| **TYPE I SERVICES** | |
| Diagnostic – General – Preventive ........................................................ 75% | |
| **TYPE II SERVICES** | |
| Restorative (Basic) ................................................................................ 75% | |
| **TYPE III SERVICES** | |
| Restoration (Major) ................................................................................ 50% | |
| **MAXIMUM PER YEAR**...........................................................................$750.00 | |
| Deductible Requirement ..............................................................$  50.00 | |

**Section 3.**   The date of eligibility for the employees with respect to the above programs will be the 1st day following the date the employee has completed ninety (90) days of continuous employment with Pemco World Air Services, Dothan Facility – such day normally is the date the employee obtains seniority.

## SCHEDULE 1

Work groups shall consist of employees on the same shift, in the same classification, and assigned work in locations or occupational groups as listed.

| | |
|---|---|
| **04** | **Strip Rack** |
| **05** | **Paint Hangars** |
| **06** | **Fabric Shop** |
| **07** | **Hydraulic Shop** |
| **08** | **Machine Shop** |
| **09** | **Avionics Shops** |
| **10** | **Training** |
| **11** | **Sheet Metal Fab. Shop** |
| **12** | **Welding Shop** |
| **13** | **Supply** |
| **14** | **Plant Maintenance** |
| **15 - 25** | **Project Production Stations** |
| **26 - Up** | **New Occupations or Shops established after discussion with Union.** |

Work Groups 04, through 06 are to be combined for inspection coverage, (Work Group 04). Work Groups 07 through 12 are to be combined for inspection coverage, (Work Group 07).

**PEMCO AEROPLEX, INC.**
DOTHAN FACILITY

**MEMORANDUM OF AGREEMENT**
19th Day of August 1992

It is mutually understood and agreed that when an aircraft arrives that is to be placed in work, the Company will assign that aircraft to an overtime work group and it shall remain assigned to that overtime work group throughout the period of work on that occasion.

---

**PEMCO AEROPLEX, INC.**
DOTHAN FACILITY

**MEMORANDUM OF AGREEMENT**
19th day of August, 2000

**Section 1.**    In the event that any federal or state legislation, governmental regulations or court decisions cause invalidation of any Article or Section of this Agreement, all other Articles and Sections not so invalidated shall remain in full force and effect.

**Section 2.**    Within thirty (30) days, the Company and Union shall meet to negotiate new contract language to replace Clause(s) which was invalidated by federal or state legislation.

---

**PEMCO AEROPLEX, INC.**
DOTHAN FACILITY

**MEMORANDUM OF AGREEMENT**
19th Day of August 1992

The Company agrees that it will terminate the contract for the cleaning of Pemco rest rooms upon the ratification of this agreement.

**THIS PAGE IS INTENTIONALLY BLANK**

**INDEX**

## A

A &/or P bonus ...................................................................................................
absent
    due to layoff or disability ...........................................................................37
agreement - desire to terminate .......................................................................... 7
agreement - effective date ...............................................................................43
Aircraft Mechanic A job description..................................................................43
Alternate Lead
    defined ......................................................................................................46
    rate of pay ..................................................................................................37
Appendix A - General Requirements for all Job Classifications...................37
Appendix B
    Assignment of Union Shop Stewards ........................................................45
arbitration
    defined .......................................................................................................71
    procedure ...................................................................................................21
arbitration hearings.........................................................................................21
Arbitrator
    compensation.............................................................................................16
    jurisdiction .................................................................................................21
    limitation of authority to interpret State or Federal law .............................21
    reasonable opportunity to present evidence .............................................21
    selection of ................................................................................................21
automatic progression of classified employee.................................................21
Avionics Mechanic A job description................................................................35
Avionics Mechanic B job description................................................................48
Avionics Repairman job description ................................................................49

## B

bargaining unit work ........................................................................................ 50
    limitations and exceptions
    Supervisors performing work......................................................................41
beginner
    progression for ...........................................................................................41
    rate of pay ..................................................................................................35
break in service ...............................................................................................35
breaks ............................................................................................................... 7
    designated smoking areas .........................................................................41
    when working overtime...............................................................................41
bulletin boards .................................................................................................41
bypassed
    for promotion ..............................................................................................28
    notice of bypass ......................................................................................... 9

## C

change in status ................................................................................................ 9
    distribution of form to employee .................................................................
    offer of........................................................................................................42
claim or award for back wages .........................................................................42
    setoff for unemployment or other compensation.......................................18
clean up
    time allowed................................................................................................41
    work areas...................................................................................................41

## C – Contd.

clocking in early ............................................................................................................42
COBRA
    continuation of Group Health Insurance .........................................................38
    health insurance continuation after retirement.................................................38
Company
    prohibition against - interfering with, restraining, intimidating or coercing any of its
        employees ............................................................................................... 5
compensation
    call in pay .....................................................................................................42
    call-back pay ................................................................................................42
    early call-in ..................................................................................................42
    four (4) hour minimum pay .............................................................................42
    lack of work - minimum pay ...........................................................................42
    report-in pay .................................................................................................42
contract
    desire to terminate .......................................................................................43
    duration .......................................................................................................43
    effective date ...............................................................................................43
    renewal ........................................................................................................43
credit union
    amount due ..................................................................................................39
    deductions ...................................................................................................39
Custodian job description .................................................................................. 51

## D

death in the family - use of sick/personal leave ................................................33
Dental Program - eligibility/benefits ..................................................................38
Designated Inspectors
    defined .........................................................................................................38
    overtime group .............................................................................................38
    rate of pay ...................................................................................................38
discharge
    notice of ......................................................................................................19

## F

FAA bonus .......................................................................................................37
flight pay
    bonus ..........................................................................................................38
    flying time ....................................................................................................38
full time representative of the Union
    access restrictions .......................................................................................16

## G

General Requirements for all Job Classifications – Appendix A ...........................45
grievance
    10 working day filing window .........................................................................18
    authorization to leave/pass ...........................................................................19
    definition ......................................................................................................17
    discharge or disciplinary suspension .............................................................20
    forms ...........................................................................................................18
    investigation .................................................................................................18
    obtaining a Shop Steward .............................................................................18
    pass ............................................................................................................18

## G – Contd.

procedure .......................................................................................................17
reasonable time for ......................................................................................19
Step 1 ............................................................................................................17
Step 2 ............................................................................................................17
Step 3 ............................................................................................................17
time - keeping to a minimum ........................................................................19
time limits.......................................................................................................19
Grievance Committee
composition....................................................................................................16
handling grievances ......................................................................................16
grievance meetings
access to ........................................................................................................16
Group Insurance and Hospitalization Program -- payment of coverage .................38
group weekly indemnity benefits .............................................................................73

## H

holiday
odd work week employees ............................................................................25
holiday pay .............................................................................................................24
holidays
holiday pay ....................................................................................................24
list of 11 recognized holidays ......................................................................24
observed ........................................................................................................24
when on vacation ..........................................................................................25
hours of work defined .............................................................................................23

## I

Insurance
COBRA ..........................................................................................................38
Dental Ins. Summary.....................................................................................76
dental program ..............................................................................................38
eligibility/explanation of benefits ..................................................................73
group weekly indemnity benefits...................................................................73
Health & Life Ins. Summary...........................................................................73
medical summary ..........................................................................................73
payment of coverage.....................................................................................38

## J

Job Classifications - General Requirements ..........................................................45
Job Descriptions
Aircraft Mechanic A .......................................................................................46
Aircraft Mechanic B .......................................................................................47
Avionics Mechanic A ......................................................................................48
Avionics Mechanic B ......................................................................................49
Avionics Repairman .......................................................................................50
Custodian.......................................................................................................51
Environmental Specialist ...............................................................................52
Fabric & Upholstery Mechanic.......................................................................53
Hydraulic & Accessory Mechanic ..................................................................55
Inspector ........................................................................................................56
Lead Person...................................................................................................58
Machinist........................................................................................................59
Maintenance Mechanic..................................................................................60
Painter............................................................................................................62

## J – Contd.

Plant Mechanic.................................................................................................64
Service Attendant............................................................................................66
Storekeeper.....................................................................................................67
Structural Mechanic A ....................................................................................68
Structural Mechanic B ....................................................................................69
Welder ............................................................................................................70
jury duty...............................................................................................................30
jury duty pay .......................................................................................................34

## L

labor grade rate
advancement....................................................................................................35
labor management agreement - distribution to new hires....................................42
layoff
Beginner - indefinite ...................................................................................... 7
employee refuses recall/reclassification offered ................................................ 8
indefinite......................................................................................................... 7
indefinite - deviation from seniority ................................................................. 9
indefinite - notice of ......................................................................................12
indefinite - union notification .......................................................................... 9
notification requirement during layoff............................................................. 7
recalled to a lower rated job ........................................................................... 8
recalled to a lower reated job. ........................................................................ 8
reclassified in lieu of layoff ............................................................................ 8
temporary...................................................................................................... 8
Union representatives ....................................................................................16
leadman
bonus ...........................................................................................................37
relinquishment of Lead Duties .......................................................................37
request for....................................................................................................37
leadman position .................................................................................................37
leadman positions ...............................................................................................37
leave of absence
compensable injury .......................................................................................14
false pretense................................................................................................14
for personal reasons......................................................................................14
military leave .................................................................................................15
personal reasons...........................................................................................34
Union Auditors/Tellers ..................................................................................14
Union business..............................................................................................14
without pay ...................................................................................................14
lockouts ..............................................................................................................22

## M

making shift and work week changes .................................................................10
management right to --
discharge for cause ....................................................................................... 3
discipline ....................................................................................................... 3
hire................................................................................................................ 3
lay off employees because of lack of work ...................................................... 3
maintain efficiency of employees..................................................................... 3
promote......................................................................................................... 3
suspend ......................................................................................................... 3
transfer.......................................................................................................... 3

## M – Contd.

management right -vested exclusively in the Company ............................................. 3
Memorandum of Agreement
    Assignment of Aircraft to O.T. work group........................................78
    Change in Law Necessitating Change in Agreement ......................... 79
    Termination of Rest Room Cleaning Contract ..................................80
military leave ..........................................................................................30
    defined ............................................................................................34
    limitations .......................................................................................34
    pay computation ...............................................................................34

## N

new classifications
    new job or job description ...............................................................40
    newin-unit job or labor grade ........................................................40
non-routines - Commercial Planning generated non-routines ....................41
normal work day
    1st & 2nd shifts ..............................................................................23
    3rd shift..........................................................................................23
normal work week
    1st & 2nd shifts ..............................................................................23
    3rd shift..........................................................................................23
notice of discharge cases ........................................................................19

## O

occupational change request ...................................................................10
occupational group ..................................................................................13
Occupational Groups – Appendix A ......................................................... 44
odd work week
    bonus .............................................................................................36
    preference .......................................................................................10
overtime
    assignment......................................................................................26
    charged overtime posted to roster..................................................26
    Company's rights............................................................................28
    defined ...........................................................................................24
    holiday............................................................................................24
    hours posted ..................................................................................26
    hours recomputed ..........................................................................27
    offered to low o.t. employee ...........................................................28
    paid holiday counted as time worked...............................................25
    paid sick leave as time worked .......................................................25
    paid vacation as time worked .........................................................25
    pay computation .............................................................................25
    pyramiding prohibited.....................................................................26
    rate of pay ................................................................................24, 25
    rosters updated ..............................................................................28
    seventh (7th) day............................................................................24
    transfer to another work group........................................................27
    vacation hours ................................................................................24

## P

Painter job description ............................................................................62
pay
    vacations.........................................................................................29
Pay
    sick leave .......................................................................................33
pay checks .............................................................................................41

**P – Contd.**

pay, receipt of ............................................................................................41
permanent transfer ......................................................................................12
picketing .....................................................................................................22
Policy grievance ..........................................................................................19
probationary employee
  leave of absence ......................................................................................6
  rehire of ....................................................................................................6
  rehired within ten weeks of separation....................................................6
probationary period
  separation not grievable ..........................................................................6
progression
  for classified employees ........................................................................35
promotions
  reclassifying employees to higher rated non-supervisory jobs ..............9
  refusal of ................................................................................................12
pyramiding of overtime prohibited ...........................................................26

**Q**

qualified
  definition of ............................................................................................12
  to perform the work involved .................................................................12
qualified replacement.................................................................................11

**R**

recall list - submission to Union ...............................................................10
reclassification
  effective date of pay changes.................................................................36
  excess in their job classification ............................................................9
  in lieu of layoff ........................................................................................8
recognition - certified exclusive bargaining representative ......................3
refusal of promotion...................................................................................12
regular rate
  defined ....................................................................................................37

**S**

safety and health
  program defined ......................................................................................34
Schedule 1
  work groups.............................................................................................77
seniority
  break in continuous service ....................................................................6
  classify excess employees to lower rated jobs ......................................9
  computation of ........................................................................................6
  error in seniority listing .........................................................................13
  lists to Union ..........................................................................................13
  recalled to a lower rated job ...................................................................8
  remaining/increase in occupational group .............................................8
  rights in only two occupational groups ...................................................8
  shifts ......................................................................................................10
Seniority
  date of ......................................................................................................6
  length of continuous service ...................................................................6
  qualification for promotion ......................................................................6
  retention of specialized employees ........................................................6
shift
  preference ..............................................................................................10
  seniority..................................................................................................10

## S Contd.

shift differential ........................................................................................36
Shop Stewards
   Assignment of - Appendix B ..............................................................71
   handling grievances ...........................................................................15
   seniority requirements .......................................................................15
   written notice ....................................................................................19
Shop Stewards and Zone Committeemen
   assigned to geographical areas........................................................15
sick/personal leave ..................................................................................25
   computation of accrual ......................................................................33
   death in immediate family..................................................................33
   eligibility ...........................................................................................33
   pay computation................................................................................33
   pay upon termination.........................................................................33
   scheduling required for other than illness/emergency .......................33
   year defined ......................................................................................33
sit-downs ..................................................................................................22
slow-downs...............................................................................................22
smoking areas ..........................................................................................41
specialized employees..............................................................................11
stoppages of work.....................................................................................22
Storekeeper job description ...................................................................... 67
strikes ......................................................................................................22
Structural Mechanic A job description........................................................ 68
Structural Mechanic B job description........................................................ 69

## T

temporary layoff......................................................................................... 8
temporary transfers
   conditions..........................................................................................12
   duration ............................................................................................12
terminate or amend agreement..................................................................43
termination
   absent for 3 consecutive work days..................................................... 7
   failure to notify Personnel every 4 months when on layoff .................. 7
   voluntary quit..................................................................................... 7
time for handling grievances .....................................................................19
time limits on grievances ...........................................................................17
timekeeping
   6 minute increments..........................................................................41
   clocking in late .................................................................................41
   failure to clock in ..............................................................................42
   lunch periods....................................................................................42
   missed punches ................................................................................42
   ready to work....................................................................................42
   reporting/no work..............................................................................42
   starting time - early arrival ................................................................42
   tardiness ..........................................................................................41
transfer of employees - back to in-unit jobs ...............................................12
Transfer of Union Representatives .............................................................15
transfer requests..................................................................................11, 12

## U

Union
- arbitration .......................................................................... 4
- cessation of dues deduction ................................................. 4
- deduction authorization ....................................................... 4
- deduction of dues ............................................................... 4
- deductions from first regular pay day in each month ............ 4
- deductions remitted ............................................................ 4
- dues .................................................................................. 4
- dues check-off ................................................................... 4
- existing dues structure ....................................................... 4
- grievance ........................................................................... 4
- initiation fee ....................................................................... 4
- prohibition against - interfering with, restraining, intimidating or coercing any employee .......................................................................... 5
- reinstatement fee ............................................................... 4

Union Auditors ......................................................................14
Union meetings
- with Company ...................................................................17

Union meetings with Company ...............................................17
Union Representation .............................................................15
Union representatives
- areas of ...........................................................................15
- eligibility for ....................................................................15
- list of ..............................................................................15
- seniority of ......................................................................16
- transfer of .......................................................................15

Union Representatives
- layoff of ...........................................................................16

Union Security ....................................................................... 4

## V

vacation
- active service defined........................................................29
- allowance in lieu of ..........................................................30
- bid requests .....................................................................31
- cancellation .....................................................................29
- Co. may schedule ............................................................31
- computation of monthly service credit ...............................30
- conditions defined ............................................................31
- entitlement (amount earned) .............................................29
- holiday during...................................................................31
- paid pro-rata then recalled................................................31
- pay...................................................................................29
- preference forms availability/December...............................31
- pro-rata schedule for vacation pay - discharge etc. ...........30
- schedule one day at a time - limitations.............................32
- time considered worked for computing ...............................30
- year defined .....................................................................29

## W

wages
- "regular rate" defined........................................................37
- A&P bonus .......................................................................37
- Alternate Lead rate of pay ................................................37
- Designated Inspectors pay computation..............................38
- effective date for reclassifications......................................35

## W – Contd.

flight pay bonus ............................................................................................38
General Wage Increase (GWI) .......................................................................36
increases for promotions ...............................................................................36
leadman bonus...............................................................................................37
odd work week bonus......................................................................................36
overtime pay calculation.................................................................................37
ranges.............................................................................................................35
schedule by labor grades ..............................................................................35
schedule of pay increases .............................................................................35
shift differential (bonus) .................................................................................36
waivers - waiver of conditions not a precedent....................................................34
work groups defined ..............................................................................................77
work stoppages ......................................................................................................22
work week defined..................................................................................................23
Workers Compensation - compensable injury or compensable disease .................14

## Z

Zone Committeemen
Assignment of - Appendix B ..........................................................................71
handling grievances .......................................................................................16
seniority requirements ...................................................................................15