**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILFREDO CAMACHO** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **PEMCO WORLD AIR SERVICES, INC.** | ) | **1: 05CV503-T** |
| | ) | |
|     **Defendant.** | ) | |

**CERTIFICATE OF ORIGINAL DECLARATION**

    I hereby certify that I have in my possession the original declaration, bearing the original signature, of Francis X. Henry, which was filed as evidence in support of Defendant's Motion for Summary Judgment in the above-styled matter on July 21, 2006.

    Respectfully submitted,

    /s/ John B. Holmes, III
    Jeffrey A. Lee
    John B. Holmes, III
    Attorneys for Defendant
    Pemco World Air Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

## CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2006, a copy of the foregoing was filed electronically and that a true and correct copy of the foregoing was served by U.S. Mail, properly addressed and postage prepaid to:

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, Florida 32221

                                          /s/ John B. Holmes, III
                                          OF COUNSEL