IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILFREDO CAMACHO,              )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )       1:05cv503-MHT
                               )
PEMCO WORLD AIR SERVICES,      )
INC.,                          )
                               )
    Defendant.                 )
```

ORDER

In order to give the magistrate judge more time to work on the pending dispositive motion, it is ORDERED as follows:

(1) The jury selection and trial of this cause are continued to January 8, 2007, at 10:00 a.m., at the federal courthouse in Dothan, Alabama;

(2) The parties are to file their pre-trial briefs, proposed jury selection questions, and proposed jury instructions by January 3, 2007.

DONE, this the 15th day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE