August 19, 2006

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Re: Wilfredo Camacho v Pemco World Air Services, Inc.
    Plaintiff                         Defendant
    Case No.: 1:05-cv-503-T

Subject: Motion to extend submission of Plaintiff's response to the Defendant's Motion for Summary Judgement.

Gentlemen/Madam:

I would like to request the Honorable Court to extend the time for submission of my response to the Defendant's Motion for Summary Judgement.

Thank you.

Sincerely,

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, Florida 32221
1(904) 781-1224

CASE NO.: 1:05CV-503-T

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record by deposit thereof in the United States mail postage prepaid and properly addressed as follows: this 19 August, 2006.

Maynard, Cooper, & Gale PC
Attorneys At Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618

Wilfredo Camacho
Plaintiff