IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-503-T |
| ) | |
| PEMCO WORLD AIR ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO EXTEND TIME**

**COMES NOW** Defendant Pemco World Air Services, Inc. ("Defendant"), by and through its undersigned counsel, and OPPOSES Plaintiff's motion to extend submission of Plaintiff's response to Defendant's motion for summary judgment, in the above-styled action as follows:

1. On May 15, 2006, the Court entered an Order resetting the dispositive motion deadline for July 21, 2006. Pursuant to that Order, Defendant submitted its motion for summary judgment and brief on July 21, 2006. On July 24, 2006, the Court then entered an Order allowing Plaintiff approximately thirty (30) days, or until August 21, 2006, to file his response to Defendant's motion. Moreover, the Court's July 24, 2006 Order clearly provided Plaintiff clear notice with regard to his rights and obligations in a summary judgment context. On Friday, August 4, 2006, the Court held a pre-trial conference wherein the Court confirmed Plaintiff's response was due to be submitted on or before August 21, 2006.

2. On Saturday, August 19, 2006, Plaintiff faxed Defendant's counsel a copy of his request for an extension. Plaintiff made no effort to contact Defendant with regard to his request.

1

In his letter, Plaintiff provides no reason whatsoever, much less exceptional circumstances, as to why he is requesting an extension.

3.   Plaintiff has had ample time to respond to Defendant's motion for summary judgment and has never given any indication that the August 21, 2006 deadline presented a problem for him. It is inappropriate for Plaintiff to wait until the day his submission is due to request an extension.

4.   Defendant would be prejudiced by any further delay of adjudication of this case. Defendant continues to incur unnecessary costs and expenses on a case which is due to be dismissed.

WHEREFORE, premises considered, Defendant requests that this Honorable Court deny Plaintiff's request for an extension to respond to Defendant's motion for summary judgment.

>   Respectfully submitted,
>
>   /s John B. Holmes, III
>   Jeffrey A. Lee
>   John B. Holmes, III
>   Attorneys for Defendant,
>   Pemco World Air Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:   205.254.1000
Facsimile:   205.254.1999
Emails:      dsmith@maynardcooper.com
             jholmes@maynardcooper.com

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record by deposit thereof in the United States mail postage prepaid and properly addressed as follows:

    Wilfredo Camacho
    1608 Saddlebrook Lane
    Jacksonville, FL  32221

Dated this 21st day of August, 2006.

    /s John B. Holmes, III
    OF COUNSEL