August 23, 2006

RECEIVED
2006 AUG 28 A 10:01

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Subject: Defendant's Opposition to Plaintiff's motion to extend time. Case No.: 1:05-cv-503-T

Gentlemen/Madam:

This letter is with regards to the Defendant's opposition to Plaintiff's motion to extend time which I received today. It is the Plaintiff's burning desire to submit the Plaintiff's response to the Defendant's motion for summary judgement by Aug. 21, 2006 as ordered by the Honorable Court. Plaintiff needed more time, about two weeks, to be able to consolidate and notarize documents for clear presentation & better understanding of the case.

It is not the Plaintiff's desire to let all the parties involved in this case to incur unnecessary costs and expenses as the Plaintiff itself have been suffering together with his families insurmountable costs and expenses, indebtedness, pain and suffering, family harmony and cohesiveness, enjoyment of each other, peacefulness, etc brought about by this case. Tending to the need and family affairs

Case No. 1-05-cv-503-T
p. 2
q 3

have been hampered because of this situation. I don't like to reason out that the daily rigors of survival be the cause to ask the Honorable Court to extend the time for the plaintiff's response to the Defendant's motion for summary judgement. But it does, like last August 19, 2006 I have to bring my wife to the emergency hospital/clinic as she have injured her right foot assisting my daughter to move her belongings to her dormitory in preparation for her studies. Plaintiff firmly believes that two weeks of extension will not ~~selong~~ prejudice the Defendant. The plaintiff did try several avenues to communicate with the Defendant's counsel. I sent a fax, then mailed the original and called his office but couldn't go through. In view of this, I ask the Honorable Court not to deny my motion to extend time in the submission of the Plaintiff's response to the Defendant's motion for summary judgement.

Thank you.

Sincerely,

*[signature]*

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, Florida 32221
Tel (904) 781-1524

CASE NO.: 1:05-cv-503-T    Page 3 of 3

Certificate of Service

I certify that a true and correct copy of the foregoing was served upon all counsel of record by deposit thereof in the United States mail postage prepaid and properly addressed as follows:

Maynard, Cooper, & Gale PC
Attorneys At Law
1901 Sixth Avenue North
2400 Am South/Harbert Plaza
Birmingham, Alabama 35203-2618

Attn.: Atty. John D. Holmes III

Dated this 23rd day of August, 2006

Wilfredo Camacho
Plaintiff