August 23, 2006

Maynard, Cooper, & Gale PC
Attorneys At Law
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618

Attn: Atty John D. Holmes III

Dear Atty. John D. Holmes III:

I have received your opposition to my motion to extend time today. I did trick and send you the fax regarding the motion I submitted to the Honorable Court and also mailed the original to your office the same day I mailed my motion to extend time to the office of the clerk. I also called your office but couldn't get through. I tried to call you again today and still couldn't get through. Has your phone line been disconnected or not working? All I'm asking is an extension of at least two weeks to submit my response to Defendant's motion for summary judgement. I do hope Defendant will reconsider opposition to my motion to the Honorable Court

Plaintiff has no intention of causing the Defendant to incur more cost and expenses nor request the Honorable Court to be prejudicial to the Defendant.

I needed more time to consolidate and notarize any response to the Defendant's motion for summary judgement.

Plaintiff is asking the Defendant to please reconsider. Thank you.

Sincerely,

*[signature]*

Wilfredo Camacho
1608 Paddle Brook Lane
Jacksonville, Florida 32221
Tel. (904) 781-1244