IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILFREDO CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV503-MHT |
| ) | [WO] |
| PEMCO WORLD AIR SERVICES, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion for Reconsideration, filed on 28 August 2006 (Doc. # 41), is DENIED.

DONE this 7th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE