IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILFREDO CAMACHO,              )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )        1:05cv503-MHT
                               )             (WO)
PEMCO WORLD AIR SERVICES,      )
INC.,                          )
                               )
    Defendant.                 )
```

OPINION

In this lawsuit, plaintiff claims race, nationality, and disability discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

**An appropriate judgment will be entered.**

**DONE, this the 2nd day of October, 2006.**

          **     /s/ Myron H. Thompson     
          UNITED STATES DISTRICT JUDGE**