AO 133   (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

|  MIDDLE  | DISTRICT OF |  ALABAMA  |
|---|---|---|

WILFREDO CAMACHO

V.

## BILL OF COSTS

PEMCO WORLD AIR SERVICES, INC.                    Case Number:    1:05CV503-MHT

Judgment having been entered in the above entitled action on   October 2, 2006   against   Plaintiff, Wilfredo Camacho  ,
                                                               *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  ................................................................................   $ | |
| Fees for service of summons and subpoena   ............................................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case   ......................... | 1,034.00 |
| Fees and disbursements for printing   ................................................................. | |
| Fees for witness (itemize on reverse side)   ........................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case   ............ | |
| Docket fees under 28 U.S.C.   ........................................................................ | |
| Costs as shown on Mandate of Court of Appeals   ....................................................... | |
| Compensation of court-appointed experts   ............................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | |
| Other costs (please itemize) ......................................................................... | |
| TOTAL $ | 1,034.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Wilfredo Camacho

Signature of Attorney:   _____

Name of Attorney:   John B. Holmes, III

For:   Pemco World Air Services, Inc..                              Date:   October 3, 2006
          *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
     *Clerk of Court*                     *Deputy Clerk*                *Date*

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Mile | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | TOTAL | 0.00 |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served with 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice of other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILFREDO CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 1:05CV503-MHT |
| | ) | |
| PEMCO WORLD AIR SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S VERIFIED BILL OF COSTS**

**COMES NOW** counsel for Pemco World Air Services, Inc. ("Defendant"), and swears that the matters contained herein are true and correct.

1.      On October 2, 2006, this Court entered Judgment in favor of Defendant as to all Counts of the Plaintiff's Complaint and taxed costs against Plaintiff.

2.      Defendant incurred the following costs for deposition transcripts, copies of transcripts and court reporter fees in this matter:

| Deponent | Cost |
|---|---|
| I.    Wilfredo Camacho, Plaintiff | $1,034.00 |
| Grand Total = | $1,034.00 |

3.      The deposition taken and deposition transcript purchased by Defendant in this matter were necessary to Defendant's defense.  More specifically, the deposition transcript was relied upon by Defendant in support of its Motion for Summary Judgment.

4.      Attached hereto as Exhibit A is a true and correct copy of said invoice for these costs.

For these reasons, Defendant respectfully requests that the Court award cost to Pemco Aeroplex, Inc. in the amount of $\underline{\$1,034.00}$.

Respectfully submitted,

Jeffrey A. Lee
John B. Holmes, III
Attorneys for Defendant,
Pemco World Air Services, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone:    205.254.1000
Facsimile:    205.254.1999
Emails:       jlee@maynardcooper.com
              jholmes@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record by deposit thereof in the United States mail postage prepaid and properly addressed as follows:

Wilfredo Camacho
1608 Saddlebrook Lane
Jacksonville, FL 32221

Dated this 3rd day of October, 2006.

OF COUNSEL

2

# FREEDOM REPORTING, INC.

*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

John B Holmes, III
Maynard, Cooper & Gale
2400 Amsouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

May 26, 2006

**Invoice#** 00011839

**Balance:** $1,034.00

**Re:** Wilfredo Camacho vs Pemco World Air Services, Inc
MONTGOMERY, AL / 1:05 CV-503-T
*on* 05/19/06 *by* Scott Wilmeth

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 120.00 |
| Original: 291 pages | 887.55 |
| Exhibits/B & W: 47 | 16.45 |
| Condensed/concordance | 10.00 |



Witness:
Wilfredo Camacho

**P l e a s e    R e m i t    - - - >    Total Due: $1,034.00**

*WE APPRECIATE YOU!*